UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : <br> : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | : <br> : <br> : <br> : <br> : | <br><br><br><br>December 12, 2003 |

## MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Pursuant to Rule 14 of the Federal Rules of Civil Procedure and the Scheduling Order dated October 3, 2003, the Defendant, Sig Simonazzi North America ("SSNA"), respectfully moves this Court for permission to file and serve the proposed Third-Party Complaint attached hereto as Exhibit A upon the third party defendants, Sasib Food Machinery, MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A., and Compagnie Industriali Riunite, S.p.A. (collectively referred to as the "Indemnitors").

The Indemnitors are not parties to this action, but are, or may be, liable to SSNA for some or all of the Plaintiff's claims against SSNA in this lawsuit. In support of this Motion to File a Third-Party Complaint, SSNA hereby submits the attached Memorandum of Law.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This Motion is being filed within the schedule which has been entered by this Court.

WHEREFORE, the Defendant, SSNA, respectfully moves this court for permission to file its proposed Third-Party Complaint.

        THE DEFENDANT/THIRD PARTY
        PLAINTIFF
        SIG SIMONAZZI NORTH AMERICA, INC.

        By /s/_____
         Joseph G. Fortner, Jr.
         Patrick M. Birney of
         HALLORAN & SAGE LLP
         Fed. Bar #ct 04602
         Fed. Bar #ct 19875
         One Goodwin Square
         225 Asylum Street
         Hartford, CT 06103
         (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 12th day of December, 2003, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

                                            Joseph G. Fortner, Jr.

494215.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105