## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BILL L. GOUVEIA, as Administrator of the          :
Estate of Jose Guerra                             :
                                                  :
                    Plaintiff                     :          NO.      3:03cv597 (MRK)
                                                  :
v.                                                :
                                                  :
SIG SIMONAZZI NORTH AMERICA, INC.                 :
as successor in interest by merger to Sasib       :
North America, Inc.                               :
                                                  :
                    Defendant                     :

_____

## ORDER

Defendant's Motion For Leave To File Third-Party Complaint [doc. #22], dated

December 12, 2003, is hereby **GRANTED absent objection**.  Defendant Sig Simonazzi North

America, Inc. may file and serve the proposed Third-Party Complaint.


IT IS SO ORDERED.



/s/          Mark R. Kravitz
                    U.S.D.J.



Dated at New Haven, Connecticut: January 8, 2004.