UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC.<br>_____ | :<br>:<br>:<br>:<br>: | |
| SIG SIMONAZZI NORTH AMERICA, INC.,<br>     THIRD-PARTY PLAINTIFF | : | |
| V. | : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE,<br>     THIRD-PARTY DEFENDANTS | : | FEBRUARY 9, 2004 |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the defendant hereby moves for the entry of the attached Stipulated Protective Order in this matter.

The plaintiff in this matter has brought suit against the defendant, seeking to recover money damages resulting from an alleged wrongful death claim. The defendant has raised certain defenses, and as a result of the claims and defenses in this matter, issues of confidentiality have become germane.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

In order to facilitate discovery in this case, the parties have negotiated and agreed upon a Stipulated Protective Order to govern discovery and trial in this matter. The executed Stipulated Protective Order is attached hereto as Exhibit A.

As noted above, the parties have negotiated and agreed to this Stipulated Protective Order. Thus, it is requested that the court enter this Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

WHEREFORE, it is respectfully requested that the court enter this Stipulated Protective Order.

Dated at Hartford, Connecticut on this 9th day of February, 2004

          THE DEFENDANT,
          SIG SIMONAZZI NORTH AMERICA, INC.


          By   /S/
          Joseph G. Fortner, Jr.
          Fed Bar #ct 04602
          Patrick M. Birney
          Fed. Bar #ct 19875
          HALLORAN & SAGE LLP
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

      This is to certify that on this 9th day of February, 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

                                                        /S/
                                      Patrick M. Birney

513150.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105