UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA<br>:<br>V.<br>:<br>SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER :<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO :<br>SASIB BAKERY NORTH AMERICA, INC.<br>_____ :<br><br>SIG SIMONAZZI NORTH AMERICA, INC.,     :<br>        THIRD-PARTY PLAINTIFF<br>:<br>V.<br>:<br>SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,     :<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE,     :<br>        THIRD-PARTY DEFENDANTS<br>_____ | CIVIL ACTION NO.<br>303 CV 597 MRK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 9, 2004 |

**CONSENTED-TO MOTION FOR ORDER ALLOWING ADDITIONAL
METHOD OF SERVICE OF PROCESS
<u>ON THIRD-PARTY DEFENDANTS</u>**

Pursuant to Rules 4(h)(2) and 4(f)(3) of the Federal Rules of Civil Procedure ("F.R.C.P.") and Article 10(a) of The Hague Convention On The Service Abroad Of Judicial And Extrajudicial Documents In Civil Or Commercial Matters (the "Hague Convention"), Sig Simonazzi North America, Inc. (the "Third-Party Plaintiff"), moves the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Court for an order authorizing the Third-Party Plaintiff to serve the summons and Third-Party Complaint on defendants Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A. and Compagnie Industriali Riunite (the "Third-Party Defendants") in accordance with section 33-929 of the Connecticut General Statutes ("C.G.S."), Connecticut's Long-Arm Statute (the "Long-Arm Statute").

Service of the Third-Party Complaint on the Third-Party Defendants pursuant to the Long-Arm Statute is permitted under F.R.C.P. Rule (4)(f)(3), which grants the court a wide degree of flexibility and discretion in dealing with questions of alternative methods for service of process in foreign countries. Likewise, Article 10(a) of the Hague Convention does not prevent the use of the Long-Arm Statute to effectuate service of process on the Third-Party Defendants inasmuch as Italy, a party to the Hague Convention, has not objected to Article 10(a) of the Hague Convention, which allows for service of process via "postal channels." Service of process via the Long-Arm Statute is also proper in this instance as it will provide an effective date of service of the Third-Party Complaint on the Third-Party Defendants, within the period required by C.G.S. § 52-577a(b).

The Plaintiff has consented to the relief sought herein.

This Motion is based on the pleadings and papers on file in this action, the accompanying Memorandum of Law, and whatever evidence and argument is presented at the hearing of this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

Dated: 2/9/04                         THE THIRD-PARTY PLAINTIFF,
                                      SIG SIMONAZZI NORTH AMERICA, INC.

                                      By____/S/_____
                                         Joseph G. Fortner, Jr.
                                         Fed. Bar #ct 04602
                                         Patrick M. Birney of
                                         Fed. Bar #ct 19875
                                         HALLORAN & SAGE LLP
                                         One Goodwin Square
                                         225 Asylum Street
                                         Hartford, CT 06103
                                         (860) 522-6103

HALLORAN
& SAGE LLP

## CERTIFICATION

      This is to certify that on this 9th day of February 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

                                                                                       ____/S/_____
                                                                                       Patrick M. Birney

511104.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105