UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BILL L. GOUVEIA AS ADMINISTRATOR     :     CIVIL ACTION NO.
OF THE ESTATE OF JOSE GUERRA     :     303 CV 597 MRK

V.              :

SIG SIMONAZZI NORTH AMERICA, INC.    :
AS SUCCESSOR IN INTEREST BY MERGER :
TO SASIB NORTH AMERICA, INC., AS     :
SUCCESSOR IN INTEREST BY MERGER TO :
SASIB BAKERY NORTH AMERICA, INC.    :
_____:

SIG SIMONAZZI NORTH AMERICA, INC.,    :
         THIRD-PARTY PLAINTIFF

V.              :

SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A.,
DRY PRODUCTS, S.P.A., AND
COMPAGNIE INDUSTRIALI RIUNITE,
         THIRD-PARTY DEFENDANTS:     FEBRUARY 10, 2004

## JOINT STATUS REPORT

Pursuant to the Scheduling Order, dated October 3, 2003, and Court's Notice of

Status Conference, the plaintiff, Bill L. Gouveia as Administrator of the Estate of Jose

Guerra (the "Plaintiff") and the defendant and third-party plaintiff, Sig Simonazzi North

America (the "Defendant"), jointly submit this Joint Status Report in advance of the

February 12, 2004 Status Conference in this matter:

**A.** **THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER.**

i.       On February 10, 2004, the Defendant filed a Motion for Entry of Stipulated Protective Order, together with a copy of the Stipulated Protective Order, which has been signed by the parties. While this Motion is subjudice, the parties are proceeding as if the order has been entered. They would request entry of this Protective Order.

ii.       On February 10, 2004, the Defendant filed a Consented-To Motion For Order Allowing Additional Method of Service of Process on Third-Party Defendants. In the Motion, the Defendant requests an Order allowing it to serve the third-party defendants pursuant to Connecticut's long-arm statute, Conn. Gen. Stat. § 33-929, as this will expedite service upon the foreign third-party defendants. The parties believe that the ability to serve the third-party defendants on an expedited basis will enable fact witness discovery to be completed by May 31, 2004. The Plaintiff consents to the Motion and the relief sought therein, and the parties request that an order be entered granting that motion.

iii.       The parties respectfully request a modification to the Scheduling Order. Specifically, the parties originally contemplated that fact witness discovery would be complete prior to commencing expert witness discovery. When the fact witness discovery deadlines were amended in October 2003, the parties did not extend the dates for expert witness discovery.

- 2 -

In addition, while written discovery has been or is being exchanged between Plaintiff and Defendant, it is clear that discovery in this matter will also involve the third-party defendants. It will include depositions in Italy, Texas, Connecticut and perhaps Portugal. Because the third-party defendants will likely wish to duplicate some of this discovery, the Plaintiff and Defendant believe that most of this deposition discovery should await service upon the third-party defendants, something that may take until mid-March under the Hague Convention.

With all this in mind, the Plaintiff and Defendant both submit that the fact discovery cut-off should remain May 31, 2004. So as to allow expert disclosure and discovery to proceed in an orderly fashion, the parties respectfully request that the following changes be made to the Scheduling Order:

2.    **Expert Discovery:** The Plaintiff's expert report to be served by June 15, 2004; depositions of the Plaintiff's expert to be completed by July 15, 2004; the Defendant's expert report to be served by August 15, 2004; depositions of the Defendant's expert to be completed by September 15, 2004.

5.    **Trial Memorandum:** If no dispositive motions are filed, the parties' Joint Trial Memorandum is due on October 15, 2004. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

6.    **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on November 15, 2004. If dispositive motions are filed, the case will be considered trial ready two weeks after the filing of the parties' Joint Trial Memorandum.

B.    **THE STATUS OF SETTLEMENT DISCUSSIONS, INCLUDING POSSIBLE REFERENCE FOR SETTLEMENT PURPOSES TO UNITED STATES MAGISTRATE JUDGE OR THE DISTRICT'S SPECIAL MASTER JUDGE.**

The parties have conferred in good faith about settlement, including possible reference to a United States Magistrate Judge. The defendant believes that any settlement discussions should be held in abeyance until after a reasonable time following service of the Third-Party Complaint on the third-party defendants. The plaintiff, based on his own investigation and discovery to date, believes it is abundantly clear the defendant is the proper party to answer for plaintiff's damages and that this case is ripe for reference to a United States Magistrate Judge for settlement purposes.

C.    **WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE.**

The parties do not consent to a trial before a United States Magistrate Judge.

D.    **THE ESTIMATED LENGTH OF TRIAL AND TRIAL READINESS.**

The parties estimate that the trial will take approximately two weeks, and that this matter will be trial-read on the date set forth in section (A)(iii)(6) above.

- 4 -

Dated: _2/11/2004_

THE DEFENDANT AND THIRD-PARTY
PLAINTIFF,
SIG SIMONAZZI NORTH AMERICA, INC.

By _____

Joseph G. Fortner, Jr.
Fed. Bar #ct 04602
Patrick M. Birney of
Fed. Bar #ct 19875
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

Dated: _2/10/04_

THE PLAINTIFF,
BILL L. GOUVEIA AS ADMINISTRATOR
OF THE ESTATE OF JOSE GUERRA

By _____

Richard J. Sullivan, Esq.
Fed. Bar #
Sulllivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481

-5-

## CERTIFICATION

This is to certify that on this 11th day of February 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Joseph G. Fortner, Jr.

512867.1(HSFP)