UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 12, 2004
9:30 a.m.

CASE NO. **3:03cv597 MRK**   Gouveia v. Sig Simonazzi No. America

Patrick M. Birney
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Joseph G. Fortner Jr.
Halloran & Sage LLP
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Mark R. Giuliani
Kern & Wooley
280 Trumbull St.
Hartford, CT 06013

STATUS CONFERENCE HELD
DATE: 2/12/04
15 min.

Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604


Christopher J. Lynch
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Richard J. Sullivan
Sullivan & Sullivan
31 Washington St.
Wellesley, MA 02481

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK