Ruling

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 25  11 17 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

BILL I. GOUVEIA, as Administrator of the  :
Estate of Jose Guerra,  :
  :
              Plaintiff,  :  NO.  3:03cv597 (MRK)
  :
v.  :
  :
SIG SIMONAZZI NORTH AMERICA, INC.  :
as successor in interest by merger to Sasib  :
North America, Inc.,  :
  :
              Defendant,  :

SIG SIMONAZZI NORTH AMERICA, INC.,  :
  :
              Third-Party Plaintiff,  :
  :
v.  :
  :
SASIB FOOD MACHINERY MV, S.p.A.,  :
SASIB BAKERY ITALIA, S.p.A.,  :
DRY PRODUCTS, S.p.A., and  :
COMPAGNIE INDUSTRIALI RIUNITE,  :
  :
              Third Party Defendants.  :

## RULING AND ORDER

Before the Court is Third-Party Plaintiff Sig Simonazzi North America, Inc.'s ("Sig Simonazzi") Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 27]. Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, and substantially for the reasons set forth in Sig Simonazzi's Memorandum Of

1

Law In Support Of Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 28] and its Supplemental Memorandum Of Law In Support Of Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 32], this Court directs Sig Simonazzi to serve the summons and Third-Party Complaint on Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A. and Compagnie Industriali Riunite (the "Third-Party Defendants") in accordance with § 33-929 of the Connecticut General Statutes ("C.G.S."). *See, e.g., Ackermann v. Levine*, 788 F.2d 830, 839 (2d Cir. 1986) (Article 10(a) of the Hague Convention authorizes use of "postal channels" to effectuate service on an international litigant); *Robbins v. Max Mara, USA, Inc.*, 923 F. Supp. 460, 469 (S.D.N.Y. 1996) (because Italy has not objected to mail service, service by mail on an Italian corporation comports with the Federal Rules of Civil Procedure and Article 10(a) of the Hague Convention); *G.A. Modefine, S.A. v. Burlington Coat Factory Warehouse Corp.*, 164 F.R.D. 24, 25 (S.D.N.Y. 1995) (same).

Sig Simonazzi shall ensure that the summons and Third-Party Complaint served via C.G.S. § 33-929 are accompanied by Italian translations and that a method of mail service is used that ensures an acknowledgment of receipt -- either by return receipt, overnight delivery receipt or other reliable means. In addition to effectuating service of the summons and Third-Party Complaint in accordance with C.G. S. § 33-929, the Court further directs Sig Simonazzi to continue to seek to finalize service through the Italian Central Authority and through Rule 4(f)(2)(C)(ii) through service via the Clerk's Office.

This Ruling and Order is made without prejudice to the Third-Party Defendants' right to challenge either the sufficiency of process or personal jurisdiction. *See, e.g., Ensign-Bickford*

2

*Co. v. ICI Explosives USA Inc.*, 817 F. Supp. 1018, 1031 (D. Conn. 1993).

For the foregoing reasons, Sig Simonazzi's Consented-To Motion For Order Allowing Additional Method Of Service On Third-Party Defendants [doc. # 27] is GRANTED.

IT IS SO ORDERED.

Hon. Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: <u>February 25, 2004</u>

3