(rotated registered mail receipt, PS Form 2865, February 1997)

3:03 CV597 (MRK)

**Item Description** (Nature de l'envoi): Registered Article (Envoi recommandé) ☒

Insured Parcel ☐
Office of Mailing (Bureau de dépôt):

Printed Matter (Imprimé) ☐    Other (Autre) ☐    Recorded Delivery (Envoi à livraison attestée) ☐    Express Mail International ☐

Insured Value (Valeur déclarée):
Article Number: RR422180280S
Date of Posting (Date de dépôt): FILED

Addressee Name or Firm: Corporate Secretary, Sasib Food Machinery S.P.A.
Street and No.: Via Camporosolo 198
Place and Country: 37047 San Bonifacio (VR)

MAR M V 1:33 PM '04
U.S. DISTRICT COURT
NEW HAVEN

Postmark: SAN BONIFACIO POSTE 03.04

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee: [signature]

Date: 03/03/04

Office of Destination Employee Signature: [signature]