UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday March 25, 2004
~~1:30 p.m.~~

CASE NO. **3:03cv597 MRK**    Gouveia v. Sig Simonazzi No. America

Patrick M. Birney
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Joseph G. Fortner Jr.
Halloran & Sage LLP
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

**STATUS CONFERENCE HELD**

DATE: 3/25/04

10 min.

12:20 - 12:30

Mark R. Giuliani
Kern & Wooley
280 Trumbull St.
Hartford, CT 06013


Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604


Christopher J. Lynch
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Richard J. Sullivan
Sullivan & Sullivan
31 Washington St.
Wellesley, MA 02481

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK