UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| | : | |
| V. | | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC.<br>_____ | :<br><br>:<br><br>:<br>: | |
| SIG SIMONAZZI NORTH AMERICA, INC.,<br>        THIRD-PARTY PLAINTIFF | : | |
| | : | |
| V. | | |
| | : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE,<br>        THIRD-PARTY DEFENDANTS | : | March 25, 2004 |

_____

**SECOND CONSENTED-TO MOTION FOR ORDER ALLOWING ADDITIONAL
METHOD OF SERVICE OF PROCESS
ON THIRD-PARTY DEFENDANTS**

Pursuant to Rules 4(h)(2) and 4(f)(3) of the Federal Rules of Civil Procedure

("F.R.C.P."), Sig Simonazzi North America, Inc. (the "Third-Party Plaintiff"), moves the

Court for an order authorizing the Third-Party Plaintiff to serve the summons and Third-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Party Complaint on defendants Sasib Bakery Italia, S.p.A., Dry Products, S.p.A. and Compagnie Industriali Riunite (the "Third-Party Defendants") by facsimile.

Service of the Third-Party Complaint on the Third-Party Defendants pursuant by facsimile is permitted under F.R.C.P. Rule (4)(f)(3), which grants the court a wide degree of flexibility and discretion in dealing with questions of alternative methods for service of process in foreign countries.  Likewise, The Hague Convention On The Service Abroad Of Judicial And Extrajudicial Documents In Civil Or Commercial Matters (the "Hague Convention") does not prohibit service of process by facsimile.  Moreover, service of process by facsimile on the Third-Party Defendants comports with constitutional notions of due process.  Finally, service of process by facsimile is also proper in this instance inasmuch as it will provide an additional means of identifying an effective date of service of the Third-Party Complaint on the Third-Party Defendants, within the period required by C.G.S. § 52-577a(b).

The plaintiff has consented to the relief sought herein.

This Motion is based on the pleadings and papers on file in this action, the accompanying Memorandum of Law, and whatever evidence and argument is presented at the hearing of this Motion.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated:  3/25/04

THE THIRD-PARTY PLAINTIFF,
SIG SIMONAZZI NORTH AMERICA, INC.

By_____
    Joseph G. Fortner, Jr.
    Fed. Bar #ct 04602
    Patrick M. Birney of
    Fed. Bar #ct 19875
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

<u>CERTIFICATION</u>

        This is to certify that on the 25th day of March 2004, I hereby dispatched a copy
of the foregoing by facsimile and mailed a copy of the foregoing via first-class mail on
March 26, 2004 to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

The Honorable Mark R. Kravitz
United States District Court Judge
141 Church Street
New Haven, CT 06510

                                    _____
                                    Patrick M. Birney

531093.1(HSFP)

- 3 –