FILED
APR 5  7 36 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC., THIRD-PARTY PLAINTIFF | : |
| V. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE, THIRD-PARTY DEFENDANTS | : MARCH 31, 2004 |

## APPEARANCE

Please enter my appearance as Attorney for the defendant, Sig Simonazzi North America, Inc., only, in the above-captioned case.

Dated at Hartford, Connecticut on this 31st day of March 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                THE DEFENDANT,
                SIG SIMONAZZI NORTH AMERICA, INC.

By _____
      Brian D. Rich, Esq.
      Fed. Bar # ct24458
      Halloran & Sage LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103
      Telephone: (860) 522-6103
      Fax: (860) 548-0006
      Email: rich@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 31st day of March 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

                                                        _____
                                                        Brian D. Rich

533675_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105