## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : : : | |
| Plaintiff | : : | NO.   3:03cv597 (MRK) |
| v. | : : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : : : : | |
| Defendant | : : | |

## **ORDER**

The Court having conferred telephonically with the parties on March 25, 2004 in the above-captioned matter, the following is hereby ordered:

The Second Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. #36], dated March 25, 2004, is GRANTED without prejudice to the rights of the Third-Party Defendants to challenge the sufficiency of service.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 1, 2004.