**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

UNITED STATES POSTAL SERVICE®

PS Form 2865, February 1997 (Reverse)

**Par Avion**

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Clerk

Street and Number (Rue et no.)
141 Church Street

City, State, and ZIP + 4 (Localité et code postal)
New Haven, CT 06510

UNITED STATES OF AMERICA
Etats-Unis d'Amérique

Return by the quickest route (air or surface mail), a découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou surface), à découvert et en franchise de port.

3:03cv597 (MRK)

Administration des Postes des Etats-Unis d'Amérique

PS Form 2865, February 1997    **Avis de réception**    CN07 (Old C5)

---

**Completed by the office of origin.**
(A remplir par le bureau d'origine.)

Nature de l'envoi:
☐ Article recommandé (Envoi recommandé)
☐ Letter (Lettre)
☐ Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail Inter-national

Office of Mailing (Bureau de dépôt)

Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée)

Article Number

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Secretaria corporativa, Sasib Bakery Italia S.p.A., c/o Food Machinery

Street and No. (Rue et no.)
Via Campagnola 198

Place and Country (Localité et pays)
San Bonifacio (VR) Italy 37047  S.p.A.

**Completed at destination.**
(A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Date: 02/04/04

Postmark of the office of destination (Timbre du bureau de destination)
POSTE ITALIANE