UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO: |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 (MRK) |
| | : | |
| V. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICAN, INC. | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC, | : | |

| | | |
|---|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| | : | |
| V. | : | |
| | : | |
| SASIB FOOD MACHINERY MV, S.P.A., | : | |
| SASIB BAKERY ITALIA, S.P.A. | : | |
| DRY PRODUCTS S.P.A., AND | : | |
| COMPAGNIE INDUSTRIAL RIUNITE | : | APRIL 16, 2004 |

**APPEARANCE**

Please enter the appearance of the undersigned in the above-captioned matter on behalf of

the Third-Party Defendant, SASIB FOOD MACHINERY MV, S.P.A.

> **THIRD-PARTY DEFENDANT,**
> **SASIB FOOD MACHINERY MV, S.P.A.**
>
> _____
> Christopher J. Sochacki (ct 20299)
> Litchfield Cavo
> 40 Tower Lane, Suite 200
> Avon, CT 06001
> (860) 255-5577
> (860) 255-5566 (Fax)

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was mailed this 16th day of April, 2004 to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604

Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Christopher J. Lynch, Esq.
Brian D. Rich, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull St.
Hartford, CT 06013

                                        Christopher J. Sochacki