UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO: |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 (MRK) |
| | : | |
| V. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICAN, INC. | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC, | : | |

| | | |
|---|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| | : | |
| V. | : | |
| | : | |
| SASIB FOOD MACHINERY MV, S.PA., | : | |
| SASIB BAKERY ITALIA, S.P.A. | : | |
| DRY PRODUCTS S.P.A., AND | : | |
| COMPAGNIE INDUSTRIAL RIUNITE | : | APRIL 16, 2004 |

**MOTION FOR EXTENSION OF TIME**

The Third-Party Defendant, SASIB FOOD MACHINERY MV, S.P.A., pursuant to F.R.C.P. 6b, hereby moves for a thirty-day extension of time, until May 17, 2004, to respond to the Third-Party Complaint, dated January 21, 2004 and Third-Party Summons dated February 20, 2004. Counsel for the Third-Party Plaintiff has been contacted and has no objection to the requested extension. The undersigned has not received a response from Plaintiffs' counsel.

**THIRD-PARTY DEFENDANT,**
**SASIB FOOD MACHINERY MV, S.P.A.**

_____
Peter J. Ponziani (ct 05265)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was mailed this 16th day of April, 2004 to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604

Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Christopher J. Lynch, Esq.
Brian D. Rich, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull Street
Hartford, CT 06013

                                              Peter J. Ponziani