UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : | |
| | : | |
| Plaintiff | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : | |
| | : | |
| Defendant | : | |

## ORDER

Third-Party Defendant Sasib Food Machinery MV, S.P.A.'s Motion For Extension Of Time [doc. #43], dated April 16, 2004, is hereby GRANTED absent objection, and shall respond to the Third-Party Complaint, dated January 21, 2004, and Third-Party Summons, dated February 20, 2004, on or before **May 17, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004.