UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKER ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : |
| | : APRIL 30, 2004 |

## NOTICE OF APPEARANCE

To:  U.S. District Court
     141 Church Street
     New Haven, CT  06510

Please enter the appearance of the undersigned, **DEBORAH S. RUSSO**, as substitute counsel for the third-party defendants, **Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A.** in the above-captioned matter.  Counsel for Sasib Food Machinery MV, S.P.A., Christopher J. Sochacki and Peter J. Ponziani of Litchfield Cavo, will be filing a Motion to Withdraw their appearances.

-2-

        THIRD-PARTY DEFENDANTS, SASIB
FOOD MACHINERY MV, S.P.A., SASIB
BAKERY ITALIA, S.P.A., DRY PRODUCTS,
S.P.A. and COMPAGNIE INDUSTRIALI
RIUNITE, S.P.A.


By_____
    Deborah S. Russo (ct 18818)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    dsrusso@dbh.com
    Its Attorneys


## **CERTIFICATION**

      THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Bill L. Gouveia<br>44 Lyon Terrace<br>Bridgeport, CT  06604 | Brian D. Rich, Esq.<br>Christopher J. Lynch, Esq.<br>Joseph G. Fortner, Jr., Esq.<br>Patrick M. Birney, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 |
| Richard J. Sullivan, Esq.<br>Sullivan & Sullivan<br>31 Washington Street<br>Wellesley, MA  02481 | |
| Christopher J. Sochacki, Esq.<br>Peter J. Ponziani, Esq.<br>Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT  06001 | Mark R. Giuliani, Esq.<br>Kern & Wooley<br>280 Trumbull Street<br>Hartford, CT  061103 |

_____
    Deborah S. Russo