UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK)<br>: |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : <br>: <br>: <br>: <br>: |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKER ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : <br>: <br>: <br>: APRIL 30, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b) and D. Conn. L. Civ. R. 7(b) (formerly Local Rule 9(b)), Third-Party Defendants, Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. ("Third-Party Defendants"), respectfully move this Court for an extension of 30 days, up to and including May 17, 2004, in which to answer or otherwise respond to Third-Party Plaintiff's Third-Party Complaint dated January 21, 2004 and Third-Party Summons dated February 20, 2004. Counsel for Third-Party Defendants makes this request in order to have sufficient time to investigate the allegations of the Third-Party Complaint and to prepare an appropriate response. This is the first motion for the extension of time filed by Third-Party Defendants. Counsel for Third-Party Plaintiff has consented to this motion.

-2-

                          THIRD-PARTY DEFENDANTS, SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A. and COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

By_____
      Deborah S. Russo (ct 18818)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      (860) 275-0343 (fax)
      dsrusso@dbh.com
      Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Bill L. Gouveia<br>44 Lyon Terrace<br>Bridgeport, CT  06604 | Brian D. Rich, Esq.<br>Christopher J. Lynch, Esq.<br>Joseph G. Fortner, Jr., Esq.<br>Patrick M. Birney, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 |
| Richard J. Sullivan, Esq.<br>Sullivan & Sullivan<br>31 Washington Street<br>Wellesley, MA  02481 | |
| Christopher J. Sochacki, Esq.<br>Peter J. Ponziani, Esq.<br>Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT  06001 | Mark R. Giuliani, Esq.<br>Kern & Wooley<br>280 Trumbull Street<br>Hartford, CT  061103 |

_____
  Deborah S. Russo

-2-