UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : <br> : <br> : <br> : <br> : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKER ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : <br> : <br> : APRIL 30, 2004 |



## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b) and D. Conn. L. Civ. R. 7(b) (formerly Local Rule 9(b)), Third-Party Defendants, Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. ("Third-Party Defendants"), respectfully move this Court for an extension of 30 days, up to and including May 17, 2004, in which to answer or otherwise respond to Third-Party Plaintiff's Third-Party Complaint dated January 21, 2004 and Third-Party Summons dated February 20, 2004. Counsel for Third-Party Defendants makes this request in order to have sufficient time to investigate the allegations of the Third-Party Complaint and to prepare an appropriate response. This is the first motion for the extension of time filed by Third-Party Defendants. Counsel for Third-Party Plaintiff has consented to this motion.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ DEPUTY CLERK