UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO: |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 (MRK) |
| | : | |
| V. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICAN, INC. | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC, | : | |

_____

| | | |
|---|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| | : | |
| V. | : | |
| | : | |
| SASIB FOOD MACHINERY MV, S.PA., | : | |
| SASIB BAKERY ITALIA, S.P.A. | : | |
| DRY PRODUCTS S.P.A., AND | : | |
| COMPAGNIE INDUSTRIAL RIUNITE | : | APRIL 30, 2004 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Local Rule 7(e), the undersigned hereby move to withdraw their appearances on behalf of **SASIB FOOD MACHINERY MV, S.P.A.** in the above-captioned matter for the following reasons:

(1)   On April 15, 2004, this office was asked by Generali Claims Solutions, LLC to represent its insured in conjunction with the third party complaint which was filed by the defendant, Sig Simonazzi North America, Inc.

(2)   Pursuant to that request, the undersigned appearances were filed on or about Friday, April 16, 2004.

(3)     On Monday, April 19, 2004, the undersigned received a telephone call from John Makowski, the Chief Operating Officer for Generali Claims Solutions, LLC, indicating that Sasib Food Machinery MV, S.P.A.'s "claims-made" insurance policy was canceled as of December 31, 2002. Because this matter was presented to Generali after the expiration date, there is no coverage for this loss.

(4)     Upon learning of this fact, the undersigned's office, particularly Attorney Richard C. Cavo, has been in contact with Donald T. Fox, Esq. of the New York law firm Fox, Horan and Camerini, LLP, located at 825 Third Avenue, New York, New York. Attorney Fox advised Attorney Cavo that either he or another lawyer from his firm would enter an appearance on behalf of Sasib Food Machinery MV, S.P.A. and in substitution of the undersigned. Upon information and belief of the undersigned, said new appearance is en route to the Court for filing.

For all the foregoing reasons, the undersigned respectfully request that their Motion to Withdraw their Appearances be granted.

- 3 -

**THIRD-PARTY DEFENDANT,
SASIB FOOD MACHINERY MV, S.P.A.**

_____
Peter J. Ponziani (ct 05265)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)


_____
Christopher J. Sochacki (ct 20299)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860)255-5566(Fax)

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was mailed this 30th day of April, 2004 to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604

Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Christopher J. Lynch, Esq.
Brian D. Rich, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull St.
Hartford, CT 06013

Donald T. Fox, Esq.
Fox, Horan and Camerini, LLP
825 Third Avenue
New York, New York, 10022

                                        Christopher J. Sochacki