AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
CONNECTICUT

**PLAINTIFF**
BILL L. GOUVEIA AS ADMINISTRATOR OF THE
ESTATE OF JOSE GUERRA

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
SIG SIMONAZZI NORTH AMERICA, INC. AS
SUCCESSOR IN INTEREST BY MERGER TO
SASIB NORTH AMERICA, INC., AS SUCCESSOR
IN INTEREST BY MERGER TO SASIB BAKERY
NORTH AMERICA, INC.

**V. THIRD PARTY DEFENDANT**
SASIB BAKERY ITALIA, S.P.A.,
SASIB FOOD MACHINERY MV, S.P.A.
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A., AND
DRY PRODUCTS, S.P.A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 3:03CV597 (MRK)

To: Name and address of Third Party Defendant
CORPORATE SECRETARY
COMPAGNIE INDUSTRIALI RIUNITE
VIA CIOVASSINO, 1
20121 MILAN, ITALY

YOU ARE HEREBY SUMMONED and required to serve on

**PLAINTIFF'S ATTORNEY** (name and address)

RICHARD J. SULLIVAN, ESQ.
SULLIVAN & SULLIVAN
31 WASHINGTON STREET
WELLESLEY, MA  02481

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY**
(name and address)

JOSEPH G. FORTNER, JR., ESQ.
HALLORAN & SAGE LLP
225 ASYLUM STREET
HARTFORD, CT  06103

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK _____
(By) DEPUTY CLERK

DATE  3/9/04

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | E... ☐ Ma... na... |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dép...) | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Segreteria Corporativa, Compagnie Industriali Riunite

Street and No. (Rue et No.)
Via Ciovassino, 1

Place and Country (Localité et pays)
20121 Milan, Italy

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered
   (L'envoi mentionné ci-dessus a été dûment livré)

Date:

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

## SUPPLEMENTAL RETURN

CASE NUMBER: 3:03CV597 (MRK)        : US DISTRICT COURT

BILL L. GOUVEIA, AS ADMINISTRATOR   : DISTRICT OF CONNECTICUT
OF THE ESTATE OF JOSE GUERRA

VS.                                 : AT

SIG SIMONAZZI NORTH AMERICA,        : MARCH 11, 2004
ET AL, INC.

And afterwards, on the 5th day of April, 2004, I received the annexed registered pink card registered number RB 027 900 674 US addressed to COMPAGNIE INDUSTRIALI RIUNITE, C/O CORPORATE SECRETARY, VIA CIOVASSINO, 1, 20121 MILAN, ITALY from the U.S. Postal Service.

ATTEST:

_____
ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

CASE NUMBER: 3:03CV597 (MRK)                : US DISTRICT COURT

BILL L. GOUVEIA, AS ADMINISTRATOR            : DISTRICT OF CONNECTICUT
OF THE ESTATE OF JOSE GUERRA

VS.                                          : AT

SIG SIMONAZZI NORTH AMERICA,                 : MARCH 26, 2004
ET AL, INC.


And afterwards, on the 9th day of April, 2004, I received the annexed DHL tracking summary for tracking number 6206117293 addressed to COMPAGNIE INDUSTRIALI RIUNITE, VIA CIOVASSINO, 1, 20121, MILAN, ITALY from DHL TRACKING RESULTS.


ATTEST:

*Robert J. Tasillo* (signature)

ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY



# TRACKING RESULTS: DETAIL

**Tracking Number:** 6206117293

## Shipment Summary:

Current Status: Shipment delivered.
Delivered on: 3/29/04 10:16 am
Delivered to:
Signed for by: VENTURELLI

## Shipment History:

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 3/29/04 | 10:16 am | Shipment delivered. | Milan, Italy |
|  | 8:49 am | With delivery courier. | Milan, Italy |
|  | 2:19 am | In Transit. | Bergamo, Italy |
| 3/28/04 | 9:20 pm | Arrived DHL facility. | Bergamo, Italy |
|  | 5:49 pm | In Transit. | Brussels, Belgium |
| 3/26/04 | 6:40 pm | Departing origin. | Windsor Locks, CT |
|  | 6:40 pm | Picked Up by DHL. | DHL Terminal |

**Shipper:**
STATE MARSHAL
Hartford, CT 06105
United States

**Receiver:**
COMPAGNIE INDUSTRIALI RIU
Milan, 20121
Italy

## Shipment Detail:

| Service: | International Express | Ship Type: | Letter |
| Special: |  | Description: | BUSINESS DOCUMENTS |
| Weight: | 1 | Shipper's Reference: | 08742.0583/154 |
| Pieces: | 1 |  |  |



- Tracking detail provided by DHL: 4/9/2004, 1:24:31 pm pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global | Home

http://track.dhl-usa.com/TrackByNbr.asp                                    4/9/2004

