
AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **CONNECTICUT**

PLAINTIFF
BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA

V. DEFENDANT AND THIRD PARTY PLAINTIFF
SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 3:03CV597 (MRK)

V. THIRD PARTY DEFENDANT
SASIB BAKERY ITALIA, S.P.A.,
SASIB FOOD MACHINERY MV, S.P.A.,
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A., AND
DRY PRODUCTS, S.P.A.

To: Name and address of Third Party Defendant

CORPORATE SECRETARY
COMPAGNIE INDUSTRIALI RIUNITE
STRADA VOLPIANO 53,
10040 LEINI (TO), ITALY

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

RICHARD J. SULLIVAN, ESQ.
SULLIVAN & SULLIVAN
31 WASHINGTON STREET
WELLESLEY, MA  02481

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

JOSEPH G. FORTNER, JR., ESQ.
HALLORAN & SAGE LLP
225 ASYLUM STREET
HARTFORD, CT  06103

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK

(By) DEPUTY CLERK

DATE 2/19/04

≈ AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 12, 2004 |
| NAME OF SERVER<br>Robert J. Tasillo | TITLE<br>State Marshal, Hartford County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: <u>United States Post Office</u>
<u>Weston Street, Hartford, Ct.</u>

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Then and by vitrue hereof, under the Connecticut General Statue 33-929 then and by the direction of th Plaintiffs attorney, I deposited in the Post Office registered mail return receipt requested, postage paid, a true attested copy of the Third Party Summons.

| STATEMENT OF SERVICE FEES |  |  |
|---|---|---|
| TRAVEL | SERVICES<br>131.00 | TOTAL<br>131.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 12, 2004          *[signature] Robert Tasillo*
                Date                         Signature of Server

30 Woodland Street, Hartford, Ct. 06105
Address of Server

*FILED 2004 APR 26 AM 11:50 U.S. DISTRICT COURT NEW HAVEN CONN*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra, | : |
| Plaintiff, | : |
| v. | : NO. 3:03cv597 (MRK) |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc., | : |
| Defendant, | : |
| SIG SIMONAZZI NORTH AMERICA, INC., | : |
| Third-Party Plaintiff, | : |
| v. | : |
| SASIB FOOD MACHINERY MV, S.p.A., SASIB BAKERY ITALIA, S.p.A., DRY PRODUCTS, S.p.A., and COMPAGNIE INDUSTRIALI RIUNITE, | : |
| Third Party Defendants. | : |

FILED
FEB 25   11 17 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Ruling

## RULING AND ORDER

Before the Court is Third-Party Plaintiff Sig Simonazzi North America, Inc.'s ("Sig Simonazzi") Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 27]. Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, and substantially for the reasons set forth in Sig Simonazzi's Memorandum Of

1

Law In Support Of Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 28] and its Supplemental Memorandum Of Law In Support Of Consented-To Motion For Order Allowing Additional Method Of Service Of Process On Third-Party Defendants [doc. # 32], this Court directs Sig Simonazzi to serve the summons and Third-Party Complaint on Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A. and Compagnie Industriali Riunite (the "Third-Party Defendants") in accordance with § 33-929 of the Connecticut General Statutes ("C.G.S."). *See, e.g., Ackermann v. Levine*, 788 F.2d 830, 839 (2d Cir. 1986) (Article 10(a) of the Hague Convention authorizes use of "postal channels" to effectuate service on an international litigant); *Robbins v. Max Mara, USA, Inc.*, 923 F. Supp. 460, 469 (S.D.N.Y. 1996) (because Italy has not objected to mail service, service by mail on an Italian corporation comports with the Federal Rules of Civil Procedure and Article 10(a) of the Hague Convention); *G.A. Modefine, S.A. v. Burlington Coat Factory Warehouse Corp.*, 164 F.R.D. 24, 25 (S.D.N.Y. 1995) (same).

Sig Simonazzi shall ensure that the summons and Third-Party Complaint served via C.G.S. § 33-929 are accompanied by Italian translations and that a method of mail service is used that ensures an acknowledgment of receipt – either by return receipt, overnight delivery receipt or other reliable means. In addition to effectuating service of the summons and Third-Party Complaint in accordance with C.G.S. § 33-929, the Court further directs Sig Simonazzi to continue to seek to finalize service through the Italian Central Authority and through Rule 4(f)(2)(C)(ii) through service via the Clerk's Office.

This Ruling and Order is made without prejudice to the Third-Party Defendants' right to challenge either the sufficiency of process or personal jurisdiction. *See, e.g., Ensign-Bickford*

2

*Co. v. ICI Explosives USA Inc.*, 817 F. Supp. 1018, 1031 (D. Conn. 1993).

For the foregoing reasons, Sig Simonazzi's Consented-To Motion For Order Allowing Additional Method Of Service On Third-Party Defendants [doc. # 27] is GRANTED.

IT IS SO ORDERED.

Hon. Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: February 25, 2004

3

OFFICER'S AMENDED RETURN TO COURT

STATE OF CONNECTICUT:
: SS: HARTFORD    MARCH 12, 2004
COUNTY OF HARTFORD :

Then and by virtue hereof, under Connecticut General Statute 33-929, and per attached RULING AND ORDER DATED FEBRUARY 25, 2004, then and by direction of the Plaintiff's attorney, I deposited in the Post Office, registered mail, return receipt requested, postage paid, a true and attested copy of the within original THIRD PARTY SUMMONS IN A CIVIL ACTION, THIRDY PARTY COMPLAINT, EXHIBIT A, EXHIBIT B, ITALIAN TRANSLATION ATTACHMENT, addressed to the within named Third Party Defendant, COMPAGNIE INDUSTRIALI RIUNITE, C/O CORPORATE SECRETARY, STRADA VOLPIANO 53, 10040 LEINI (TO), ITALY.

