UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKER ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : |
| | : MAY 3, 2004 |

## NOTICE OF APPEARANCE

To:　U.S. District Court
　　　141 Church Street
　　　New Haven, CT  06510

　　　Please enter the appearance of the undersigned, **JOHN R. HORAN**, as counsel for the third-party defendants, **Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A.** in the above-captioned matter.

THIRD-PARTY DEFENDANTS, SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A. and COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

By _____
John R. Horan, Esq. (ct# JRH-8238)
Fox Horan & Camerini LLP
825 Third Avenue
New York, NY 10022
(212) 480-4800
(212) 269-2383 (fax)
jrhoran@foxlex.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Bill L. Gouveia
44 Lyon Terrace
Bridgeport, CT 06604

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

Christopher J. Sochacki, Esq.
Peter J. Ponziani, Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001

Brian D. Rich, Esq.
Christopher J. Lynch, Esq.
Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull Street
Hartford, CT 061103

_____
John R. Horan