STUDIO LEGALE
## Avv. GIOVANNI STEVE
Piazza Bernini 16 - 10143 TORINO
Tel. 011.7410330 - Fax 011.7490133

**PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI** _TORINO_

### ISTANZA NOTIFICA ex art. 71 L. 218/95

Il sottoscritto Avv. _GIOVANNI STEVE_, con studio in _TORINO_, Via _P.zza Bernini 16_, per conto della società SIG SIMONAZZI NORTH AMERICA INC (convenuta ed attrice in riconvenzionale)

### CHIEDE

Che l'Ill.mo Pubblico Ministero presso il Tribunale di _Torino_ voglia autorizzare, ai sensi dell'art.71 L. 218/95, la notifica alla società Compagnie Industriali Riunite, Strada Volpiano, 53, 10040 Leinì, Torino, dell'atto di citazione allegato relativo al procedimento in corso presso il Tribunale Distrettuale degli Stati Uniti, Distretto del Connecticut, nr. 3:03CV597 (MRK).

Si allegano

1) 2 Copie atto di citazione in lingua originale e in versione tradotta in italiano;

Con osservanza.

Torino, 27 marzo 2004

Avv. [signature]

SEZIONE CIVILE

[handwritten notes and stamps]

IL PROCURATORE
Dr. Gabriella Viglione Sost.