**PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI VERONA**

### ISTANZA NOTIFICA ex art. 71 L. 218/95

Il sottoscritto avv. Alessandro Signorato, con studio in san Bonifacio (VR), Via Fogazzaro, 26, per conto della società SIG SIMONAZZI NORTH AMERICA INC (convenuta ed attrice in riconvenzionale)

**CHIEDE**

Che l'Ill.mo Pubblico Ministero presso il Tribunale di Verona voglia autorizzare, ai sensi dell'art.71 L. 218/95, la notifica alla società Sasib Bakery Italia, S.p.a., via Camporosolo, 198, 37047, San Bonifacio (VR), dell'atto di citazione allegato relativo al procedimento in corso presso il Tribunale Distrettuale degli Stati Uniti, Distretto del Connecticut, nr. 3:03CV597 (MRK).

Si allegano

2) 2 Copie atto di citazione in lingua originale e in versione tradotta in italiano;

Con osservanza.
San Bonifacio, 26 mar. 04

Avv. Alessandro Signorato

V° Si autorizza quanto richiesto.

Vr 30.3.04

IL SOST. PROCURATORE
(Dott. Giovanni Benelli)