**PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI MILANO**

### ISTANZA NOTIFICA ex art. 71 L. 218/95

Il sottoscritto avv. prof. Luigi Carlo Ubertazzi, con studio in Milano, corso di Porta Ticinese 60, per conto della società SIG SIMONAZZI NORTH AMERICA INC (convenuta ed attrice in riconvenzionale)

### CHIEDE

Che l'Ill.mo Pubblico Ministero presso il Tribunale di Milano voglia autorizzare, ai sensi dell'art.71 L. 218/95, la notifica alla società Compagnie Industriali Riunite, via Ciovassino, 1, 20121, Milano, dell'atto di citazione allegato relativo al procedimento in corso presso il Tribunale Distrettuale degli Stati Uniti, Distretto del Connecticut, nr. 3:03CV597 (MRK).

Si allegano 2 Copie atto di citazione in lingua originale e in versione tradotta in italiano

Con osservanza.

30.3.2004

Luigi Carlo Ubertazzi

Visto si autorizza.
Milano, 1.4.2004

Il Procuratore della Repubblica Agg.to
Dr. Angelo Curto

UFFICIO UNEP                     Zona: 11
Cod.Rich:                        Deposito Eu: 20,00
Nr.Dep. : 2 /2004/770
Nr.Cron.: A//@//2004//11177057
Istante.: SIMONAZZI C. LUIGI
Richied.: PRO. DELLA REPUBBL. DI MILANO
N.dest .: 1  Dest/zona: 1/11

, 01/04/2004              L'UFFICIALE GIUDIZIARIO