PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI MILANO


10,33 Euro

### ISTANZA NOTIFICA ex art. 71 L. 218/95

Il sottoscritto avv. prof. Luigi Carlo Ubertazzi, con studio in Milano, corso di Porta Ticinese 60, per conto della società SIG SIMONAZZI NORTH AMERICA INC (convenuta ed attrice in riconvenzionale)

#### -CHIEDE

Che l'Ill.mo Pubblico Ministero presso il Tribunale di Milano voglia autorizzare, ai sensi dell'art.71 L. 218/95, la notifica alla società Dry Products Spa, via Ciovassino, 1, 20121, Milano, dell'atto di citazione allegato relativo al procedimento in corso presso il Tribunale Distrettuale degli Stati Uniti, Distretto del Connecticut, nr. 3:03CV597 (MRK).

Si allegano 2 Copie atto di citazione in lingua originale e in versione tradotta in italiano

Con osservanza.

30.3.2004

Luigi Carlo Ubertazzi

V.to per autorizz.
Milano, 1.4. 2004

Il Procuratore della Repubblica Agg.to
Dr. Angelo Curto

UFFICIO UNEP   Zona: 11
Cod.Rich:   Deposito Eu: 20,00
Nr.Dep. : 2 /2004/771
Nr.Cron.: A/0/2004/11711
Istante.: AVV. L. C. UBERTAZZI/SIMONAZZI NORTH AMERICA
Richied.: PROC. DELLA REPUBBLICA DI MILANO
N.dest .:   1   Dest/zona: 1/11

, 01/04/2004   L'UFFICIALE GIUDIZIARIO