UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : : : | |
| Plaintiff | : : | NO.    3:03cv597 (MRK) |
| v. | : : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : : : : | |
| Defendant | : : | |

## ORDER

The Motion To Withdraw Appearances [doc. # 48], dated April 30, 2004, is hereby GRANTED. The appearances of Attorneys Peter J. Ponziani and Christopher J. Sochacki on behalf of Sasib Food Machinery MV, S.P.A. are terminated. Substitute counsel has appeared on behalf of Sasib Food Machinery MV, S.P.A.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: May 11, 2004.