## SUPPLEMENTAL RETURN

FILED

CASE NUMBER: 3:03CV597 (MRK)    U.S. DISTRICT COURT

MAY 25   2 04 PM '04

BILL L. GOUVEIA, AS ADMINISTRATOR    DISTRICT OF CONNECTICUT
OF THE ESTATE OF JOSE GUERRA    NEW HAVEN, CONN

VS.                                    : AT

SIG SIMONAZZI NORTH AMERICA,           : MARCH 11, 2004
     ET AL, INC.


And afterwards, on the 10th day of May, 2004, I received the annexed

registered pink card registered number RB 027 900 688 US addressed to DRY

PRODUCTS S.P.A., C/O CORPORATE SECRETARY, VIA CIOVASSINO 1,

20121, MILAN, ITALY from the U.S. Postal Service.

ATTEST:

Robert Tasillo

ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY