<u>SUPPLEMENTAL RETURN</u>

**FILED**

CASE NUMBER: 3:03CV597 (MRK)

BILL L. GOUVEIA, AS ADMINISTRATOR
OF THE ESTATE OF JOSE GUERRA

VS.                                         : AT

SIG SIMONAZZI NORTH AMERICA,       : MARCH 26, 2004
   ET AL, INC.

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONN.

And afterwards, on the 9th day of April, 2004, I received the annexed DHL tracking summary for tracking number 6206116696 addressed to DRY PRODUCTS, S.P.A., VIA CIOVASSINO, 1, 20121, MILAN, ITALY from DHL TRACKING RESULTS.

ATTEST:

*Robert J. Tasillo* (signature)
ROBERT J. TASILLO
STATE MARSHAL
HARTFORD COUNTY



**Ship** | **Track** | **Transit Times** | **Rates** | **Pickups** | **Locations** | **Suppl**

By Number | By Reference | By Email | Signature P.O.D. | Sky Courier Shipments

- LOGIN   ▶ REGISTER
- ▶ Customer Service
- ▶ Domestic Services
- ▶ International Services
- ▶ Small Business Center
- ▶ Technology Tools
- ▶ About DHL

## TRACKING RESULTS: DETAIL

**Tracking Number:** 6206116696

### Shipment Summary:

| | |
|---|---|
| Current Status: | Shipment delivered. |
| Delivered on: | 3/29/04  10:16 am |
| Delivered to: | |
| Signed for by: | VENTURELLI |

### Shipment History:

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 3/29/04 | 10:16 am | Shipment delivered. | Milan, Italy |
| | 8:49 am | With delivery courier. | Milan, Italy |
| | 2:19 am | In Transit. | Bergamo, Italy |
| 3/28/04 | 9:20 pm | Arrived DHL facility. | Bergamo, Italy |
| | 5:49 pm | In Transit. | Brussels, Belgium |
| 3/26/04 | 6:40 pm | Departing origin. | Windsor Locks, CT |
| | 6:40 pm | Picked Up by DHL. | DHL Terminal |

### Shipper:

STATE MARSHAL
Hartford, CT  06105
United States

### Receiver:

DRY PRODUCTS SPA
Milan, 20121
Italy

### Shipment Detail:

| | | | |
|---|---|---|---|
| Service: | International Express | Ship Type: | Letter |
| Special: | | Description: | BUSINESS DOCUMENTS |
| Weight: | 1 | Shipper's Reference: | 08742.0583/154 |
| Pieces: | 1 | | |

▶ New Search

- Tracking detail provided by DHL: 4/9/2004, 1:25:47 pm pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global  |  Home