UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : | |
| | : | |
| Plaintiff | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : | |
| | : | |
| Defendant | : | |

## MODIFIED SCHEDULING ORDER

The Court having conferred telephonically with the parties on May 28, 2004 in the above-captioned matter, the following modified scheduling order will govern:

1. Fact discovery shall close by **September 30, 2004**, and all discovery, both fact and expert, will close on **January 15, 2005**.

2. Plaintiff's expert report shall be served by **October 15, 2004**; depositions of plaintiff's expert shall be completed by **November 15, 2004**. Defendant's expert report shall be served by **December 15, 2004**; depositions of defendants' experts shall be completed by **January 15, 2005**.

3. Dispositive motions, if any, shall be filed by **February 15, 2005**.

4. If no dispositive motions are filed, the parties' Joint Trial Memorandum is due on **February 28, 2005**. If dispositive motions are filed, parties shall submit their Joint Trial Memorandum thirty (30) days after the Court's ruling on the dispositive motions. The case shall be deemed trial ready upon the filing of the Joint Trial Memorandum.

5. A telephonic status conference is scheduled for **October 18, 2004 at 8:15 A.M.** Plaintiff's counsel shall initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **October 11, 2004**.

**PARTIES SHOULD NOT ANTICIPATE ANY FURTHER EXTENSIONS OF THESE DEADLINES.**

                                                                IT IS SO ORDERED.


                                                /s/        Mark R. Kravitz        
                                                       UNITED STATES DISTRICT JUDGE


Dated at New Haven, Connecticut: May 28, 2004.

RE:     **CASE NO. 3:03CV597 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **October 11, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

     (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

     (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

     (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

     (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                    BY ORDER OF THE COURT
                    KEVIN F. ROWE, CLERK