Case Name: Bill L. Gouveia v. SIG Simonazzi North America, Inc., et al  v. Sasib Bakery Italia, S.p.A., et al
Third Party Defendant: Compagnie Industriali Riunite, S.p.A.
Court Case No.: 3:03CV597 (MRK)

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

FILED
MAY 28  2 26 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

1)  that the document has been served*
*1.  que la demande a été exécutée*
  - the (date)
  - *le (date)* _____
  - at (place, street, number)
  - *à (localité, rue numéro)* _____

_____

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
    [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ] (b)  in accordance with the following particular method*:
        *b)  selon la forme particulière suivante:* _____
    [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de* _____

2)  that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2. de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Third Party Complaint, Exhibit A and Exhibit B, Third Party Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at _____, the
*Fait à* _____ *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2