OFFICE OF JUDICIAL CLERKS FOR SERVICE OF PROCESS
Via Carlo Poma 5
00195 ROME – ITALY

**FILED**
May 28  2 27 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

## CERTIFICATE OF SERVICE OR COMMUNICATION ON OMISSION OF SERVICE OF PROCESS.

Although this office strives to complete service in a timely manner, in this particular case we were unable to forward proof of service or communication of omittted service thereof within a month from receipt of your request.

12. Execution of Service of Process

[Clerk's Stamped Form]
The document was served to an employee and/or building custodian who shall forward said document to the addressee. **Illegible (? April)/18/2004**

Stamped Signature of Judicial Clerk   (Illegible)

Handwritten Signature of Receiver   (Illegible)

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Connecticut

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GFichtner@CivilActionGroup.com | UFFICIO DEGLI UFFICIALI GIUDIZIARI<br>Viale Giulio Cesare, 52<br>Rome<br>00192<br>Italy |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Dry Products, S.p.A.
                               Via Ciovassino 1, 20121 Milan, Italy
                               Tel:

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[X]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*  By personally delivering the documents into the hands of any officer, managing agent or any other agent authorized to accept service of process upon the defendant. If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.
[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Third Party Complaint
Exhibit A and Exhibit B
Third Party Summons in a Civil Action
Translations

Done at Minneapolis, MN, the 2/24/2004
*Fait à* Minneapolis, Minnesota, U.S.A.  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)