UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : : | CIVIL ACTION NO. 303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : : : : : : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.      THIRD-PARTY PLAINTIFF V. | : : : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.      THIRD-PARTY DEFENDANTS | : : : : : | July 29, 2004 |

**THIRD PARTY PLAINTIFF'S MOTION FOR LEAVE TO SERVE MORE THAN 25 INTERROGATORIES AND MEMORANDUM OF LAW IN SUPPORT THEROF**

The third-party plaintiff, Sig Simonazzi North America, Inc. ("SSNA"), hereby moves, pursuant to Rules 26(b)(2) and 33(a) of the Federal Rules of Civil Procedure ("F.R.C.P."), for an Order granting plaintiffs leave to serve more than 25 interrogatories, including subparts, upon the third-party defendants in this matter. Copies of the proposed interrogatories are attached hereto as Exhibits A through D.[1]

---

[1] In an effort to conserve resources, copies of Exhibits A through D (Interrogatories directed to Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A. and Compagnie Riunite, S.p.A., respectively) have been served separately on all parties and are only attached to this Motion, which is being filed with the court.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Leave to serve additional interrogatories shall be granted to the extent consistent with the principles of Rule 26(b)(2) of the Federal Rules of Civil Procedure. *See* D. Conn. L. Civ. R 33(a); *see also* Fed. R. Civ. P. 22(a), 26(b)(2). The point of requiring leave of court to serve additional interrogatories is to permit the court to examine the situation before the parties propound excessive interrogatories. *See* Fed R. Civ. P. 33(a) advisory committee's note (1993); *Capacchione v. Charlotte-Mecklenburg Sch.*, 182 F.R.D. 486, 492 (W.D.N.C. 1998). SSNA's Motion should be granted because the interrogatories propounded comply with the spirit and intent of Rule 26(b)(2) of the Federal Rules of Civil Procedure.

On April 2, 2003, the plaintiff, Bill L. Gouveia, as Administrator of the Estate of Jose Guerra (the "Plaintiff"), filed this action against SSNA for fatal injuries resulting from an April 27, 2001, incident. Plaintiff alleges that Jose Guerra (the "Decedent") was fatally injured while allegedly working at the Chaves Bakery in Bridgeport, Connecticut, when a bakery machine struck the Decedent. He has asserted a products liability claim under C.G.S. § 52-572n of the Connecticut General Statutes. The Plaintiff alleges that SSNA is responsible for the defective bakery machine and for failure to warn of such a defect, as well as for breach of implied warranties and representations.

Based upon its investigation, SSNA believes that four Italian corporations share whatever responsibility may exist in this matter. It believes that Sasib Food Machinery MV, S.p.A., and Sasib Bakery Italia, S.p.A., participated in whole or in part, in the design, manufacture, assembly, and/or sale of the bakery machine involved in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Likewise, SSNA believes that Dry Products, S.p.A. and Compagnie Industriali Riunite have assumed the liabilities of Sasib Food Machinery MV, S.p.A., and Sasib Bakery Italia, S.p.A. SSNA served the four Italian corporations with a Third-Party Complaint, and the four Italian corporations have appeared in and answered the Third-Party Complaint.

SSNA will likely be required to travel to Italy for purposes of deposing fact witnesses, who are employed or otherwise associated with the four Italian corporations. In light of the costs and expenses involved in preparing for and conducting depositions in Italy, the proposed interrogatories are designed to focus the issues and discovery in this matter. Further, the interrogatories are intended to clarify the position of the third-party defendants with respect to certain facts, including issues both pertaining to the design, manufacture, sale, and installation of the bakery machine, which is the subject matter of the underlying claims by the Plaintiff, and the issues pertaining to the liabilities of Sasib Food Machinery MV, S.p.A., and Sasib Bakery Italia, S.p.A. by Dry Products, S.p.A. or Compagnie Industriali Riunite, or both. Additionally, the interrogatories identify potential deposition witnesses regarding relevant issues, and determine the existence and identity of relevant documents.

If leave is granted to SSNA to serve interrogatories in excess of 25 interrogatories, SSNA will be allowed to conduct the remainder of discovery in as an efficient and directed manner as possible. They may also resolve certain factual issues, and avoid the need for depositions on such issues.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Given the complexities and nature of the claims and defenses in this action, SSNA submits that these interrogatories are not overly burdensome. Thus, it is submitted that leave to submit more than 25 interrogatories should be granted, and that SSNA should be allowed to serve the proposed interrogatories as attached.

WHEREFORE, it is respectfully requested that the court grant this Motion for Leave to Serve More than 25 Interrogatories.

                        THE DEFENDANT,
                        SIG SIMONAZZI NORTH AMERICA, INC.

By____/S/_____
   Joseph G. Fortner, Jr. (#ct4602)
   Patrick M. Birney (#ct19875)
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 29th day of July, 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorney for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY  10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

/S/
Patrick M. Birney

576095.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105