UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : : | CIVIL ACTION NO. 303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : : : : : | |
| SIG SIMONAZZI NORTH AMERICA, INC. THIRD-PARTY PLAINTIFF | : : | |
| V. | : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. THIRD-PARTY DEFENDANTS | : : : : : | JULY 28, 2004 |

**THIRD PARTY PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED TO THE THIRD-PARTY DEFENDANT
DRY PRODUCTS, S.P.A.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the third-party

plaintiff, Sig Simonazzi North America, Inc., hereby requests that the third-party

defendant Dry Products, S.p.A. ("Dry Products"), answer all of the following

interrogatories under oath.  Such answers are to be made within thirty (30) days of the

service hereof, at the offices of Halloran & Sage LLP, One Goodwin Square, 225

EXHIBIT C

08742.0583

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Asylum Street, Hartford, Connecticut 06103, or at such time or place as mutually agreed upon between the parties.

## DEFINITIONS AND INSTRUCTIONS

A.    "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(2) of the Civil Rules of the United States District Court for the District of Connecticut.  Not by way of limitation, but instead as examples, these terms mean papers or writings, including all drafts, and any mechanical or electronic recordings or records of any kind in your possession, custody, or under your control, wherever located, whether an original or a copy, including without limitation agreements, financial statements, invoices, minutes, memoranda, notes, records, interoffice communications, facsimile transmissions, tape or other recordings, microfilm, microfiche, letters, e-mails, photographs, drawings, specifications, data, reports, printed matter, publications, computer disks (whether or not removable), computer tapes, offers, bids, proposals or statements.  Any copy either containing or having attached thereto any alterations, notes, comments, or other material which is not included in the originals or copies referred to in the preceding sentence shall be deemed a separate document within the foregoing definition.

B.    The term "identify" is, in connection with a natural person, defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(3) of the Civil Rules of the United States District Court for the District of Connecticut.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

C.     The term "identify" means, in connection with a corporation, partnership, or company, to state the full name of the entity, its current or last known address, and to identify all natural persons known by you to be officers, agents, or employees of the entity.

D.     The term "identify" is, in connection with a document, defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(4) of the Civil Rules of the United States District Court for the District of Connecticut.

E.     The term "concerning" means relating to, referring to, describing, evidencing or constituting, as defined in Rule 26(c)(7) of the Civil Rules of the United States District Court for the District of Connecticut.

F.     "Communication" or "communications" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(1) of the Civil Rules of the United States District Court for the District of Connecticut.  Not by way of limitation, but instead as examples, these terms mean document(s), telephone conversation(s), electronic mail or other tangible things causing information to be conveyed between persons or entities.

G.     "You" or "your" means Dry Products, S.p.A., all subsidiaries, divisions, affiliates, or other entities owned and controlled by the third-party defendant, its predecessors in interest, and all officers, directors, managers, attorneys, representatives, or employees of the third-party defendant.

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

H.    If any communication is not identified because of a claim of privilege or work product, state: (1) the basis upon which the privilege is claimed; (2) the author of the document or participants in the communication; (3) each person to whom the document indicates the original or copy was sent; (4) the date of the document or communication; and (5) the general subject matter or the document or communication.

I.    The "Bakery Machine" means Bakery Line Bread and Roll Making Machine, model/order number 3444 CHA.

J.    The term "Sasib Bakery" means Sasib Bakery Italia, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

K.    The term "Sasib Food" means Sasib Food Machinery MV, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

L.    The term "CIR" means Compagnie Industriali Riunite, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

M.     These interrogatories constitute a continuing request, and thus, you are required to supplement your responses up to and including the time of trial, if additional information or documents are created, become known to you, or come into your possession, custody or control.

N.     In answering each interrogatory, identify each person who assisted in the preparation of your answers to these interrogatories.

## INTERROGATORIES

1.     Please identify yourself, giving your full name, residential address, complete business address and occupation, and if the third-party defendant is a corporation, the office you hold with the third-party defendant including your titles and duties as of the date responded to these interrogatories.

