UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Third-party Plaintiff, Sig Simonazzi North America, Inc., requests leave to serve more than 25 interrogatories [doc. #68]. No opposition having been filed, the Court hereby GRANTS the Motion for Leave to Serve More Than 25 Interrogatories [doc. #68], limited to the proposed interrogatories attached to the motion [doc. #68] as Exhibits A through D.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 27, 2004.