UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA<br><br>V.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | CIVIL ACTION NO.<br>303 CV 597 MRK |
| SIG SIMONAZZI NORTH AMERICA, INC.,<br>　　　　THIRD-PARTY PLAINTIFF<br><br>V.<br><br>SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.<br>　　　　THIRD-PARTY DEFENDANTS | SEPTEMBER 7, 2004 |

## MOTION REQUESTING ISSUANCE OF LETTER OF REQUEST

Pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, §1781(b)(2) of Title 28 of the United States Code, and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"), the third-party Plaintiff, Sig Simonazzi North America, Inc. ("SSNA"), hereby moves the Court to issue a Letter of Request (the "Request") directing the Italian judicial branch to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

order and conduct depositions under the procedural rules as described particularly therein.

By utilizing the Hague Convention, SSNA would dispense with the necessity of using diplomatic channels in obtaining the testimony of the witnesses, disclosed *infra*, in Italy. Under the Hague Convention, the Request issued by a United States Court can be submitted directly to the appropriate authorities in Italy. In the present instance, SSNA's counsel would forward the Request issued by the Court directly to SSNA's local counsel in Italy, who would file the Request with the appropriate judicial authorities in Italy and who would follow through to ensure that the request is executed as soon as possible. Thereafter, the witnesses, disclosed *infra*, would be compelled to testify using appropriate measures of compulsion prescribed by the laws of Italy for use in its internal proceedings. Since the Request does not have to travel through diplomatic channels, substantial time is saved in its execution.

The Request seeks that this Court order the depositions of the following persons, all of whom, upon information and belief, are located in Italy:[1]

    Marco Pimazzoni
    Carlo Brunetti
    Giampaolo Mazzola
    Luka Colato
    Adolfo Zambelli
    Filippo Cavaggioni

---

[1] At the time of the filing of this Motion, the Third-Party Defendants have not yet responded to SSNA's First Set of Interrogatories and Requests for Production of Documents (the "Discovery Responses"), wherein requests for the identification of additional witnesses are contained. SSNA respectfully reserves its right to supplement this list upon receipt and review of the Discovery Responses.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

William Giacommetti
Giuseppe Lisandri
Erik Bothorel
G. Paolo Lenzi
Signore Silvestroni

The depositions of the above-captioned individuals will be conducted by an Italian judge, with the level of participation of counsel dictated by that judge. SSNA requests that it be permitted to attend, and to cross-examine the witnesses based upon the testimony adduced at these proceedings. SSNA further requests that it be permitted to record the testimony in accordance with the Federal Rules of Civil Procedure, using a court reporter or videographer, or both, from the United States to be designated by the parties. The Request also includes additional specific procedural requirements and mechanisms as recommended by SSNA's Italian counsel.

This request is in accord with Italy's domestic discovery laws and serves as a more expeditious means of compelling such testimony. The depositions are necessary to ensure complete discovery in this case, as the witnesses possess certain information relating to the design, manufacture, installation, and sale of the bakery equipment at issue in this case are in Italy. Moreover, certain witnesses, as well as others yet to be disclosed by the third-party defendants, possess certain information relating to the assumption of the liabilities of Sasib Food Machinery MV, S.p.A. and Sasib Bakery Italia, S.p.A., by Dry Products S.p.A. or Compagnie Riunite Industriali, S.p.A., are likewise in Italy.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This Motion is based on all of the papers and records on file in this action, the Memorandum of Law in Support of Motion Requesting Letter of Request, dated September 3, 2004, as well as on any argument and evidence presented at the hearing on this Motion.

WHEREFORE, the Court is respectfully requested to grant SSNA's Motion and issue the attached Request. The Request will provide a simple, streamlined approach to obtaining the testimony of the individuals, described *supra*.

DEFENDANT/THIRD-PARTY PLAINTIFF

By:_____
Joseph G. Fortner, Jr.
Patrick M. Birney
HALLORAN & SAGE LLP
Fed. Bar #ct04602
Fed. Bar #ct19875
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this ___7th___ day of September 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

_____
Patrick M. Birney

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105