UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA,<br>Plaintiff<br><br>v.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.,<br>Defendant<br><br>v.<br><br>SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE,<br>Third-Party Defendants | SEP 13  2 04 PM '04<br><br>U.S. DISTRICT COURT<br>NEW HAVEN, CONN.<br><br>CIVIL ACTION No. 303CV597 MRK<br><br><br>Dated: September 8, 2004 |

PLAINTIFF'S MOTION TO AMEND THE PLAINTIFF'S COMPLAINT

NOW COMES the plaintiff and moves this Honorable Court grant the plaintiff leave to file an amended complaint in the form attached hereto and marked as "A."

As grounds for this motion the plaintiff files the attached memorandum of law and asserts the following:

I.  The plaintiff seeks to change the name of the defendant, Simonazzi North America, Inc. to correctly identify the defendant, a change that will not prejudice the defendant.

II. The plaintiff has a cause of against the third-party defendants Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products S.p.A., and Compagnie Industriali Riunite, S.p.A.

1. On or about April 27, 2001, the plaintiff's decedent was killed by a Bakery Line Bread and Roll Making Machine, model/order number 3444 CHA ("the "Bakery Machine").

2. On or about April 8, 2003, the plaintiff had filed Complaint in the United States District Court, District of Connecticut, and served it upon the defendant Sig Simonazzi North America, Inc., alleging negligence pursuant to Connecticut Products Liability Act, C.G.S. §§52-572m, *et seq.* and 52-555, and demanding punitive damages pursuant to C.G.S. §52-240b.

3. On or about January 8, 2004, the Court allowed the defendant's Motion to File a Third-Party Complaint against Sasib Food Machinery MV, S.p.A., Sasib Bakery

Italia, S.p.A., Dry Products S.p.A., and Compagnie Industriali Riunite, S.p.A, alleging that the third-party defendants designed, developed, manufactured, tested, fashioned, packaged, marketed, inspected, distributed, supplied, installed, maintained, sold, supervised, delivered, and modified the subject bakery machine to the plaintiff's decedent's employer Chaves Bakery and/or modified the machine and its component parts for use at Chaves Bakery.

4. The plaintiff now seeks to file a cause of action against each of the third-party defendants Sasib Food Machinery MV, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products S.p.A., and Compagnie Industriali Riunite, S.p.A. for the design, development, manufacture, testing, fashioning, packaging, marketing, inspection, distribution, supply, installation, maintenance, sale, supervision, delivery, and/or modification of the subject machine and its component parts.

5. The plaintiff's claims against each of the third-party defendants arise out of the same transaction and occurrences set forth in the plaintiff's Complaint against the defendant Sig Simonazzi North America, Inc.

6. Federal Rule of Civil Procedure 14(a) states, "the plaintiff may assert any claim against the third-party defendant arising out of the transaction or occurrence that is the subject matter of the plaintiff's claim against the third-party plaintiff."

7. Federal Rule of Civil Procedure 15(a) provides that a party may file an amended pleading by leave of Court and that, "leave shall be freely given when justice so requires." Federal Rule Of Civil Procedure Rule 15(c) states, "an amendment of a pleading relates back to the date of the original pleading when the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth in the original pleading."

WHEREFORE, Plaintiff prays this Honorable Court allow this Motion to File an Amended Complaint, and to accept for filing and docketing the signed amended complaint attached hereto as Exhibit "A".

Respectfully submitted,

THE PLAINTIFF, BILL L. GOUVEIA AS
ADMINISTRATOR OF THE ESTATE
OF JOSÉ GUERRA,
By his attorney,

Richard J. Sullivan
Fed Bar # CT24914
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
Telephone (781) 263-9400
Fax (781) 239-1360

## CERTIFICATION

This is to certify that on this day I served, by first-class mail postage prepaid, a copy of the foregoing to:

Patrick M. Birney, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Deborah S. Russo, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

John J. Horan, Esq.
Jonathan Mazer, Esq.
Fox Horan & Camerini, LLP
825 Third Avenue
New York, NY 10022

_____
RICHARD J. SULLIVAN

Dated: September 8, 2004