UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : |
| | : SEPTEMBER 27, 2004 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER
AND MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The third party defendants, Sasib Food Machinery, M.V., S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A., and Compagnie Industriali Riunite (the "Third-Party Defendants") respectfully request a modification of the Scheduling Order, entered in this case on or about May 28, 2004.

The Third Party Defendants are Italian corporations, who are presently responding to extensive discovery requests promulgated by the main plaintiff and the third party plaintiff. The requested modification will allow the Third-Party Defendants additional time to respond to discovery demands already promulgated. Responses to the extensive discovery demands is difficult and time consuming because of the extensive nature of the demands and the language

difficulties involved in preparing responses by foreign witnesses to complicated questions and demands promulgated in English.

In light of the efforts it has devoted to responding to discovery propounded by the defendant/third-party plaintiff and the plaintiffs in this case, as well as participating in the several depositions which have occurred to date, the Third-Party Defendant also requests the modification so that it has an opportunity to propound its own discovery in this case.

Additionally, the defendant/third party plaintiff is presently seeking a letter of request for assistance in taking testimony of 11 witnesses in Italy. Third-Party Defendants anticipate that one, or more, of the witnesses, which the defendant/third party plaintiff seeks to depose in Italy, will be produced in the United States on or about October 27, 2004. Nevertheless, it is anticipated that the remaining depositions in Italy may take a number of months for the completion of testimony of the Italian witnesses because it will require the involvement of more than one Italian judge.

A modification of the Order will also permit the Third-Party Defendants, the plaintiff, and defendant/third-party plaintiff time to complete depositions already noticed and scheduled, in addition to affording sufficient time to complete discovery in Italy pursuant to a letter of request, discussed, <u>supra</u>. The parties have been working diligently to complete depositions of witnesses in the United States; however, because of issues of witness availability all depositions have not been completed to date. For example, with respect to disclosure sought and requested from non-party Chaves Bakery, II, Inc. ("Chaves Bakery"), third party plaintiffs' counsel has been informed that Sig Simonazzi has served subpoenas seeking the depositions of its principals John Chaves, Sr. and John Chaves, Jr. After an initial period where compliance was sought absent the efforts of counsel for Chaves Bakery, counsel [Stuart Katz of Cohn & Wolf] has

recently entered into the process to coordinate and to participate in the disclosure of the items sought and testimony requested. Document review is to be conducted during the week of September 27, and, the depositions are tentatively slated for October 4 and October 5.

Further, the main plaintiff has moved to amend the complaint to, *inter alia*, add direct claims against the Third-Party Defendants. The Third-Party Defendants seek an enlargement of time of 30 days to respond to the plaintiff's Motion to Amend Complaint because they intend to obtain a declaration of an Italian witness, which will show that two of the proposed defendants are holding companies that were not involved in the design, manufacture or installation of the equipment which is the subject of this action and thus are not proper parties to this action. The Third-Party Defendants' counsel has conferred with counsel for the plaintiff and is advised that the plaintiff consents to this motion for an enlargement of time to respond to the motion.

This is the first request for the relief sought in the Motion by the Third-Party Defendants. Counsel for the plaintiff and defendant/third-party plaintiff have consented to the Motion to Modify the Scheduling Order. Likewise, counsel for the plaintiff consents to the Third-Party Defendants' request for an enlargement of time of 30 days to respond to plaintiff's Motion to Amend Complaint.

WHEREFORE, it is respectfully requested that all times in the Modified Scheduling Order dated May 28, 2004 be extended for 90 days; that the time to respond to the discovery demands of the plaintiff be extended until October 30, 2004 and that the time for Third-Party Defendants to respond to the plaintiff's motion to amend the complaint be extended for 30 days to and including October 29, 2004. It is further requested that if the Court wishes to confer with the parties regarding this Motion for an Enlargement of Time that the Court schedule a telephone conference with all parties for the afternoon of September 29, 2004.

Dated Hartford, Connecticut on the 27th day of September, 2004

                                  THIRD-PARTY DEFENDANTS, SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A. and COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

By_____
    Deborah S. Russo (ct 18818)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    *dsrusso@dbh.com*
    Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Bill L. Gouveia, Esq.<br>44 Lyon Terrace<br>Bridgeport, CT  06604 | Brian D. Rich, Esq.<br>Christopher J. Lynch, Esq.<br>Joseph G. Fortner, Jr., Esq.<br>Patrick M. Birney, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 |
| Richard J. Sullivan, Esq.<br>Sullivan & Sullivan<br>31 Washington Street<br>Wellesley, MA  02481 | |
| Christopher J. Sochacki, Esq.<br>Peter J. Ponziani, Esq.<br>Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT  06001 | Mark R. Giuliani, Esq.<br>Kern & Wooley<br>280 Trumbull Street<br>Hartford, CT  06103 |

                                  _____
                                  Deborah S. Russo