UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA; | : CIVIL ACTION NO. |
| Plaintiff | : 303 CV. 597 (MRK) |
| V. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC., | : |
| Defendant. | : |
| SIG SIMONAZZI NORTH AMERICA, INC., | : |
| Third-Party Plaintiff, | : |
| V. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE, | : |
| Third-Party Defendants. | : SEPTEMBER 27, 2004 |

## APPEARANCE

Please enter my appearance as Attorney for the defendant, Sig Simonazzi North America, Inc., only, in the above-captioned case.

| | | |
|---|---|---|
| 315 Post Road West<br>Westport, CT 06880 | HALLORAN<br>& SAGE LLP | Phone (203) 227-2855<br>Fax (203) 227-6992<br>Juris No. 412195 |

Dated at Westport, Connecticut on this 27th day of September, 2004.

> THE DEFENDANT
> SIG SIMONAZZI NORTH AMERICA, INC.
>
> By: _____/s/ Michael K. Stanton_____
> Michael K. Stanton, Jr., Esq.
> Fed. Bar # ct08916
> Halloran & Sage LLP
> 315 Post Road West
> Westport, CT 06880
> Tel. No.: (203) 222-4310
> Fax: (203) 227-6992
> Email: Stanton@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 27th day of September, 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Jonathon Mazer, Esq.
Fox, Horan & Camirini LLP
825 Third Avenue – 11th Floor
New York, New York 10022

Deborah S. Russo, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford. CT 06103

> _____/s/ Michael K. Stanton_____
> Michael K. Stanton, Jr.

597427v1

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195