UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 5  10 09 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA,<br>    Plaintiff<br><br>v.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.,<br>    Defendant<br><br>v.<br><br>SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., and<br>COMPAGNIE INDUSTRIALI RIUNITE,<br>    Third-Party Defendants | CIVIL ACTION No. 303CV597 MRK<br><br><br>Dated: October 4, 2004 |

PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE

NOW COMES the plaintiff pursuant to Federal Rule of Civil Procedure 16(c)(9) and Connecticut District Court Local Rule 16(c) and moves this Honorable Court to schedule a settlement conference with the Court or before a United States Magistrate Judge, a Special Master, or an independent mediator. As reasons for this Motion the plaintiff asserts the following:

1. This case arises from a fatal injury caused by a product that was manufactured in Italy, the home of the third-party defendants in this matter and sold by the defendant Sasib Bakery North America to the plaintiff's decedent employer Chaves Bakery in Bridgeport, Connecticut.

2. It has been recently disclosed by the third-party defendants that they do not have insurance coverage for this matter.

3. Specifically, the third-party defendant Sasib Food Machinery MV, the entity formally known as Sasib Bakery Italia, states in Response 43 of its answers to interrogatories "an insurance product policy No. 200202002 was stipulated by Sasib spa, parent company of Sasib Bakery Italia spa with GENERALI ASSICURAZIONI GENERALI SPA. The latter however refused any indemnification based on a claim made clause."

4. Moreover the third-party defendants' answers also reveal that the Italian entities are in liquidation.

Richard J. Sullivan, Sullivan & Sullivan, LLP
31 Washington Street – Wellesley, MA 02481
Telephone (781) 263-9400 – Fax (781) 239-1360

5. The plaintiff asserts that the parties have conducted extensive discovery in this matter and that the issues that will be before the Court have been well framed.

6. The plaintiff asserts that the contemplated discovery and depositions of the Italian witnesses will only help to solidify the plaintiff's case and/or the defendant's claims of contribution. The cost associated with traveling to Italy, hiring local counsel and interpreters will only serve to make the case more costly to potentially settle for all parties.

7. The plaintiff asserts that the recent disclosures by the Italian entities concerning the lack of insurance render this matter ripe for a settlement conference. The issues for settlement are the valuation of the case and apportionment of responsibility between the defendants. However as a result of the lack of insurance and liquidation, the apportionment may be rendered moot, based upon the assets and positions of the defendants.

8. The plaintiff asserts that if the parties were to continue this litigation without attempting formal discussions towards a global settlement then the pool of money available to the Italian entities would only be further diminished through the costly expense of travel to and from Italy. A settlement conference at this time will allow the parties to see if they can agree on valuation and/or apportionment of responsibility so that there can be an informed decision to resolve the matter universally or instead with either defendant independently in order to cap the exposure and continue on seeking the other defendant's true comparative share.

WHEREFORE in the interests of an expedited resolution of this matter the plaintiff respectfully requests this Honorable Court schedule a settlement conference with the Court or before a United States Magistrate Judge, a Special Master, or an independent mediator and to Order all parties to appear at said conference with their counsel and with authority to enter into any stipulations regarding settlement.

    Respectfully submitted,
    THE PLAINTIFF, BILL L. GOUVEIA AS
    ADMINISTRATOR OF THE ESTATE
    OF JOSÉ GUERRA,
    By his attorney,

    Richard J. Sullivan
    Fed Bar # CT24914
    Sullivan & Sullivan, LLP
    31 Washington Street
    Wellesley, MA 02481
    Telephone (781) 263-9400
    Fax (781) 239-1360

## CERTIFICATION

This is to certify that on this day I served, by first-class mail postage prepaid, a copy of the foregoing to:

Patrick M. Birney, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Deborah S. Russo, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

John J. Horan, Esq.
Jonathan Mazer, Esq.
Fox Horan & Camerini, LLP
825 Third Avenue
New York, NY 10022

RICHARD J. SULLIVAN

Dated: October 4, 2004