UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : | |
| | : | |
| Plaintiff | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : | |
| | : | |
| Defendant | : | |

## MODIFIED SCHEDULING ORDER

The Motion For Modification Of Scheduling Order And Motion For Enlargement Of Time To Respond To Plaintiff's Motion To Amend Complaint [doc. # 75], dated September 27, 2004, is GRANTED. The following modified scheduling order will govern:

1. Third-Party Defendants shall respond to Plaintiff's Motion To Amend Complaint on or before **October 29, 2004**.

2. Third-Party Defendants shall respond to Plaintiffs' discovery requests on or before **October 30, 2004**.

3. Fact discovery shall close by **December 30, 2004**, and all discovery, both fact and expert, will close on **April 15, 2005**.

4. Plaintiff's expert reports shall be served by **January 15, 2005**; depositions of plaintiff's expert shall be completed by **February 15, 2005**. Defendants' expert report shall be served by **March 15, 2005**; depositions of defendants' experts shall be completed by **April 15, 2005**.

5. Dispositive motions, if any, shall be filed by **May 15, 2005**.

6. If no dispositive motions are filed, the parties' Joint Trial Memorandum is due on **May 28, 2005**. If dispositive motions are filed, parties shall submit their Joint Trial Memorandum thirty (30) days after the Court's ruling on the dispositive

      motions. The case shall be deemed trial ready upon the filing of the Joint Trial Memorandum.

7.     The telephonic status conference scheduled for **October 18, 2004 at 8:15 A.M.** will be held to discuss Plaintiff's Motion For A Settlement Conference. A telephonic status conference is also scheduled for **JANUARY 18, 2005**. Plaintiff's counsel shall initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **January 11, 2005**.

**PARTIES SHOULD NOT ANTICIPATE ANY FURTHER EXTENSIONS OF THESE DEADLINES.**

                                        IT IS SO ORDERED.

                                    /s/     Mark R. Kravitz
                                        United States District Judge

Dated at New Haven, Connecticut: October 5, 2004.

RE:     **CASE NO. 3:03CV597 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

------------------------------------------------------------------

On or before **January 11, 2005,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                            BY ORDER OF THE COURT
                            KEVIN F. ROWE, CLERK