RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BILL L. GOUVEIA, as Administrator of the Estate : 
of Jose Guerra,

        Plaintiff,

v.

SIG SIMONAZZI NORTH AMERICA, INC.
As successor in interest by merger to Sahib North
America, Inc.

        Defendant

---

SIG SIMONAZZI NORTH AMERICA, INC.
As successor in interest by merger to Sahib North
America, Inc.

        Third-Party Plaintiff,

v.

SAHIB FOOD MACHINERY MV, S.p.A.,
SAHIBBAKERY ITALIA, S.p.A.,
DRY PRODUCTS, S.p.A., and
COMPAGNIE INDUSTRIALI RIUNITE,

        Third-Party Defendants

---

DOCKET NO. 3:03CV597 (MRK)

FILED OCT 8 1:37 PM '04

## **WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of appearance of the undersigned on behalf of all the defendants in the above-captioned matter.

Undersigned appeared on behalf of defendants while employed with the law firm of Halloran & Sage, LLP, which continues to represent the defendants. Undersigned left the employ of Halloran & Sage, LLP, in July, 2003.

Dated this 4th day of October, 2004, Hartford, Connecticut.


By: _____
Mark R. Giuliani
CT Federal Bar No.CT16024
280 Trumbull Street
Hartford, CT 06103
860-246-9700

## CERTIFICATION OF SERVICE

This is to certify that on October 4, 2004 , a copy of the foregoing **Withdrawal of Appearance** was sent via first class mail to the following recipients:

Patrick M. Birney
Halloran & Sage, LLP
One Goodwin Square
224 Asylum Street
Hartford, CT 06103

Joseph G. Fortner, Jr.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Bill L. Bouveia
44 Lyon Terrace
Bridgeport, CT 06604

Christopher J. Lynch
Halloran & Sage, LLP
One Goodwin Square
224 Asylum Street
Hartford, CT 06103

Richard J. Sullivan
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

_____
Mark R. Giuliani