UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF | : | CIVIL ACTION NO. |
| THE ESTATE OF JOSE GUERRA | : | 3:03 CV 597(MRK) |
| | : | |
| VS. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | : | |
| _____ | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB | : | |
| BAKERY ITALIA, S.P.A., DRY PRODUCTS, | : | |
| S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE: | | |
| _____ : | | OCTOBER 8, 2004 |

## THIRD-PARTY DEFENDANTS' OPPOSITION
## TO SETTLEMENT CONFERENCE

NOW COMES Third Party Defendants in opposition to plaintiff's motion for a settlement

conference.  The basis for the opposition is as follows:

1.      Fact discovery is ongoing and, in fact, the principals of Chavez Bakery, where the

accident occurred, have not yet been deposed.  Moreover, and more significantly, there are

questions as to which of the third party defendants are proper parties to this action.

2.      Third party defendants take the position that the third party defendants Dry

Products S.p.A ("Dry Products") and Compagnie Industriali Riuniti S.p.A. ("CIR") are merely

holding companies not involved in the design or manufacture of the machinery said to have

injured the plaintiff.  Plaintiff is presently seeking to add these companies as additional

defendants.  Dry Products and CIR intend to move to dismiss following discovery.  While those

defendants remain in the case, in our view without justification, we do not believe that fruitful

settlement discussions can be had.  Consequently, we do not believe, as the Plaintiff does, that

the issues are well framed for settlement purposes.

WHEREFORE the third party defendants opposes scheduling this matter for a settlement

conference before any United States Magistrate, Special Master, independent mediator or

otherwise at this juncture in the litigation.

Dated Hartford, Connecticut on the 8th day of October, 2004.

THIRD-PARTY DEFENDANTS, SASIB
FOOD MACHINERY MV, S.P.A., SASIB
BAKERY ITALIA, S.P.A., DRY PRODUCTS,
S.P.A. and COMPAGNIE INDUSTRIALI
RIUNITE, S.P.A.


By_____
Deborah S. Russo (ct 18818)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dsrusso@dbh.com*
Its Attorneys

John R. Horan, Esq. of
FOX HORAN & CAMERINI LLP
Fed. Bar #ct JRH 8238
825 Third Avenue
New York, New York 10022
(212) 480-4800

## CERTIFICATION

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Bill L. Gouveia, Esq.
44 Lyon Terrace
Bridgeport, CT  06604

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA  02481

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull Street
Hartford, CT  06103

Brian D. Rich, Esq.
Christopher J. Lynch, Esq.
Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Michael K. Stanton, Jr., Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Deborah S. Russo