UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having conferred with the parties during a telephonic conference on October 18, 2004, the Court enters the following orders:

1. The Court GRANTS Defendant's Motion Requesting Issuance of Letter of Request [doc. # 70].

2. No later than **November 3, 2004**, the parties will submit simultaneous briefs no longer than 15 pages in length related to the scope of depositions scheduled for mid-November relating to the third-party defendants.

3. Plaintiff's Motion for Settlement Conference [doc. # 77] is DENIED WITHOUT PREJUDICE in view of the Third-Party Defendants' opposition to any settlement conference [doc. # 81]. Should the Third-Party Defendants reconsider their opposition to a settlement conference, the Court will favorably entertain a renewed motion for settlement conference.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: October 19, 2004.