UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA<br><br>V.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | CIVIL ACTION NO.<br>303 CV 597 MRK |
| SIG SIMONAZZI NORTH AMERICA, INC.,<br>    THIRD-PARTY PLAINTIFF<br><br>V.<br><br>SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.<br>    THIRD-PARTY DEFENDANTS | SEPTEMBER 7, 2004 |

**LETTER OF REQUEST**

TO APPROPRIATE JUDICIAL AUTHORITY OF ITALY:

The United States District Court for the District of Connecticut presents its compliments to the appropriate judicial authority of Italy, and requests international judicial assistance in ordering and conducting the depositions in the above-captioned matter, as described more fully below.

I.  **THE PARTIES TO THE PROCEEDINGS:**

Plaintiff:  Bill L. Gouveia as Administrator of the Estate of Jose Guerra ("Plaintiff")

Counsel for Plaintiff:  Attorney Richard Sullivan
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Defendant:  Sig Simonazzi North America, Inc., ("SSNA")

Counsel for Defendant:  Joseph G. Fortner, Jr.
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Third Party Defendant:  Sasib Bakery Italia, S.p.A. ("Sasib Bakery")

Counsel for Third Party Defendant:  John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022

Third Party Defendant:  Sasib Food Machinery, MV, S.p.A. ("Sasib Food")

Counsel for Third Party Defendant:  John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022

Third Party Defendant:  Dry Products, S.p.A. ("Dry Products")

|                                   |                                                                          |
|-----------------------------------|--------------------------------------------------------------------------|
| Counsel for Third Party Defendant: | John R. Horan, Esq.<br>Fox Horan & Camerini<br>825 Third Avenue<br>New York, NY 10022 |
| Third Party Defendant:            | Compagnie Industriali Riunite ("CIR")                                    |
| Counsel for Third Party Defendant: | John R. Horan, Esq.<br>Fox Horan & Camerini<br>825 Third Avenue<br>New York, NY 10022 |

## II.  NATURE OF PROCEEDINGS

On April 2, 2003, Plaintiff, as Administrator of the Estate of Jose Guerra, filed an action against the SSNA for fatal injuries resulting from an April 27, 2001, industrial accident at Chavez Bakery II, Inc.  Plaintiff alleges that Jose Guerra was fatally injured while allegedly working at the Chaves Bakery, when a bakery machine struck Mr. Guerra.  Plaintiff has asserted a products liability claim under C.G.S. § 52-572n of the Connecticut General Statutes.  Plaintiff alleges that SSNA is responsible for the defective bakery machine and for failure to warn of such a defect, as well as for breach of implied warranties and representations.

On July 17, 2003, SSNA filed its Answer and Affirmative Defenses.  SSNA denied all allegations of liability, and expressly averred, in its Third Affirmative Defense, that Mr. Guerra's injuries were the result of the conduct of independent third parties.

Based upon its investigation, SSNA believes that Sasib Bakery, Sasib Food, Dry Products, and CIR share whatever responsibility may exist in this matter.  It believes

that Sasib Bakery and Sasib Food participated in whole or in part, in the design, manufacture, assembly, and/or sale of the bakery machine involved in this case. Likewise, SSNA believes that Dry Products and CIR have assumed the liabilities of Sasib Bakery and Sasib Food. Based upon this, on December 12, 2003, SSNA sought leave to file its Third-Party Complaint against the Third-Party Defendants, relying, in part, on C.G.S. § 52-577a. This Motion was granted on January 8, 2004, and on January 22, 2004, SSNA filed the Third-Party Complaint and the court issued Summonses. Thereafter, Sasib Bakery, Sasib Food, Dry Products, and CIR have appeared in the proceeding and filed Answers with Affirmative Defenses.

## III.    JUDICIAL ASSISTANCE REQUESTED AND SUBJECT MATTER OF INQUIRY

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of Italy order and, consistent with Italian discovery law, conduct the depositions of the following witnesses:

    Marco Pimazzoni
    Carlo Brunetti
    Giampaolo Mazzola
    Luka Colato
    Adolfo Zambelli
    Filippo Cavaggioni
    William Giacommetti
    Giuseppe Lisandri
    Erik Bothorel
    G. Paolo Lenzi
    Signore Silvestroni

The subject matter of the inquiry at the depositions include the design, manufacture, assembly, and/or sale of the bakery machine involved in this proceeding and the assumption of liabilities of Sasib Bakery and Sasib Food by, *inter alia*, Dry Products ad CIR.

Pursuant to the domestic discovery laws of the nation of Italy, this Court hereby further requests the following specific procedural requirements to be included in conducting such examinations:

    a.    the examinations to be conducted by an Italian judge, in accordance with the procedural requirements of the laws of Italy;

    b.    That the testimony of the witnesses be given under oath or affirmation.

    c.    the right of United States counsel on behalf of the plaintiff, defendant, and third-party defendants to be to be present;

    d.    the ability for United States counsel on behalf of the plaintiff, defendant, and third-party defendants to arrange for the examination of the witnesses to be recorded by a stenographer or videographer, or both;

    e.    the ability of United States counsel on behalf of the plaintiff, defendant, and third-party defendants to provide a translator for such depositions;

    f.    the right of cross-examination, or its functional equivalent, by United States counsel on behalf of the plaintiff, defendant, and third-party defendants;

    g.    that the court be aware of the following suggested dates for such depositions which would facilitate the convenience of United States counsel;

    h.    that all American counsel representing parties to this action be notified of the deposition dates selected by Italian judicial authorities in a timely fashion to facilitate travel arrangements;

_____
Signature

Mark R. Kravitz
_____
Print
United States District Court for the District of Connecticut
New Haven, Connecticut, USA

Date:   October 19, 2004

(Seal of Court)

531757v1