UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA, | : : : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO: : 3:03 CV 597(MRK) |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC., | : : : : : October 29, 2004 |
| Defendant, | : |
| SIG SIMONAZZI NORTH AMERICA, INC., | : |
| Third-Party Plaintiff | : |
| v. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE | : : : : |
| Third-Party Defendants. | : |

**MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56(b) AND 56(c) DISMISSING THE THIRD-PARTY DEFENDANTS DRY PRODUCTS S.P.A. AND COMPAGNIE INDUSTRIALI RIUNITE S.P.A. FROM THE THIRD PARTY ACTION**

Third Party Defendants Dry Products, S.p.A ("Dry Products") and Compagnie Industriali Riunite, S.p.A. ("CIR") move this Court to grant Dry Products' and CIR's Motion for Summary Judgment, pursuant to FRCP 56(b) and 56(c), dismissing them from the third-party action herein.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

As grounds for this motion, Dry Products and CIR submit herewith a Memorandum of Law and Local Rule 56(a)(1) Statement, and incorporate by reference the following papers already before this Court, which have been submitted in opposition to Plaintiff's pending motion to *inter alia* amend the Complaint in the main action to add Dry Products and CIR as defendants therein:

    1    Declaration of Dr. Alberto Piaser executed October 26, 2004 ("Decl. Piaser");

    2    Declaration of Jonathan Mazer executed October 28, 2004;

    3    Third-Party Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Amend the Complaint dated October 29, 2004;

Dry Products and CIR also now assert the following:

    1    Dry Products and CIR asserted the defense of lack of personal jurisdiction in their Answer to the Third- Party Complaint (a copy of the Answer to the Third-Party Complaint is attached hereto as Exhibit 1) (*see* the Third Affirmative defense at 8);

    2    Dry Products and CIR have no contacts with the forum state, Connecticut, and consequently the Court lacks personal jurisdiction over them (Decl. Piaser at ¶12); and

    3    Dry Products and CIR are holding companies not involved with the design, manufacture or sale of the bakery machinery that is the subject of the products liability claim in this case; thus neither Dry Products nor CIR are "product sellers" as that term is defined in Conn. Gen. Stat. §52-572m(a); and therefore they cannot be liable for the claims that Third-Party Plaintiff asserts against them (a copy of the Third-Party Complaint is attached hereto as Exhibit 2) (Decl. Piaser at ¶¶1-11).

2

WHEREFORE, Dry Products and CIR ask that the Court grant an order dismissing them as defendants from the third-party action for the reasons set forth above, and incorporated by reference, and grant such other and further relief as the Court deems just.

                          THE THIRD-PARTY DEFENDANTS,
                          SASIB FOOD MACHINERY MV, S.P.A.,
                          SASIB BAKERY ITALIA, S.P.A.,
                          DRY PRODUCTS, S.P.A., AND
                          COMPAGNIE INDUSTRIALI RIUNITE

                          By: _____
                               Deborah S. Russo (ct 18818)
                               Day, Berry & Howard LLP
                               CityPlace I
                               Hartford, Connecticut 06103-3499
                               (860) 275-0100
                               (860) 275-0343 (fax)
                               dsrusso@dbh.com


                               John R. Horan, Esq. of
                               FOX HORAN & CAMERINI LLP
                               Fed. Bar #ct
                               825 Third Avenue
                               New York, New York 10022
                               (212) 480-4800

                               Their Attorneys


Of counsel:    Jonathan Mazer, Esq.
                  Alison Rende, Esq.

## **CERTIFICATION**

  This is to certify that on this 29th day of October, 2004, I hereby mailed a copy of the foregoing, first class mail postage prepaid, to:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

_____
Deborah S. Russo