UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | Civil Action No. 303 CV 597 MRK |
| v. | ANSWER TO THE THIRD PARTY COMPLAINT |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC. | |
| v. | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE | May 14, 2004 |

SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE through their undersigned attorneys in answer to the Third-Party Complaint state as follows:

1.  Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 1 of the Third-Party Complaint.

2.  Deny the allegations in paragraph 2 of the Third-Party Complaint except that deny knowledge and information sufficient to form a belief as to what caused injury to plaintiff.

3.  Deny the allegations in paragraph 3 of the Third-Party Complaint.

1

4. Deny the allegations in paragraph 4 of the Third-Party Complaint.

5. Deny the allegations in paragraph 5 of the Third-Party Complaint.

6. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 6 of the Third-Party Complaint.

7. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 7 of the Third-Party Complaint.

8. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 8 of the Third-Party Complaint.

9. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 9 of the Third-Party Complaint.

10. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 10 of the Third-Party Complaint.

11. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 11 of the Third-Party Complaint.

12. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 12 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

13. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 13 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

14. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 14 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

15. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 15 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

16. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 16 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

17. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 17 of the Third-Party Complaint and respectfully refer the court to the Complaint in the main action for the language and import thereof.

### FIRST COUNT AS TO SASIB FOOD

18. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 18 of the Third-Party Complaint.

19. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 19 of the Third-Party Complaint.

20. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 20 of the Third-Party Complaint.

21. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 21 of the Third-Party Complaint.

22. Deny the allegations in paragraph 22 of the Third-Party Complaint.

23. Deny the allegations in paragraph 23 of the Third-Party Complaint.

24. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 24 of the Third-Party Complaint.

25. Deny the allegations in paragraph 25 of the Third-Party Complaint.

## SECOND COUNT AS TO SASIB FOOD

26. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 26 of the Third-Party Complaint.

27. Deny the allegations in paragraph 27 of the Third-Party Complaint.

28. Deny the allegations in paragraph 28 of the Third-Party Complaint.

29. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 29 of the Third-Party Complaint.

30. Deny the allegations in paragraph 30 of the Third-Party Complaint.

## THIRD COUNT AS TO SASIB BAKERY

31. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 31 of the Third-Party Complaint.

32. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 32 of the Third-Party Complaint.

33. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 33 of the Third-Party Complaint.

34. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 34 of the Third-Party Complaint.

35. Deny the allegations in paragraph 35 of the Third-Party Complaint.

36. Deny the allegations in paragraph 36 of the Third-Party Complaint.

37. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 37 of the Third-Party Complaint.

38. Deny the allegations in paragraph 38 of the Third-Party Complaint.

## FOURTH COUNT AS TO SASIB BAKERY

39. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 39 of the Third-Party Complaint.

40. Deny the allegations in paragraph 40 of the Third-Party Complaint.

41. Deny the allegations in paragraph 41 of the Third-Party Complaint.

42. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 42 of the Third-Party Complaint.

43. Deny the allegations in paragraph 43 of the Third-Party Complaint.

## FIFTH COUNT AS TO DRY PRODUCTS

44. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 44 of the Third-Party Complaint.

45. Deny the allegations in paragraph 45 of the Third-Party Complaint.

46. Deny the allegations in paragraph 46 of the Third-Party Complaint.

47. Deny the allegations in paragraph 47 of the Third-Party Complaint.

48. Deny the allegations in paragraph 48 of the Third-Party Complaint.

49. Deny the allegations in paragraph 49 of the Third-Party Complaint.

50. Deny the allegations in paragraph 50 of the Third-Party Complaint.

51. Deny the allegations in paragraph 51 of the Third-Party Complaint.

## SIXTH COUNT AS TO DRY PRODUCTS

52.  Repeat and re-allege the answers set forth above in response to the allegations in paragraph 52 of the Third-Party Complaint.

53.  Deny the allegations in paragraph 53 of the Third-Party Complaint.

54.  Deny the allegations in paragraph 54 of the Third-Party Complaint.

55.  Deny the allegations in paragraph 55 of the Third-Party Complaint.

56.  Deny the allegations in paragraph 56 of the Third-Party Complaint.

## SEVENTH COUNT AS TO DRY PRODUCTS

57.  Repeat and re-allege the answers set forth above in response to the allegations in paragraph 57 of the Third-Party Complaint.

58.  Deny the allegations in paragraph 58 of the Third-Party Complaint.

## EIGHTH COUNT AS TO CIR

59.  Repeat and re-allege the answers set forth above in response to the allegations in paragraph 59 of the Third-Party Complaint.

60.  Deny the allegations in paragraph 60 of the Third-Party Complaint.

61.  Deny the allegations in paragraph 61 of the Third-Party Complaint.

62.  Deny the allegations in paragraph 62 of the Third-Party Complaint.

63.  Deny the allegations in paragraph 63 of the Third-Party Complaint.

64.  Deny the allegations in paragraph 64 of the Third-Party Complaint.

65. Deny knowledge and information sufficient to form a belief as to the allegations in paragraph 65 of the Third-Party Complaint.

66. Deny the allegations in paragraph 66 of the Third-Party Complaint.

## NINTH COUNT AS TO CIR

67. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 67 of the Third-Party Complaint.

68. Deny the allegations in paragraph 68 of the Third-Party Complaint.

69. Deny the allegations in paragraph 69 of the Third-Party Complaint.

70. Deny the allegations in paragraph 70 of the Third-Party Complaint.

71. Deny the allegations in paragraph 71 of the Third-Party Complaint.

## TENTH COUNT AS TO CIR

72. Repeat and re-allege the answers set forth above in response to the allegations in paragraph 72 of the Third-Party Complaint.

73. Deny the allegations in paragraph 73 of the Third-Party Complaint.

## FIRST AFFIRMATIVE DEFENSE

The compliant fails to state a cause of action.

## SECOND AFFIRMATIVE DEFENSE

Failure to join a necessary party.

## THIRD AFFIRMATIVE DEFENSE

The court lacks personal jurisdiction over the third-party defendants.

## FOURTH AFFIRMATIVE DEFENSE

Upon information belief, the injuries to the plaintiff were caused in whole or in part by the plaintiff's own negligence and that the damage award to which plaintiff may be entitled should be reduced to the extent of plaintiff's culpable conduct having contributed thereto.

WHEREFORE, the Third-Party Defendants demand that the Third-Party Complaint be dismissed with costs and fees and that the Court grant such other and further relief as it deems just and proper.

Dated: New York, New York
       May/4 2004

THIRD-PARTY DEFENDANTS, SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A. and COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

Deborah S. Russo (ct 18818)
DAY BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Drusso@dbh.com

By: _____
    John R. Horan, Esq.
    FOX HORAN & CAMERINI LLP
    Connecticut Federal Bar Number: JRH-8238
    Jonathan Mazer, Esq. (not admitted in CT)
    825 Third Avenue
    New York, New York 10022
    (212) 480-4800

Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Bill L. Gouveia
44 Lyons Terrace
Brdigeport, CT 06604

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

Mark R. Giuliani, Esq.
Kern & Wooley
280 Trumbull Street
Hartford, CT 061103

Brian D. Rich, Esq.
Christopher J. Lynch, Esq.
Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
John R. Horan