**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

Prot.:VIW/57656/2004/CMI1630                                    27/4/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI MILANO
- UFFICIO REGISTRO DELLE IMPRESE -

VISURA SENZA VALORE DI CERTIFICAZIONE ORDINARIA

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 13432660150
del Registro delle Imprese di MILANO
data di iscrizione: 07/05/2001

Iscritta nella sezione ORDINARIA                                il 07/05/2001

Iscritta con il numero Repertorio Economico Amministrativo 1650327

Denominazione: DRY PRODUCTS S.P.A.

Forma giuridica: SOCIETA' PER AZIONI

Sede: MILANO (MI) VIA CIOVASSINO 1 CAP 20121

Data costituzione: 20/04/2001    Data termine: 31/03/2100
Scadenza primo eserc. 31/03/2002 scadenza eserc. successivi: 31/3
Lo statuto prevede proroga di nr. 2 mesi dei termini approvazione del bilancio
Tipo dell'atto: ATTO COSTITUTIVO
Notaio FRANCESCO GUASTI
Repertorio num. 30465   loc. MILANO (MI)

OGGETTO SOCIALE:
L'ESERCIZIO NON NEI CONFRONTI DEL PUBBLICO DELLE SEGUENTI ATTIVITA': A)
L'ASSUNZIONE DI PARTECIPAZIONI A SCOPO DI STABILE INVESTIMENTO, NON FINALIZZATA
ALLA ALIENAZIONE, IN ALTRE SOCIETA' OD ENTI SIA IN ITALIA CHE ALL'ESTERO,
EVENTUALMENTE CARATTERIZZATA DA INTERVENTI VOLTI ALLA RIORGANIZZAZIONE
AZIENDALE, NONCHE' LO SVOLGIMENTO DI ATTIVITA' VOLTE AL SODDISFACIMENTO DELLE
ESIGENZE FINANZIARIE DELLE AZIENDE PARTECIPATE; B) L'ASSUNZIONE E LA GESTIONE A
CARATTERE TEMPORANEO DI TITOLI E PARTECIPAZIONI PURCHE' NON CARATTERIZZATE DA
INTERVENTI VOLTI ALLA RIORGANIZZAZIONE AZIENDALE E/O ALLO SVILUPPO PRODUTTIVO,
NONCHE' AL SODDISFACIMENTO DELLE ESIGENZE FINANZIARIE DELLE AZIENDE
PARTECIPATE; C) LA CONCESSIONE DI FINANZIAMENTI SOTTO QUALSIASI FORMA A
SOCIETA' DI CAPITALI FACENTI PARTE DEL GRUPPO DI APPARTENENZA. LA SOCIETA'
PUO' COMPIERE TUTTE LE OPERAZIONI COMMERCIALI, INDUSTRIALI E FINANZIARIE,
MOBILIARI ED IMMOBILIARI, RITENUTE DALL'AMMINISTRAZIONE NECESSARIE OD UTILI PER
IL CONSEGUIMENTO DELL'OGGETTO SOCIALE, PRESTARE AVALLI, FIDEJUSSIONI ED OGNI
ALTRA GARANZIA, ANCHE REALE, NONCHE' ACQUISIRE FONDI PRESSO I SOCI, CON O SENZA
OBBLIGO DI RIMBORSO, IL TUTTO NEI LIMITI DI LEGGE.

SISTEMA DI AMMINISTRAZIONE E CONTROLLO

Forma amministrativa: CONSIGLIO DI AMMINISTRAZIONE
Numero amministratori in carica: 3
durata in carica: 3 ESERCIZI

