3



# CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
## VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594848 - telex 480096 CAMVER - PARTITA I.V.A. E CODICE FISCALE N. 00853240234

Prot.:CEW/12837/2004/CVR0352                                         26/10/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI VERONA
- UFFICIO REGISTRO DELLE IMPRESE -

CERTIFICATO DI ISCRIZIONE NELLA SEZIONE ORDINARIA ABBREVIATO

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 03840090371
del Registro delle Imprese di VERONA
data di iscrizione: 19/02/1996

Iscritta nella sezione ORDINARIA                                    il 19/02/1996

Iscritta con il numero Repertorio Economico Amministrativo 220662   il 13/11/1989

Denominazione: FOOD MACHINERY MEDIUM VOLUME S.P.A.

Forma giuridica: SOCIETA' PER AZIONI CON UNICO SOCIO

Sede:
SAN BONIFACIO (VR) VIA CAMPOROSOLO, 198 CAP 37047

Costituita con atto del 06/12/1988

INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato      3.000.000,00
sottoscritto    3.000.000,00
versato         3.000.000,00

SCIOGLIMENTO E PROCEDURE CONCORSUALI

Impresa in SCIOGLIMENTO E LIQUIDAZIONE con atto del 24/06/2002

Il presente certificato riporta le notizie/dati iscritti nel Registro alla data odierna.

IMPOSTA DI BOLLO ASSOLTA IN MODO VIRTUALE. AUTORIZZAZIONE DELL'INTENDENZA DI
FINANZA DI VERONA N. 6629-83 DEL 5-4-1983.

RISCOSSI PER NR. BOLLI    1    EURO   11,00
         PER DIRITTI           EURO    5,00
TOTALE                         EURO   16,00
TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 30980

SI DICHIARA INOLTRE CHE A CARICO DELLA PREDETTA DITTA NON RISULTA
PERVENUTA NEGLI ULTIMI 5 ANNI A QUESTO UFFICIO DICHIARAZIONE DI
FALLIMENTO, LIQUIDAZIONE AMMINISTRATIVA COATTA, AMMISSIONE IN CONCORDATO
O AMMINISTRAZIONE CONTROLLATA

                                        P. IL CONSERVATORE
                                        DR. PIETRO SCOLA
                                        MARIA ADELINA ZANON

Pagina 1/ 2



# CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
## VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594848 - telex 480096 CAMVER - PARTITA I.V.A. E CODICE FISCALE N. 00653210234

Prot.:CBN/12837/2004/CVR0352                                      26/10/2004

*** fine certificato ***



Pagina 2/ 2