Exhibit 4 is on its way from Italy and will be submitted to the Court separately.