UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : |
| | : OCTOBER 29, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Third-Party Defendants, Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. has manually filed Exhibits 1 through 6 to the Declaration of Jonathan Mazer.

Exhibits 1 through 6 have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. Exhibit 1 through 6 have been manually served on all parties.

2

THIRD-PARTY DEFENDANTS, SASIB
FOOD MACHINERY MV, S.P.A., SASIB
BAKERY ITALIA, S.P.A., DRY PRODUCTS,
S.P.A. and COMPAGNIE INDUSTRIALI
RIUNITE, S.P.A.


By_____
Deborah S. Russo (ct 18818)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dsrusso@dbh.com*
Its Attorneys

John R. Horan, Esq. of
FOX HORAN & CAMERINI LLP
Fed. Bar #ct JRH 8238
825 Third Avenue
New York, New York 10022
(212) 480-4800

2

## **CERTIFICATION**

      THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Richard J. Sullivan, Esq. | Brian D. Rich, Esq. |
| Sullivan & Sullivan | Christopher J. Lynch, Esq. |
| 31 Washington Street | Joseph G. Fortner, Jr., Esq. |
| Wellesley, MA  02481 | Patrick M. Birney, Esq. |
| | Michael K. Stanton, Jr., Esq. |
| | Halloran & Sage |
| | One Goodwin Square |
| | 225 Asylum Street |
| | Hartford, CT  06103 |

                                                    Deborah S. Russo