UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : NOVEMBER 3, 2004 |

**MOTION TO ADMIT JONATHAN MAZER PRO HAC VICE**

Deborah S. Russo, counsel to Sasib Food Machinery MV, SPA, Sasib Bakery Italia, SPA, Dry Products, SPA, and Compagnie Industriali Riunite, and a member of the Bar of this Court, respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, for the admission of Jonathan Mazer, an attorney with the law firm of Fox Horan & Camerini LLP, 825 Third Avenue, New York, New York, 10022, *pro hac vice* as counsel for Sasib Food Machinery

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

-2-

MV, SPA, Sasib Bakery Italia, SPA, Dry Products, SPA, and Compagnie Industriali Riunite, in association with the undersigned in the above-captioned matter.

Mr. Mazer is a member in good standing of the Bar of the State of New York and is admitted and in good standing to practice in the Eastern District of New York, the Southern District of New York, and the United States Court of Appeals for the Fourth Circuit. He is also admitted to the bar in the State of New Jersey but cannot yet practice there pending completion of continuing education requirements.

Mr. Mazer has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him.

Mr. Mazer has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other Court.

Attached to this Motion is a check in the amount of $25.00, for payment of the fees required by Rule 83.1(d) of the Local Rules of Civil Procedure for this District.

-3-

        THIRD-PARTY DEFENDANTS,
        SASIB FOOD MACHINERY MV, SPA,
        SASIB BAKERY ITALIA, SPA, DRY
        PRODUCTS, SPA, AND COMPAGNIE
        INDUSTRIALI RIUNITE


By: _____
     Deborah S. Russo (ct18818)
     DAY, BERRY & HOWARD LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     Tel.: (860) 275-0100
     Fax: (860) 275-0343
     E-mail: *dsrusso@dbh.com*
     Their attorneys

## **CERTIFICATION**

     THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA  02481

                                 _____
                                   Deborah S. Russo