UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | CIVIL ACTION NO. 3:03 CV 597(MRK) |
| VS. | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC. | |
| VS. | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | NOVEMBER 1, 2004 |

## AFFIDAVIT OF JONATHAN MAZER

Jonathan Mazer, having been duly sworn, hereby deposes and says:

1. I am an attorney with the law firm of Fox Horan & Camerini LLP, 825 Third Avenue, New York, New York, 10022, telephone number (212) 480-4800 (direct line: (212) 709-0247), facsimile number (212) 269-2383, e-mail jmazer@foxlex.com.

2. This affidavit is made in support of a motion to be admitted to practice before the United States District Court for the District of Connecticut pro hac vice.

3. I am an attorney duly licensed to practice in the State of New York and am admitted to practice before for the United States District Courts for the Southern District of New York and the Eastern District of New York. I am admitted to the bar in the State of New Jersey

-2-

but cannot yet practice pending completion of continuing legal education requirements. I am also admitted to practice in the Fourth Circuit.

4. I am a member in good standing of all bars to which I have been admitted and I have never been the subject of any disciplinary proceeding.

5. I have not previously been admitted *pro hac vice* in this District.

6. I have not resigned nor been denied admission, reprimanded, or suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

7. I have fully reviewed and am familiar with the Local Rules of this District.

_____
Jonathan Mazer

Subscribed and sworn to before
me this 1st day of ~~October~~ November, 2004

_____
Notary Public
My Commission Expires:

GRETA A. ~~ILLEGIBLE~~
Notary Public, State of New York
No. 31-4979612
Qualified in New York County
Commission Expires April 1, 2007

## CERTIFICATION

THIS IS TO CERTIFY that on this ~~date~~ 11/3/04, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Joseph G. Fortner, Jr., Esq.
Patrick M. Birney, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

_____
Deborah S. Russo