# FOX HORAN & CAMERINI LLP

825 THIRD AVENUE
NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW
JONATHAN MAZER, ESQ.
Email: jmazer@foxlex.com

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248

October 28, 2004

**BY FACSIMILE (860) 548-0006**
Patrick M. Birney, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**BY FACSIMILE (781) 239-1360**
Richard J. Sullivan, Esq.
Sullivan & Sullivan
31 Washington Street
Wellesley, MA 02481

> Re:   *Bill Gouveia as Administrator of the Estate of Jose Guerra*
>        *v. Sasib Food Machinery MV, S.P.A. et al*
>        *Civil Action No.: 303 597 MRK*

Gentlemen:

Enclosed please find the balance-sheet and profit and loss account for Food Machinery Medium Volume S.p.A. ("FMMV").   I produce this document voluntarily in the hope that it will satisfy your oral requests for information about the financial condition of FMMV.  This document is produced to you without prejudice to, or waiver of, any objection which FMMV may assert in response to any discovery request, question or other request about FMMV's financial situation.

Very truly yours,

Jonathan Mazer

JM/dsb

Cc:    Deborah Russo, Esq., by fax

Società unipersonale per azioni

# FOOD MACHINERY MEDIUM VOLUME S.p.a. in liquidazione

Sede a San Bonifacio (VR) in Via Camporosolo 198

Capitale sociale di Euro 3.000.000 i.v.

Iscritta alla C.C.I.A.A. di Verona al Reg. Imp. 03840090371

e al R.E.A. 220662

Codice Fiscale 03840090371 e Partita Iva 02159670237

# BILANCIO AL 31 DICEMBRE 2003

## STATO PATRIMONIALE

| ATTIVO | 31.12.2003 | 31.12.2002 |
|---|---|---|
| **A)  Crediti verso soci per versamenti ancora dovuti** | | |
| | | |
| **B)  Immobilizzazioni** | | |
| | | |
| I   *Immobilizzazioni immateriali* | | |
| 1)  costi di impianto e di ampliamento | | |
| 2)  costi di ricerca, di sviluppo e di pubblicità | | |
| 3)  diritti di brevetto industriale e diritti di utilizzazione delle opere di ingegno | | |
| 4)  concessioni, licenze, marchi e diritti simili | | |
| 5)  avviamento | | |
| 6)  immobilizzazioni in corso e acconti | | |
| 7)  altre | | |
| Totale | | |
| (-)  Fondi ammortamento e svalutazione | | |
| Totale | | |
| | | |
| II  *Immobilizzazioni materiali* | | |
| 1)  terreni e fabbricati | | |
| 2)  impianti e macchinario | 1.088.739 | 4.180 |
| 3)  attrezzature industriali e commerciali | 9.296 | 9.296 |
| 4)  altri beni | 26.772 | 26.772 |
| 5)  immobilizzazioni in corso e acconti | | |
| Totale | 1.124.807 | 40.248 |
| (-)  Fondi ammortamento e svalutazione | (115.567) | (39.648) |
| Totale | 1.009.240 | 600 |
| | | |
| III *Immobilizzazioni finanziarie* | | |
| 1)  partecipazioni in | | |
| a) imprese controllate | | |
| b) imprese collegate | | |
| c) imprese controllanti | | |
| d) altre imprese | 517 | 517 |
| 2)  crediti | | |
| a) verso imprese controllate | | |
| b) verso imprese collegate | | |
| c) verso controllanti | | |
| d) verso altri | 2.880 | 2.880 |
| 3)  altri titoli | | |
| 4)  azioni proprie | | |
| Totale | 3.397 | 3.397 |
| **Totale immobilizzazioni** | **1.012.637** | **3.997** |

|  | 31.12.2003 | 31.12.2002 |
|---|---|---|
| **C) Attivo circolante** | | |
| I  *Rimanenze* | | |
| 1)  materie prime, sussidiarie e di consumo | | |
| 2)  prodotti in corso di lavorazione e semilavorati | | |
| 3)  lavori in corso su ordinazione | | |
| 4)  prodotti finiti e merci | 10.000 | 10.000 |
| 5)  acconti | | |
| (-)  Fondo svalutazione rimanenze | (9.500) | (9.500) |
| Totale | 500 | 500 |
| II  *Crediti* | | |
| 1)  verso clienti | 86.760 | 3.452.921 |
| 2)  verso imprese controllate | | |
| 3)  verso imprese collegate | | |
| 4)  verso controllanti | | |
| 5)  verso altre società del gruppo | | 60.000 |
| 6)  verso altri | 321.302 | 404.469 |
| (-)  Fondo svalutazione crediti | (60.479) | (3.239.108) |
| Totale | 347.583 | 678.282 |
| III  *Attività finanziarie che non costituiscono immobilizzazioni* | | |
| 1)  partecipazioni in imprese controllate | | |
| 2)  partecipazioni in imprese collegate | | |
| 3)  partecipazioni in imprese controllanti | | |
| 4)  altre partecipazioni | | |
| 5)  azioni proprie | | |
| 6)  altri titoli | | |
| Totale | | |
| IV  *Disponibilità liquide* | | |
| 1)  depositi bancari e postali | 688.123 | 889.136 |
| 2)  assegni | | |
| 3)  danaro e valori in cassa | | |
| Totale | 688.123 | 889.136 |
| **Totale attivo circolante** | **1.036.206** | **1.567.918** |
| **D)  Ratei e risconti** | **50.186** | **4.718** |
| **TOTALE ATTIVO** | **2.099.029** | **1.576.633** |

