Sep-28-04   03:53pm   From-                                    T-111   P.009   F-017

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF CONNECTICUT

BILL L. GOUVEIA AS ADMINISTRATOR   :   CIVIL ACTION NO.

OF THE ESTATE OF JOSE GUERRA   :   303 CV 597 MRK

V.

SIG SIMONAZZI NORTH AMERICA, INC   :

AS SUCCESSOR IN INTEREST BY MERGER :

TO SASIB NORTH AMERICA, INC. , AS   :

SUCCESSOR IN INTEREST BY MERGER TO :

SASIB BAKERY NORTH AMERICA, INC.

---

SIG SIMONAZZI NORTH AMERICA, INC.   :

THIRD PARTY PLAINTIFF   :

V.

SASIB FOOD MACHINERY MV, S.P.A.   :

SASIB BAKERY ITALIA, S.P.A.   :

DRY PRODUCTS, S.P.A., AND   :

COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. :

THIRD PARTY DEFENDANTS   :   JULY 28, 2004

## THIRD PARTY PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO THE THIRD-PARTY DEFENDANT COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

EXHIBIT A

## INTERROGATORIES

### RESPONSES

**Item 1:**

My name is Alberto Piaser, born at Milan on June 7th 1947, domiciled at the registered offices of the company.

Since September 7th 2001 I am the general manager of CIR – Compagnie Industriali Riunite SPA . The latter is a mere holding company which owns 55% of the shares of Dry Products SPA.

**Item 2:**

Yes

**Item 3:**

We did not participate in any way whatsoever to the manufacturing or assembling of the Bakery Machine.

We therefore are not in the position to answer to the interrogatories directed to us

**Dr. Alberto Piaser**

CEO of CIR – Compagnie Industriali Riunite SPA

---