UNITED STATES DISTRICT COURT

DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 MRK |
| V. | | |
| SIG SIMONAZZI NORTH AMERICA, INC | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | | |

---

| | | |
|---|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| THIRD PARTY PLAINTIFF | : | |
| V. | | |
| SASIB FOOD MACHINERY MV, S.P.A. | : | |
| SASIB BAKERY ITALIA, S.P.A. | : | |
| DRY PRODUCTS, S.P.A., AND | : | |
| COMPAGNIA INDUSTRIALI RIUNITE, S.P.A. | : | |
| THIRD PARTY DEFENDANTS | : | JULY 28, 2004 |

**THIRD PARTY PLAINTIFF'S FIRST SET OF**

**INTERROGATORIES DIRECTED TO THE THIRD-PARTY**

**DEFENDANT**

**DRY PRODUCTS, S.P.A.**

EXHIBIT B

## INTERROGATORIES

## RESPONSES

**Item 1:**

My name is Alberto Piaser, born at Milano on June 7th 1947, domiciled at the registered offices of the company.

Since May 7th 2001 I am the chairman of Dry Products SPA.

The latter acts only as holding company.

In particular it owns 100% of Food Machinery Medium Volume SPA in liquidation, previously Sasib Food Machinery SPA and previously Sasib Bakery SPA

**Item 2:**

Yes

**Item 3:**

We did not participate in any way whatsoever to the manufacturing or assembling of the Bakery Machine.

We therefore are not in the position to answer to the interrogatories directed to us.

**Dr. Alberto Piaser**

CEO of Dry Products

---