UNITED STATES DISTRICT COURT

DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 MRK |
| V. | | |
| SIG SIMONAZZI NORTH AMERICA, INC | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | | |

---

| | |
|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| THIRD PARTY PLAINTIFF | : |
| V. | |
| SASIB FOOD MACHINERY MV, S.P.A. | : |
| SASIB BAKERY ITALIA, S.P.A. | : |
| DRY PRODUCTS, S.P.A., AND | : |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. | : |
| THIRD PARTY DEFENDANTS | : JULY 28, 2004 |

**THIRD PARTY PLAINTIFF'S FIRST SET OF**

**INTERROGATORIES**

EXHIBIT C

DIRECTED TO THE THIRD-PARTY DEFENDANT

SASIB FOOD MACHINERY MV, S.P.A.

& & &

RESPONSES

**Item 1:**

My name is Andrea Silvestroni, born at Russi (Ravenna), on September 11th 1960, domiciled at Casalecchio di Reno (Bologna) Via Isonzo No. 2/2.

On June 24th 2002 I have been appointed as liquidator of Sasib Food Machinery Medium Volume SPA (SFMMV) in liquidation which has then changed its name in Food Machinery Medium Volume SPA in liquidation by virtue of a special shareholders meeting held on May 8th 2003.

Therefore since Sasib Food Machinery Medium Volume SPA in liquidation is now named Food Machinery Medium Volume SPA in liquidation, I will herewith answer to the submitted interrogatories on the name and on behalf of Food Machinery Medium Volume SPA in liquidation

**Item 2:**

Yes

**Item 3:**

We are a mere engineering company, not a manufacturer. We were involved as main contractors and took care of design and installation at customer's premises of the Bakery Machine.

We furthermore took care of the installation of similar products at the premises of Cottage, Viera, Calise, St. Armands – all US companies.

SASIB FOOD MACHINERY MV (SFMMV) submitted drawings, purchase

specifications and bills of material to SASIB BEVERAGE Verona (SBVR) / now SIG SIMONAZZI Verona who in turn submitted such documentation to:

- third parties Italian OEMs;
- third parties component or component part manufacturers;
- own manufacture.

SASIB BEVERAGE Verona (SBVR)/ now SIG SIMONAZZI Verona then packed the Bakery Machine and delivered it to site. The components or the component parts of the Bakery Machine manufactured in USA or purchased from American OEMs, were packed and delivered to site at the care of the latter.

Hereinafter is a detailed prospectus which identifies item by item the name of the designer, the manufacturer / supplier and who took care of installation.

| Item | MACHINE / PART | Design | Manuf./Supply | Inst. |
|---|---|---|---|---|
| 1 | Spiral Mixer | Sottoriva | Sottoriva | SFMMV AIC |
| 2 | Bowl Lift | Sottoriva | Sottoriva | SFMMV AIC |
| 3 | Divider | Adamatic | Adamatic | Adamatic |
| 4 | Roll Make Up | Adamatic | Adamatic | Adamatic |
| 5 | Proofer loading conveyors | CMI | CMI | SFMMV AIC/COM |
| 6 | Proofer (Swinging tray type) | SFMMV | SBVR CIMA | SFMMV AIC/COM |

|  |  |  | TERMOCLIMA GPG METAL'S |  |
|---|---|---|---|---|
| 7 | Shuttle conveyor (proofer unloading oven loading) | CMI | CMI | SFMMV AIC/COM |
| 8 | Guards (Shuttle conveyor area) | CMI | CMI | SFMMV AIC/COM |
| 9 | Cyclothermal Oven | SFMMV | SBVR METAL'S TURATI | SFMMV AIC/COM |
| 10 | Wendway conveyors (Oven unloading) | SBNA | SBNA | SBNA |
| 11 | Helimatic spiral cooler | SBNA | SBNA | SBNA |
| 12 | Packaging System (Hinge slicer, Roll bagger, Band Slicer) | UBE | UBE | UBE |
| 13 | Control System / Electrical Cabine | SFMMV | Tecnoelettric | SFMMV A&R Elect. |
| 14 | Electrical wiring system | Sanvido | Sanvido | A&R Elect. Sanvido SFMMV |
| 15 | Operator Panel | Sanvido | Sanvido | HS |
| 16 | Software | RG / HS | RG / HS | HS |

