**Chapter 8**

OPERATION

| | |
|---|---|
| Safety measures | 14 |
| Noise levels | 15 |
| Preliminary operations | 16 |
| Starting up | 17 |
| Operation | 18 |
| Accompanying roller | 19 |
| Delivery adjustment | 20 |
| Manual belt tensioning with threaded bars | 21 |
| Spring belt tensioning | 22 |
| Manual belt centring with threaded bars | 23 |

A CD containing the U&M Manuals is available at the premises of Prefor srl, via Fortunato Zeni 8, 38068 Rovereto, TN, Italy

**Item 20:**

The Bakery Machine was sold by SBNA, therefore we do not have these information

**Item 21:**

a. We directly submitted to Chaves Bakery the Use & Maintenance Manuals of the following machines: spiral mixer, conical rounder, bowl lift, divider, proofer, oven, proofer loading conveyor, shuttle conveyor, helimatic cooler, electrical control system

See Exhibit No. 12 – Proforma invoice containing the index of the U&M Manuals delivered to Chaves Bakery by SFMMV and document transmission forms - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**).

We submitted to SBNA the up-to-date electrical schematics and copy of the software floppy disks

See Exhibit No. 13 – e-mail copy anticipating the delivery to SBNA of the electrical schematics and copy of software floppy disks and DHL form - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**

The Use & Maintenance Manual of the Proofer was modified in the "Electric axle movement" chapter and we sent the up-to-date version to Chaves Bakery

See Exhibit No. 14 - letter anticipating the delivery to Chaves of the up-to date version of the Use & Maintenance Manual of the Proofer: "Electric axle movement" and the DHL form - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item **50**.

**b.** We do not have the documentation of the parts supplied by the Italian OEM Sottoriva, but such a documentation should be available at the premises of the latter.

The documentation concerning the CMI parts is included in the U&M Manuals we supplied to the customer

Further documentation (CD U&M and Electrical Schematics) as stated before, are property of PREFOR srl via Fortunato Zeni 8, 38068 Rovereto, TN, Italy

Item 22:

a.

1. As to the Bakery Machine: on June 1999 the relocation of the door to access the area between the proofer and the oven was carried out.

2. Series of the Bakery Machine: on August 2000 the new release of the "Electric axis movement" manual for our proofers to allow the customers to solve some troubles occurred in certain cases during the use of this type of proofer was submitted

b.

1. This door was relocated to allow the installation, very close to its previous position, of the two new conveyors ordered by Chaves Bakery, to bake on the oven products made with others make up then the one of our line

2. For a more detailed description about how to synchronise the two servomotors of the main movement in case they were out of phase - **See Exhibit No. 15 – Board Conveyors Layout** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50

c.

The person who had the responsibility for authorizing the change or modification was the technical manager, Mr. M. Pimazzoni

<u>d.</u>

Now the records relating to each such change or modification belong to Prefor srl via Fortunato Zeni 8, 38068 Rovereto, TN, Italy

<u>e.</u>

Each such change or modification was decided and ordered by :

Mr. Pimazzoni, in his quality as technical manager, Mr. N. Perbellini in his quality as mechanical designer and Mr E. Ravagnani in his quality as electrical engineer

### Item 23:

The only information in our hands are those referred to under foregoing item 3, column Manufacturer.

Only SBVR (now SIG SIMONAZZI VERONA) can provide a complete detail about which person or entity was responsible for the manufacture of each components or component parts

### Item 24:

We are not aware of this circumstance

### Item 25:

We are not aware of this circumstance

### Item 26:

The preceding answers were negative

### Item 27:

No, we did not conduct any examination or inspection of the Bakery Machine after its installation apart from what stated under foregoing item 4c

### Item 28:

The European Community Machine Directive was the leading standard we

followed in our activity inside the EEC and also in connection with the projecting the Bakery Machine.

The only US standard known to us has been the UL standard that we have been expressly requested to comply with SASIB BAKERY NORTH AMERICA (SBNA).

