UNITED STATES DISTRICT COURT

DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA : | 303 CV 597 MRK |
| V. | |
| SIG SIMONAZZI NORTH AMERICA, INC : | |
| AS SUCCESSOR IN INTEREST BY MERGER : | |
| TO SASIB NORTH AMERICA, INC., AS : | |
| SUCCESSOR IN INTEREST BY MERGER TO : | |
| SASIB BAKERY NORTH AMERICA, INC. | |

---

| | |
|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| THIRD PARTY PLAINTIFF : | |
| V. | |
| SASIB FOOD MACHINERY MV, S.P.A. : | |
| SASIB BAKERY ITALIA, S.P.A. : | |
| DRY PRODUCTS, S.P.A., AND : | |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : | |
| THIRD PARTY DEFENDANTS : | JULY 28, 2004 |

### THIRD PARTY PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO THE THIRD-PARTY DEFENDANT SASIB BAKERY ITALIA, S.P.A.

EXHIBIT D

## INTERROGATORIES

## RESPONSES

### Item 1:

My name is Andrea Silvestroni, born at Russi (Ravenna) on September 11th 1960, domiciled at Casalecchio di Reno (Bologna), Via Isonzo No. 2/2.

On June 24th 2002 I have been appointed as liquidator of Sasib Food Machinery Medium Volume SPA which has in the meantime changed its name in Food Machinery Medium Volume SPA in liquidation.

### Item 2:

Yes

### Item 3:

I must immediately point out that **Sasib Bakery Italia SPA** has been transformed into **Sasib Food Machinery Medium Volume SPA** by virtue of a special shareholders meeting dated May 7th 1998.

Under these circumstances **Sasib Bakery Italia SPA**, **Sasib Food Machinery Medium Volume SPA** and **FOOD Machinery Medium Volume SPA** are the same and identical juridical subjects.

Therefore not being Sasib Bakery Italia SPA anymore an independent and different entity with respect to Food Machinery M.V. SPA on one hand and keeping into account that identical interrogatory has been submitted to Sasib Food Machinery Medium Volume SPA now named Food Machinery Medium Volume SPA in liquidation, no response may be given here in the name and on behalf of Sasib Bakery Italia SPA. The responses to the foregoing interrogatories therefore will be rendered by Food Machinery

Medium Volume SPA in liquidation also on behalf of **Sasib Bakery Italia SPA,** through a separate file.

Dr. Andrea Silvestroni,

in his capacity as liquidator of Food Machinery Medium Volume SPA in liquidation

*[signature: Andrea Silvestroni]*