27/10 '04 MER 15:05 FAX 39 2 86465105    AVV.A.VISENTIN                        ⓘ010

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | Civil Action No. 303 CV 597 MRK |
| v. | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC. | |
| v. | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE | |

### DECLARATION OF ALBERTO PIASER

Dr. Alberto Piaser declares pursuant to 28 U.S.C. '1746 and under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the CEO of Dry Products S.p.A. ("Dry Products") and also the CEO of Compagnie Industriali Riunite, S.p.A. ("CIR"). I make this declaration in opposition to the plaintiff's motion to amend to the complaint in this action to include Dry Products and CIR as defendants in the main action.

EXHIBIT E

2. In addition to CIR and Dry Products, the plaintiff seeks to add as defendants Sasib Food Machinery MV, S.p.A. ("SFMMV") and Sasib Bakery Italia, S.p.A. ("SBI"). Those companies have merged into one entity and been renamed Food Machinery Medium Volume, S.p.A. ("FMMV"). In this declaration, I will review the relationship between CIR and Dry Products on the one hand and SFMMV and SBI on the other. I will sometimes refer to SFMMV and SBI by their present name FMMV.

3. Dry Products and CIR are holding companies only. Dry Products owns 100% of the stock of FMMV (previously known as SBI and SFMMV). CIR owns 55% of the stock of Dry Products but does not own any of the stock of FMMV (previously known as SBI and SFMMV). All of the companies mentioned are (or were) separate entities duly registered with the Chamber of Commerce in Italy which maintains the "Register of Enterprises." Copies of the Certificates of Status for each holding company and for FMMV are attached hereto as Exhibits 1, 2 and 3 respectively. As explained in more detail below, neither CIR nor Dry Products engages in manufacturing or managing of manufacturing operations. Neither CIR nor Dry Products produces or sells any product or holds itself out as the producer or seller of any product. For convenience, I will refer to CIR and Dry Products collectively as "the holding companies." The holding companies engage in ownership of the stock of various companies for investment purposes. CIR owns stock in companies in various sectors including media, energy and automotive parts. The Certificate of Status for Dry Products shows that its purpose is limited to activity as a holding company. The purposes set forth on CIR's certificate is broader but its balance sheet and profit and loss account, which is attached hereto as Exhibit 4, shows that, in fact, its activities are limited to financial activities only as described in detail in this declaration.

27/10 '04 MER 15:06 FAX 39 2 86465105        AVV.A.VISENTIN                              ☒012

4. The holding companies did not participate in any way whatsoever in the manufacturing, design, engineering, assembly, fabrication, construction, processing, packaging, preparation, shipping or sale of the bakery machinery which is at issue in this case ("the bakery machine") or any of its components (or any other machinery or product sold in the market place). The holding companies have never held title to the bakery machine or any of its components, never been the lessor or bailor of the bakery machine or any of its components, never financed the sale of the bakery machine or any of its components, never held a security or other interest in the bakery machine or any of its components, never advertised the bakery machine or any of its components or otherwise exercised direct control over the bakery machine or any of its components.

5. The holding companies do not have (and have never had) any role in the day to day management of FMMV, SFMMV or SBI.

6. The holding companies do not have (and have never had) any director in common with FMMV, SFMMV or SBI.

7. The holding companies have never agreed to assume liabilities of FMMV, SFMMV or SBI.

8. Neither the name nor trademark of either of the holding companies appear (or has ever appeared) on the machinery or products sold by FMMV, SFMMV or SBI (or any other products).

9. Because CIR decided as part of its investment strategy to reduce its exposure to the food machinery sector, FMMV is being liquidated. An employee of Dry Products, Andrea Silvestroni, has been appointed as liquidator. Mr. Silvestroni is involved in the financial aspects of the liquidation only and has never had any role in production of machinery or any operation of FMMV, SFMMV or SBI. Other than the liquidation, the holding companies have had no role whatsoever (other than the ownership of stock by Dry Products) in FMMV, SFMMV or SBI. Other than the facts mentioned in this paragraph with respect to Mr. Silvestroni, the holding companies do not have (and have never had) any employee or officer in common with FMMV, SFMMV or SBI.

10. The holding companies maintain (and have always maintained) separate offices from each other and from FMMV, SFMMV and SBI. CIR and Dry Products both have offices in Milan while FMMV has its registered office at San Bonifacio (Verona) at via Camporosolo, No. 198.

