27/10 '04 MER 15:01 FAX 39 2 86465105        AVV.A.VISENTIN                             ☒001

PROT. N. 3752180                                                          12/05/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI TORINO
- UFFICIO REGISTRO DELLE IMPRESE -

CERTIFICATO DI ISCRIZIONE NELLA SEZIONE ORDINARIA

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 00519120018
del Registro delle Imprese di TORINO
data di iscrizione: 19/02/1996

Iscritta nella sezione ORDINARIA                                il 19/02/1996

Iscritta con il numero Repertorio Economico Amministrativo 3933 il 08/06/1911

Denominazione: C.I.R. - COMPAGNIE INDUSTRIALI RIUNITE
SIGLABILE CIR S.P.A.

Forma giuridica: SOCIETA' PER AZIONI

Sede:
LEINI (TO) STRADA VOLPIANO, 53 CAP 10040

Costituita con atto del 04/07/1905

Durata della società:
data termine: 31/12/2050

Oggetto Sociale:
LA GESTIONE DIRETTA O INDIRETTA DI ATTIVITA' INDUSTRIALI, COMMERCIALI,
IMMOBILIARI, AGRICOLE E FINANZIARIE.
ESSA PUO' COMPIERE QUALSIASI OPERAZIONE DIRETTAMENTE O INDIRETTAMENTE ATTA A
RAGGIUNGERE L'OGGETTO SOCIALE IVI COMPRESA LA FACOLTA' DI ASSUMERE
PARTECIPAZIONI ED INTERESSENZE SOTTO QUALSIASI FORMA IN SOCIETA' O AZIENDE
COSTITUITE O DA COSTITUIRE, IN ITALIA O ALL'ESTERO, ANCHE NEL SETTORE BANCARIO
O FIDUCIARIO. LA SOCIETA' PUO' INOLTRE CONCEDERE FIDEJUSSIONI E GARANZIE REALI
A FAVORE DI TERZI, ANCHE NELL'INTERESSE ALTRUI.
E' ESCLUSA LA RACCOLTA DEL RISPARMIO TRA IL PUBBLICO SOTTO QUALSIASI FORMA.

SISTEMA DI AMMINISTRAZIONE E CONTROLLO

- CONSIGLIO DI AMMINISTRAZIONE
numero componenti in carica: 11

COLLEGIO SINDACALE:
- Sindaci effettivi
numero componenti in carica: 3
- Sindaci supplenti
numero componenti in carica: 3

INFORMAZIONI SULLO STATUTO

Poteri da Statuto:
IL PRESIDENTE HA LA RAPPRESENTANZA LEGALE DELLA SOCIETA'. LA RAPPRESENTANZA
LEGALE E' INOLTRE AFFIDATA SEPARATAMENTE AI VICE PRESIDENTI, AGLI
AMMINISTRATORI DELEGATI E AI DIRETTORI GENERALI, NEI LIMITI DEI POTERI LORO
CONFERITI.

Modifiche statutarie - atti e fatti soggetti a deposito:
AUMENTO DI CAPITALE PER ASSEGNAZIONE STOCK OPTION
DEPOSITO STATUTO SOCIALE AGGIORNATO.

INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato         395.671.045,00
sottoscritto       385.311.683,50
versato            385.311.683,50
conferimenti in DENARO

Conferimenti e benefici:
AUMENTO DEL CAPITALE SOCIALE PER ESERCIZIO STOCK OPTION CONSIGLIO DI
AMMINISTRAZIONE DEL 14.03.2002-13.09.2002-7.03.2003-5.09.2003 E ESERCIZIO
CONCAMBIO AZIONI SASIB S.P.A.
IL NUMERO DELLE AZIONI E' DIVENTATO 770.623.367 DEL VALORE NOMINALE DI EURO 0,50



C.C.I.A.A.
Certificato
Ordinario
1789348
DIRITTI ASSOLTI

ci26462_5B.pdf                                                   Pag. 1 di 7

CADUMA
                              OPERAZIONI STRAORDINARIE

Fusione mediante incorporazione di:
- ESCHER S.P.A.
Sede: LEINI' STRADA VOLPIANO 53 (TO)   Numero REA 692907
- CIRINT S.P.A.
Sede: LEINI' STRADA VOLPIANO 53 (TO)   Numero REA 730630
Data delibera: 20/11/1992   Data esecuzione: 16/12/1992

