UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : |
| | : NOVEMBER 10, 2004 |

**NOTICE OF APPEARANCE**

To:   U.S. District Court
      141 Church Street
      New Haven, CT  06510

Please enter the appearance of the undersigned, **JONATHAN MAZER**, as counsel for the third-party defendants, **SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A.** and **COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.** in the above-captioned matter.

1

       THIRD-PARTY DEFENDANTS, SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A. and COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.

By_____
    Jonathan Mazer (ct 26393)
    Fox Horan & Camerini
    825 Third Avenue
    New York, New York  10022
    (212) 480-4800
    Fax (212) 790-0248
    jmazer@foxlex.com
    Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr., Esq. | Richard J. Sullivan, Esq. |
| Patrick M. Birney, Esq. | Sullivan & Sullivan |
| Halloran & Sage | 31 Washington Street |
| One Goodwin Square | Wellesley, MA  02481 |
| 225 Asylum Street | |
| Hartford, CT  06103 | |

_____
    Deborah S. Russo