CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

Prot.:VIW/57656/2004/CMI1630                          27/4/2004

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI MILANO
- UFFICIO REGISTRO DELLE IMPRESE -

VISURA SENZA VALORE DI CERTIFICAZIONE ORDINARIA

DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 13432660150
del Registro delle Imprese di MILANO
data di iscrizione: 07/05/2001

Iscritta nella sezione ORDINARIA                      il 07/05/2001

Iscritta con il numero Repertorio Economico Amministrativo 1650327

Denominazione: DRY PRODUCTS S.P.A.

Forma giuridica: SOCIETA' PER AZIONI

Sede: MILANO (MI) VIA CIOVASSINO 1 CAP 20121


Data costituzione: 20/04/2001      Data termine: 31/03/2100
Scadenza primo eserc. 31/03/2002 scadenza eserc. successivi: 31/3
Lo statuto prevede proroga di nr. 2 mesi dei termini approvazione del bilancio
Tipo dell'atto: ATTO COSTITUTIVO
Notaio FRANCESCO GUASTI
Repertorio num. 30465  loc. MILANO (MI)

OGGETTO SOCIALE:
L'ESERCIZIO NON NEI CONFRONTI DEL PUBBLICO DELLE  SEGUENTI ATTIVITA':  A)
L'ASSUNZIONE DI PARTECIPAZIONI A SCOPO DI STABILE INVESTIMENTO, NON  FINALIZZATA
ALLA ALIENAZIONE, IN ALTRE SOCIETA' OD ENTI SIA IN ITALIA CHE  ALL'ESTERO,
EVENTUALMENTE CARATTERIZZATA DA INTERVENTI VOLTI ALLA  RIORGANIZZAZIONE
AZIENDALE, NONCHE' LO SVOLGIMENTO DI ATTIVITA' VOLTE AL  SODDISFACIMENTO DELLE
ESIGENZE FINANZIARIE DELLE AZIENDE PARTECIPATE;  B) L'ASSUNZIONE E LA GESTIONE A
CARATTERE TEMPORANEO DI TITOLI E PARTECIPAZIONI  PURCHE' NON CARATTERIZZATE DA
INTERVENTI VOLTI ALLA RIORGANIZZAZIONE AZIENDALE  E/O ALLO SVILUPPO PRODUTTIVO,
NONCHE' AL SODDISFACIMENTO DELLE ESIGENZE  FINANZIARIE DELLE AZIENDE
PARTECIPATE;  C) LA CONCESSIONE DI FINANZIAMENTI SOTTO QUALSIASI FORMA A
SOCIETA' DI CAPITALI  FACENTI PARTE DEL GRUPPO DI APPARTENENZA.  LA SOCIETA'
PUO' COMPIERE TUTTE LE OPERAZIONI COMMERCIALI, INDUSTRIALI E  FINANZIARIE,
MOBILIARI ED IMMOBILIARI, RITENUTE DALL'AMMINISTRAZIONE NECESSARIE  OD UTILI PER
IL CONSEGUIMENTO DELL'OGGETTO SOCIALE, PRESTARE AVALLI,  FIDEJUSSIONI ED OGNI
ALTRA GARANZIA, ANCHE REALE, NONCHE' ACQUISIRE FONDI PRESSO  I SOCI, CON O SENZA
OBBLIGO DI RIMBORSO, IL TUTTO NEI LIMITI DI LEGGE.


SISTEMA DI AMMINISTRAZIONE E CONTROLLO

Forma amministrativa: CONSIGLIO DI AMMINISTRAZIONE
Numero amministratori in carica: 3
durata in carica: 3 ESERCIZI

