

## CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
## VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594648 - telex 480096 CAMVER - PARTITA I.V.A E CODICE FISCALE N. 00853240234

Prot.:CEW/12837/2004/CVR0352                                        26/10/2004

```
        CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO AGRICOLTURA DI VERONA
                      - UFFICIO REGISTRO DELLE IMPRESE -

            CERTIFICATO DI ISCRIZIONE NELLA SEZIONE ORDINARIA ABBREVIATO

                          DATI IDENTIFICATIVI DELL'IMPRESA

Codice fiscale e numero d'iscrizione: 03840090371
del Registro delle Imprese di VERONA
data di iscrizione: 19/02/1996

Iscritta nella sezione ORDINARIA                              il 19/02/1996

Iscritta con il numero Repertorio Economico Amministrativo 220662  il 13/11/1989

Denominazione: FOOD MACHINERY MEDIUM VOLUME S.P.A.

Forma giuridica: SOCIETA'  PER AZIONI CON UNICO SOCIO

Sede:
SAN BONIFACIO (VR) VIA CAMPOROSOLO, 198 CAP 37047

Costituita con atto del 06/12/1988
                       INFORMAZIONI PATRIMONIALI E FINANZIARIE

Capitale Sociale in EURO:
deliberato         3.000.000,00
sottoscritto       3.000.000,00
versato            3.000.000,00
                     SCIOGLIMENTO E PROCEDURE CONCORSUALI

Impresa in SCIOGLIMENTO E LIQUIDAZIONE con atto del  24/06/2002

Il presente certificato riporta le notizie/dati iscritti nel Registro alla data
odierna.

IMPOSTA DI BOLLO ASSOLTA IN MODO VIRTUALE. AUTORIZZAZIONE DELL'INTENDENZA DI
FINANZA DI VERONA N. 6629-83 DEL 5-4-1983.

RISCOSSI PER NR BOLLI    1    EURO    11,00
         PER DIRITTI          EURO     5,00
TOTALE                        EURO    16,00
TOTALE CON GLI IMPORTI ESPRESSI IN LIRE: 30980

SI DICHIARA INOLTRE CHE A CARICO DELLA PREDETTA DITTA NON RISULTA
PERVENUTA NEGLI ULTIMI 5 ANNI A QUESTO UFFICIO DICHIARAZIONE DI
FALLIMENTO, LIQUIDAZIONE AMMINISTRATIVA COATTA, AMMISSIONE IN CONCORDATO
O AMMINISTRAZIONE CONTROLLATA
                                P. IL CONSERVATORE
                                DR. PIETRO SCOLA
                                MARIA ADELINA ZANON
```

Pagina 1/ 2



## CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA
## VERONA

Corso Porta Nuova 96 - Tel. 045/8085011 - Fax 045/594648 - telex 480096 CAMVER - PARTITA I.V.A. E CODICE FISCALE N. 00653240234

Prot.:CEW/12837/2004/CVR0352           26/10/2004

\*\*\* fine certificato \*\*\*



Pagina 2/ 2

26/10 '04 MAR 10:56  [NR.TX/RX 7622]  ☒003