

ANNUAL REPORT

# CIR S.p.A.

# Statutory Financial Statements as of December 31, 2003

## BALANCE SHEET
*(in Euro)*

| ASSETS | | 12.31.2003 | 12.31.2002 |
|---|---|---:|---:|
| **A)** | **SHAREHOLDER RECEIVABLES FOR PAYMENTS OUTSTANDING** | | |
| | Called portion | .. | .. |
| | Uncalled portion | .. | .. |
| **TOTAL SHAREHOLDER RECEIVABLES (A)** | | .. | .. |
| **B)** | **FIXED ASSETS** | | |
| **I** | **Intangible assets** | | |
| 1 | Start-up and expansion costs | .. | .. |
| 2 | Research, development and advertising costs | .. | .. |
| 3 | Industrial patent rights and intellectual property rights | .. | .. |
| 4 | Concessions, licenses, trademarks and similar rights | 7,651 | 37,595 |
| 5 | Goodwill | .. | .. |
| 6 | Assets in process and advance payments | 42,000 | .. |
| 7 | Other | 34,297 | 54,877 |
| **Total intangible assets (BI)** | | 83,948 | 92,472 |
| **II** | **Tangible assets** | | |
| 1 | Land and buildings | 1,108,278 | 15,584,423 |
| 2 | Equipment and machinery | 2,783 | 38,307 |
| 3 | Industrial and commercial equipment | .. | .. |
| 4 | Other assets | 886,468 | 907,418 |
| 5 | Assets in process and advance payments | 11,370,061 | 8,917,673 |
| **Total tangible assets (BII)** | | 13,367,590 | 25,447,821 |
| **III** | **Financial assets** | | |
| 1 | Equity investments in: | | |
| | a. subsidiaries | 668,984,279 | 664,175,581 |
| | b. affiliates | .. | .. |
| | c. parent companies | .. | .. |
| | d. other companies | 162,571 | 162,571 |
| | *Total equity investments (1)* | 669,146,850 | 664,338,152 |
| 2 | Accounts receivable: * | | * |
| | a. subsidiaries | .. | .. |
| | b. affiliates | .. | .. |
| | c. parent companies | .. | .. |
| | d. other | 243,042 | 126,189 |
| | *Total accounts receivable (2)* | 243,042 | 126,189 |
| 3 | Other securities | .. | .. |
| 4 | Treasury stock | 22,811,002 ** | 22,811,002 |
| **Total financial assets (BIII)** | | 692,200,894 | 687,275,343 |
| **TOTAL FIXED ASSETS (B)** | | 705,652,432 | 712,815,636 |

\* amounts due within the following year
\*\* no. 9,795,000 shares, corresponding to € 4,897,500.00 nominal value

|   |   |   |   | 12.31.2003 |   | 12.31.2002 |
|---|---|---|---|---:|---|---:|
| C) | **CURRENT ASSETS** | | | | | |
| | I | **Inventories** | | | | |
| | | 1 | Raw materials, secondary materials and consumables | .. | | .. |
| | | 2 | Work in progress and semi-finished goods | .. | | .. |
| | | 3 | Contracted work in progress | .. | | .. |
| | | 4 | Finished goods and merchandise | .. | | .. |
| | | 5 | Advance payments | .. | | .. |
| | **Total inventories (CI)** | | | .. | | .. |
| | II | **Accounts receivable** | * | | * | |
| | | 1 | Clients | .. 56,695 | | .. 100,883 |
| | | 2 | Subsidiaries | .. .. | | .. 5,229 |
| | | 3 | Affiliates | .. .. | | .. .. |
| | | 4 | Parent companies | .. .. | | .. .. |
| | | 5 | Other | .. 30,571,790 | | .. 31,742,654 |
| | **Total accounts receivable (CII)** | | | .. 30,628,485 | | .. 31,848,766 |
| | III | **Financial assets which are not classified as fixed assets** | | | | |
| | | 1 | Equity investments in subsidiaries | .. | | .. |
| | | 2 | Equity investments in affiliates | .. | | .. |
| | | 3 | Equity investments in parent companies | .. | | .. |
| | | 4 | Other equity investments | 631,173 | | 29,204,720 |
| | | 5 | Treasury stock | .. | | .. |
| | | 6 | Other securities | 80,456,364 | | 20,127,808 |
| | | 7 | Financial receivables - subsidiaries | 15,817,788 | | 20,281,820 |
| | | 8 | Financial receivables - affiliates | .. | | .. |
| | | 9 | Financial receivables - others | .. | | .. |
| | **Total financial assets (CIII)** | | | 96,905,325 | | 69,614,348 |
| | IV | **Cash and cash equivalents** | | | | |
| | | 1 | Bank and post office deposits | 114,188,272 | | 106,719,020 |
| | | 2 | Checks | .. | | .. |
| | | 3 | Cash and valuables on hand | 11,819 | | 11,798 |
| | **Total cash and cash equivalents (CIV)** | | | 114,200,091 | | 106,730,818 |
| **TOTAL CURRENT ASSETS (C)** | | | | 241,733,901 | | 208,193,932 |
| D) | **ACCRUED INCOME AND PREPAID EXPENSES** | | | | | |
| | | 1 | Bond issuance premiums and other similar loan costs | .. | | .. |
| | | 2 | Other accrued income and prepaid expenses | 803,795 | | 3,571,843 |
| **TOTAL ACCRUED INCOME AND PREPAID EXPENSES (D)** | | | | 803,795 | | 3,571,843 |
| **TOTAL ASSETS (A + B + C + D)** | | | | 948,190,128 | | 924,581,411 |

