UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA : | 303 CV 597 MRK |
| : | |
| V. : | |
| : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| AS SUCCESSOR IN INTEREST BY MERGER : | |
| TO SASIB NORTH AMERICA, INC., AS : | |
| SUCCESSOR IN INTEREST BY MERGER TO : | |
| SASIB BAKERY NORTH AMERICA, INC. : | |
| _____ : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
|     THIRD-PARTY PLAINTIFF : | |
| V. : | |
| SASIB FOOD MACHINERY MV, S.P.A., : | |
| SASIB BAKERY ITALIA, S.P.A., : | |
| DRY PRODUCTS, S.P.A., AND : | |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : | |
|     THIRD-PARTY DEFENDANTS : | November 16, 2004 |

**THIRD PARTY PLAINTIFF'S MOTION FOR LEAVE TO SERVE MORE THAN 25 INTERROGATORIES AND MEMORANDUM OF LAW IN SUPPORT THEROF**

The third-party plaintiff, Sig Simonazzi North America, Inc. ("SSNA"), hereby moves, pursuant to Rules 26(b)(2) and 33(a) of the Federal Rules of Civil Procedure ("F.R.C.P."), for an Order granting plaintiffs leave to serve more than 25 interrogatories, upon the third-party defendants Dry Products, S.p.A. and Compagnie Industriali Riunite,

08742.0583

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

S.p.A. in this matter. Copies of the proposed interrogatories are attached hereto as Exhibits A through B.[1]

Leave to serve additional interrogatories shall be granted to the extent consistent with the principles of Rule 26(b)(2) of the Federal Rules of Civil Procedure. See D. Conn. L. Civ. R 33(a); see also Fed. R. Civ. P. 22(a), 26(b)(2). The point of requiring leave of court to serve additional interrogatories is to permit the court to examine the situation before the parties propound excessive interrogatories. See Fed R. Civ. P. 33(a) advisory committee's note (1993); *Capacchione v. Charlotte-Mecklenburg Sch.*, 182 F.R.D. 486, 492 (W.D.N.C. 1998). SSNA's Motion should be granted because the interrogatories propounded comply with the spirit and intent of Rule 26(b)(2) of the Federal Rules of Civil Procedure.

On April 2, 2003, the plaintiff, Bill L. Gouveia, as Administrator of the Estate of Jose Guerra (the "Plaintiff"), filed this action against SSNA for fatal injuries resulting from an April 27, 2001, incident. Plaintiff alleges that Jose Guerra (the "Decedent") was fatally injured while allegedly working at the Chaves Bakery in Bridgeport, Connecticut, when a bakery machine struck the Decedent. He has asserted a products liability claim under C.G.S. § 52-572n of the Connecticut General Statutes. The Plaintiff alleges that SSNA is responsible for the defective bakery machine and for failure to warn of such a defect, as well as for breach of implied warranties and representations.

---

[1] In an effort to conserve resources, copies of Exhibits A through B (Interrogatories directed to Dry Products, S.p.A. and Compagnie Riunite, S.p.A., respectively) have been served separately on all parties and are only attached to this Motion, which is being filed with the court.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

Based upon its investigation, SSNA believes that four Italian corporations share whatever responsibility may exist in this matter. It believes that Sasib Food Machinery MV, S.p.A., and Sasib Bakery Italia, S.p.A., participated in whole or in part, in the design, manufacture, assembly, and/or sale of the bakery machine involved in this case. Likewise, SSNA believes that Dry Products, S.p.A. and Compagnie Industriali Riunite have assumed the liabilities of Sasib Food Machinery MV, S.p.A., and Sasib Bakery Italia, S.p.A. SSNA served the four Italian corporations with a Third-Party Complaint, and the four Italian corporations have appeared in and answered the Third-Party Complaint.

On or about October 29, 2004, Dry Products, S.p.A. and Compagnie Industriali Riunite filed their Motion for Summary Judgment claiming, <u>inter alia</u>, that the Court has no personal jurisdiction over Dry Products, S.p.A. and Compagnie Industriali Riunite. The proposed interrogatories are designed to focus the issues and discovery with regard to personal jurisdiction over Dry Products, S.p.A. and Compagnie Industriali Riunite.

If leave is granted to SSNA to serve interrogatories in excess of 25 interrogatories, SSNA will be allowed to conduct discovery regarding personal jurisdiction in as an efficient and directed manner as possible.

Given the complexities and nature of the claims and defenses in this action, SSNA submits that these interrogatories are not overly burdensome. Thus, it is

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

submitted that leave to submit more than 25 interrogatories should be granted, and that SSNA should be allowed to serve the proposed interrogatories as attached.

WHEREFORE, it is respectfully requested that the court grant this Motion for Leave to Serve More than 25 Interrogatories.

                THE DEFENDANT,
                SIG SIMONAZZI NORTH AMERICA, INC.

By_____
   Joseph G. Fortner, Jr. (#ct4602)
   Patrick M. Birney (#ct19875)
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 16th day of November, 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorney for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

                                                Patrick M. Birney

617189.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105