SUPPLEMENTAL RETURN TO FOLLOW

And then thereafter, on the 26th day of March, 2004, then and by virtue hereof, under Connecticut General Statute 33-929, and per attached RULING AND ORDER DATED FEBRUARY 25, 2004, then and by direction of the Plaintiff's attorney, I deposited with AIRBORNE EXPRESS, INTERNATINAL EXPRESS, postage paid, a true and attested copy of the within original THIRD PARTY SUMMONS IN A CIVIL ACTION, THIRDY PARTY COMPLAINT, EXHIBIT A, EXHIBIT B, ITALIAN TRANSLATION ATTACHMENT, addressed to the within named Third Party Defendant, COMPAGNIE INDUSTRIALI RIUNITE, STRADA VOLPIANO 53, 10040 LEINI (TO), ITALY.

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original THIRD PARTY SUMMONS IN A CIVIL ACTION, THIRDY PARTY COMPLAINT, EXHIBIT A, EXHIBIT B, ITALIAN TRANSLATION ATTACHMENT, with my doings thereon endorsed.

ATTEST:

FEES:
SERVICE:         $ 60.00
TRAVEL:              0.00
PAGES:             162.00
POSTAGE:            18.40
POSTAGE:            27.61
ENDORSEMENTS:       3.20

TOTAL:           $271.21

ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | Article Number | |

Office of Mailing (Bureau de dépôt)
**USPS MAIN OFFICE WINDOW UNIT**
**141 WESTON ST**
**HARTFORD, CT 06101-9998**

Date of Posting (Date de dépôt): 3-12-2004

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Segreteria Corporativa Compagnie Industriali Riunite

Street and No. (Rue et No.):
Strada Volpiano 53

Place and Country (Localité et pays):
10040 Leini (TO) Italy

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or (3) the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire): [signature]

Office of Destination Employee Signature (Signature de l'agent du bureau du destination): [signature]

Date: [illegible]

Postmark: 10040 LEINI POSTE

PS Form **2865**, February 1997 (Reverse)

## SUPPLEMENTAL RETURN

| | |
|---|---|
| CASE NUMBER: 3:03CV597 (MRK) | : US DISTRICT COURT |
| BILL L. GOUVEIA, AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : DISTRICT OF CONNECTICUT |
| VS. | : AT |
| SIG SIMONAZZI NORTH AMERICA, ET AL, INC. | : MARCH 12, 2004 |

And afterwards, on the 9th day of April, 2004, I received the annexed registered pink card registered number RB 027 768 145 US addressed to COMPAGNIE INDUSTRIALI RIUNITE, C/O CORPORATE SECRETARY, STRADA VOLPIANO 53, 10040 LEINI (TO), ITALY from the U.S. Postal Service.

ATTEST:

*[signature]*
ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

| | |
|---|---|
| CASE NUMBER: 3:03CV597 (MRK) | : US DISTRICT COURT |
| BILL L. GOUVEIA, AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : DISTRICT OF CONNECTICUT |
| VS. | : AT |
| SIG SIMONAZZI NORTH AMERICA, ET AL, INC. | : MARCH 26, 2004 |

And afterwards, on the 9th day of April, 2004, I received the annexed DHL tracking summary for tracking number 6206116895 addressed to COMPAGNIE INDUSTRIALI RIUNITE, STRADA VOLPIANO 53, 10040 LEINI (TO), ITALY from DHL TRACKING RESULTS.

ATTEST:

_____
ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY



> LOGIN  > REGISTER
> Customer Service
> Domestic Services
> International Services
> Small Business Center
> Technology Tools
> About DHL

## TRACKING RESULTS: DETAIL

**Tracking Number:** 6206116895

**Shipment Summary:**

| | |
|---|---|
| Current Status: | Shipment delivered. |
| Delivered on: | 3/29/04  10:16 am |
| Delivered to: | |
| Signed for by: | TRUFFO |

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 3/29/04 | 10:16 am | Shipment delivered. | Turin, Italy |
| | 8:00 am | With delivery courier. | Turin, Italy |
| | 7:58 am | Arrived DHL facility. | Turin, Italy |
| | 2:19 am | In Transit. | Bergamo, Italy |
| 3/28/04 | 8:25 pm | Arrived DHL facility. | Bergamo, Italy |
| | 4:38 pm | In Transit. | Brussels, Belgium |
| 3/26/04 | 6:40 pm | Departing origin. | Windsor Locks, CT |
| | 6:40 pm | Picked Up by DHL. | DHL Terminal |

**Shipper:**

STATE MARSHAL
Hartford, CT  06105
United States

**Receiver:**

COMPAGNIE INDUSTRIALI RIU
Leini, 10040
Italy

**Shipment Detail:**

| | | | |
|---|---|---|---|
| Service: | International Express | Ship Type: | Letter |
| Special: | | Description: | BUSINESS DOCUMENTS |
| Weight: | 1 | Shipper's Reference: | 08742.0583/154 |
| Pieces: | 1 | | |

> New Search

- Tracking detail provided by DHL: 4/9/2004, 1:25:21 pm pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global  |  Home

http://track.dhl-usa.com/TrackByNbr.asp                              4/9/2004