RESPONSE:

2.     Prior to answering these interrogatories, have you made due and diligent search of all books, records, and papers in your possession and due and diligent inquiry of all your agents and employees with a view to obtaining information available in this action?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPONSE:

    3.    Did you participate in the manufacturing or assembly of the Bakery Line Bread and Roll Making Machine, model/order number 3444 CHA, or products similar to the Bakery Machine?

RESPONSE:

    4.    If the answer to the preceding question was answered in the affirmative, please state:

    a.    the approximate date on which the Bakery Machine was manufactured, and the location of the plant where it was manufactured;

    b.    a complete description of the manufacturing process used for the production or assembly of the product;

    c.    the name, address, and position with the third-party defendant of each person who inspected the Bakery Machine after manufacture or assembly;

    d.    a complete description of the inspection or quality control process used during and the manufacture of the Bakery Machine, including the effectiveness of each step.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5.    If you do not presently manufacture the Bakery Machine, when, if ever, did you last manufacture the Bakery Machine?

RESPONSE:

6.    Did you sell, distribute, advertise, or install the Bakery Machine?

RESPONSE:

7.    If the answer to the preceding interrogatory was answered in the affirmative, please state:

a.    the length of time during which you have been selling, distributing, advertising, or installing the Bakery Machine;

b.    the name and address of each person or entity, other than you, who sells, distributes, advertises, or installs the Bakery Machine on your behalf;

c.    whether you regularly sell products of the same or similar nature to the Bakery Machine;

d.    whether you are regularly involved in the business of selling the Bakery Machine directly to end-users, or rather to wholesalers or distributors.

RESPONSE:

- 7 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8.    Did you sell the Bakery Machine to Chaves Bakery?

RESPONSE:

9.    If the answer to the preceding interrogatory was answered in the affirmative, please state:

a.    the date of the sale;

b.    the names and addresses of all persons who participated in the sale;

c.    and describe all invoices, receipts, sales contracts, or other documents or other documents or records of such sale and state when and where such copies are located.

RESPONSE:

10.    Please identify the person(s) who has/have the most knowledge about each of the following areas with respect to the Bakery Machine, including the name and current business and home address of each person so identified:

a.    invention and development;

- 8 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

b.    design;

c.    manufacture and assembly;

d.    testing and inspection;

e.    human factors analysis;

f.    advertising and promotion;

g.    marketing, distribution, wholesaling, and retailing;

h.    maintenance, repairs, or retrofitting;

i.    developments of safety features, safety measures, safety appliances, safety equipment, or design safety considerations;

j.    preparation of instructions, directions, and warnings;

k.    correspondence of any kind to purchasers of the Bakery Machine, and/or similar series of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions, or modifications made to the Bakery Machine by or under the supervision of the third-party defendant;

l.    European Economic Community Machinery Directive;

m.    EN Standards.

**RESPONSE:**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11.    Please identify the person(s) who has/have the most knowledge about each of the following areas with respect to the Bakery Machine's components or component parts, including the name and current business and home address for each person so identified:

a.    invention and development;

b.    design;

c.    manufacture and assembly;

d.    testing and inspection;

e.    human factors analysis;

f.    advertising and promotion;

g.    marketing, distribution, wholesaling, and retailing;

h.    maintenance, repairs, or retrofitting;

i.    developments of safety features, safety measures, safety appliances, safety equipment, or design safety considerations;

j.    preparation of instructions, directions, and warnings;

k.    correspondence of any kind to purchasers of the Bakery Machine, and/or similar series of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions, or modifications made to the Bakery Machine by or under the supervision of the third-party defendant;

l.    European Economic Community Machinery Directive;

- 10 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

m.    EN Standards.