Collegio Sindacale:
numero effettivi: 3
numero supplenti: 2
numero in carica: 5

Pagina 1/ 5

**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

Prot.:VIW/57656/2004/CMI1630                                        27/4/2004

durata in carica: 3 ESERCIZI

## INFORMAZIONI SULLO STATUTO

- Poteri associati alla carica di CONSIGLIO D'AMMINISTRAZIONE
SALVO PER QUANTO ALTRIMENTI PREVISTO IN MODO ESPRESSO NEL PRESENTE STATUTO, IL
CONSIGLIO DI AMMINISTRAZIONE E'INVESTITO DEI PIU' AMPI POTERI PER LA GESTIONE
ORDINARIA E STRAORDINARIA DELLA SOCIETA', SENZA ECCEZIONI DI SORTA E,
PARTICOLARMENTE, SONO AD ESSI RICONOSCIUTE TUTTE LE FACOLTA' PER IL
RAGGIUNGIMENTO DELL'OGGETTO SOCIALE CHE NON SIANO DALLA LEGGE O DALLO STATUTO
RISERVATE IN MODO TASSATIVO ALL'ASSEMBLEA DEI SOCI.  AL PRESIDENTE DEL CONSIGLIO
DI AMMINISTRAZIONE SPETTA LA RAPPRESENTANZA LEGALE  DELLA SOCIETA' DI FRONTE AI
TERZI ED IN GIUDIZIO, CON FACOLTA' DI PROMUOVERE  AZIONI ED ISTANZE GIUDIZIARIE
ED AMMINISTRATIVE PER OGNI GRADO DI GIURISDIZIONE  ED ANCHE PER GIUDIZI DI
REVOCAZIONE E CASSAZIONE, NOMINANDO AVVOCATI E  PROCURATORI ALLE LITI.  LA
RAPPRESENTANZA DELLA SOCIETA' E', INOLTRE, AFFIDATA SEPARATAMENTE AI VICE
PRESIDENTI, AGLI AMMINISTRATORI DELEGATI E AI DIRETTORI GENERALI, NEI LIMITI DEI
POTERI LORO CONFERITI.  LE PERSONE CHE HANNO LA RAPPRESENTANZA DELLA SOCIETA'
POSSONO NOMINARE  PROCURATORI SPECIALI ANCHE PERSONE ESTRANEE ALLA SOCIETA' PER
SINGOLI ATTI O  CATEGORIE DI ATTI.

## INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato            113.800,00
sottoscritto          100.000,00
versato               100.000,00
conferimenti in DENARO
N. azioni: 100.000  Valore: 1,00 Valuta: EURO

## ATTIVITÀ

- INATTIVA -

## TITOLARI DI CARICHE O QUALIFICHE

2)  BREGA OLIVERO MARIA
nata a GRAVELLONA TOCE (VB) il 21/04/1944
codice fiscale: BRGLRM44D61E153B
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001

3)  PIASER ALBERTO
nato a MILANO (MI) il 07/06/0947
codice fiscale: PSRLRT47H07F205X
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- PRESIDENTE CONSIGLIO AMMINISTRAZIONE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI

4)  BENNANI VITTORIO
nato a MODENA (MO) il 07/05/1938
codice fiscale: BNNVTR38E07F257C
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.



CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

Prot.:VIW/57656/2004/CMI1630                                27/4/2004

- PRESIDENTE DEL COLLEGIO SINDACALE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

5) ZINGALES RICCARDO
nato a MILANO (MI) il 22/10/1960
codice fiscale: ZNGRCR60R22F205N
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

6) MACCHIORLATTI VIGNAT LUIGI
nato a TORINO (TO) il 25/09/1963
codice fiscale: MCCLGU63P25L219P
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

7) BENEDETTI GIANCARLO
nato a MILANO (MI) il 02/03/1939
codice fiscale: BNDGCR39C02F205T
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

8) COLOMBO MASSIMO
nato a TREZZO SULL'ADDA (MI) il 24/04/1961
codice fiscale: CLMMSM61D24L411V
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

9) AGOSTINO VITTORIO
nato a GENOVA (GE) il 23/04/1935
codice fiscale: GSTVTR35D23D969W
residente a: CHIAVARI (GE) VIA S. ANDREA DI ROVERETO 59/A CAP 16043
firma depositata
- AMMINISTRATORE DELEGATO dal 15/05/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 06/06/2001
I PIU' AMPI POTERI AFFINCHE' ABBIA A RAPPRESENTARE LA SOCIETA', CON FIRMA
SINGOLA, DAVANTI A QUALSIASI AUTORITA' POLITICA ED AMMINISTRATIVA, NONCHE'
DAVANTI A TUTTI GLI UFFICI PUBBLICI E PRIVATI ED AI TERZI IN GENERE, IN TUTTI
GLI AFFARI DI ORDINARIA AMMINISTRAZIONE CHE, QUI DI SEGUITO SI ELENCANO IN VIA

Pagina 3/ 5

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.



CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

Prot.:VIW/57656/2004/CMI1630                                    27/4/2004

ESEMPLIFICATIVA E NON ESAUSTIVA: A) ACQUISTARE, VENDERE E PERMUTARE MERCI, MACCHINE, STRUMENTI, AUTOMEZZI E BENI MOBILI IN GENERE, STIPULARE LOCAZIONI FINANZIARE DI BENI MOBILI E DI AUTOVETTURE E STIPULARE, CONCLUDERE, FIRMARE CONTRATTI DI FACTORING, FARE E RICEVERE I RELATIVI PAGAMENTI, EMETTERE, INCASSARE E QUIETANZARE FATTURE; B) RAPPRESENTARE O FAR RAPPRESENTARE LA SOCIETA' COME SOCIO NELLE ASSEMBLEE DI ALTRE SOCIETA'; E) APRIRE E CHIUDERE CONTI BANCARI E IN SPECIE CONTI CORRENTI INTESTATI ALLA SOCIETA', DEFINENDONE TUTTE LE CONDIZIONI; GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SU CONTI CORRENTI ANCHE PASSIVI, NEI LIMITI DEI FIDI ED APERTURE DI CREDITO CONCESSI; UTILIZZARE CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E VALORI, PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA ANCHE ALLO SCOPERTO NEI LIMITI DEI FIDI CONCESSI ALLA SOCIETA'; D) ACCETTARE, GIRARE, INCASSARE E QUIETANZARE EFFETTI CAMBIARI, WARRANTS E FEDI DI DEPOSITO, EMETTERE TRATTE SUI DEBITORI; E) RAPPRESENTARE LA SOCIETA' PRESSO QUALSIASI UFFICIO CENTRALE E PERIFERICO DEL MEDIOCREDITO CENTRALE E QUALSIASI ALTRO ISTITUTO DI CREDITO A MEDIO TERMINE; F) ESIGERE E CEDERE CREDITI A QUALSIASI TITOLO E PER QUALSIASI IMPORTO PROSOLUTO E PROSOLVENDO, RISCUOTERE SOMME, MANDATI DI PAGAMENTO, TITOLI DI STATO, VAGLIA, ASSEGNI DI QUALUNQUE SPECIE, DEPOSITI CAUZIONALI, FARE QUALSIASI OPERAZIONE NESSUNA ESCLUSA OD ECCETTUATA PRESSO L'ISTITUTO DI EMISSIONE, LA CASSA DEPOSITI E PRESTITI, LE TESORERIE DELLO STATO, LA PUBBLICA AMMINISTRAZIONE E GLI ENTI PUBBLICI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI E QUALUNQUE ALTRO UFFICIO PUBBLICO O PRIVATO, RILASCIARE QUIETANZE E DISCARICHI; G) RAPPRESENTARE LA SOCIETA' IN ITALIA E ALL'ESTERO PRESSO L'AMMINISTRAZIONE DELLO STATO, GLI UFFICI PUBBLICI E PRIVATI E PRESSO OGNI ALTRA AUTORITA', COMPRESE QUELLE VALUTARIE E TRIBUTARIE, LE ORGANIZZAZIONI DI CATEGORIA E SINDACALI, LE DOGANE, LE IMPRESE FERROVIARIE, DI NAVIGAZIONE E DI TRASPORTI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI, I MAGAZZINI DI DEPOSITO IN TUTTE LE OPERAZIONI DI SPEDIZIONE, SVINCOLO E RITIRO DI MERCI, VALORI, PACCHI, EFFETTI, LETTERE ANCHE RACCOMANDATE ED ASSICURATE E DI OGNI ALTRA SPECIE; H) ASSUMERE APPALTI E FORNITURE E COMPIERE TUTTE LE OPERAZIONI E STIPULARE TUTTI GLI ATTI E CONTRATTI INERENTI NEI CONFRONTI DEGLI ENTI INTERESSATI; I) STIPULARE TRANSAZIONI, COMPROMETTERE IN ARBITRI ANCHE AMICHEVOLI COMPOSITORI, PROPORRE ISTANZE E INOLTRARE