Food Machinery Medium Volume S.p.A. in liquidazione

| PASSIVO | 31.12.2003 | 31.12.2002 |
|---|---|---|
| **A) Patrimonio Netto** | | |
| I Capitale | 3.000.000 | 3.000.000 |
| II Riserva da sopraprezzo delle azioni | | |
| III Riserve di rivalutazione | | |
| IV Riserva legale | | |
| V Riserva per azioni proprie in portafoglio | | |
| VI Riserve statutarie | | |
| VII Altre riserve | 18.463.504 | 17.416.507 |
| VIII Utili e perdite portati a nuovo | (19.861.583) | (24.075.536) |
| IX Utile (perdita) dell'esercizio | (135.343) | 4.213.953 |
| **Totale** | **1.466.578** | **554.924** |
| **B) Fondi per rischi e oneri** | | |
| 1) per trattamento di quiescenza e obblighi simili | | |
| 2) per imposte | | |
| 3) altri | 332.832 | 416.112 |
| **Totale** | **332.832** | **416.112** |
| **C) Trattamento di fine rapporto di lavoro subordinato** | | |
| **D) Debiti** | | |
| 1) obbligazioni | | |
| 2) obbligazioni convertibili | | |
| 3) debiti verso banche | | |
| 4) debiti verso altri finanziatori | | |
| di cui esigibili oltre l'esercizio successivo | | |
| 5) acconti | | |
| 6) debiti verso fornitori | 269.408 | 561.004 |
| 7) debiti rappresentati da titoli di credito | | |
| 8) debiti verso imprese controllate | | |
| 9) debiti verso imprese collegate | | |
| 10) debiti verso controllanti | | |
| 11) debiti verso altre società del gruppo | | 13.587 |
| 12) debiti tributari | | |
| 13) debiti verso istituti di previdenza e di sicurezza sociale | 1.367 | 2.162 |
| 14) altri debiti | 28.844 | 28.844 |
| **Totale** | **299.619** | **605.597** |
| **E) Ratei e risconti** | | |
| **TOTALE PASSIVO** | **2.099.029** | **1.576.633** |

Food Machinery Medium Volume S.p.A. in liquidazione

| CONTI D'ORDINE | 31.12.2003 | 31.12.2002 |
|---|---|---|
| **1. Garanzie personali prestate** | | |
| a) Fidejussioni a favore di: | | |
| -imprese controllate | | |
| -imprese collegate | | |
| -controllanti | | |
| -imprese controllate da controllanti | | |
| -altri | 135.467 | 458.252 |
| Totale | 135.467 | 458.252 |
| b) Avalli a favore di: | | |
| -imprese controllate | | |
| -imprese collegate | | |
| -controllanti | | |
| -imprese controllate da controllanti | | |
| -altri | | |
| Totale | | |
| c) Altre garanzie personali a favore di: | | |
| -imprese controllate | | |
| -imprese collegate | | |
| -controllanti | | |
| -imprese controllate da controllanti | | |
| -altri | | |
| Totale | | |
| **Totale garanzie personali prestate** | **135.467** | **458.252** |
| **2. Garanzie reali prestate** | | |
| a) per debiti ed altre obbligazioni altrui | | |
| -imprese controllate | | |
| -imprese collegate | | |
| -controllanti | | |
| -imprese controllate da controllanti | | |
| -altri | | |
| Totale | | |
| b) per debiti iscritti in bilancio | | |
| c) per altre obbligazioni proprie | | |
| **Totale garanzie reali prestate** | | |
| **3. Impegni** | | |
| a) di acquisto | | |
| b) di vendita | | |
| c) canoni di leasing di prossima scadenza | | |
| **Totale impegni** | | |
| **4. Conti rischi** | | |
| a) effetti scontati | | |
| b) altri | | |
| **Totale conti rischi** | | |
| **Totale conti d'ordine** | **135.467** | **458.252** |