Hereinafter you may find the addresses of some of the companies listed above:

**ADAMATIC Automatic Makeup System for the Baking Industries** – 607 Industrial Way West – Eaton Town (USA) - OEM

**UBE - UNITED BAKERY EQUIPMENT CO. INC.** – 16815 W, 110th Street Lehexa, Kansas USA - OEM

**SBNA - Sasib Bakery North America Inc.** – 808 Stewart Avenue, Plano TX 75074

**AIC, Atlantic Industrial Constructors** - 4500 Oakleys Lane, Richmond, VA 23231, USA

**A&R Electric** - 31 Miles street, Bridgeport, CT 06607, USA

**CIMA** – Italy - we are not aware of its address

**CMI-Costruzioni Meccaniche Industriali** - Via Cerè 11, 38061 Ala, TN, Italy - OEM

**COM – COMBOS** - USA we are not aware of its address

**GPG** – Italy - we are not aware of its address

**HS PROJECT** - Loc Crocioni, SS. 11, 46/H, 37012 Bussolengo, Italy

**METAL'S** – Italy - we are not aware of its address

**RG** - Via Monti Berici 4, 37057 S. Giovanni Lupatoto, VR, Italy

**SANVIDO** - Via Piani di Riva 13, Viazzano, 43040 Varano dè Melegari, PR, Italy

**SBVR- SASIB BEVARAGE Verona**, now **SIG SIMONAZZI Verona** - Via dell'Elettronica 9, Z.I. Basson, 37139 Verona, Italy

**SOTTORIVA** - Via Vittorio Veneto 63, 36035 Marano Vicentino, VI, Italy Mr. Gandini R. (Export Dept) - OEM

**TECNODELTA** - we are not aware of its address

**TECNOELETTRIC** - Via Nazzario Sauro 12, 45026 Quistello MN, Italy

TERMOCLIMA - Italy – OEM – we are not aware of its address

TURATI – Italy - we are not aware of its address

**Item 4:**

a.  the Bakery Machine was manufactured approximately in the period from March through December 1998. It was manufactured at the premises of SASIB BEVERAGE VERONA (SBVR) plant (now SIG SIMONAZZI), at those of various third party's plants and of other OEMs plants in Italy and in USA (see the list under above-mentioned item 3)

b.  we are not aware of the manufacturing process used at that time in the SASIB BEVARAGE Verona (SBVR) plant and/or in that of the other manufacturers involved by SBVR itself

c.  hereinafter a short prospectus of the name of the person and the type of inspection carried out as well as the date.

We are not aware of the addresses of all the people involved in the inspection.

For those persons in connection with whom the address is available to us, you may find it at the bottom of the prospectus

| INSPECTIONS | DATE |
|---|---|
| Mr. Rene Carmenaty | From the beginning of the installation and commissioning through the end |
| Mr. E Ravagnani and P. Bettani at Chaves's premises "to reset-up the oven and the proofer correctly"; also Adamatic attends for the same reason | April 15th'99 |
| Mr. Franco Capodaglio training and inspection | April 31 '99 |
| Mr. Colato and Mr Palomba (technologists) finished product inspection | May 31st '99 |
| SASIB, CHAVES BAKERY and ADAMATIC | July 13th, 1999 |

| | |
|---|---|
| CEO's metting at Chaves Bakery premises | |
| Lenzi (HS) software engineer | July 27th '99 |
| Inspection of technical manager Mr. PIMAZZONI | August 28-30 '99 |
| Joint Inspection of SBNA and SFMMV on the Adamatic Make-up | Spring 2000 |
| | |
| | |