<u>Item 29:</u>

In the three-year period preceding the occurrence all the documents and /or records were in the custody of:

- SASIB FOOD MACHINERY MV – Via Camporosolo 198 SAN BONIFACIO- 37139 VERONA (VR)

<u>Item 30:</u>

See responses No. 3, 10, 11, 12

<u>Item 31:</u>

We are not aware of this circumstance

<u>Item 32:</u>

We are not aware of this circumstance

<u>Item 33:</u>

Because SFMMV was closed and ceased completely its activity at the end of 2001 we have relevant information on this subject only to this date.

Hereinafter the relevant list

- Safety switch shuts off the electricity supply to the main motor and therefore prevents the machine from starting if the moveable protection devices are not in position.
- Permanent guards for the rotating drive parts (pinions, belts, chains, couplings) and to prevent access to the danger zones. These fixed protection devices are permanently secured (welded, etc.) or held in position using screws, bolts, etc. so that tools are required to open/remove them.

- Moveable protection devices (where necessary) with safety switch to allow the line operator to intervene immediately on the equipment when necessary. The switch immediately shuts down the electricity supply and the machine stops.
- Moveable protection devices (where necessary) held in position using locks so that tools/keys are required to open/remove them. The key must be entrusted to the person in charge of the line.
- Disconnecting switches to shut down the electricity supply to the motors. These are installed at a maximum distance of 0.5 m. and are provided with a lock. The key must be entrusted to the person in charge of the line.
- Emergency stop button (red button on a yellow background). Pressing this button interrupts the electricity supply and the machine stops. Releasing the button does not restart the machine, because all start procedures must be repeated. Before restarting it is necessary to eliminate the cause of the emergency, release the stop, press the reset button and the start button
- Acoustic warning, signals any operation that causes changes in the status of the line (i.e. part or motor restart, alarm of a certain level etc)
- Control panel: the operator interface is used to display and set data, and to show state or warning messages. In case of alarm, prompts the relevant messages and the part involved (when foreseen). The operator interface includes several video pages, with an operator guide for function keys. The interface contains synoptic page of the component parts, motor status (ON-OFF) and alarm conditions/types. A wide range of applications is available, with simultaneous data control on screen, varying according to model. Video pages can include:
    - manual - automatic motor setting
    - alarm file
    - recipe data management
    - synoptic line pages
    - recipe/recipe selection memory when working
- Main switch (on the control panel) to connect power to the Part/Component part (when on, the white warning light is on).
- Start button (grey or white button). Pressing this button causes a 3 sec. audible warning, then the machine starts. Starting is only possible if all the moveable safety devices are closed. Correct sequential starts are ensured by special circuitry.
- Normal control buttons.
    - stop: the machine will stop at the end of the cycle, restarting from the same posiwtion
    - silencing audible warning
    - resetting alarms.
- White warning light (general information): presence of current
- Red warning light (emergencies, dangerous conditions, alarm):

- general emergency
- cut-off switches on
- motor's heat pads on
- motor thermal relay intervention
- inverter error
- mobile protection devices (casings) open

- Green warning light (to indicate normal conditions): part/parts running
- The electrical terminal box inside the pneumatic switchboard is protected by a guard to avoid accidental contact during maintenance work.
- On the compressed air shutoff valve there is a switch with key to switch off the air supply.
- The pneumatic switchboard has a lock and key. The key must be kept in the custody of the production line manager.
- There are non-return valves for the pneumatic system which prevent accidental movement in case of sudden pneumatic energy failure.
- For some movements there are graduated start up systems applied to prevent sudden jerks of the pneumatically controlled parts.
- A pressure operated cut-off switch activates an alarm in case of a sudden compressed air failure.

## Item 34:

Due to the dimensions of most of its parts or component parts, the Bakery Machine was generally delivered disassembled, except for Sottoriva and UBE equipments, and the Main Electrical Cabinet.

As far as the package is concerned, we can not answer the question, because packing and shipment were carried out by SBVR (see item 3)

As far as the OEM component parts are concerned, we do not have any information in our hands

As far as the Bakery Machine is concerned, we are aware that plates were sent to site after its installation, on August 25th, 1999 (via DHL, AWB 5078995655). We have not any detailed information about the plates themselves.