11. CIR and Dry Products maintain separate assets and accounts from each other and from FMMV (and prior to the merger and renaming from SFMMV and SBI).

12.   The holding companies do not have any contact with the State of Connecticut. In particular, the holding companies: do not have any office in Connecticut, do not have any employees in Connecticut, do not hold meetings in Connecticut, are not party to any contracts to be performed in Connecticut, have not brought any lawsuits in Connecticut and are not engaged in any other activity in Connecticut. CIR and Dry Products are named as defendants in the third party action in this case but intend to seek dismissal from that action in a separate motion.

13.   Based on the forgoing, CIR and Dry Products asks that the plaintiff's motion seeking leave to add CIR and Dry Products as defendants in this action be denied.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on: 26-10., 2004

Dr. Alberto Piaser

27/10 '04 MER 14:58 FAX 39 2 86465105   AVV.A.VISENTIN   ☒003

**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

1

Prot.:VIW/57656/2004/CMI1630   27/4/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI MILANO
- UFFICIO REGISTRO DELLE IMPRESE -

VISURA SENZA VALORE DI CERTIFICAZIONE ORDINARIA

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 13432660150
del Registro delle Imprese di MILANO
data di iscrizione: 07/05/2001
Iscritta nella sezione ORDINARIA   il 07/05/2001
Iscritta con il numero Repertorio Economico Amministrativo 1650327
Denominazione: DR. PRODUCTS S.P.A.
Forma giuridica: SOCIETA' PER AZIONI
Sede: MILANO (MI) VIA CIOVASSINO 1 CAP 20121

Data costituzione: 20/04/2001   Data termine: 31/03/2100
Scadenza primo eserc. 31/03/2002 scadenza eserc. successivi: 31/3
Lo statuto prevede proroga di nr. 2 mesi dei termini approvazione del bilancio
Tipo dell'atto: ATTO COSTITUTIVO
Notaio FRANCESCO GUASTI
Repertorio num. 30465  loc. MILANO (MI)

OGGETTO SOCIALE:
L'ESERCIZIO NON NEI CONFRONTI DEL PUBBLICO DELLE SEGUENTI ATTIVITA': A)
L'ASSUNZIONE DI PARTECIPAZIONI A SCOPO DI STABILE INVESTIMENTO, NON FINALIZZATA
ALLA ALIENAZIONE, IN ALTRE SOCIETA' OD ENTI SIA IN ITALIA CHE ALL'ESTERO,
EVENTUALMENTE CARATTERIZZATA DA INTERVENTI VOLTI ALLA RIORGANIZZAZIONE
AZIENDALE, NONCHE' LO SVOLGIMENTO DI ATTIVITA' VOLTE AL SODDISFACIMENTO DELLE
ESIGENZE FINANZIARIE DELLE AZIENDE PARTECIPATE; B) L'ASSUNZIONE E LA GESTIONE A
CARATTERE TEMPORANEO DI TITOLI E PARTECIPAZIONI PURCHE' NON CARATTERIZZATE DA
INTERVENTI VOLTI ALLA RIORGANIZZAZIONE AZIENDALE E/O ALLO SVILUPPO PRODUTTIVO,
NONCHE' AL SODDISFACIMENTO DELLE ESIGENZE FINANZIARIE DELLE AZIENDE
PARTECIPATE; C) LA CONCESSIONE DI FINANZIAMENTI SOTTO QUALSIASI FORMA A
SOCIETA' DI CAPITALI FACENTI PARTE DEL GRUPPO DI APPARTENENZA. LA SOCIETA'
PUO' COMPIERE TUTTE LE OPERAZIONI COMMERCIALI, INDUSTRIALI E FINANZIARIE,
MOBILIARI ED IMMOBILIARI, RITENUTE DALL'AMMINISTRAZIONE NECESSARIE OD UTILI PER
IL CONSEGUIMENTO DELL'OGGETTO SOCIALE, PRESTARE AVALLI, FIDEIUSSIONI ED OGNI
ALTRA GARANZIA, ANCHE REALE, NONCHE' ACQUISIRE FONDI PRESSO I SOCI, CON O SENZA
OBBLIGO DI RIMBORSO, IL TUTTO NEI LIMITI DI LEGGE.