Fusione mediante incorporazione di:
- ESCHER S.P.A.
Sede: LEINI' STRADA VOLPIANO 53 (TO)   Numero REA 692907
- CIRINT S.P.A.
Sede: LEINI' STRADA VOLPIANO 53 (TO)   Numero REA 730630
Data delibera: 27/11/1992

Progetto di fusione mediante incorporazione della società
- SASIB S.P.A.
Sede: BOLOGNA VIA DI CORTICELLA 87/89 (BO)   Numero REA 261457
Codice Fiscale: 03067260376
Nr. R. I.: 30663
Ufficio di: BOLOGNA
Data atto: 07/01/1998

Fusione mediante incorporazione di:
- SASIB S.P.A.
Sede: BOLOGNA VIA DI CORTICELLA 87/89 (BO)   Numero REA 261457
Codice Fiscale: 03067260376
Nr. R. I.: 30663
Ufficio di: BOLOGNA
Data delibera: 20/02/1998   Data esecuzione: 24/06/1998

                              TITOLARI DI CARICHE O QUALIFICHE

* DE BENEDETTI CARLO
nato a TORINO (TO) il 14/11/1934
codice fiscale: DBNCRL34S14L219Q
firma depositata
- CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
   durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
- PRESIDENTE CONSIGLIO AMMINISTRAZIONE   nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
   durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
Poteri:
CON TUTTI I PIU' AMPI POTERI DI ORDINARIA E STRAORDINARIA AMMINISTRAZIONE E DI
DISPOSIZIONE IVI COMPRESA LA NOMINA DI PROCURATORI E IL RILASCIO DI DELEGHE PER
LE PARTECIPAZIONI IN ASSEMBLEE DI SOCIETA', CON FIRMA SINGOLA.


* DE BENEDETTI RODOLFO
nato a TORINO (TO) il 02/07/1961
codice fiscale: DBNRLF61L02L219N
firma depositata
- PROCURATORE SPECIALE   nominato il 26/06/2001
   durata in carica   FINO ALLA REVOCA
Poteri:
(PROCURA DEL 26/06/2001 NOTAIO GRAMATICA REP.18) AFFINCHE' IN NOME E VECE DELLA
SOCIETA' MANDANTE RILASCINO GARANZIE MOBILIARI A FAVORE DI SOCIETA' CONTROLLATE
E COLLEGATE ALLA SOCIETA' MANDANTE, FINALIZZATE ALLA COPERTURA DI OBBLIGAZIONI
ASSUNTE NELL'ESERCIZIO DELL'ATTIVITA' ORDINARIA DALLE STESSE SOCIETA' COLLEGATE
E CONTROLLATE, FINO AD UN LIMITE DI LIRE 10.000.000.000 (DIECIMILIARDI) PER
SINGOLA OPERAZIONE.
AL NOMINATO PROCURATORE VENGONO PERTANTO CONFERITI DISGIUNTAMENTE I PIU' AMPI
POTERI, IVI COMPRESI QUELLI DI PATTUIRE OGNI CLAUSOLA, TERMINE E CONDIZIONE
DELLE GARANZIE E SOTTOSCRIVERE OGNI CONTRATTO O DOCUMENTO RELATIVO.
- CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
   durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
- AMMINISTRATORE DELEGATO   nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
   durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
- DIRETTORE GENERALE   nominato il 24/04/2002 fino al 31/12/2004
   durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

                                                                Pag. 2 di 7

ci26462_58.pdf

Il presente certificato è valido unicamente se reca la contromarca attestante l'avvenuto pagamento dei diritti di segreteria.