Collegio Sindacale:
numero effettivi: 3
numero supplenti: 2
numero in carica: 5

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

Prot.:VIW/57656/2004/CMI1630                                      27/4/2004

durata in carica: 3 ESERCIZI

                        INFORMAZIONI SULLO STATUTO

- Poteri associati alla carica di CONSIGLIO D'AMMINISTRAZIONE
SALVO PER QUANTO ALTRIMENTI PREVISTO IN MODO ESPRESSO NEL PRESENTE STATUTO, IL
CONSIGLIO DI AMMINISTRAZIONE E'INVESTITO DEI PIU' AMPI POTERI PER LA GESTIONE
ORDINARIA E STRAORDINARIA DELLA SOCIETA', SENZA ECCEZIONI DI SORTA E,
PARTICOLARMENTE, SONO AD ESSI RICONOSCIUTE TUTTE LE FACOLTA' PER IL
RAGGIUNGIMENTO DELL'OGGETTO SOCIALE CHE NON SIANO DALLA LEGGE O DALLO STATUTO
RISERVATE IN MODO TASSATIVO ALL'ASSEMBLEA DEI SOCI.  AL PRESIDENTE DEL CONSIGLIO
DI AMMINISTRAZIONE SPETTA LA RAPPRESENTANZA LEGALE  DELLA SOCIETA' DI FRONTE AI
TERZI ED IN GIUDIZIO, CON FACOLTA' DI PROMUOVERE  AZIONI ED ISTANZE GIUDIZIARIE
ED AMMINISTRATIVE PER OGNI GRADO DI GIURISDIZIONE  ED ANCHE PER GIUDIZI DI
REVOCAZIONE E CASSAZIONE, NOMINANDO AVVOCATI E  PROCURATORI ALLE LITI.  LA
RAPPRESENTANZA DELLA SOCIETA' E', INOLTRE, AFFIDATA SEPARATAMENTE AI VICE
PRESIDENTI, AGLI AMMINISTRATORI DELEGATI E AI DIRETTORI GENERALI, NEI LIMITI DEI
POTERI LORO CONFERITI.  LE PERSONE CHE HANNO LA RAPPRESENTANZA DELLA SOCIETA'
POSSONO NOMINARE  PROCURATORI SPECIALI ANCHE PERSONE ESTRANEE ALLA SOCIETA' PER
SINGOLI ATTI O  CATEGORIE DI ATTI.

                    INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato          113.800,00
sottoscritto        100.000,00
versato             100.000,00
conferimenti in DENARO
N. azioni: 100.000  Valore: 1,00 Valuta: EURO

                                ATTIVITÀ

- INATTIVA -

                    TITOLARI DI CARICHE O QUALIFICHE

2)  BREGA OLIVERO MARIA
nata a GRAVELLONA TOCE (VB) il 21/04/1944
codice fiscale: BRGLRM44D61E153B
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001

3)  PIASER ALBERTO
nato a MILANO (MI) il 07/06/0947
codice fiscale: PSRLRT47H07F205K
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- PRESIDENTE CONSIGLIO AMMINISTRAZIONE dal 20/04/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 07/05/2001
- CONSIGLIERE dal 20/04/2001
Durata in carica: 3 ESERCIZI

4)  BENNANI VITTORIO
nato a MODENA (MO) il 07/05/1938
codice fiscale: BNNVTR38E07F257C
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121

**CAMERA DI COMMERCIO**
**INDUSTRIA ARTIGIANATO E AGRICOLTURA**
**DI MILANO**

Prot.:VIW/57656/2004/CMI1630                                        27/4/2004

- PRESIDENTE DEL COLLEGIO SINDACALE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

5)  ZINGALES RICCARDO
nato a MILANO (MI) il 22/10/1960
codice fiscale: ZNGRCR60R22F205N
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

6)  MACCHIORLATTI VIGNAT LUIGI
nato a TORINO (TO) il 25/09/1963
codice fiscale: MCCLGU63P25L219P
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO EFFETTIVO dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

7)  BENEDETTI GIANCARLO
nato a MILANO (MI) il 02/03/1939
codice fiscale: BNDGCR39C02F205T
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

8)  COLOMBO MASSIMO
nato a TREZZO SULL'ADDA (MI) il 24/04/1961
codice fiscale: CLMMSM61D24L411V
residente a: MILANO (MI) VIA CIOVASSINO 1 CAP 20121
- SINDACO SUPPLENTE dal 20/04/2001
Durata in carica: 3 ESERCIZI
REGISTRO DEI REVISORI CONTABILI
n. 31 BIS del 21/04/1995
Rilasciata dall'ente MINISTERO DI GRAZIA E GIUSTIZIA

9)  AGOSTINO VITTORIO
nato a GENOVA (GE) il 23/04/1935
codice fiscale: GSTVTR35D23D969W
residente a: CHIAVARI (GE) VIA S. ANDREA DI ROVERETO 59/A CAP 16043
firma depositata
- AMMINISTRATORE DELEGATO dal 15/05/2001
Durata in carica: 3 ESERCIZI
Data presentazione carica 06/06/2001
I PIU' AMPI POTERI AFFINCHE' ABBIA A RAPPRESENTARE LA SOCIETA', CON FIRMA
SINGOLA, DAVANTI A QUALSIASI AUTORITA' POLITICA ED AMMINISTRATIVA, NONCHE'
DAVANTI A TUTTI GLI UFFICI PUBBLICI E PRIVATI ED AI TERZI IN GENERE, IN TUTTI
GLI AFFARI DI ORDINARIA AMMINISTRAZIONE CHE, QUI DI SEGUITO SI ELENCANO IN VIA

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

Per i certificati in **bollo** l'imposta è assolta in modo virtuale (autorizzazione Intendenza di Finanza di Milano n. 6743 dell' 11/9/78). I certificati in **carta libera** sono rilasciati per gli usi per i quali la legge non prescrive il bollo. I diritti di **segreteria** sono riscossi in conformità alla normativa vigente alla data di rilascio del certificato. - I certificati autorizzati - emessi in originale direttamente dall'elaboratore elettronico - sono siglati dall'incaricato addetto al terminale.

CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

Prot.:VIW/57656/2004/CMI1630                                    27/4/2004

ESEMPLIFICATIVA E NON ESAUSTIVA: A) ACQUISTARE, VENDERE E PERMUTARE MERCI,
MACCHINE, STRUMENTI, AUTOMEZZI E BENI MOBILI IN GENERE, STIPULARE LOCAZIONI
FINANZIARE DI BENI MOBILI E DI AUTOVETTURE E STIPULARE, CONCLUDERE, FIRMARE
CONTRATTI DI FACTORING, FARE E RICEVERE I RELATIVI PAGAMENTI, EMETTERE,
INCASSARE E QUIETANZARE FATTURE; B) RAPPRESENTARE O FAR RAPPRESENTARE LA
SOCIETA' COME SOCIO NELLE ASSEMBLEE DI ALTRE SOCIETA'; E) APRIRE E CHIUDERE
CONTI BANCARI E IN SPECIE CONTI CORRENTI INTESTATI ALLA SOCIETA', DEFINENDONE
TUTTE LE CONDIZIONI; GIRARE ASSEGNI BANCARI, EMETTERE ASSEGNI SU CONTI CORRENTI
ANCHE PASSIVI, NEI LIMITI DEI FIDI ED APERTURE DI CREDITO CONCESSI; UTILIZZARE
CONTI BANCARI IN QUALSIASI FORMA, ESEGUIRE DEPOSITI DI TITOLI E VALORI,
PRELEVARLI, COMPIERE OGNI OPERAZIONE BANCARIA ANCHE ALLO SCOPERTO NEI LIMITI
DEI FIDI CONCESSI ALLA SOCIETA'; D) ACCETTARE, GIRARE, INCASSARE E QUIETANZARE
EFFETTI CAMBIARI, WARRANTS E FEDI DI DEPOSITO, EMETTERE TRATTE SUI DEBITORI;
E) RAPPRESENTARE LA SOCIETA' PRESSO QUALSIASI UFFICIO CENTRALE E PERIFERICO DEL
MEDIOCREDITO CENTRALE E QUALSIASI ALTRO ISTITUTO DI CREDITO A MEDIO TERMINE;
F) ESIGERE E CEDERE CREDITI A QUALSIASI TITOLO E PER QUALSIASI IMPORTO
PROSOLUTO E PROSOLVENDO, RISCUOTERE SOMME, MANDATI DI PAGAMENTO, TITOLI DI
STATO, VAGLIA, ASSEGNI DI QUALUNQUE SPECIE, DEPOSITI CAUZIONALI, FARE QUALSIASI
OPERAZIONE NESSUNA ESCLUSA OD ECCETTUATA PRESSO L'ISTITUTO DI EMISSIONE, LA
CASSA DEPOSITI E PRESTITI, LE TESORERIE DELLO STATO, LA PUBBLICA
AMMINISTRAZIONE E GLI ENTI PUBBLICI IN GENERE, GLI UFFICI POSTALI E TELEGRAFICI
E QUALUNQUE ALTRO UFFICIO PUBBLICO O PRIVATO, RILASCIARE QUIETANZE E DISCARICHI;
G) RAPPRESENTARE LA SOCIETA' IN ITALIA E ALL'ESTERO PRESSO L'AMMINISTRAZIONE
DELLO STATO, GLI UFFICI PUBBLICI E PRIVATI E PRESSO OGNI ALTRA AUTORITA',
COMPRESE QUELLE VALUTARIE E TRIBUTARIE, LE ORGANIZZAZIONI DI CATEGORIA E
SINDACALI, LE DOGANE, LE IMPRESE FERROVIARIE, DI NAVIGAZIONE E DI TRASPORTI IN
GENERE, GLI UFFICI POSTALI E TELEGRAFICI, I MAGAZZINI DI DEPOSITO IN TUTTE LE
OPERAZIONI DI SPEDIZIONE, SVINCOLO E RITIRO DI MERCI, VALORI, PACCHI, EFFETTI,
LETTERE ANCHE RACCOMANDATE ED ASSICURATE E DI OGNI ALTRA SPECIE; H) ASSUMERE
APPALTI E FORNITURE E COMPIERE TUTTE LE OPERAZIONI E STIPULARE TUTTI GLI ATTI E
CONTRATTI INERENTI NEI CONFRONTI DEGLI ENTI INTERESSATI; I) STIPULARE
TRANSAZIONI, COMPROMETTERE IN ARBITRI ANCHE AMICHEVOLI COMPOSITORI, PROPORRE
ISTANZE E INOLTRARE RICORSI, RECLAMI, CHIEDERE RIMBORSI, ADDIVENIRE A
CONCORDATI FISCALI, ESPERIRE AZIONI IN SEDE AMMINISTRATIVA E GIUDIZIARIA IN
OGNI GRADO ANCHE PER GIUDIZI DI REVOCAZIONE E CASSAZIONE, NOMINARE AVVOCATI E