\* *amounts due beyond the following year*

**BALANCE SHEET**
*(in Euro)*

| | LIABILITIES AND SHAREHOLDERS' EQUITY | | 12.31.2003 | | 12.31.2002 |
|---|---|---:|---:|---:|---:|
| A) | **SHAREHOLDERS' EQUITY** | | | | |
| | I   Share capital | | 385,185,795 | | 385,185,795 |
| | II  Additional paid-in capital | | 3,699,415 | | 3,699,415 |
| | III Revaluation reserves | | .. | | .. |
| | IV  Legal reserve | | 115,969,308 | | 115,969,308 |
| | V   Reserve for treasury stock held | | 22,811,002 | | 22,811,002 |
| | VI  Statutory reserves | | 20,788 | | 20,788 |
| | VII Other reserves | | 260,583,840 | | 227,810,777 |
| | VIII Retained earnings (losses) | | 23,547,508 | | 25,089,462 |
| | IX  Net income (loss) for the period | | 62,838,611 | | 68,166,642 |
| | **TOTAL SHAREHOLDERS' EQUITY (A)** | | 874,656,267 | | 848,753,189 |
| B) | **RESERVES FOR RISKS AND LOSSES** | | | | |
| | 1  For retirement and similar obligations | | .. | | .. |
| | 2  For taxes | | 700,000 | | 3,495,866 |
| | 3  Other | | 4,526,180 | | 4,234,311 |
| | **TOTAL RESERVES FOR RISKS AND LOSSES (B)** | | 5,226,180 | | 7,730,177 |
| C) | **EMPLOYEE SEVERANCE INDEMNITY FUND** | | 1,348,371 | | 1,226,005 |
| D) | **ACCOUNTS PAYABLE** | * | | * | |
| | 1  Bonds | .. | .. | .. | .. |
| | 2  Convertible bonds | .. | .. | .. | .. |
| | 3  Loans from banks | .. | 45,000,000 | 40,000,000 | 42,310,000 |
| | 4  Loans from other financial institutions | .. | .. | .. | .. |
| | 5  Advance payments | .. | .. | .. | 2,970,000 |
| | 6  Trade payables | .. | 728,721 | .. | 864,838 |
| | 7  Notes payable | .. | .. | .. | .. |
| | 8  Payables - subsidiaries | .. | 12,053,910 | .. | 11,590,299 |
| | 9  Payables - affiliates | .. | .. | .. | .. |
| | 10 Payables - parent companies | .. | .. | .. | .. |
| | 11 Taxes payable | 1,543,748 | 4,075,950 | .. | 569,632 |
| | 12 Social security payables | .. | 158,517 | .. | 114,990 |
| | 13 Other payables | .. | 4,559,010 | .. | 3,478,702 |
| | **TOTAL ACCOUNTS PAYABLE (D)** | 1,543,748 | 66,576,108 | 40,000,000 | 61,898,461 |
| E) | **ACCRUED EXPENSES AND DEFERRED INCOME** | | | | |
| | 1  Bond issuance premiums | | .. | | .. |
| | 2  Other accrued expenses and deferred income | | 383,202 | | 4,973,579 |
| | **TOTAL ACCRUED EXPENSES AND DEFERRED INCOME (E)** | | 383,202 | | 4,973,579 |
| | **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY (A+B+C+D+E)** | | 948,190,128 | | 924,581,411 |