RESPONSE:

12.    Please identify the person(s) who has/have the most knowledge about each of the following areas with respect to any subsequent changes, retrofits, alterations, additions, or modifications made to the Bakery Machine, including the name and current business and home address for each person so identified:

a.    invention and development;

b.    design;

c.    manufacture and assembly;

d.    testing and inspection;

e.    human factors analysis;

f.    advertising and promotion;

g.    marketing, distribution, wholesaling, and retailing;

h.    maintenance, repairs, or retrofitting;

- 11 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

i.      developments of safety features, safety measures, safety appliances, safety equipment, or design safety considerations;

j.      preparation of instructions, directions, and warnings;

k.      correspondence of any kind to purchasers of the Bakery Machine, and/or similar series of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions, or modifications made to the Bakery Machine by or under the supervision of the third-party defendant;

l.      European Economic Community Machinery Directive;

m.      EN Standards.

RESPONSE:

13.    Identify the person(s) in your employ who is/are now responsible for implementation and/or monitoring of design changes or modifications to the Bakery Machine, as of the date of your response to the interrogatories.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14.     Identify the persons in your employ who are the most knowledgeable concerning the safety, design, testing, and/or features of the Bakery Machine from its initial introduction to the market up to the date of your responses to these interrogatories.

RESPONSE:

15.     Did you install the Bakery Machine at Chaves Bakery?  If so, please provide the name and current address of each person who participated in the installation of the Bakery Machine.

RESPONSE:

16.     Did you perform any auxiliary services in relation to the sale or installation of the Bakery Machine, including post-sale servicing of the Bakery Machine or training in the use and operation of the Bakery Machine?

RESPONSE:

17.     If the answer to the preceding interrogatory was answered in the affirmative, please state in complete detail:

a.     a description of such services;

- 13 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

b.    the exact nature of the obligations you assumed for the maintenance, installation, service, and/or training with regard to the Bakery Machine;

c.    the name and address of each person in the employ of or under contract with you pertaining to the maintenance of, installation of, service of, and/or training in the Bakery Machine;

d.    the relationship of the persons performing the installation of, servicing of, or training in the Bakery Machine by you.

RESPONSE:

18.    Please describe fully all recommended repairs or maintenance of the Bakery Machine, including:

a.    how such repairs or maintenance were recommended to Chaves Bakery;

b.    whether any printed material affixed to the Bakery Machine recommended such maintenance or repair;

c.    whether you had any conversations with any representatives of Chaves Bakery regarding such maintenance or repair, setting forth the substance and contents of each conversation.

RESPONSE:

– 14 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

19.    Describe in detail the nature of all warnings, cautions, directions, instructions or other printed material provided, sent, or distributed by you to the purchaser or user of the Bakery Machine, including Chaves Bakery, from the initial introduction of the Bakery Machine to the present date. You may comply with this interrogatory by attaching copies of such warnings, etc., to your interrogatory responses.

RESPONSE:

20.    Please describe in complete detail any literature, brochures, pamphlets, labels, or other printed material distributed with or in conjunction with the sale of the Bakery Machine, including:

  a.    the substance or contents contained in such materials; and

  b.    a complete description of how such printed material was provided to the purchaser or user of the Bakery Machine.

RESPONSE:

- 15 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

21.    As to all literature, brochures, pamphlets, labels, or other printed material which you customarily attach to or include with the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, or similar series of Bakery Machine, please describe in full and complete detail:

    a.    the substance or contents in such printed material, including but not limited to the claims or representations contained therein; and

    b.    when and where such material may be examined by counsel, or attach a copy of all such printed material to the answers to these interrogatories.

RESPONSE:

22.    If the literature, brochures, pamphlets, labels, or other printed material of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision have ever been changed or modified, since the date on which you first developed, marketed or distributed the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, regarding the safety of, or access to, the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision or similar series of Bakery Machine, please describe in full and complete detail for each such change or modification:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a.  the date and reason the change or modification was made;

b.  the nature of the change or modification;

c.  the name, title and address of each person who had responsibility for authorizing the change or modification;

d.  the full name, title and address of each person who has custody of records relating to each such change or modification;

e.  the full name, title, occupation, business address and authority of each person that decided or ordered such change or modification.