RICORSI, RECLAMI, CHIEDERE RIMBORSI, ADDIVENIRE A CONCORDATI FISCALI, ESPERIRE AZIONI IN SEDE AMMINISTRATIVA E GIUDIZIARIA IN OGNI GRADO ANCHE PER GIUDIZI DI REVOCAZIONE E CASSAZIONE, NOMINARE AVVOCATI E PROCURATORI ALLE LITI; RAPPRESENTARE LA SOCIETA' PRESSO LE AUTORITA' DI QUALSIASI SPECIE, COMPRESE LE AUTORITA' GIUDIZIARIE E TRIBUTARIE, ANCHE IN TUTTI I GIUDIZI RELATIVI A CONTROVERSIE DI LAVORO ED IN MATERIA DI PREVIDENZA O DI ASSISTENZA OBBLIGATORIE, CON IL POTERE DI RISPONDERE ALL'INTERROGATORIO LIBERO SUI FATTI DI CAUSA CON FACOLTA' DI CONCILIARE E TRANSIGERE LE SINGOLE CONTROVERSIE; J) RAPPRESENTARE LA SOCIETA' PER TUTTO QUANTO ATTIENE A VERIFICHE FISCALI ED OPPORTUNE FACOLTA' E PARTICOLARMENTE CON LE PIU' AMPIE FACOLTA' E PARTICOLARMENTE CON QUELLA DI SOTTOSCRIVERE IL RELATIVO VERBALE; K) PROCEDERE ALLA NOMINA DI ESPERTI, CONSULENTI, PERITI DI PARTE, AFFIDARE INCARICHI PROFESSIONALI NELL'INTERESSE DELLA SOCIETA'; L) FAR ELEVARE PROTESTI, INTIMARE PRECETTI, PROCEDERE AD ATTI CONSERVATIVI ED ESECUTIVI, CURARNE OCCORRENDO LA REVOCA, RAPPRESENTARE LA SOCIETA' IN PROCEDURE DI FALLIMENTO, CONCORDATI E PROCEDURE CONCORSUALI IN GENERE, PROMUOVERE DICHIARAZIONI DI FALLIMENTO ED INSINUARE NELLE PROCEDURE CONCORSUALI CREDITI DELLA SOCIETA' DICHIARANDONE LA VERIDICITA'; M) STIPULARE ACCORDI SINDACALI E DI LAVORO, ASSUMERE E LICENZIARE PERSONALE, DETERMINANDONE LE ATTRIBUZIONI E LE RETRIBUZIONI. EGLI POTRA' INOLTRE SOSTITUIRE A SE' ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI DI ORDINARIA AMMINISTRAZIONE. ALL'AMMINISTRATORE DELEGATO, DOTT. VITTORIO AGOSTINO, ED AL CONSIGLIERE DOTT. OLIVIERO MARIA BREGA, CONGIUNTAMENTE TRA LORO, TUTTI I POTERI DI STRAORDINARIA AMMINISTRAZIONE SALVO QUELLI RISERVATI PER LEGGE O PER STATUTO AL CONSIGLIO DI AMMINISTRAZIONE CON FACOLTA' DI SOSTITUIRE A LORO ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI.




STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

27/4/2004

Prot.:VIW/57656/2004/CMI1630

- CONSIGLIERE dal 24/06/2002
  Durata in carica: 2 ESERCIZI

RISCOSSI PER DIRITTI　　　　EURO　　4,00
TOTALE　　　　　　　　　　　EURO　　4,00
TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 7745

*** fine visura ***

Pagina 5/ 5

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

Per i certificati in bollo l'imposta è assolta in modo virtuale (autorizzazione Intendenza di Finanza di Milano n. 6743 dell' 11/3/78). I certificati in carta libera sono rilasciati per gli usi per i quali la legge non prescrive il bollo. [...] I certificati autorizzati - emessi in originale direttamente dall'elaboratore elettronico - sono sidrati dall'incaricato addetto al terminale