Food Machinery Medium Volume S.p.A. in liquidazione

## CONTO ECONOMICO

|  |  | 31.12.2003 | 31.12.2002 |
|---|---|---:|---:|
| **A)** | ***Valore della produzione*** | | |
| | 1) ricavi delle vendite e delle prestazioni | 14.852 | 266.580 |
| | 2) variazioni delle rimanenze di prodotti in corso di | | |
| | lavorazione, semilavorati e finiti | | (51.146) |
| | 3) variazione dei lavori in corso su ordinazione | | |
| | 4) incrementi di immobilizzazioni per lavori interni | | |
| | 5) altri ricavi e proventi | | |
| |    a) contributi in conto esercizio | | |
| |    b) altri | 208.634 | 484.158 |
| **Totale** | | **223.486** | **699.592** |
| | | | |
| **B)** | ***Costi della produzione*** | | |
| | 6) per materie prime, sussidiarie, di consumo e di merci | 14.846 | 283.736 |
| | 7) per servizi | 166.823 | 550.194 |
| | 8) per godimento beni di terzi | 22.840 | 47.323 |
| | 9) per il personale | | |
| |    a) salari e stipendi | | |
| |    b) oneri sociali | | |
| |    c) trattamento di fine rapporto | | |
| |    d) trattamento di quiescenza e simili | | |
| |    e) altri costi | | |
| |    Totale | | |
| | 10) ammortamenti e svalutazioni | | |
| |    a) ammortamento delle immobilizzazioni immateriali | | |
| |    b) ammortamento delle immobilizzazioni materiali | 75.919 | |
| |    c) altre svalutazioni delle immobilizzazioni | | |
| |    d) svalutazioni dei crediti compresi nell'attivo | | |
| |      circolante e delle disponibilità liquide | | |
| |    Totale | 75.919 | |
| | 11) variazioni delle rimanenze di materie prime, | | |
| |     sussidiarie, di consumo e merci | | |
| | 12) accantonamenti per rischi | 181.084 | |
| | 13) altri accantonamenti | | |
| | 14) oneri diversi di gestione | 659 | 21.558 |
| **Totale** | | **462.171** | **902.811** |
| | | | |
| **Differenza tra valore e costi della produzione (A - B)** | | **(238.685)** | **(203.219)** |

|                                                                          | 31.12.2003 | 31.12.2002 |
|--------------------------------------------------------------------------|-----------:|-----------:|
| **C) Proventi ed oneri finanziari**                                      |            |            |
| 15) proventi da partecipazioni                                           |            |            |
|   a) dividendi ed altri proventi da imprese controllate        |            |            |
|   b) dividendi ed altri proventi da imprese collegate          |            |            |
|   c) dividendi ed altri proventi da altre imprese              |            |            |
|   Totale                                                       |            |            |
| 16) altri proventi finanziari                                            |            |            |
|   a) da crediti iscritti nelle immobilizzazioni                |            |            |
|   b) da titoli iscritti nelle immobilizzazioni                 |            |            |
|     che non costituiscono partecipazioni             |            |            |
|   c) da titoli iscritti nell'attivo circolante                 |            |            |
|     che non costituiscono partecipazioni             |            |            |
|   d) proventi diversi dai precedenti                           |            |            |
|     - interessi e commissioni da imprese controllate |            |            |
|     - interessi e commissioni da imprese collegate   |            |            |
|     - interessi e commissioni da imprese controllanti|            |            |
|     - interessi e commissioni da altri e proventi vari|     20.142 |     98.661 |
|   Totale                                                       |     20.141 |     98.661 |
| 17) interessi e altri oneri finanziari                                   |            |            |
|   a) verso imprese controllate                                 |            |            |
|   b) verso imprese collegate                                   |            |            |
|   c) verso imprese controllanti                                |            |    307.016 |
|   d) altri                                                      |     17.740 |     74.275 |
|   Totale                                                       |     17.740 |    381.291 |
| **Totale (15+16-17)**                                                    |  **2.401** | **(282.630)** |
| **D) Rettifiche di valore di attività finanziarie**                      |            |            |
| 18) rivalutazioni                                                        |            |            |
|   a) di partecipazioni                                         |            |            |
|   b) di immobilizzazioni finanziarie che non                   |            |            |
|     costituiscono partecipazioni                     |            |            |
|   c) di titoli iscritti nell'attivo circolante che non         |            |            |
|     costituiscono partecipazioni                     |            |            |
|   Totale                                                       |            |            |
| 19) svalutazioni                                                         |            |            |
|   a) di partecipazioni                                         |            |            |
|   b) di immobilizzazioni finanziarie                           |            |            |
|     che non costituiscono partecipazioni             |            |            |
|   c) di titoli iscritti nell'attivo circolante                 |            |            |
|     che non costituiscono partecipazioni             |            |            |
|   Totale                                                       |            |            |
| **Totale delle rettifiche (18-19)**                                      |            |            |
| **E) Proventi e oneri straordinari**                                     |            |            |
| 20) proventi                                                             |            |            |
|   a) plusvalenze da alienazione                                |            |  4.836.502 |
|   b) altri                                                      |  1.344.372 |    235.608 |
|                                                                          |  1.344.372 |  5.072.110 |

Bilancio al 31.12.2003

|  | | | 31.12.2003 | 31.12.2002 |
|---|---|---|---|---|
| 21) | oneri | | | |
| | a) | minusvalenze da alienazione | | 59.715 |
| | b) | imposte relative ad esercizi precedenti | | |
| | c) | altri | 1.243.431 | 312.593 |
| | | | 1.243.431 | 372.308 |
| **Totale delle partite straordinarie (20-21)** | | | **100.941** | **4.699.802** |
| **Risultato prima delle imposte (A-B+/-C+/-D+/-E)** | | | **(135.343)** | **4.213.953** |
| 22) | imposte sul reddito dell'esercizio | | | |
| | di cui imposte correnti | | | |
| | di cui imposte anticipate / differite | | | |
| **26) utile (perdita) dell'esercizio** | | | **(135.343)** | **4.213.953** |

Il Liquidatore
(dott. Andrea Silvestroni)

Food Machinery Medium Volume S.p.A. in liquidazione

Società unipersonale per azioni

## FOOD MACHINERY MEDIUM VOLUME S.p.a. in liquidazione

Sede a San Bonifacio (VR) in Via Camporosolo 198

Capitale sociale di Euro 3.000.000 i.v.