Addresses:

**Sasib Bakery North America Inc.** SBNA – 808 Stewart Avenue, Plano TX 75074

**Sasib Food Machinery Medium Volume SPA** (SFMMV) – via Camporosolo No. 198 San Bonifacio (Verona)

**Mr. M. Pimazzoni** / Business Address is Via Volte Maso 31 37125 Verona

<u>d.</u>   we are not aware of the inspection or quality control process used during the manufacture by SASIB BEVARAGE Verona (SBVR) organization and plant

<u>Item 5:</u>

Usually **SFMMV – SASIB FOOD MACHINERY MEDIUM VOLUME** supplied plants upon job orders. The Bakery Machine itself, shown in the layout L3444006 (see **Exhibit No. 1** – layout breadline – attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 1j and 4), was produced only for Chaves Bakery.

The last plant quite similar in concept that we supplied was approximately in 2001 installed at St. ARMANDS Baking Company (2811, 59th Avenue

Drive East, Bradenton, FL 34203) approximately during Jan-May 2000

**Item 6:**

The Bakery Machine was advertised and sold by SASIB BAKERY NA (SBNA) Inc, 808 Stewart Avenue, Plano, TX 75074) now SIG SIMONAZZI NA.

**SASIB FOOD MACHINERY MEDIUM VOLUME - SFMMV** only installed the Bakery Machine

**Item 7:**

a. We are not aware of the first selling contacts of SASIB BAKERY NA's (SBNA) representatives with Chaves Bakery.

The line was completely installed and ready for production test by March 2, 1999 (see **Exhibit No. 2** - report on first production test - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 1h)

b. Only SASIB BAKERY NA (SBNA) sold or advertised the Bakery Machine on our behalf.

Installation was carried out directly by us

c. Generally **SASIB FOOD MACHINERY MEDIUM VOLUME** SFMMV's products/plants were sold only on order basis

d. We are no longer involved at all in selling the Bakery Machine

**Item 8:**

No. We did not sell the Bakery Machine to Chaves Bakery

The Bakery Machine was sold to Chaves Bakery by SASIB BAKERY NA (SBNA) as per its Order Confirmation No. 115964, December 4th, 1997 (see

**Exhibit No. 3** Order Confirmation No. 115964 - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 1c);

<u>Item 9:</u>

**9.a** Not to be answered because the preceding answer was negative

**9.b** Not to be answered because the preceding answer was negative

**9.c** Not to be answered because the preceding answer was negative;

<u>Item 10:</u>

<u>a.</u> The person who has the most knowledge about invention and development is Mr. A. Telesca. We are not aware neither of his business nor of his home address;

<u>b.</u> The persons who have the most knowledge about design is the technical manager, Mr L. Carminati (we are not aware neither of his business nor of his home address) and the following product specialists:

as regards the proofer: Mr N. Perbellini. We are not aware neither of his business nor of his home address

as regards the oven: Mr. P.Cristoforetti. We are not aware neither of his business nor of his home address

as regards the conveyors and the shuttle conveyor: CMI (address: see item 3)

as regards the PLC SW: Mr. E Ravagnani We are not aware neither of his business nor of his home address;

<u>c.</u> the person who has the most knowledge about manufacture is Mr. S. Russo / Business Address is SIG SIMONAZZI at Verona (Italy) and about assembly Mr. G.P. Mazzola / Business Address is Prefor srl Via