**Item 35:**

All the component or component parts of the Bakery Machine were brand new, as provided for by Chaves Bakery's order.

**Item 36:**

During installation some of the component or component parts of the Bakery Machine were modified to eliminate mistakes caused by the design or the manufacture process, or to solve problems caused by errors or faults of communication between Sasib companies and the customer and/or his main contractors.

During the commissioning, some component or component parts of the Bakery Machine were modified to meet the production and quality performances requested on the order.

For a full description, see the following prospectus:

**CHANGES, ADDITIONS, ALTERATIONS OR MODIFICATIONS OF THE BAKERY MACHINE FROM INSTALLATION UP TO AND INCLUDING THE TIME OF THE OCCURRENCE**

1. ADAMATIC MakeUp

Since the early beginning of the production this part of the Bakery Machine was unsatisfactory in operation, mainly in the production of Portuguese Roll, as reported on Jim Souza's mail on march 15, 1999.

The main problems arisen are listed in the following documents:

Carmenaty's fax, March 17, 1999, **See Exhibit No. 99** — attached to third party plaintiff's first request for production of documents to the third-party

defendant SASIB FOOD MACHINERY MV, S.P.A.

Carmenaty's fax, April 8, **See Exhibit No. 104** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A.

Carmenaty's mail, April 9, See **Exhibit No. 106** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

Souza's mail, April 29, See **Exhibit No. 112** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

Zambelli's fax, May 6, See **Exhibit No. 113** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

Zambelli's fax, May 14, **See Exhibit No. 194** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

Carmenaty's mail, May 19, 1999, see **Exhibit No 222** - - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A


All the modifications required to sort out the problems above arisen were designed, manufactured and installed by Adamatic but without any significant improvement.

Later a general meeting took place at Chaves Bakery premises to put pressure on Adamatic, but with no results, as per Carmenaty's mail of July 15th.

Because of the failure of cooperation and prompt response of Adamatic; SBNA and SFMMV jointly decided to solve by themselves the still pending issues (see Snyder's fax on July 29, 1999 See **Exhibit No. 198**- attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A and Zambelli's mail reply on August 5, 1999).

2. Peel board Conveyor

On March 26, 1999 Chaves Bakery ordered two table top conveyors to have the option to charge the oven with product formed and left apart from the Bakery Machine, using peel board as transfer support.

These conveyors were located in the area between the proofer unloading and the oven infeed end (Area), to use the shuttle conveyor to collect the product from the peel board and transfer them to the oven. They were installed by a SFMMV's technician at the end of July 1999.

As to the Board Conveyors Layout (See **Exhibit No. 15** - Board Conveyors Layout - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50), one of the conveyor is fix and cross the guards of the Area, while the other is movable on wheels to:

have the operators outside the Area during the use of this option

make easier the access and the operation of the line when not in use.

The installation required to create an opening on the guards of the Area and relocate its entrance door (moved towards the oven).

The PLC and operator panel SWS of the Bakery Machine were modified in

order to automate also this new loading option.

Function cycle:

locate and fix the movable conveyor

choose and set the relevant program on the operator panel

the operator charges the first conveyor (the movable) with a batch of peel boards

start of the automatic cycle: transfer of the boards inside the Area, the shuttle conveyor collects the product and loads the oven, the boards are transferred back to the first conveyor

operator removes the empty boards and restarts with phase c).

Other minor modifications are listed in the following

| Machine | Details | | Ref. |
|---|---|---|---|
| Transfer Adamatic Proofer | Added short wire mesh conveyor to improve the passage of the bread (SFMMV) | week 18. '99 | Exh. 9 |
| Oven | Steamer in Infeed hood modified to improve its effectivness (SFMMV) | July 23, '99 | Exh.21 Fax July 23, '99 |
| Oven | Added a second steamer inside the first zone (SBNA, Jim Snyder) | August '99 | |

|   |   |   |   |
|---|---|---|---|
| Shuttle conveyor | Pneumatic belt tracking: supplied but not installed (SFMMV) | July 7, 2000 |   |
|   |   |   |   |

**Item 37:**

we followed European Economic Comunity Machinery Directive.