SISTEMA DI AMMINISTRAZIONE E CONTROLLO

Forma amministrativa: CONSIGLIO DI AMMINISTRAZIONE
Numero amministratori in carica: 3
durata in carica: 3 ESERCIZI

Collegio Sindacale:
numero effettivi: 3
numero supplenti: 2
numero in carica: 5

Pagina 1/ 5

 

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

27/10 '04 MER 14:58 FAX 39 2 86465105    AVV.A.VISENTIN    ☒004



**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

Prot.:VIW/57656/2004/CMI1630                              27/4/2004

durata in carica: 3 ESERCIZI

### INFORMAZIONI SULLO STATUTO

- Poteri associati alla carica di CONSIGLIO D'AMMINISTRAZIONE
SALVO PER QUANTO ALTRIMENTI PREVISTO IN MODO ESPRESSO NEL PRESENTE STATUTO, IL CONSIGLIO DI AMMINISTRAZIONE E'INVESTITO DEI PIU' AMPI POTERI PER LA GESTIONE ORDINARIA E STRAORDINARIA DELLA SOCIETA', SENZA ECCEZIONI DI SORTA E, PARTICOLARMENTE, SONO AD ESSI RICONOSCIUTE TUTTE LE FACOLTA' PER IL RAGGIUNGIMENTO DELL'OGGETTO SOCIALE CHE NON SIANO DALLA LEGGE O DALLO STATUTO RISERVATE IN MODO TASSATIVO ALL'ASSEMBLEA DEI SOCI. AL PRESIDENTE DEL CONSIGLIO DI AMMINISTRAZIONE SPETTA LA RAPPRESENTANZA LEGALE DELLA SOCIETA' DI FRONTE AI TERZI ED IN GIUDIZIO, CON FACOLTA' DI PROMUOVERE AZIONI ED ISTANZE GIUDIZIARIE ED AMMINISTRATIVE PER OGNI GRADO DI GIURISDIZIONE ED ANCHE PER GIUDIZI DI REVOCAZIONE E CASSAZIONE, NOMINANDO AVVOCATI E PROCURATORI ALLE LITI. LA RAPPRESENTANZA DELLA SOCIETA' E', INOLTRE, AFFIDATA SEPARATAMENTE AI VICE PRESIDENTI, AGLI AMMINISTRATORI DELEGATI E AI DIRETTORI GENERALI, NEI LIMITI DEI POTERI LORO CONFERITI. LE PERSONE CHE HANNO LA RAPPRESENTANZA DELLA SOCIETA' POSSONO NOMINARE PROCURATORI SPECIALI ANCHE PERSONE ESTRANEE ALLA SOCIETA' PER SINGOLI ATTI O CATEGORIE DI ATTI.

### INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato       113.800,00
sottoscritto     100.000,00
versato          100.000,00
conferimenti in DENARO
N. azioni: 100.000  Valore: 1,00  Valuta: EURO

### ATTIVITÀ

- INATTIVA -

### TITOLARI DI CARICHE O QUALIFICHE

2) BREGA OLIVERO MARIA
nata a GRAVELLONA TOCE (VB) il 21/04/1944
codice fiscale: BRGLRM44D61E153B
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001

3) PIASER ALBERTO
nato a MILANO (MI) il 07/06/0947
codice fiscale: PSRLRT47H07F205X
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- PRESIDENTE CONSIGLIO AMMINISTRAZIONE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI

4) BENNANI VITTORIO
nato a MODENA (MO) il 07/05/1938
codice fiscale: BNNVTR38E07F257C
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121

Pagina 2/ 5

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

27/10 '04 MER 14:58 FAX 39 2 86485105    AVV.A.VISENTIN                                    ☐005



**CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO**

27/4/2004

Prot.:VIW/57656/2004/CMI1630

- PRESIDENTE DEL COLLEGIO SINDACALE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

5) ZINGALES RICCARDO
nato a MILANO (MI) il 22/10/1960
codice fiscale: ZNGRCR60R22F205N
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

6) MACCHIORLATTI VIGNAT LUIGI
nato a TORINO (TO) il 25/09/1963
codice fiscale: MCCLGU63P25L219P
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

7) BENEDETTI GIANCARLO
nato a MILANO (MI) il 02/03/1939
codice fiscale: BNDGCR39C02F205T
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

8) COLOMBO MASSIMO
nato a TREZZO SULL'ADDA (MI) il 24/04/1961
codice fiscale: CLMMSM61D24L411V
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