Poteri:
CON I PIU' AMPI POTERI AFFINCHE' ABBIA A RAPPRESENTARE, CON FIRMA SINGOLA, DAVANTI A QUALSIASI AUTORITA' POLITICA ED AMMINISTRATIVA, NONCHE' DAVANTI A TUTTI GLI UFFICI PUBBLICI E PRIVATI ED AI TERZI IN GENERE LA SOCIETA' IN TUTTI GLI AFFARI DI ORDINARIA AMMINISTRAZIONE CHE, QUI DI SEGUITO, SI ELENCANO IN VIA ESEMPLIFICATIVA E NON ESAUSTIVA:
A) ACQUISTARE, VENDERE E PERMUTARE MERCI, MACCHINE, STRUMENTI, AUTOMEZZI E BENI MOBILI ED IMMOBILI IN GENERE, STIPULARE LOCAZIONI IMMOBILIARI ANCHE ULTRANOVENNALI, STIPULARE LOCAZIONI FINANZIARIE DI BENI MOBILI E DI AUTOVETTURE E STIPULARE, CONCLUDERE, FIRMARE CONTRATTI DI FACTORING, FARE E RICEVERE I RELATIVI PAGAMENTI, EMETTERE, INCASSARE E QUIETANZARE FATTURE; COSTITUIRE, MODIFICARE ED ESTINGUERE SERVITU';
B) ACQUISTARE E VENDERE TITOLI E PARTECIPAZIONI IN GENERE, INTERVENIRE ALLA COSTITUZIONE DI SOCIETA' E CONSORZI DI OGNI TIPO ANCHE MEDIANTE CONFERIMENTO DI BENI E RAPPRESENTARE LA SOCIETA' COME SOCIA NELLE ASSEMBLEE DI ALTRE SOCIETA';
C) ASSUMERE FINANZIAMENTI ED AFFIDAMENTI BANCARI NON ASSISTITI DA GARANZIE;
D) APRIRE E CHIUDERE CONTI BANCARI E IN SPECIE CONTI CORRENTI INTESTATI ALLA SOCIETA', DEFINENDONE TUTTE LE CONDIZIONI; GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SU CONTI CORRENTI ANCHE PASSIVI, NEI LIMITI DEI FIDI ED APERTURE DI CREDITO CONCESSI; UTILIZZARE CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E VALORI, PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA, ANCHE ALLO SCOPERTO, NEI LIMITI DEI FIDI CONCESSI ALLA SOCIETA';
E) EMETTERE, ACCETTARE, AVALLARE, GIRARE, INCASSARE E QUIETANZARE EFFETTI CAMBIARI, WARRANTS E FEDI DI DEPOSITO, EMETTERE TRATTE SUI DEBITORI;
F) RAPPRESENTARE LA SOCIETA' PRESSO QUALSIASI ISTITUTO DI CREDITO A MEDIO TERMINE;
G) ESIGERE E CEDERE CREDITI A QUALSIASI TITOLO E PER QUALSIASI IMPORTO PRO-SOLUTO E PRO-SOLVENDO, RISCUOTERE SOMME, MANDATI DI PAGAMENTO, TITOLI DI STATO, VAGLIA, ASSEGNI DI QUALUNQUE SPECIE, DEPOSITI CAUZIONALI, FARE QUALSIASI OPERAZIONE, NESSUNA ESCLUSA OD ECCETTUATA, PRESSO L'ISTITUTO DI EMISSIONE, LA CASSA DEPOSITI E PRESTITI, LE TESORERIE DELLO STATO, LA PUBBLICA AMMINISTRAZIONE E GLI ENTI PUBBLICI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI E QUALUNQUE ALTRO UFFICIO PUBBLICO E PRIVATO, RILASCIARE QUIETANZE E DISCARICHI;