PROCURATORI ALLE LITI; RAPPRESENTARE LA SOCIETA' PRESSO LE AUTORITA' DI
QUALSIASI SPECIE, COMPRESE LE AUTORITA' GIUDIZIARIE E TRIBUTARIE, ANCHE IN
TUTTI I GIUDIZI RELATIVI A CONTROVERSIE DI LAVORO ED IN MATERIA DI PREVIDENZA O
DI ASSISTENZA OBBLIGATORIE, CON IL POTERE DI RISPONDERE ALL'INTERROGATORIO
LIBERO SUI FATTI DI CAUSA CON FACOLTA' DI CONCILIARE E TRANSIGERE LE SINGOLE
CONTROVERSIE; J) RAPPRESENTARE LA SOCIETA' PER TUTTO QUANTO ATTIENE A VERIFICHE
FISCALI ED OPPORTUNE FACOLTA' E PARTICOLARMENTE CON LE PIU' AMPIE FACOLTA' E
PARTICOLARMENTE CON QUELLA DI SOTTOSCRIVERE IL RELATIVO VERBALE; K) PROCEDERE
ALLA NOMINA DI ESPERTI, CONSULENTI, PERITI DI PARTE, AFFIDARE INCARICHI
PROFESSIONALI NELL'INTERESSE DELLA SOCIETA'; L) FAR ELEVARE PROTESTI, INTIMARE
PRECETTI, PROCEDERE AD ATTI CONSERVATIVI ED ESECUTIVI, CURARNE OCCORRENDO LA
REVOCA, RAPPRESENTARE LA SOCIETA' IN PROCEDURE DI FALLIMENTO, CONCORDATI E
PROCEDURE CONCORSUALI IN GENERE, PROMUOVERE DICHIARAZIONI DI FALLIMENTO ED
INSINUARE NELLE PROCEDURE CONCORSUALI CREDITI DELLA SOCIETA' DICHIARANDONE LA
VERIDICITA'; M) STIPULARE ACCORDI SINDACALI E DI LAVORO, ASSUMERE E LICENZIARE
PERSONALE, DETERMINANDONE LE ATTRIBUZIONI E LE RETRIBUZIONI. EGLI POTRA' INOLTRE
SOSTITUIRE A SE' ALTRI CON PIU' LIMITATI POTERI, NOMINANDO PROCURATORI PER
DETERMINATI ATTI O CATEGORIE DI ATTI DI ORDINARIA AMMINISTRAZIONE.
ALL'AMMINISTRATORE DELEGATO, DOTT. VITTORIO AGOSTINO, ED AL CONSIGLIERE DOTT.
OLIVIERO MARIA BREGA, CONGIUNTAMENTE TRA LORO, TUTTI I POTERI DI STRAORDINARIA
AMMINISTRAZIONE SALVO QUELLI RISERVATI PER LEGGE O PER STATUTO AL CONSIGLIO DI
AMMINISTRAZIONE CON FACOLTA' DI SOSTITUIRE A LORO ALTRI CON PIU' LIMITATI
POTERI, NOMINANDO PROCURATORI PER DETERMINATI ATTI O CATEGORIE DI ATTI.

STAMPATO SU CARTA DI SICUREZZA FILIGRANATA DELLA C.C.I.A.A.

CAMERA DI COMMERCIO
INDUSTRIA ARTIGIANATO E AGRICOLTURA
DI MILANO

```
Prot.:VIW/57656/2004/CMI1630                                    27/4/2004


- CONSIGLIERE dal 24/06/2002
Durata in carica: 2 ESERCIZI

RISCOSSI PER DIRITTI            EURO    4,00
TOTALE                          EURO    4,00
TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 7745


*** fine visura ***
```

Pagina 5/ 5

Per i certificati in **bollo** l'imposta è assolta in modo virtuale (autorizzazione Intendenza di Finanza di Milano n. 6743 dell' 11/9/78). I certificati in **carta libera** sono rilasciati per gli usi per i quali la legge non prescrive il bollo. I diritti di **segreteria** sono riscossi in conformità alla normativa vigente alla data di rilascio del certificato. - I certificati autorizzati - emessi in originale direttamente dall'elaboratore elettronico - sono siglati dall'incaricato addetto al terminale