\*   *amounts due beyond the following year*

MEMO ACCOUNTS
*(in Euro)*

|   |   |   | 12.31.2003 | 12.31.2002 |
|---|---|---|---:|---:|
| 1 | **Guarantees issued** | | | |
|   | a) | Guarantees on behalf of: | | |
|   |   | · subsidiaries | 804,256,527 | 807,455,760 |
|   |   | · affiliates | .. | .. |
|   |   | · parent companies | .. | .. |
|   |   | · subsidiaries of parent companies | .. | .. |
|   |   | · other | 13,764,006 | 19,038,668 |
|   | b) | Bill guarantees on behalf of: | | |
|   |   | · subsidiaries | .. | .. |
|   |   | · affiliates | .. | .. |
|   |   | · parent companies | .. | .. |
|   |   | · subsidiaries of parent companies | .. | .. |
|   |   | · other | .. | .. |
|   | c) | Other guarantees on behalf of: | | |
|   |   | · subsidiaries | 343,264,199 | 376,999,516 |
|   |   | · affiliates | .. | .. |
|   |   | · parent companies | .. | .. |
|   |   | · subsidiaries of parent companies | .. | .. |
|   |   | · other | 5,421,116 | .. |
|   | **Total guarantees issued (1)** | | **1,166,705,848** | **1,203,493,944** |
| 2 | **Collateral security provided** | | | |
|   | a) | For loans and other third-party obligations: | | |
|   |   | · subsidiaries | .. | .. |
|   |   | · affiliates | .. | .. |
|   |   | · parent companies | .. | .. |
|   |   | · subsidiaries of parent companies | .. | .. |
|   |   | · other | .. | .. |
|   | b) | For debt shown in the balance sheet | .. | .. |
|   | c) | For other company obligations | .. | .. |
|   | **Total collateral security provided (2)** | | .. | .. |
| 3 | **Commitments** | | | |
|   | a) | To purchase | 7,659,000 | 23,725,000 |
|   | b) | To sell | .. | 33,264,165 |
|   | c) | Other | .. | .. |
|   | **Total commitments (3)** | | **7,659,000** | **56,989,165** |

## STATEMENT OF INCOME
*(in Euro)*

| | | | 2003 | | 2002 |
|---|---|---|---:|---|---:|
| **A)** | **VALUE OF PRODUCTION** | | | | |
| 1 | Revenues from sales and services | | .. | | .. |
| 2 | Change in inventories of work in progress, semi-finished and finished goods + (-) | | .. | | .. |
| 3 | Change in contracted work in progress + (-) | | .. | | .. |
| 4 | Additions to internally produced fixed assets | | .. | | .. |
| 5 | Other revenues and income: | | | | |
| | a. operating grants | .. | | .. | |
| | b. other | 6,128,905 | | 7,925,586 | |
| | Total other revenues and income (5) | | 6,128,905 | | 7,925,586 |
| | **TOTAL VALUE OF PRODUCTION (A)** | | 6,128,905 | | 7,925,586 |
| **B)** | **COSTS OF PRODUCTION** | | | | |
| 6 | Raw materials, secondary materials, consumables and goods | | .. | | .. |
| 7 | Services | | 8,173,154 | | 7,083,104 |
| 8 | Lease and rental expenses | | 291,838 | | 248,434 |
| 9 | Personnel expenses: | | | | |
| | a. salaries and wages | 2,494,838 | | 2,463,752 | |
| | b. social security contributions | 763,974 | | 607,740 | |
| | c. severance indemnity | 211,106 | | 203,724 | |
| | d. retirement and similar benefits | .. | | .. | |
| | e. other expenses | .. | | .. | |
| | Total personnel expenses (9) | | 3,469,918 | | 3,275,216 |
| 10 | Amortization, depreciation and write-downs: | | | | |
| | a. amortization of intangible assets | 34,043 | | 40,549 | |
| | b. depreciation of tangible assets | 220,662 | | 1,222,575 | |
| | c. other write-downs of fixed assets | 18,623 | | .. | |
| | d. write-downs of accounts receivable included in current assets and of cash and cash equivalents | .. | | .. | |
| | Total amortization, depreciation and write-downs (10) | | 273,328 | | 1,263,124 |
| 11 | Change in inventories of raw materials, secondary materials, consumables and goods (+) - | | .. | | .. |
| 12 | Risk provisions | | 2,313,712 | | 2,265,426 |
| 13 | Other provisions | | .. | | .. |
| 14 | Miscellaneous operating costs | | 1,581,005 | | 1,402,530 |
| | **TOTAL COSTS OF PRODUCTION (B)** | | 16,102,955 | | 15,537,834 |
| | **OPERATING INCOME (A-B)** | | (9,974,050) | | (7,612,248) |
| **C)** | **FINANCIAL INCOME AND EXPENSES** | | | | |
| 15 | Income from equity investments in: | | | | |
| | a. subsidiaries | 137,223,528 | | 47,888,189 | |
| | b. affiliates | .. | | .. | |
| | c. other companies | 16,097,657 | | 19,812,231 | |
| | Total income from equity investments (15) | | 153,321,185 | | 67,700,420 |
| 16 | Other financial income: | | | | |
| | a. *from receivables included in fixed assets:* | | | | |
| | - subsidiaries | .. | | .. | |
| | - affiliates | .. | | .. | |
| | - parent companies | .. | | .. | |
| | - other companies | .. | | .. | |
| | *Total from receivables included in fixed assets (a)* | .. | | .. | |
| | b. from securities included in fixed assets which are not classified as equity investments | .. | | .. | |
| | c. from securities included in current assets which are not classified as equity investments | 1,082,776 | | 1,072,545 | |
| | d. *income other than the above:* | | | | |
| | - interest and commissions from subsidiaries | 719,512 | | 935,305 | |
| | - interest and commissions from affiliates | .. | | .. | |
| | - interest and commissions from parent companies | .. | | .. | |
| | - interest and commissions from others and miscellaneous income | 2,448,493 | | 4,947,137 | |
| | *Total income other than the above (d)* | 3,168,005 | | 5,882,442 | |
| | Total other financial income (16) (a+b+c+d) | | 4,250,781 | | 6,954,987 |