RESPONSE:

23.     Please identify all persons or entities that have manufactured the Bakery Machine's components or component parts, and describe in detail each component or component part and the person or entity responsible for the manufacture for each such part.

RESPONSE:

- 17 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

24.   If you have retained the services of an outside company for purposes of advertising or marketing the Bakery Machine, please identify each such company or agency.

RESPONSE:

25.   Did you, at any time within five years prior to the date of the alleged occurrence, advertise, promote, or cause to be advertised or promoted the Bakery Machine, or a product similar to the Bakery Machine?

RESPONSE:

26.   If the answer to the preceding interrogatory was answered in the affirmative, state and describe in detail:

a.   the nature and content of text, copy, pictures, animations, films, tapes, and other written or broadcast statements and documents relating to the Bakery Machine, or products similar to the Bakery Machine;

- 18 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

   b.  the various media and forms of communication through which the Bakery Machine, or products similar to the Bakery Machine, were advertised, identifying the specific trade publications, trade shows, and other media sources in which such advertisement was carried.

RESPONSE:

  27.  Did you conduct or cause to conduct any examination or inspection of the Bakery Machine after its installation?  If so, please state:

   a.  the precise examinations conducted;

   b.  the results of those examinations;

   c.  the dates of the examinations.

RESPONSE:

  28.  Please list all standards which pertain to pre-market testing and safety of the Bakery Machine, or similar series of the Bakery Machine, including all standards

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

known to you which are promulgated by local, state or federal governmental agencies, national agencies (meaning any nation), bureaus and commissions, by any private trade or industry groups, whether or not you are a member of such groups.

RESPONSE:

29.    Please state the full name, title and complete business address of each person or entity of any type that has custody of any documents and/or records relating to the design, manufacture, distribution, or installation of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under the supervision of the third party defendant, and/or similar series of Bakery Machine, for the three-year period immediately preceding the occurrence.

RESPONSE:

30.    If you contend that some person or entity of any type other than you, or your employee, or any other person or entity of any type over whom you had control, designed, manufactured, or installed the Bakery Machine, its components or component parts, or any subsequent changes, retrofits, alterations, additions or modifications made

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

to the Bakery Machine, please describe in full and complete detail such other person or entity, including in your response: the name, occupation, business address and a full and complete description of the way in which such person or company caused or contributed to the design, manufacture, or installation of the Bakery Machine, the Bakery Machine's components or component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine.

RESPONSE:

31.    If, at any time in the three (3) years preceding the design, manufacture, sale, supply, distribution or installation of the Bakery Machine, or a similar series of Bakery Machine, you participated in any form of advertisement or promotion of the Bakery Machine, or similar series of Bakery Machines, either directly or indirectly, please state in full and complete detail:

a.    the substance and content of all claims made in all advertisements or promotion for the subject Bakery Machine and/or similar series of Bakery Machine; and

b.    the time and place where each such advertisement or promotion appeared.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

32.    If, at any time in the three (3) years preceding the design, manufacture, sale, supply, distribution or installation of the Bakery Machine, or similar series of Bakery Machine, you instructed your employees or agents as to the type of claims, warranties (written or oral), guarantees or instructions as to the performance, use or operation of the Bakery Machine that should be made in connection with the sale, distribution or supply of the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, or similar series of Bakery Machine, please state in full and complete detail:

a.    the name and address of each person who gave the claims, warranties, guarantees or instructions;

b.    the substance and content of all warranties, guarantees or instructions, and a statement of how they related to the use or operation of the Bakery Machine, or similar series of Bakery Machine;

c.    the substance and content of all such claims, warranties, guarantees or instructions that should be given in connection with the sale, supply, distribution or installation of the Bakery Machine, or similar series of Bakery Machine;

d.    when and how the third-party defendant instructed employees as to how and in what manner to give such claims, guarantees, instructions or warranties;

e.    the substance and content of all warranties that you gave in the sale, supply, distribution or installation of the Bakery Machine or similar series of Bakery Machine;

f.    the substance and content of all guarantees that third-party defendant gives in the sale, supply, distribution or installation of the Bakery Machine or similar series of Bakery Machine; and

g.    identify any such claims, warranties, guarantees or instructions.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

33.    Please describe in full and complete detail with specificity all safety features, safety devices, safety measures, safety appliances or safety equipment with which the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision was equipped from the date the Bakery Machine was installed through the date of your response to this interrogatory.