Iscritta alla C.C.I.A.A. di Verona al Reg. Imp. 03840090371

e al R.E.A. 220662

Codice Fiscale 03840090371 e Partita Iva 02159670237

## NOTA INTEGRATIVA AL BILANCIO D'ESERCIZIO

### AL 31 / 12 / 2003

## STRUTTURA E CONTENUTO DEL BILANCIO

Il bilancio di esercizio è stato redatto in conformità alla normativa del Codice Civile ed è costituito dallo Stato Patrimoniale, dal Conto Economico (redatti in conformità agli artt. 2424, 2424 bis, 2425 e 2425 bis c.c.) e dalla presente Nota Integrativa.

La Nota Integrativa ha la funzione di fornire l'illustrazione, l'analisi ed in taluni casi un'integrazione dei dati contabili e contiene le informazioni richieste dall'art. 2427 c.c., da altre disposizioni del Codice Civile in materia di Bilancio o da altre leggi. Inoltre, vengono fornite tutte le informazioni complementari ritenute necessarie per dare una rappresentazione veritiera e corretta, anche se non richieste da specifiche disposizioni di legge.

## CRITERI DI VALUTAZIONE

Nell'adozione dei criteri di valutazione di cui all'art. 2426 c.c., si è in particolare tenuto conto del venir meno del presupposto della continuazione dell'attività e dello stato di liquidazione, con il conseguente adattamento dei criteri dettati per le aziende in funzionamento.

I più significativi criteri di valutazione adottati per la redazione del bilancio al 31 dicembre 2003 sono i seguenti:

**Immobilizzazioni Materiali**

Le Immobilizzazioni Materiali sono iscritte al costo di acquisto o di produzione.

Nel costo sono compresi gli oneri accessori e i costi diretti e indiretti per la quota ragionevolmente imputabile al bene.

In relazione alla cessazione dell'attività produttiva ed allo stato di liquidazione non si procede all'ammortamento dei cespiti ed i fondi ammortamento sono integrati con un apposito fondo svalutazione, sino ad adeguare il valore netto delle immobilizzazioni materiali al presumibile valore di realizzo.

In deroga a tali principi nell'esercizio in esame è stata iscritta, sulla base del valore normale, una linea di produzione per pasta. Tale impianto è stato acquisito con provvedimento giudiziario di assegnazione a fronte del recupero di un credito in contenzioso. Il cespite è locato a terzi e, conseguentemente, ammortizzato in relazione alla vita utile residua.

I Costi di Manutenzione aventi natura ordinaria sono addebitati integralmente a conto economico. I Costi di Manutenzione aventi natura incrementativa sono attribuiti ai cespiti cui si riferiscono.

**Partecipazioni iscritte nelle immobilizzazioni**

L' unica partecipazione detenuta è valutata al costo di acquisto.

**Rimanenze**

Le rimanenze sono iscritte al minore tra il costo di produzione ed il valore di presumibile realizzo, desumibile dall'andamento del mercato.

**Crediti**

I crediti sono esposti al loro presunto valore di realizzo.

L'adeguamento del valore nominale dei crediti al valore presunto di realizzo è ottenuto mediante l'iscrizione di un apposito Fondo Svalutazione Crediti.

**Ratei e risconti**

Sono stati determinati secondo il criterio dell'effettiva competenza temporale le quote di costi e proventi comuni a due o più Esercizi.

**Fondi per Rischi ed Oneri**

I Fondi per Rischi ed Oneri sono stanziati per coprire perdite o passività di esistenza certa o probabile, delle quali tuttavia alla chiusura dell'esercizio non sono determinabili l'ammontare o la data di sopravvenienza.

Nella valutazione di tali fondi è stato in particolare rispettato il principio di prudenza e gli stanziamenti riflettono la migliore stima possibile sulla base degli elementi a disposizione.

**Debiti**

I debiti sono iscritti al loro valore nominale.

**Criteri di Conversione dei valori espressi in valuta**

I crediti ed i debiti espressi originariamente in valuta estera sono convertiti in Euro ai cambi storici della data delle relative operazioni. Le differenze cambio sono iscritte al conto economico al momento dell'effettivo realizzo.

# COMMENTI ALLE PRINCIPALI VOCI DELL'ATTIVO

## A. CREDITI VERSO SOCI PER VERSAMENTI ANCORA DOVUTI

La Società non ha crediti verso i Soci per versamenti ancora dovuti.

## B. IMMOBILIZZAZIONI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.013 | 4 |

Per le classi delle immobilizzazioni che hanno subito delle movimentazioni sono stati preparati appositi prospetti, riportati in allegato alla presente Nota Integrativa, che indicano per ciascuna voce i costi storici, i precedenti ammortamenti e le precedenti svalutazioni, i movimenti intercorsi nell'esercizio, i saldi finali nonché il totale delle svalutazioni ed ammortamenti esistenti alla chiusura dell'esercizio.

## B.II. IMMOBILIZZAZIONI MATERIALI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.009 | 1 |

Per l'analisi delle variazioni di tale voce si rimanda al relativo prospetto (Allegato n.1).

L'incremento consegue all'assegnazione della linea di produzione meglio precisata in precedenza.