Fortunato Zeni n. 8 38068 Rovereto (TN);

d. the company who has the most knowledge about testing and inspection is Mr. R Colla / Business Address SIG SIMONAZZI (Italy);

e. the persons who have the most knowledge about human factors analysis are the product specialists (see previous item 10.b);

f. the person who has the most knowledge about advertising and promotion is Mr. C.E. Brunetti. We are not aware neither of his business nor of his home address;

g. the person who has the most knowledge about marketing, distribution, wholesaling and retailing is Mr. C.E. Brunetti. We are not aware neither of his business nor of his home address;

h. the person who has the most knowledge about maintenance, repairs or retrofitting is Mr. G.P. Mazzola / Business Address is Prefor srl Via Fortunato Zeni n. 8 38068 Rovereto (TN)

i. the person who has the most knowledge about developments of safety features, safety measures, safety appliances, safety equipment or design safety considerations is Mr. L. Carminati. We are not aware neither of his business nor of his home address

j. the person who has the most knowledge about preparation of instructions, directions and warnings is Mr. L. Carminati . We are not aware neither of his business nor of his home address

k. the persons who have the most knowledge about correspondence are: Mr. C.E. Brunetti - we are not aware neither of his business nor of his home address; Mr. G.P. Mazzola / business address is Prefor srl Via Fortunato Zeni n. 8 38068 Rovereto (TN); A. Zambelli - we are not

aware neither of his business nor of his home address; Mr. F. Cavaggioni / business address Spooner Vicars LTD, Newton-le-Willows Merseyside, WA12 8DL6 (U.K.)

l.   the persons who have the most knowledge about European Economic Community Machinery Directive is Mr. L. Carminati We are not aware neither of his business nor of his home address

m.   the persons who have the most knowledge about EN Standards is Mr. L. Carminati We are not aware neither of his business nor of his home address

**Item 11:**

See previous item 10

**Item 12:**

a.   The person who has the most knowledge about invention and development of the peel board conveyor is Mr. A. Telesca - we are not aware neither of his business nor of his home address; of the oven extension is Mr. A. Cavaioni - we are not aware neither of his business nor of his home address

b.   The persons who have the most knowledge about design is the technical manager Mr. M. Pimazzoni [business address is Via Volte Maso 31 37125 Verona]; as to the design of the peel board Mr. N. Perbellini [we are not aware neither of his business nor of his home address]; as to the design of the oven, Mr. P. Cristoforetti [we are not aware neither of his business nor of his home address], as to the design of the PLC SW, Mr. E. Ravagnani [we are not aware neither of his business nor of his home address]

**c.** the person who has the most knowledge about manufacture Mr. S. Russo / business address is SIG SIMONAZZI Verona and about assembly Mr. G.P. Mazzola / business address Prefor srl Via Fortunato Zeni n. 8 38068 Rovereto (TN)

**d.** the company who has the most knowledge about testing and inspection is R. Colla / business address SIG SIMONAZZI Italy;

**e.** the persons who have the most knowledge about human factors analysis are the product specialists (see previous item 12.b);

**f.** the person who has the most knowledge about advertising and promotion is Mr. C.E. Brunetti - we are not aware neither of his business nor of his home address and Mr. G. Marcante . we are not aware neither of his business nor of his home address;

**g.** the person who has the most knowledge about marketing, distribution, wholesaling and retailing is Mr. C.E. Brunetti. We are not aware neither of his business nor of his home address and Mr. G. Marcante we are not aware neither of his business nor of his home address;

**h.** the person who has the most knowledge about maintenance, repairs or retrofitting is Mr. G.P. Mazzola / business address is Prefor srl Via Fortunato Zeni n. 8 38068 Rovereto (TN)

**i.** the person who has the most knowledge about developments of safety features, safety measures, safety appliances, safety equipment or design safety considerations is Mr. M. Pimazzoni / business address is Via Volte Maso 31 37125 Verona

**j.** the person who has the most knowledge about preparation of instructions, directions and warnings is Mr. M. Pimazzoni / business

address is Via Volte Maso 31 37125 Verona

**k.** the persons who have the most knowledge about correspondence are: Mr. C.E. Brunetti - we are not aware neither of his business nor of his home address; Mr. M. Pimazzoni / Business Address is Via Volte Maso 31 37125 Verona; Mr. G. Marcante - we are not aware neither of his business nor of his home address; Mr. A. Zambelli - we are not aware neither of his business nor of his home address;