**Item 38:**

We had not any independent third-party inspection

**Item 39:**

See Exhibit No. 9 and No. 10

**Item 40:**

The description hereinafter refers to the parts or component parts of the Bakery Machine we directly designed or were ordered on the base of our Purchase Specifications.

**Proofer loading conveyor:** their risk areas are protected by bolted guards. Part ordered with the Purchase Specification A.00271.00 (See **Exhibit No. 19** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A)

**Proofer**: the insulation requirements of this part minimize the access points: 2 doors, one per side, are at the floor level, between the loading and the unloading end, while 2 more are located on the aerial plataform where is the air conditioning unit of the proofer. Each door is provided with lock and key

**Oven**: its insulation requirements result in a "black box" construction with

openings only at the two ends (to allow the loading and unloading of the product) and with a small control window on each section (2 in the case) to allow the baker to see and control the baking process.

The access to the opening of the outfeed end is prevented:

- by the guards of the end on the two side
- by the presence of the unloading conveyor in the front.

The access to the opening of the infeed end is prevented by the guards of the transfer area (see following)

<u>Transfer area</u>: between the proofer unloading and the oven infeed end, with above the aerial part of the proofer is the zone where the shuttle conveyor moves along during the production. To prevent the access the two resulting opened sides are closed by a fence (see **Exhibit No. 15 –** Board Conveyors Layout - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A.) through which an access is permitted only and exclusively through one door provided with a lock and a key.

<u>Shuttle conveyor</u>: the risk areas of this unit are protected by bolted guards. Part ordered with the Purchase Specification A.00272.00 (see **Exhibit No. 20** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A)

<u>Table top conveyors</u>: the risk areas are protected by bolted guards

**Item 41:**

Due to the company's closure, such a file does not exist

**Item 42:**

We are not aware of any agreement whereby it was agreed that liabilities will

be assumed.

**Item 43:**

an insurance product policy No.200202002 was stipulated by Sasib spa, parent company of Sasib Bakery Italia spa with GENERALI ASSICURAZIONI GENERALI SPA. The latter however refused any indemnification based on a claim made clause.

**Item 44:**

I'm not aware of any agreement to repair, service or replace the Bakery Machine

**Item 45:**

It is not fully clear to me the meaning of the question.

I'm not aware of any agreement to dissolve the company.

The dissolution has been resolved by virtue of a shareholders meeting of June 24th 2002

**Item 46:**

To the best of my knowledge no complaints, lawsuits or claim have ever been submitted in connection with any defect of the Bakery Machine or similar makes and models.

**Item 47:**

No

**Item 48:**

I personally act as liquidator of Food Machinery Medium Volume spa in liquidation (formerly named Sasib Food Machinery Medium Volume spa and previously Sasib Bakery Italia spa.

I'm an employee of the Holding company Dry Products spa

**Item 49:**

Dry products and CIR do not sell any product whatsoever. They act only as holding companies

**Item 50:**

see foregoing item 45.

As a consequence of the dissolution of the company the latter is not entitled to further carry out business

**Item 51:**

No

**Item 52:**

no answer to be submitted since the previous was negative

**Item 53:**

As per January first 2002 a written agreement has been stipulated between us and **PREFOR srl with offices at Rovereto Trento, Via Fortunato Zani 8** whereby the latter undertook the obligation to serve the products still covered by guarantee.

By virtue of this agreement a loan for use has been agreed in connection with the following

i) Back up of all technical and administrative information and/or data of the company

ii) Drawings

iii) Some tools and machinery

**Item 54:**

see foregoing item 53

**Item 55:**

I'm not aware of this circumstance

**Item 56:**

I repeat that Sasib Bakery and Food Machinery MV spa are the same juridical subject

**Item 57:**

Since I'm only the liquidator of the company I do not have the direct knowledge to answer to this question

**Dr. Andrea Silvestroni,**

in his capacity as liquidator of Food Machinery Medium Volume SPA in liquidation

*[signature]*