9) AGOSTINO VITTORIO
nato a GENOVA (GE) il 23/04/1935
codice fiscale: GSTVTR35D23D969W
residente a: CHIAVARI (GE) VIA S. ANDREA DI ROVERETO 59/A CAP 16043
firma depositata
- AMMINISTRATORE DELEGATO dal 15/05/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 06/06/2001
I PIU' AMPI POTERI AFFINCHE' ABBIA A RAPPRESENTARE LA SOCIETA', CON FIRMA
SINGOLA, DAVANTI A QUALSIASI AUTORITA' POLITICA ED AMMINISTRATIVA, NONCHE'
DAVANTI A TUTTI GLI UFFICI PUBBLICI E PRIVATI ED AI TERZI IN GENERE, IN TUTTI
GLI AFFARI DI ORDINARIA AMMINISTRAZIONE CHE, QUI DI SEGUITO SI ELENCANO IN VIA

Pagina 3/ 5

27/10 '04 MER 14:59 FAX 39 2 86465105    AVV.A.VISENTIN                    ☏006



CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

27/4/2004

Prot.:VIW/57656/2004/CMI1630

ESEMPLIFICATIVA E NON ESAUSTIVA: A) ACQUISTARE, VENDERE E PERMUTARE MERCI, MACCHINE, STRUMENTI, AUTOMEZZI E BENI MOBILI IN GENERE, STIPULARE LOCAZIONI FINANZIARIE DI BENI MOBILI E DI AUTOVETTURE E STIPULARE, CONCLUDERE, FIRMARE CONTRATTI DI FACTORING, FARE E RICEVERE I RELATIVI PAGAMENTI, EMETTERE, INCASSARE E QUIETANZARE FATTURE; B) RAPPRESENTARE O FAR RAPPRESENTARE LA SOCIETA' COME SOCIO NELLE ASSEMBLEE DI ALTRE SOCIETA'; E) APRIRE E CHIUDERE CONTI BANCARI E IN SPECIE CONTI CORRENTI INTESTATI ALLA SOCIETA', DEFINENDONE TUTTE LE CONDIZIONI; GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SU CONTI CORRENTI ANCHE PASSIVI, NEI LIMITI DEI FIDI ED APERTURE DI CREDITO CONCESSI; UTILIZZARE CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E VALORI, PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA ANCHE ALLO SCOPERTO NEI LIMITI DEI FIDI CONCESSI ALLA SOCIETA'; D) ACCETTARE, GIRARE, INCASSARE E QUIETANZARE EFFETTI CAMBIARI, WARRANTS E FEDI DI DEPOSITO, EMETTERE TRATTE SUI DEBITORI; E) RAPPRESENTARE LA SOCIETA' PRESSO QUALSIASI UFFICIO CENTRALE E PERIFERICO DEL MEDIOCREDITO CENTRALE E QUALSIASI ALTRO ISTITUTO DI CREDITO A MEDIO TERMINE; F) ESIGERE E CEDERE CREDITI A QUALSIASI TITOLO E PER QUALSIASI IMPORTO PROSOLUTO E PROSOLVENDO, RISCUOTERE SOMME, MANDATI DI PAGAMENTO, TITOLI DI STATO, VAGLIA, ASSEGNI DI QUALUNQUE SPECIE, DEPOSITI CAUZIONALI, FARE QUALSIASI OPERAZIONE NESSUNA ESCLUSA OD ECCETTUATA PRESSO L'ISTITUTO DI EMISSIONE, LA CASSA DEPOSITI E PRESTITI, LE TESORERIE DELLO STATO, LA PUBBLICA AMMINISTRAZIONE E GLI ENTI PUBBLICI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI E QUALUNQUE ALTRO UFFICIO PUBBLICO O PRIVATO, RILASCIARE QUIETANZE E DISCARICHI; G) RAPPRESENTARE LA SOCIETA' IN ITALIA E ALL'ESTERO PRESSO L'AMMINISTRAZIONE DELLO STATO, GLI UFFICI PUBBLICI E PRIVATI E PRESSO OGNI ALTRA AUTORITA', COMPRESE QUELLE VALUTARIE E TRIBUTARIE, LE ORGANIZZAZIONI DI CATEGORIA E SINDACALI, LE DOGANE, LE IMPRESE FERROVIARIE, DI NAVIGAZIONE E DI TRASPORTI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI, I MAGAZZINI DI DEPOSITO IN