H) RAPPRESENTARE LA SOCIETA' IN ITALIA ED ALL'ESTERO PRESSO L'AMMINISTRAZIONE DELLO STATO, GLI UFFICI PUBBLICI E PRIVATI E PRESSO OGNI ALTRA AUTORITA', COMPRESE QUELLE VALUTARIE E TRIBUTARIE, LE ORGANIZZAZIONI DI CATEGORIA E SINDACALI, LE DOGANE, LE IMPRESE FERROVIARIE, DI NAVIGAZIONE E DI TRASPORTI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI, I MAGAZZINI DI DEPOSITO IN TUTTE LE OPERAZIONI DI SPEDIZIONI, SVINCOLO E RITIRO DI MERCI, VALORI, PACCHI, EFFETTI, LETTERE ANCHE RACCOMANDATE E ASSICURATE E DI OGNI ALTRA SPECIE;
I) ASSUMERE APPALTI E FORNITURE E COMPIERE TUTTE LE OPERAZIONI E STIPULARE TUTTI GLI ATTI E CONTRATTI INERENTI NEI CONFRONTI DEGLI ENTI INTERESSATI;
L) STIPULARE TRANSAZIONI, COMPROMETTERE IN ARBITRI ANCHE QUALI AMICHEVOLI COMPOSITORI, PROPORRE ISTANZE E INOLTRARE RICORSI, RECLAMI, CHIEDERE RIMBORSI, ADDIVENIRE A CONCORDATI FISCALI, ESPERIRE AZIONI IN SEDE AMMINISTRATIVA E GIUDIZIARIA IN OGNI GRADO ANCHE PER GIUDIZI DI REVOCAZIONE E CASSAZIONE, NOMINARE AVVOCATI E PROCURATORI ALLE LITI; RAPPRESENTARE LA SOCIETA' PRESSO LE AUTORITA' DI QUALSIASI SPECIE, COMPRESE LE AUTORITA' GIUDIZIARIE E TRIBUTARIE, ANCHE IN TUTTI I GIUDIZI RELATIVI A CONTROVERSIE DI LAVORO ED IN MATERIA DI PREVIDENZA O DI ASSISTENZA OBBLIGATORIE, CON IL POTERE DI RISPONDERE ALL'INTERROGATORIO LIBERO SUI FATTI DI CAUSE CON FACOLTA' DI CONCILIARE E TRANSIGERE LE SINGOLE CONTROVERSIE;
M) RAPPRESENTARE LA SOCIETA' PER TUTTO QUANTO ATTINENTE A VERIFICHE FISCALI, CON LE PIU' AMPIE ED OPPORTUNE FACOLTA' E PARTICOLARMENTE CON QUELLE DI SOTTOSCRIVERE IL RELATIVO VERBALE;
N) PROCEDERE ALLA NOMINA DI ESPERTI, CONSULENTI, PERITI DI PARTE, AFFIDARE INCARICHI PROFESSIONALI NELL'INTERESSE DELLA SOCIETA';
O) ELEVARE PROTESTI, INTIMARE PRECETTI, PROCEDERE AD ATTI CONSERVATIVI ED ESECUTIVI, CURARNE OCCORRENDO LA REVOCA, RAPPRESENTARE LA SOCIETA' IN PROCEDURE DI FALLIMENTO, CONCORDATI E PROCEDURE CONCORSUALI IN GENERE, PROMUOVERE DICHIARAZIONI ED INSINUARVI CREDITI DICHIARANDONE LA VERITA';
P) STIPULARE ACCORDI SINDACALI E DI LAVORO, ASSUMERE E LICENZIARE DIPENDENTI SIANO ESSI DIRIGENTI, IMPIEGATI ED OPERAI, DETERMINANDONE LE ATTRIBUZIONI E LE RETRIBUZIONI.
EGLI POTRA' INOLTRE SOSTITUIRE A SE' ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI.