## STATEMENT OF INCOME
*(in Euro)*

|   |   |   | 2003 | 2002 |
|---|---|---|---:|---:|
| **C)** | **FINANCIAL INCOME AND EXPENSES** (continued) | | | |
| 17 | Interest and other financial expenses: | | | |
|  | a. | subsidiaries | 2,863,612 | 2,830,940 |
|  | b. | affiliates | .. | .. |
|  | c. | parent companies | .. | .. |
|  | d. | others | 9,969,445 | 16,170,919 |
|  | | Total interest and other financial expenses (17) | 12,833,057 | 19,001,859 |
| | **TOTAL FINANCIAL INCOME AND EXPENSES (C) (15+16-17)** | | 144,738,909 | 55,653,548 |
| **D)** | **ADJUSTMENTS TO THE VALUE OF FINANCIAL ASSETS** | | | |
| 18 | Revaluation: | | | |
|  | a. | of equity investments | 62,366,700 | 70,689,946 |
|  | b. | of financial fixed assets which are not classified as equity investments | .. | .. |
|  | c. | of securities included in current assets which are not classified as equity investments | .. | .. |
|  | | Total revaluation (18) | 62,366,700 | 70,689,946 |
| 19 | Write-downs: | | | |
|  | a. | of equity investments | 115,675,412 | 49,111,160 |
|  | b. | of financial fixed assets which are not classified as equity investments | .. | .. |
|  | c. | of securities included in current assets which are not classified as equity investments | 35,308 | .. |
|  | d. | of financial receivables | .. | .. |
|  | | Total write-downs (19) | 115,710,720 | 49,111,160 |
| | **TOTAL ADJUSTMENTS TO THE VALUE OF FINANCIAL ASSETS (D) (18-19)** | | (53,344,020) | 21,578,786 |
| **E)** | **EXTRAORDINARY GAINS AND LOSSES** | | | |
| 20 | Gains: | | | |
|  | a. | capital gains from disposal of assets | 15,597,974 | 1,389,641 |
|  | b. | other gains | 27,986 | 56,924 |
|  | | Total gains (20) | 15,625,960 | 1,446,565 |
| 21 | Losses | | | |
|  | a. | capital losses from disposal of assets | .. | 9 |
|  | b. | taxes from prior periods | 629,402 | 1,500,000 |
|  | c. | other losses | 6,078,786 | .. |
|  | | Total losses (21) | 6,708,188 | 1,500,009 |
| | **TOTAL EXTRAORDINARY GAINS AND LOSSES (E) (20-21)** | | 8,917,772 | (53,444) |
| | **INCOME (LOSS) BEFORE TAXES (A-B+C+D+E)** | | 90,338,611 | 69,566,642 |
| 22 | Income taxes for the period | | | |
|  | a. | current taxes | (24,400,000) | (8,100,000) |
|  | b. | deferred taxes | (3,100,000) | 6,700,000 |
| 23 | **Net income (loss) for the year** | | 62,838,611 | 68,166,642 |