RESPONSE:

34.    If you, or any of your agents or employees, affixed or attached, or caused to be affixed or attached, to the Bakery Machine, or to the package in which the Bakery Machine was sold, distributed or supplied, any label, tag, directions, instructions, warnings and/or other writings, please describe in full and complete detail:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a.    the purpose of each such label, tag, directions, instruction, warning, or other writings;

b.    the date each such label, tag, directions, instruction, warning, or other writings were attached;

c.    the inclusive dates during which each such label, tag, directions, instruction, warning, or other writings design was in effect;

d.    the design of each such label, tag, directions, instruction, warning, or other writings, including the size and color used;

e.    the full text of each such label, tag, directions, instruction, warning, or other writings;

f.    the position of each such label, tag, directions, instruction, warning, or other writings on the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under the supervision of the third-party defendant, or similar series of Bakery Machine, or package containing the Bakery Machine, or similar series of Bakery Machine;

g.    the substance and content of each such label, tag, directions, instruction, warning, or other writings concerning improper maintenance or use of the Bakery Machine, and/or similar series of Bakery Machine permanently affixed to the Bakery Machine, and/or similar series of Bakery Machine, and the place in which they appear on the Bakery Machine, and/or similar series of Bakery Machine;

h.    the full name, business address and title of each person who has custody of any records relating to the composition of each such label, tag, directions, instruction, warning, or other writings;

i.    the full name, business address and title of the person who is responsible for promulgating the label, tag, directions, instruction, warning, or other writings.

RESPONSE:

- 24 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

35.    Please describe in full and complete detail whether by designing, installing, supplying, adding, providing, or supervising and/or directing the installation of the Bakery Machine, you became a rebuilder of the Bakery Machine, and if the answer is no then why not.

RESPONSE:

36.    Please describe in full and complete detail any changes, additions, alterations or modifications made by or under your direction or supervision to the Bakery Machine at any time after you first installed or supervised the installation of the Bakery Machine up through and including the time of the incident, which is the subject matter of the plaintiff's complaint, and which is attached as Exhibit A to the Third-Party Complaint.

RESPONSE:

- 25 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

37.    In performing or supervising any and all work on the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, what section(s) did you review, examine, consult, follow or apply from the following sources:

a.    29 CFR 1910 - OSHA Regulations;

b.    American National Standards Institute For Bakery Equipment/Safety Requirements Z50.1 standards;

c.    European Economic Community Machinery Directive;

d.    EN-1050, EN-292 Parts 1 and 2, and other applicable B and C Level Standards.

RESPONSE:

38.    Please describe in full and complete detail whether you had any independent third-party inspect the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, including in your response the full name and complete address of any such inspector.

RESPONSE:

– 26 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

39.    Please describe in full and complete detail any and all training or education provided by you, your agents or employees to Chaves Bakery, its agents or employees, regarding the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision.

RESPONSE:

40.    Please describe in full and complete detail what, if any, interlocks, sensors, or other safeguarding devices existed to prevent access to the Bakery Machine.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

41.    If you have maintained a central file of any studies or tests performed on the Bakery Machine, please identify the nature of any such files and identify the person who is presently the custodian of such files.

RESPONSE:

42.    Identify any and all express or implied agreement between you and Sasib Food or Sasib Bakery, or both, whereby you agreed to assume liability for any and all obligations incurred in the regular or ordinary course of your business or for injuries caused by the Bakery Machine or similar makes and models.