In merito all'indicazione ai sensi della Legge n. 72/83, Art. 10, precisiamo che non esiste alcun bene ancora in patrimonio al 31 dicembre 2003 su cui siano state effettuate, in esercizi precedenti, rivalutazioni a norma di specifiche leggi.

## B.III. IMMOBILIZZAZIONI FINANZIARIE

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 3 | 3 |

Tale voce non ha subito variazioni. Per ulteriori informazioni si rimanda al relativo prospetto (Allegato n.2).

### B.III.1. Partecipazioni

|              | 31-12-2003 | 31-12-2002 |
|--------------|:----------:|:----------:|
| Euro/migliaia | 1 | 1 |

Tale voce è costituita esclusivamente dalla partecipazione nel Consorzio CONFIDI TRENTO.

### B.III. 2. Crediti Immobilizzati

|              | 31-12-2003 | 31-12-2002 |
|--------------|:----------:|:----------:|
| Euro/migliaia | 3 | 3 |

La voce è costituita esclusivamente da depositi cauzionali.

### C. ATTIVO CIRCOLANTE

|              | 31-12-2003 | 31-12-2002 |
|--------------|:----------:|:----------:|
| Euro/migliaia | 1.036 | 1.568 |

### C.I. RIMANENZE

|              | 31-12-2003 | 31-12-2002 |
|--------------|:----------:|:----------:|
| Euro/migliaia | 1 | 1 |

Le rimanenze a fine esercizio riguardano i soli prodotti finiti e sono rettificate dal fondo svalutazione di Euro 10 migliaia.

### C.II. CREDITI

|              | 31-12-2003 | 31-12-2002 |
|--------------|:----------:|:----------:|
| Euro/migliaia | 348 | 678 |

### C.II.1. Crediti verso Clienti

|              | 31-12-2003 | 31-12-2002 |
|--------------|-----------|-----------|
| Euro/migliaia | 87        | 3.453     |

I crediti commerciali sono diminuiti in relazione allo stralcio dei crediti inesigibili, già comunque integralmente rettificati con il fondo svalutazione crediti.

### C.II.5. Crediti verso Altre Società del Gruppo

|              | 31-12-2003 | 31-12-2002 |
|--------------|-----------|-----------|
| Euro/migliaia |           | 60        |

Nel corso dell'esercizio si è chiusa la posizione rispetto alla Sasib Nordic relativa a dei precedenti rapporti commerciali.

### C.II.6. Crediti verso Altri

|              | 31-12-2003 | 31-12-2002 |
|--------------|-----------|-----------|
| Euro/migliaia | 321       | 404       |

La voce è così composta (in migliaia di euro):

| Descrizione | Saldo | Saldo |
|-------------|-------|-------|
|             | 31-12-2003 | 31-12-2002 |
| **Crediti Vs. l'Erario:** |  |  |
| - Rimborso IVA | 63 | 63 |
| - Rimborso IRPEG e ILOR | 8 | 8 |
| - Erario c/ IVA | 36 | 35 |
| - Erario c/ritenute | 4 | 6 |
| **Altri:** |  |  |
| - Vs. Enti Previdenziali | 14 | 14 |
| - Risarcimenti Assicurativi per danni | 163 | 163 |
| - Crediti da Acquisizione |  | 81 |
| - Crediti diversi | 34 | 34 |
| **Totale** | **321** | **404** |

Segnaliamo l'incasso integrale della posizione nei confronti della "Braibanti Golfetto S.p.A.". Il fondo svalutazione crediti è stato utilizzato nel corso dell'esercizio per Euro 3.179 migliaia.

## C.IV. DISPONIBILITÀ LIQUIDE

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 688 | 889 |

Tale voce è costituita dalla giacenza dei conti correnti bancari a fine esercizio.

## D. RATEI E RISCONTI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 50 | 5 |

I ratei attivi, pari a Euro 50 migliaia, evidenziano la quota di canoni di competenza dell'esercizio relativa alla locazione della linea di produzione pasta.

# COMMENTI ALLE PRINCIPALI VOCI DEL PASSIVO

## A. PATRIMONIO NETTO

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.467 | 555 |

Commentiamo di seguito le principali voci componenti il Patrimonio Netto rinviando per le relative variazioni all'apposito prospetto (Allegato n.3):

### A.I. Capitale Sociale

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|

- 14 -

| | | |
|---|---|---|
| Euro/migliaia | 3.000 | 3.000 |

Il capitale sociale al 31 dicembre 2003, interamente sottoscritto e versato, risulta costituito da n. 3.000.000 di azioni ordinarie di nominali Euro 1 cadauna, per complessivi Euro 3.000.000.

### A.VII. Altre Riserve

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 18.464 | 17.417 |

Tale voce evidenzia i versamenti in conto capitale effettuati ai fini della copertura di perdite.

### A.VIII. Utili (Perdite) a nuovo

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | -19.862 | -24.076 |

Trattasi del residuo delle perdite degli esercizi precedenti rinviate a nuovo.

### A.IX. Utile (Perdita) dell'Esercizio

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | -135 | 4.214 |

Accoglie il risultato del periodo.