**l.** the persons who have the most knowledge about European Economic Community Machinery Directive is Mr. M. Pimazzoni / business address is Via Volte Maso 31 37125 Verona

**m.** the persons who have the most knowledge about EN Standards is Mr. M. Pimazzoni / business address is Via Volte Maso 31 37125 Verona

## Item 13:

**SASIB FOOD MACHINERY MEDIUM VOLUME (SFMMV)** ceased its activity on December 2001.

## Item 14:

As mentioned under foregoing item 13, **SASIB FOOD MACHINERY MEDIUM VOLUME SFMMV** ceased its activity on December 2001 and therefore has at this date no employee.

At the time of the introduction to the market of the Bakery Machine the most knowledgeable persons were:

- safety, design and machine features: Carminati L. (technical director), Perbellini N. (Proofers chief engineer), Cristoforetti P. (Ovens chief engineer), Aldegheri R. (electrical engineer), Ravagnani E. (SW engineer); CMI was the OEM of the proofer loading conveyors and the

shuttle conveyor

- as to testing, as explained under foregoing item 3, this function was carried out by SASIB BEVERAGE VERONA (SBVR)'s organization, whose Quality Control responsible performed tests on the equipments of CMI. (See **Exhibit No. 4** - Test Check-List for CMI's supply for the Bakery Machine - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **4 and 26**)

**Item 15:**

Since the first stages of the supply of the Bakery Machine, SBNA and SFMMV agreed to have a SBNA's employee as project manager. The project manager chosen was Mr Carmenaty Rene (see **Exhibit No. 5** - Project manager on the Bakery Machine and **Exhibit No. 6** - Chaves project Erection/Start-Up attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**)

Hereinafter is the prospectus with the dates, phases, persons in charge and others involved in the installation of the Bakery Machine

| Date | Phase | Resp. | Others | Ref |
|---|---|---|---|---|
| Oct 14, '98 | Start | D'Incalci | AIC, Atlantic Industrial Constructors (4 persons) | |
| Oct 21 | Meeting | D'Incalci | R. Carmenaty and B. Slobodow (SBNA); | |

| | | | J. Chaves and V. Catale (CB) | |
|---|---|---|---|---|
| Oct 21 | | D'Incalci | AIC (4 persons) | |
| Oct 23 | Meeting | D'Incalci | R. Carmenaty (SBNA) | |
| Oct 26 | Start Helimatic ass. | Helimatic Technician | Helimatic Technician | |
| Oct 29 | Meeting | D'Incalci | R. Carmenaty | |
| Oct 30 | Electric system ass. start | D'Incalci | R. Carmenaty<br><br>Mark & All (A&R Electic) | |
| Nov 2 | Proofer ass. start | D'Incalci | AIC (4 persons)<br><br>COMBOS | |
| nov 19 | | | Arrive<br><br>Pellini G. and Manfrin P. (Termoclima) | |
| Dec 7 | Electric system | | Arrive Cardone V. (Sanvido) | |
| Dec 13 | Helimatic and Hadamatic ass. Completed | | | |
| Jan 20 | Oven completed | Capodaglio | AIC (4 persons)<br><br>COMBOS | |
| Feb 21 | Oven and Hadamatic dry test | Capodaglio | | |
| Mar 2 | Start production test | Capodaglio | Pierangelo Bettani | |

**Item 16:**

1. Auxiliary services like post-sale services were not part of the SFMMV's scope of supply.

2. As to Training, this service was part of the contract, as per SBNA's Order Confirmation. (See **Exhibit No. 7** - Preliminary Installation & Commissioning schedule. Training details - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**)

**Item 17:**

Three levels of training were foreseen: maintenance, operator and stand-by support (See **Exhibit No. 7** - Preliminary Installation & Commissioning schedule. Training details - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**).