TUTTE LE OPERAZIONI DI SPEDIZIONE, SVINCOLO E RITIRO DI MERCI, VALORI, PACCHI, EFFETTI, LETTERE ANCHE RACCOMANDATE ED ASSICURATE E DI OGNI ALTRA SPECIE; H) ASSUMERE APPALTI E FORNITURE E COMPIERE TUTTE LE OPERAZIONI E STIPULARE TUTTI GLI ATTI E CONTRATTI INERENTI NEI CONFRONTI DEGLI ENTI INTERESSATI; I) STIPULARE TRANSAZIONI, COMPROMETTERE IN ARBITRI ANCHE AMICHEVOLI COMPOSITORI, PROPORRE ISTANZE E INOLTRARE RICORSI, RECLAMI, CHIEDERE RIMBORSI, ADDIVENIRE A CONCORDATI FISCALI, ESPERIRE AZIONI IN SEDE AMMINISTRATIVA E GIUDIZIARIA IN OGNI GRADO ANCHE PER GIUDIZI DI REVOCAZIONE E CASSAZIONE, NOMINARE AVVOCATI E PROCURATORI ALLE LITI; RAPPRESENTARE LA SOCIETA' PRESSO LE AUTORITA' DI QUALSIASI SPECIE, COMPRESE LE AUTORITA' GIUDIZIARIE E TRIBUTARIE, ANCHE IN TUTTI I GIUDIZI RELATIVI A CONTROVERSIE DI LAVORO ED IN MATERIA DI PREVIDENZA O DI ASSISTENZA OBBLIGATORIE, CON IL POTERE DI RISPONDERE ALL'INTERROGATORIO LIBERO SUI FATTI DI CAUSA CON FACOLTA' DI CONCILIARE E TRANSIGERE LE SINGOLE CONTROVERSIE; J) RAPPRESENTARE LA SOCIETA' PER TUTTO QUANTO ATTIENE A VERIFICHE FISCALI ED OPPORTUNE FACOLTA' E PARTICOLARMENTE CON LE PIU' AMPIE FACOLTA' E PARTICOLARMENTE CON QUELLA DI SOTTOSCRIVERE IL RELATIVO VERBALE; K) PROCEDERE ALLA NOMINA DI ESPERTI, CONSULENTI, PERITI DI PARTE, AFFIDARE INCARICHI PROFESSIONALI NELL'INTERESSE DELLA SOCIETA'; L) FAR ELEVARE PROTESTI, INTIMARE PRECETTI, PROCEDERE AD ATTI CONSERVATIVI ED ESECUTIVI, CURARNE OCCORRENDO LA REVOCA, RAPPRESENTARE LA SOCIETA' IN PROCEDURE DI FALLIMENTO, CONCORDATI E PROCEDURE CONCORSUALI IN GENERE, PROMUOVERE DICHIARAZIONI DI FALLIMENTO ED INSINUARE NELLE PROCEDURE CONCORSUALI CREDITI DELLA SOCIETA' DICHIARANDONE LA VERIDICITA'; M) STIPULARE ACCORDI SINDACALI E DI LAVORO, ASSUMERE E LICENZIARE PERSONALE, DETERMINANDONE LE ATTRIBUZIONI E LE RETRIBUZIONI. EGLI POTRA' INOLTRE SOSTITUIRE A SE' ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI DI ORDINARIA AMMINISTRAZIONE.
ALL'AMMINISTRATORE DELEGATO, DOTT. VITTORIO AGOSTINO, ED AL CONSIGLIERE DOTT. OLIVIERO MARIA BREGA,, CONGIUNTAMENTE TRA LORO, TUTTI I POTERI DI STRAORDINARIA AMMINISTRAZIONE SALVO QUELLI RISERVATI PER LEGGE O PER STATUTO AL CONSIGLIO DI AMMINISTRAZIONE CON FACOLTA' DI SOSTITUIRE A LORO ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI.

Pagina 4/ 5

 

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

27/10 '04 MER 15:00 FAX 39 2 86465105        AVV.A.VISENTIN                  007

 CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

27/4/2004

Prot.:VIW/57656/2004/CMI1630

- CONSIGLIERE dal 24/06/2002
  Durata in carica: 2 ESERCIZI
  RISCOSSI PER DIRITTI           EURO    4,00
  TOTALE                         EURO    4,00
  TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 7745

*** fine visura ***

Pagina 5/ 5        

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.