* DE BENEDETTI FRANCO
nato a TORINO (TO) il 07/01/1933
codice fiscale: DBNFNC33A07L219R
- CONSIGLIERE     nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
. durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

* PARAVICINI CRESPI LUCA
nato a MILANO (MI) il 05/12/1954

---

ci26462_58.pdf                                                              Pag.  3  di  7



```
    codice fiscale: PRVLCU54T05F205D
    - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
    presentazione il 17/05/2002
        durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* RECCHI CLAUDIO
  nato a TORINO (TO) il 20/03/1955
  codice fiscale: RCCCLD55C20L219K
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* ZANNI UMBERTO
  nato a PALERMO (PA) il 06/01/1922
  codice fiscale: ZNNMRT22A06G273N
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* GERMANO GIOVANNI
  nato a TORINO (TO) il 07/10/1938
  codice fiscale: GRMGNN38R07L219L
  firma depositata
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* MANCINELLI PAOLO
  nato a ROMA (RM) il 10/08/1934
  codice fiscale: MNCPLA34M10H501C
  firma depositata
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* GIRARD FRANCO
  nato a TORINO (TO) il 15/08/1934
  codice fiscale: GRRFNC34M15L219S
  firma depositata
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
  Poteri:
  CONSIGLIERE CON INCARICO SPECIALE DI COORDINAMENTO DELL'ATTIVITA' LEGALE E
  SOCIETARIA DEL GRUPPO.
  CON I SEGUENTI POTERI A FIRMA CONGIUNTA CON IL CONSIGLIERE PIERLUIGI FERRERO:
  A) STIPULARE FINANZIAMENTI, FIDI O APERTURE DI CREDITO ASSISTITI DA GARANZIE
  MOBILIARI OD IMMOBILIARI;
  B) CONCEDERE, ANCHE PER DEBITI DI TERZI, GARANZIE SIA MOBILIARI CHE
  IMMOBILIARI, COSTITUIRE PEGNI, IPOTECHE NONCHE' RILASCIARE FIDEJUSSIONI ED
  AVALLI ANCHE NELL'INTERESSE DI SOCIETA' CONTROLLATE O COLLEGATE;
  C) RILASCIARE LETTERE DI PATRONAGE.


* FERRERO PIERLUIGI
  nato a TORINO (TO) il 14/06/1942
  codice fiscale: FRRPLG42H14L219J
  firma depositata
  - PROCURATORE SPECIALE   nominato il 26/06/2001
    durata in carica   FINO ALLA REVOCA
  Poteri:
  (PROCURA DEL 26/06/2001 NOTAIO GRAMATICA REP.18) AFFINCHE' IN NOME E VECE DELLA
  SOCIETA' MANDANTE RILASCINO GARANZIE MOBILIARI A FAVORE DI SOCIETA' CONTROLLATE
  E COLLEGATE ALLA SOCIETA' MANDANTE, FINALIZZATE ALLA COPERTURA DI OBBLIGAZIONI
  ASSUNTE NELL'ESERCIZIO DELL'ATTIVITA' ORDINARIA DALLE STESSE SOCIETA' COLLEGATE
  E CONTROLLATE, FINO AD UN LIMITE DI LIRE 10.000.000.000 (DIECIMILIARDI) PER
  SINGOLA OPERAZIONE.
  AL NOMINATO PROCURATORE VENGONO PERTANTO CONFERITI DISGIUNTAMENTE I PIU' AMPI
  POTERI, IVI COMPRESI QUELLI DI PATTUIRE OGNI CLAUSOLA, TERMINE E CONDIZIONE
  DELLE GARANZIE E SOTTOSCRIVERE OGNI CONTRATTO O DOCUMENTO RELATIVO.
  - CONSIGLIERE   nominato il 24/04/2002 fino al 31/12/2004
  presentazione il 17/05/2002
      durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
```

Poteri:
CONSIGLIERE CON INCARICO SPECIALE IN MATERIA ORGANIZZATIVA E SOCIETARIA DEL GRUPPO.
CON I SEGUENTI POTERI A FIRMA CONGIUNTA CON IL CONSIGLIERE FRANCO GIRARD:
A) STIPULARE FINANZIAMENTI, FIDI O APERTURE DI CREDITO ASSISTITI DA GARANZIE MOBILIARI OD IMMOBILIARI;
B) CONCEDERE, ANCHE PER DEBITI DI TERZI, GARANZIE SIA MOBILIARI CHE IMMOBILIARI, COSTITUIRE PEGNI, IPOTECHE NONCHE' RILASCIARE FIDEJUSSIONI ED AVALLI ANCHE NELL'INTERESSE DI SOCIETA' CONTROLLATE O COLLEGATE;
C) RILASCIARE LETTERE DI PATRONAGE.