RESPONSE:

43.    Identify any and all insurance policies that were transferred to you by Sasib Food or Sasib Bakery, or both, including any products liability insurance policies, the terms of which were in effect on or about April 27, 2001, or which extend beyond April 27, 2001.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

44.    Identify any agreement between you and any corporation, company, individual and/or entity to repair, replace or service the Bakery Machine or similar makes and models.

RESPONSE:

45.    Identify any and all agreements between you and Sasib Bakery or Sasib Food, or both, which required Sasib Bakery or Sasib Food, or both, to dissolve on a certain date.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

46.    Identify any and all complaints, lawsuits, or claims ever submitted to you or of which you became aware of, relating to any defect(s) of the Bakery Machine or similar makes and models.

RESPONSE:

47.    State whether you ever assumed any liabilities or obligations, or both, which were necessary for the continuation of the business of Sasib Baker or Sasib Food, or both.

RESPONSE:

48.    State whether you have ever acquired any of the assets of Sasib Bakery or Sasib Food, or both.  If yes, state:

a.    What consideration was given for the transfer of such assets.

b.    Whether the consideration consists of securities or debt issued by you.

c.    Whether the consideration consisted of cash.

- 30 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

d.  Whether debt or securities issued by you were ever distributed to the shareholders of Sasib Bakery or Sasib Food, or both.

e.  Whether the purchase and sale agreement expressly or impliedly provided that you would assume the debts or liabilities, or both, of Sasib Food or Sasib Bakery.

f.  Whether you merged with Sasib Food or Sasib Bakery.

g.  Whether you have continued the business enterprise of Sasib Food or Sasib Bakery.

RESPONSE:

49.  State whether you have ever employed any officers, directors, employees of Sasib Bakery, Sasib Food or CIR.

RESPONSE:

50.  State whether there has ever been overlap in management, personnel, physical location (including telephone numbers), assets, ownership, officers, directors, and general business operations between you and Sasib Bakery, Sasib Food or CIR.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPONSE:

      51.    Identify all products that are sold by you, and which products have also been sold by Sasib Food, Sasib Bakery, and CIR.

RESPONSE:

      52.    State whether Sasib Bakery or Sasib Food has ever ceased to exist, dissolved or filed for bankruptcy.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

53.    State whether you ever received rent or personal property from Sasib Food or Sasib Bakery.

RESPONSE:

54.    State whether you entered into any agreement wherein the terms and conditions provided that best efforts would be utilized to hire or retain, or both, the employees of Sasib Bakery or Sasib Food.

RESPONSE:

55.    If the answer to the preceding question was answered in the affirmative, please provide the date of the agreement, the parties to the agreement, and the location of the agreement.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

56.    State whether you entered into an agreement wherein the goodwill, trade name, and/or the customer lists of SASIB FOOD or SASIB BAKERY were transferred.

RESPONSE:

57.    If the answer to the preceding question was answered in the affirmative, please provide the date of the agreement, the parties to the agreement, and the location of the agreement.

RESPONSE:

58.    State whether you ever promoted, marketed, or advertised the Bakery Machine using the name of the Bakery Machine.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

59.    State whether you ever manufactured and sold the Bakery Machine using the same operation utilized by Sasib Bakery.

RESPONSE:

60.    State whether you sold the Bakery Machine using the name of the Bakery Machine.

RESPONSE:

THE DEFENDANT,
SIG SIMONAZZI NORTH AMERICA, INC.

By_____

Joseph G. Fortner, Jr.
Patrick M. Birney of
HALLORAN & SAGE LLP
Fed. Bar #ct 04602
Fed. Bar #ct 19875
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 35 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

I hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____

Authorized Signatory


Subscribed and sworn to before me this _____ day of _____ 2004.


_____

Notary Public/
Commissioner of the Superior Court

- 36 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this ____ day of July 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

Patrick M. Birney

576833.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford. CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105