### B. FONDI PER RISCHI ED ONERI

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 333 | 416 |

La composizione e la movimentazione di tali fondi per l'esercizio chiuso al 31 dicembre 2003 è la seguente (in migliaia di Euro):

| Descrizione | 01.01.2003 | Accantonamenti | Utilizzi | 31.12.2003 |
|---|---|---|---|---|
| **Altri:** | | | | |
| - Fondo Installazione e Montaggi | 93 | | -23 | 70 |
| - Fondo Garanzia | 13 | | -13 | 0 |
| - Fondo Oneri di Ristrutturazione | 228 | | -228 | 0 |
| - Fondo Oneri Diversi | 82 | 80 | | 162 |

| | | | | |
|---|---|---|---|---|
| - Fondo Rischi per Vertenze Legali | | 100 | | 100 |
| - Totale | 416 | 180 | -264 | 332 |

- Il Fondo Installazione e Montaggi copre i costi stimati a carico della società relativi all'installazione, montaggio e collaudo di macchine ed impianti già fatturati.

- Il Fondo Garanzia prodotti riflette gli oneri per interventi in garanzia tecnica da sostenersi successivamente alla data di chiusura del bilancio in relazione a prodotti finiti già venduti. Essendo cessate le garanzie si è proceduto allo storno del fondo.

- Il Fondo Oneri di Ristrutturazione riflette gli oneri per i processi di cessazione dell'attività ed è stato integralmente utilizzato nell'esercizio.

- Il Fondo Oneri Diversi è stato costituito a fronte di un credito in contenzioso.

- Il Fondo Rischi per Vertenze Legali è stato costituito a fronte di due vertenze ancora pendenti.

## D. DEBITI

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 300 | 606 |

Commentiamo di seguito la composizione delle voci relative a tale raggruppamento:

### D.6. Debiti verso Fornitori

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 269 | 561 |

L'importo dei Debiti verso Fornitori comprende in particolare fatture da ricevere per Euro 120 migliaia.

### D.11. Debiti verso Altre Società del Gruppo

| | 31-12-2003 | 31-12-2003 |
|---|---|---|
| Euro/migliaia | | 14 |

I debiti intragruppo si sono estinti con il pagamento relativo alle forniture per prestazioni di servizi resi dalla SASIB UK – DIVISIONE BAKERY.

**D.13. Debiti verso Istituti di Previdenza e di Sicurezza Sociale**

|  | 31-12-2003 | 31-12-2003 |
|---|---|---|
| Euro/migliaia | 1 | 2 |

**D.14. Altri Debiti**

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 29 | 29 |

Gli altri debiti rilevano principalmente incassi non di competenza.

## CONTI D'ORDINE

### 1. Garanzie personali prestate

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 135 | 458 |

1.a. Fidejussioni a favore di - Altri: ammontano ad Euro 129 migliaia a favore dell'Erario per rimborsi IVA ed Euro 6 migliaia a favore di Altri.

# COMMENTI ALLE PRINCIPALI VOCI DEL CONTO ECONOMICO

## A. VALORE DELLA PRODUZIONE

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 223 | 700 |

## A.1. RICAVI DELLE VENDITE E DELLE PRESTAZIONI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 15 | 267 |

I ricavi per cessioni di beni e per prestazioni di servizi sono composti da cessioni di beni per Euro 14 migliaia.

Di seguito si fornisce la ripartizione dei Ricavi per area geografica (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Italia | 15 | 267 |
| - Europa UE (Italia esclusa) | | |
| - Paesi Europei non UE | | |
| - Nord America | | |
| - Asia | | |
| - Africa | | |
| **Totale** | **15** | **267** |

## A.2. VARIAZIONE DELLE RIMANENZE DI PRODOTTI FINITI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | | -51 |

Il magazzino non ha subito variazioni nel corso dell'esercizio.

## A.5. ALTRI RICAVI E PROVENTI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 209 | 484 |

Tale voce è così composta (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| **- Altri Ricavi e Proventi:** |  |  |
| - Utilizzo fondi | 23 | 325 |
| - Affitti Attivi | 100 |  |
| - Recupero costi diversi |  | 11 |
| - Sopravvenienze attive ordinarie | 86 | 147 |
| - Altri |  | 1 |
| **Totale Altri Ricavi e Proventi** | **209** | **484** |

Gli utilizzi di fondi si riferiscono per il loro intero ammontare al fondo installazione e montaggi.

## B. COSTI DELLA PRODUZIONE

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 462 | 903 |

## B.6. PER MATERIE PRIME, SUSSIDIARIE, DI CONSUMO E MERCI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 15 | 284 |

Gli acquisti riguardano esclusivamente materiale di commercio.

## B.7. PER SERVIZI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|

| Euro/migliaia | 167 | 550 |
|---|---|---|

La voce in oggetto risulta così dettagliata (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Spese di trasferta | | 2 |
| - Utenze | | 48 |
| - Provvigioni passive | | 12 |
| - Prestazioni Esterne | | 146 |
| - Manutenzioni | | 2 |
| - Trasporti | | 3 |
| - Consulenze e Prestazioni Professionali | 165 | 234 |
| - Assicurazioni | 1 | 11 |
| - Servizi Diversi | 1 | 92 |
| **Totale** | **167** | **550** |

## B.8. PER GODIMENTO DI BENI DI TERZI

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 23 | 47 |

La voce in oggetto risulta così dettagliata (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Noleggi Attrezzature e Auto | 23 | 46 |
| - Affitti passivi | | 1 |
| **Totale** | **23** | **47** |

## B.10. AMMORTAMENTI E SVALUTAZIONI

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 76 | |

Gli ammortamenti riguardano esclusivamente la linea di produzione pasta locata.