On April 9th, 1999 the project manager complained "*I have not received any feed back regarding my proposal to present to the customer a training package, I think this would benefit everyone*". (See **Exhibit No. 8** – Chaves Bakery Status report - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**)

The training was repeatedly performed during the commissioning of the

Bakery Machine. (See **Exhibit No. 9** - SFMMV report on training and **Exhibit No. 10** – Chaves Project Status report - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**).

Additionally the U&M Manuals give information about the basic and specific training the operators must receive before operating on each part of the Bakery Machine.

Hereinafter is an abstract of **chapter 8 of the Conveyor U&M Manual**

## "MINIMUM REQUIRED TRAINING OF THE OPERATORS

### 8. OPERATION

Operating and service personnel must be informed and trained on at least the following points:

Methods of activating safety devices, including emergency procedures.

Method of operating safely and correctly.

Knowledge and understanding of possible dangers.

Understanding of the purpose and function of the protection devices installed.

Immediate indication of breakages, including defects in the protection devices.

Damage to and preservation of equipment and protective clothing.

Official regulations.

SAFETY MEASURES

Make sure that all the safety systems fitted to the machine are in full working order (emergency stop systems - earth connections - protection device limit switches - visual and audible alarm systems)

Before starting the machine ensure that there is no unnecessary equipment in the area around and above the machine.

Do not operate the machine with the protection devices either absent or insecurely fixed.

When the machine is operating do not make any adjustments unless strictly necessary for normal operation.

Ensure that the machine operators are familiar with all the machine functions and that they are aware of the position and function of the limit switches and emergency buttons.

Always isolate the machine from the supply circuits before making any adjustments.

Avoid any clothing coming into contact with the machine.

Ensure that any work on the electrical system is carried out by qualified personnel.

Before starting up the machine ensure that the terminal board and cabling are securely fastened.


During installation, starting up and commissioning it is permitted to purposely exclude the safety devices.

In this case the operator must be trained in and made aware of the residual dangers and will have to work in total safety in order to avoid danger to himself and to others.

When these operations have been completed and in any event when it is no longer necessary to intervene frequently in the danger area, all the protection devices must be restored immediately.

The manufacturer is not liable for injury to persons or damage to things resulting from tampering with protection and safety devices."

**Item 18:**

<u>a.</u>  In each SFMMV's Use & Maintenance Manual there is a specific section to give information about these subjects.

Hereinafter is an abstract of chapter 9 of the "CONVEYOR" U&M Manual

| CHAPTER | Subjects | Page |
|---|---|---|
| **Chapter 9** <br> **MAINTENANCE** | Preliminary operations | 24 |
| | Daily maintenance | 25 |
| | Weekly maintenance | 26 |
| | Monthly maintenance | 27 |
| | Repairs | 28 |
| | Connecting the round policord belts | 29 |
| | Demolition/waste disposal | 30 |

We handed over to SBNA a Spare Part list to be submitted to Chaves Bakery. (See **Exhibit No. 11** - SFMMV's Spare Part list - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50). In particular as reported in the document "the Spare Part list

was sent to Eugene Myers (Plano) on Dec. 11, 1998"

A CD containing the U&M Manuals is available at the premises of Prefor srl - via Fortunato Zeni 8, 38068 Rovereto, TN, Italy

**b.** According to our experience it was not practical to affix these information to the Bakery Machine, because of its dimensions and complexity.

**c.** As mentioned under foregoing item 17 (see **Exhibit No. 8** - Customer's attitude on training package - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50), this matter was dealt with Chaves Bakery by Carmenaty R. and he coordinated also our technicians concerning these activities. Our only direct contact with Chaves Bakery was a fax (see **Exhibit No. 9** - SFMMV report on training - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50) we sent to reply to a letter they sent on this subject

## Item 19:

In each SFMMV's Use & Maintenance Manual there is a specific section to give information about these subjects:

Hereinafter is the Abstract of chapter 8 from "CONVEYOR" U&M Manual

| CHAPTER | Subjects | Page |
|---|---|---|