* SEGRE MASSIMO
nato a TORINO (TO) il 16/11/1959
codice fiscale: SGRMSM59S16L219U
- CONSIGLIERE    nominato il 24/04/2002 fino al 31/12/2004
presentazione il 17/05/2002
durata in carica    FINO APPROVAZIONE DEL BILANCIO al 31/12/2004
Poteri:
A FIRMA SINGOLA LA SEGUENTE DELEGA DI POTERI:
- LA RAPPRESENTANZA DELLA SOCIETA' STESSA NEI CONFRONTI DEGLI ENTI SOTTOELENCATI E DI QUELLI DA ESSI O AD ESSI FUNZIONALMENTE E/O GERARCHICAMENTE DIPENDENTI O COLLEGATI;
- AMMINISTRAZIONE FINANZIARIA DELLO STATO E DEGLI ENTI LOCALI, AGENZIA DELLE ENTRATE, AGENZIA DEL TERRITORIO;
- COMMISSIONI TRIBUTARIE REGIONALI, PROVINCIALI E CENTRALE;
- MINISTERO DELL'ECONOMIA E DELLE FINANZE;
- UFFICO ITALIANO CAMBI;
- BANCA D'ITALIA;
- MINISTERO DELL'INDUSTRIA, COMMERCIO ED ARTIGIANATO;
- CAMERE DI COMMERCIO;
- REGISTRO DELLE IMPRESE;
- TRIBUNALI, CORTI D'APPELLO, CASSAZIONE, TAR, CONSIGLIO DI STATO;
- MINISTERO DEL COMMERCIO ESTERO;
- AUTORITA' DOGANALI;
- CATASTI EDILIZI URBANI E DEI TERRENI;
- ENTI PREPOSTI ALLA TENUTA DI PUBBLICI REGISTRI;
- CONSOB;
- ISVAP;
- AUTORITA' GARANTE DELLA CONCORRENZA E DEL MERCATO;
- AUTORITA' DI PUBBLICA SICUREZZA;
- MINISTERO DELLE IMPOSTE E TELECOMUNICAZIONI;
TALE DELEGA GLI E' CONFERITA PER TUTTI GLI ADEMPIMENTI, I RAPPORTI E/O ATTI CORRENTI AD ESCLUSIONE DEGLI ATTI DI DISPOSIZIONE DI ATTIVITA', ASSUNZIONE DI PASSIVITA' ED ONERI ECONOMICI E RILASCIO DI GARANZIE SOTTO QUALSIASI FORMA.

* MANZONETTO PIETRO
nato a CASTELFRANCO VENETO (TV) il 24/11/1944
codice fiscale: MNZPTR44S24C111J
- PRESIDENTE DEL COLLEGIO SINDACALE    nominato il 24/04/2002 fino al 31/12/2004
durata in carica    FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

* PASSERA MICHELE
nato a VEROLENGO (TO) il 18/12/1944
codice fiscale: PSSMHL44T18L779U
- SINDACO EFFETTIVO    nominato il 24/04/2002 fino al 31/12/2004
durata in carica    FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

* ZINGALES RICCARDO FRANCESCO
nato a MILANO (MI) il 22/10/1960
codice fiscale: ZNGRCR60R22F205N
- SINDACO EFFETTIVO    nominato il 24/04/2002 fino al 31/12/2004
durata in carica    FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

* NUTI MASSIMO
nato a LA SPEZIA (SP) il 22/12/1963
codice fiscale: NTUMSM63T22E463A
- SINDACO SUPPLENTE    nominato il 24/04/2002 fino al 31/12/2004
durata in carica    FINO APPROVAZIONE DEL BILANCIO al 31/12/2004