## B.12. ACCANTONAMENTI PER RISCHI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 181 | |

Tale voce è così composta (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Accantonamento Fondo Rischi Oneri Diversi | 81 | |
| -Accantonamento Fondo Rischi per Vertenze Legali | 100 | |
| **Totale** | **181** | |

## B.14. ONERI DIVERSI DI GESTIONE

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1 | 22 |

Tale voce è così composta (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Imposte indirette e tasse | 1 | 20 |
| - Altri oneri di gestione | | 2 |
| **Totale** | **1** | **22** |

## C. PROVENTI E ONERI FINANZIARI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 2 | -283 |

## C.16. ALTRI PROVENTI FINANZIARI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|

| | | |
|---|---|---|
| Euro/migliaia | 20 | 99 |

## C.16.d. Proventi diversi dai precedenti

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 20 | 99 |

Tale posta può essere così dettagliata:

| Descrizione | 2003 | 2002 |
|---|---|---|
| Int. e Commissioni da Altri e Proventi Vari: | | |
| - Interessi attivi c/c ordinario | 16 | 13 |
| - Proventi diversi | 4 | 86 |
| **Totale** | **20** | **99** |

## C.17. INTERESSI ED ALTRI ONERI FINANZIARI

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 18 | 381 |

### C.17.c. verso imprese controllanti

| | 31-12-2003 | 31-12-2001 |
|---|---|---|
| Euro/migliaia | | 307 |

### C.17.d. Altri

| | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 18 | 74 |

Tale voce può essere così dettagliata:

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Interessi passivi su mutui | | 27 |
| - Interessi passivi Diversi | 17 | 6 |
| - Spese e Commissioni bancarie | 1 | 41 |
| **Totale** | **18** | **74** |

## E. PROVENTI E ONERI STRAORDINARI

### E.20. PROVENTI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.344 | 5.072 |

### E.20.b.

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.344 | 236 |

Tale voce è così composta (in migliaia di Euro):

| Descrizione | 2003 | 2002 |
|---|---|---|
| - Utilizzo Fondo Svalutazione Crediti | 1.003 | |
| - Utilizzo Fondo Garanzia | 13 | |
| - Utilizzo Fondo Oneri di Ristrutturazione | 228 | |
| **Totale** | **1.344** | |

### E.21. ONERI

|  | 31-12-2003 | 31-12-2002 |
|---|---|---|
| Euro/migliaia | 1.243 | 372 |

### E.21.c. Altri

|  | 31-12-2002 | 31-12-2001 |
|---|---|---|
| Euro/migliaia | 1.243 | 313 |

Gli oneri straordinari rilevano in particolare il costo della sanatoria fiscale ex L. 289/02, pari ad Euro 1.088 migliaia. Di rilievo altresì gli oneri per incentivi all'esodo per Euro 140 migliaia.

## 22. IMPOSTE SUL REDDITO

L'esercizio in esame non evidenzia imposte correnti.

Per quanto riguarda le imposte differite attive, pur in presenza di consistenti fondi tassati, nonché di perdite fiscalmente riportabili, si è ritenuto di non rilevare il credito per imposte anticipate non essendo ipotizzabili flussi di reddito prospettici.

Per quanto riguarda la situazione fiscale si precisa che i redditi imponibili risultano definiti fino all'esercizio chiuso al 31 dicembre 1998 ed in particolare le controversie relative agli esercizi 1989, 1990 e 1991, pendenti in Cassazione, sono state definite con la sanatoria ex L. 289/02.

## ALTRE INFORMAZIONI

Si precisa che i compensi spettanti al collegio sindacale ammontano ad Euro 19 migliaia.

## ALLEGATI

I presenti allegati costituiscono parte integrante della presente Nota Integrativa:

- All. 1 - Prospetto delle variazioni delle Immobilizzazioni Materiali;
- All. 2 - Prospetto delle variazioni delle Immobilizzazioni Finanziarie;
- All. 3 – Prospetto delle variazioni del Patrimonio Netto.

IL LIQUIDATORE

(dott. Andrea Silvestroni)

ALLEGATO n. 1

## IMMOBILIZZAZIONI MATERIALI
### PROSPETTO DELLE VARIAZIONI PER L'ESERCIZIO CHIUSO AL 31 DICEMBRE 2003
(IN MIGLIAIA DI EURO)

| | Situazione iniziale | | | | Movimenti dell'esercizio | | | | | | Situazione finale | | | |
| | costo originario | rivalutazioni | fondi ammortamento e svalutazione (*) | valore netto al 01/01/03 | acquisizioni | reclassificaz. | disinvest. netti | ammortamento | svalutazioni | | costo originario | rivalutazioni | saldo 31/12/03 | fondi ammortamento e svalutazione (*) | valore netto al 31/12/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terreni e fabbricati | | | | | | | | | | | | | | | |
| Impianti e macchinari | 4 | | (3) | 1 | 1.084 | | | (76) | | | 1.088 | | 1.088 | (79) | 1.009 |
| Attr. Industr. e Comm. | 9 | | (9) | 0 | | | | | | | 9 | | 9 | (9) | 0 |
| Altri beni materiali | 27 | | (27) | 0 | | | | | | | 27 | | 27 | (27) | 0 |
| Totale | 40 | | (39) | 1 | 1.084 | | | (76) | | | 1.124 | | 1.124 | (115) | 1.009 |
| | | | | | | | | | | | | | | | |
| (*) di cui svalutazioni | | | (15) | | | | | | | | | | | (15) | |