* PONZELLINI GIANLUCA
nato a VARESE (VA) il 07/02/1947
codice fiscale: PNZGLC47B07L682T



```
- SINDACO SUPPLENTE    nominato il 24/04/2002 fino al 31/12/2004
  durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* REBOA MARCO
nato a MILANO (MI) il 21/04/1955
codice fiscale: RBEMRC55D21F205M
- SINDACO SUPPLENTE    nominato il 24/04/2002 fino al 31/12/2004
  durata in carica   FINO APPROVAZIONE DEL BILANCIO al 31/12/2004


* DEZZANI FLAVIO
nato a ASTI (AT) il 08/01/1941
codice fiscale: DZZFLV41A08A479W
firma depositata
- RAPPRESENTANTE DEGLI AZIONISTI    nominato il 03/06/1998
presentazione il 16/06/1998
  durata in carica per 3 ANNI
Poteri:
DAL 12.11.1998 RAPPRESENTANTE COMUNE DEI PORTATORI DI AZIONI PRIVILEGIATE.
DAL 19.11.1998 RAPPRESENTANTE COMUNE DEI PORTATORI DI AZIONI DI RISPARMIO NON
CONVERTIBILI CAT. B/97 E CAT. B/98.
- RAPPRESENTANTE COMUNE OBBLIGAZIONISTI    nominato il 03/06/1998
presentazione il 16/06/1998
  durata in carica per 3 ANNI


* FUGAZZA LEDO PAOLO
nato a MILANO (MI) il 06/05/1961
codice fiscale: FGZLPL61E06F205A
- PROCURATORE SPECIALE    nominato il 18/07/2001
  durata in carica   FINO ALLA REVOCA
Poteri:
*** PROCURA DEL 18/07/2001 REP. 121/37 NOTAIO MONICA GRAMATICA ***
LA PRESENTE PROCURA AVRA' EFFICACIA PER IL PERIODO DAL 30 LUGLIO 2001 AL 31
AGOSTO 2001.
CON I SEGUENTI POTERI DA ESERCITARSI CON FIRMA DISGIUNTA:
- EMETTERE TRATTE SUI DEBITORI, GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SUI
CONTI CORRENTI ANCHE PASSIVI DELLA SOCIETA' MANDANTE, NEI LIMITI DEI FIDI E
DELLE APERTURE DI CREDITO CONCESSI;
- UTILIZZARE CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E
VALORI, PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA ANCHE ALLO SCOPERTO NEI
LIMITI DEI FIDI CONCESSI ALLA SOCIETA' MANDANTE;
- ACQUISTARE E VENDERE TITOLI E PARTECIPAZIONI IN GENERE, OBBLIGAZIONI E TITOLI
DI STATO.
************************************************************************
** PROCURA ATTO REP.436 DEL 13/11/2001 **
SI CONFERISCONO AL NOMINATO RESPONSABILE TUTTI I PIU' AMPI POTERI AL
RIGUARDO, CON FACOLTA' DI OPERARE IN PIENA AUTONOMIA PER ASSICURARE IL PUNTUALE
RISPETTO DELLE NORME E DEGLI ADEMPIMENTI PREVISTI DALLA LEGGE 675/1996,
VIGILANDO E VERIFICANDO CHE TUTTI I DIPENDENTI DELLA SOCIETA' ABBIANO A
RISPETTARE PUNTUALMENTE E RIGOROSAMENTE LE DISPOSIZIONI DI LEGGE IN MATERIA.
CON DICHIARAZIONE DI AVERE FIN D'ORA PER RATO E VALIDO L'OPERATO DEL NOMINATO
PROCURATORE.


* CECCHINI GIULIANO
nato a TORINO (TO) il 29/10/1952
codice fiscale: CCCGLN52R29L219P
- PROCURATORE SPECIALE    nominato il 18/07/2001
  durata in carica   FINO ALLA REVOCA
Poteri:
*** PROCURA DEL 18/07/2001 REP. 121/37 NOTAIO MONICA GRAMATICA ***
LA PRESENTE PROCURA AVRA' EFFICACIA PER IL PERIODO DAL 30 LUGLIO 2001 AL 31
AGOSTO 2001.
CON I SEGUENTI POTERI DA ESERCITARSI CON FIRMA DISGIUNTA:
- EMETTERE TRATTE SUI DEBITORI, GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SUI
CONTI CORRENTI ANCHE PASSIVI DELLA SOCIETA' MANDANTE, NEI LIMITI DEI FIDI E
DELLE APERTURE DI CREDITO CONCESSI;
- UTILIZZARE CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E
VALORI, PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA ANCHE ALLO SCOPERTO NEI
LIMITI DEI FIDI CONCESSI ALLA SOCIETA' MANDANTE;
- ACQUISTARE E VENDERE TITOLI E PARTECIPAZIONI IN GENERE, OBBLIGAZIONI E TITOLI
DI STATO.


* PIASER ALBERTO
nato a MILANO (MI) il 07/06/1947
```

*Il presente certificato è valido unicamente se reca la contromarca attestante l'avvenuto pagamento dei diritti di segreteria*

ci26462_58.pdf                                                    Pag. 6 di 7



```
codice fiscale: PSRLRT47H07F205K
- DIRETTORE GENERALE    nominato il 01/10/2001
  durata in carica    FINO ALLA REVOCA
```

SEDI SECONDARIE E UNITÀ LOCALI

- Unità locale    SEDE DELL'IMPRESA ARTIGIANA
MILANO (MI) VIA CIOVASSINO, 0001 CAP 20121

Attività esercitata:

Data apertura: 21/12/1985

- Unità locale    UFFICIO
ROMA (RM) VIA DEL TRITONE, 169 CAP 00187

Data apertura: 01/03/2000

Le notizie e i dati relativi ad atti depositati prima dell'entrata in vigore del D.P.R. 7/12/1995, n. 581, possono risultare in estratto o in forma sintetica.