Sasib Food Machinery Medium Volume S.p.A. in liquidazione

ALLEGATO n. 2

## IMMOBILIZZAZIONI FINANZIARIE
### PROSPETTO DELLE VARIAZIONI PER L'ESERCIZIO CHIUSO AL 31 DICEMBRE 2003
(IN MIGLIAIA DI EURO)

| | Situazione iniziale | | | Movimenti dell'esercizio | | | | Situazione finale | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | costo originario | svalutazioni | saldo 01/01/03 | incrementi | riclassificaz. | decrementi | svalutazioni ripristini utilizzi | costo originario | svalutazioni | saldo al 31/12/03 |
| **Partecipazioni** | | | | | | | | | | |
| Imprese Controllate | | | | | | | | | | |
| Imprese Collegate | | | | | | | | | | |
| Altre Imprese | 1 | | 1 | | | | | 1 | | 1 |
| **Totale** | 1 | | 1 | | | | 0 | 1 | | 1 |
| **Crediti** | | | | | | | | | | |
| Vs. Imprese Controllate | | | | | | | | | | |
| Vs. Altri | 3 | | 3 | | | | | 3 | | 3 |
| **Totale** | 3 | | 3 | | | | 0 | 3 | | 3 |
| **Altri Titoli** | | | | | | | | | | |
| **Azioni Proprie** | | | | | | | | | | |
| **Totale** | | | | | | | | | | |
| **Totale Imm. Finanziarie** | 4 | | 4 | | | | 0 | 4 | | 4 |

ALLEGATO n.3

PROSPETTO DELLE VARIAZIONI NEI CONTI DI PATRIMONIO NETTO (IN MIGLIAIA DI EURO)

| | Saldi al 1.1.2003 | Destinazione utile (perdita) | Aumenti (riduzioni) di capitale | Altre variazioni | Utile (perdita) dell'esercizio | Arrotondamenti | Saldi al 31.12.2003 |
|---|---|---|---|---|---|---|---|
| Capitale | 3.000 | | | | | | 3.000 |
| Riserva da sovrapprezzo | | | | | | | |
| Riserve di rivalutazione | | | | | | | |
| Riserva legale | | | | | | | |
| Altre riserve | 17.417 | | | 1.047 | | | 18.464 |
| Utili (perdite) portati a nuovo | (24.076) | 4.214 | | | | | (19.862) |
| Utile (perdita) dell'esercizio | 4.214 | (4.214) | | | (135) | | (135) |
| **TOTALE** | **555** | **0** | **0** | **1.047** | **(135)** | **(135)** | **1.467** |

Sasib F.M.M.V. S.p.A. in liquidazione

Società per azioni

# FOOD MACHINERY MEDIUM VOLUME S.p.a. in liquidazione

Sede a San Bonifacio (VR) in Via Camporosolo 198

Capitale sociale di Euro 3.000.000 i.v.

Iscritta alla C.C.I.A.A. di Verona al Reg. Imp. 03840090371

e al R.E.A. 220662

Codice Fiscale 03840090371 e Partita Iva 02159670237

## RELAZIONE DEL LIQUIDATORE
## AL BILANCIO AL 31/12/2003

Signori Azionisti,

sottopongo alla Vostra approvazione il bilancio relativo all'esercizio chiuso al 31 dicembre 2003 che evidenzia una perdita di Euro 135 migliaia.

Nel corso dell'esercizio è proseguita regolarmente l'attività liquidatoria concentrata in particolare nell'incasso dei crediti e nella definizione delle controversie pendenti.

Di rilievo il parziale recupero di un credito in contenzioso mediante l'assegnazione di una linea di produzione per pasta del valore economico di circa Euro 1.000 migliaia.

Sempre sul fronte del realizzo di attività si segnala il rimborso da parte dell'Amministrazione Finanziaria di interessi su crediti già incassati ed il riconoscimento del credito IVA a rimborso in precedenza oggetto di contestazione.

In relazione alle controversie tributarie pendenti avanti alla Corte di Cassazione, pur in presenza dell'esito favorevole che finora hanno avuto le vertenze, prudenzialmente si è ritenuto di aderire alla definizione delle liti pendenti e ciò in particolare tenuto conto dell'onere del condono in rapporto al rischio fiscale in caso di giudizio sfavorevole.

Segnalo anche la definizione, con accordi transattivi, di tutti i contenziosi con il personale dipendente.

Per quanto riguarda lo scorcio dell'esercizio in corso non si segnalano fatti di rilievo e l'attività liquidatoria procede regolarmente.

Ciò esposto, Vi invito ad approvare il bilancio così come presentato ed a riportare a nuovo la perdita dell'esercizio, pari ad Euro 135.343,26.

**IL LIQUIDATORE**

**(dott. Andrea Silvestroni)**