Il presente certificato riporta le notizie/dati iscritti nel Registro alla data odierna.

Appone nr. bolli 5  di Euro 10,33 ciascuno
                                IL CONSERVATORE

                                Maria Loreta Raso

CERTIFICATO PRODOTTO TRAMITE IL SISTEMA INFORMATIVO AUTOMATIZZATO PRESSO

STUDIO SEGRE
Indirizzo : VIA VALEGGIO 41
10129 TORINO TO IT





*Il presente certificato è valido unicamente se reca la contromarca attestante l'avvenuto pagamento dei diritti di segreteria.*

ci36463_58.pdf                                            Pag.  7 di 7

27/10 '04 MER 15:04 FAX 39 2 86465105   AVV.A.VISENTIN   @008
26/10/2004  11:10  0039-045-8032084   FCBF PROF. ASSOCIATI   PAG 02/03

3



## CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
### VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594945 - telex 480096 CAMVER - PARTITA I.V.A. E CODICE FISCALE N. 00653240234

Prot.:CEW/12837/2004/CVR0352                    26/10/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI VERONA
- UFFICIO REGISTRO DELLE IMPRESE -

CERTIFICATO DI ISCRIZIONE NELLA SEZIONE ORDINARIA ABBREVIATO

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 03840090371
del Registro delle Imprese di VERONA
data di iscrizione: 19/02/1996

Iscritta nella sezione ORDINARIA                        il 19/02/1996

Iscritta con il numero Repertorio Economico Amministrativo 220662 il 13/11/1989

Denominazione: FOOD MACHINERY MEDIUM VOLUME S.P.A.

Forma giuridica: SOCIETA' PER AZIONI CON UNICO SOCIO

Sede:
SAN BONIFACIO (VR) VIA CAMPOROSOLO, 198 CAP 37047

Costituita con atto del 06/12/1988

INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato       3.000.000,00
sottoscritto     3.000.000,00
versato          3.000.000,00

SCIOGLIMENTO E PROCEDURE CONCORSUALI

Impresa in SCIOGLIMENTO E LIQUIDAZIONE con atto del 24/06/2002

Il presente certificato riporta le notizie/dati iscritti nel Registro alla data odierna.

IMPOSTA DI BOLLO ASSOLTA IN MODO VIRTUALE. AUTORIZZAZIONE DELL'INTENDENZA DI
FINANZA DI VERONA N. 6629-83 DEL 5-4-1983.

RISCOSSI PER NR. BOLLI    1    EURO   11,00
         PER DIRITTI            EURO    5,00
TOTALE                          EURO   16,00
TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 30980

SI DICHIARA INOLTRE CHE A CARICO DELLA PREDETTA DITTA NON RISULTA
PERVENUTA NEGLI ULTIMI 5 ANNI A QUESTO UFFICIO DICHIARAZIONE DI
FALLIMENTO, LIQUIDAZIONE AMMINISTRATIVA COATTA, AMMISSIONE IN CONCORDATO
O AMMINISTRAZIONE CONTROLLATA

P. IL CONSERVATORE
DR. PIETRO SCOLA
MARIA ADELINA ZANON

*[signature]*

Pagina 1/ 2

28/10 '04 MAR 10:58  [NR.TX/RX 7622]  @002

27/10 '04 MER 15:05 FAX 39 2 86485105      AVV.A.VISENTIN                    ☒009
26/10/2004    11:18 FAX 39 2 86485105.



# CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
# VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594848 - telex 480096 CAMVER - PARTITA I.V.A. E CODICE FISCALE N. 00653240234

Prot.:CBW/12837/2004/CVR0352                                    26/10/2004

*** fine certificato ***



Pagina 2/ 2

26/10 '04 MAR 10:56  [NR.TX/RX 7622] ☒003

Exhibit 4 is on its way from Italy and will be submitted to the Court separately.