UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 MRK |
| | | |
| V. | : | |
| | | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | | |
| | : | |

| | | |
|---|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| THIRD-PARTY PLAINTIFF | : | |
| V. | : | |
| | | |
| SASIB FOOD MACHINERY MV, S.P.A., | : | |
| SASIB BAKERY ITALIA, S.P.A., | : | |
| DRY PRODUCTS, S.P.A., AND | : | |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. | : | |
| THIRD-PARTY DEFENDANTS | : | NOVEMBER 12, 2004 |

**THIRD PARTY PLAINTIFF'S SECOND SET OF
INTERROGATORIES DIRECTED TO THE THIRD-PARTY DEFENDANT
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the third-party

plaintiff, Sig Simonazzi North America, Inc., hereby requests that the third-party

defendant Compagnie Industriali Riunite, S.p.A. ("CIR"), answer all of the following

interrogatories under oath. Such answers are to be made within thirty (30) days of the

service hereof, at the offices of Halloran & Sage LLP, One Goodwin Square, 225

EXHIBIT B

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Asylum Street, Hartford, Connecticut 06103, or at such time or place as mutually agreed upon between the parties.

## DEFINITIONS AND INSTRUCTIONS

A.    "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(2) of the Civil Rules of the United States District Court for the District of Connecticut.  Not by way of limitation, but instead as examples, these terms mean papers or writings, including all drafts, and any mechanical or electronic recordings or records of any kind in your possession, custody, or under your control, wherever located, whether an original or a copy, including without limitation agreements, financial statements, invoices, minutes, memoranda, notes, records, interoffice communications, facsimile transmissions, tape or other recordings, microfilm, microfiche, letters, e-mails, photographs, drawings, specifications, data, reports, printed matter, publications, computer disks (whether or not removable), computer tapes, offers, bids, proposals or statements.  Any copy either containing or having attached thereto any alterations, notes, comments, or other material which is not included in the originals or copies referred to in the preceding sentence shall be deemed a separate document within the foregoing definition.

B.    The term "identify" is, in connection with a natural person, defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(3) of the Civil Rules of the United States District Court for the District of Connecticut.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

C.     The term "identify" means, in connection with a corporation, partnership, or company, to state the full name of the entity, its current or last known address, and to identify all natural persons known by you to be officers, agents, or employees of the entity.

D.     The term "identify" is, in connection with a document, defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(4) of the Civil Rules of the United States District Court for the District of Connecticut.

E.     The term "concerning" means relating to, referring to, describing, evidencing or constituting, as defined in Rule 26(c)(7) of the Civil Rules of the United States District Court for the District of Connecticut.

F.     "Communication" or "communications" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 26(c)(1) of the Civil Rules of the United States District Court for the District of Connecticut.  Not by way of limitation, but instead as examples, these terms mean document(s), telephone conversation(s), electronic mail or other tangible things causing information to be conveyed between persons or entities.

G.     "You" or "your" means CIR, all subsidiaries, divisions, affiliates, or other entities owned and controlled by CIR, its predecessors in interest, and all officers, directors, managers, attorneys, representatives, or employees of the third-party defendant.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

H.     If any communication is not identified because of a claim of privilege or work product, state: (1) the basis upon which the privilege is claimed; (2) the author of the document or participants in the communication; (3) each person to whom the document indicates the original or copy was sent; (4) the date of the document or communication; and (5) the general subject matter or the document or communication.

I.     The "Bakery Machine" means Bakery Line Bread and Roll Making Machine, model/order number 3444 CHA.

J.     The term "Sasib Bakery" means Sasib Bakery Italia, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

K.     The term "Sasib Food" means Sasib Food Machinery MV, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

L.    The term "Dry Products" means Dry Products, S.p.A., its agents or representatives, any entity or entities in which it currently has or formerly had an ownership interest, its or their predecessors or successors in interest, assigns, shareholders, officers, managers, directors, agents, employees, servants, general or limited partner or partnerships, subsidiaries, divisions, affiliates, and all persons acting on its behalf.

M.    These interrogatories constitute a continuing request, and thus, you are required to supplement your responses up to and including the time of trial, if additional information or documents are created, become known to you, or come into your possession, custody or control.

N.    In answering each interrogatory, identify each person who assisted in the preparation of your answers to these interrogatories.

## INTERROGATORIES

1.    State the total wholesale value of all products manufactured by you and shipped into Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.     State the total number of units manufactured by you and shipped into Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

3.     State the name and address of each person, corporation, partnership, or other firm to whom the units referred to in interrogatory No. 2 were shipped.

RESPONSE:

4.     State the length of time that you have engaged in business transactions with knowledge that its products would be delivered to Connecticut.

RESPONSE:

5.     State whether there has been any agreement or directive in force during the period between January 1, 2000 and the date that you answered these interrogatories setting a retail price for products manufactured by you.  If there has been such an agreement or directive in force during that time, state when the agreement or

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

checkpoint

directive was in force and what penalties, if any, attached to a violation of any such agreement or directive.

RESPONSE:

6.    State whether any products manufactured by you during the period between January 1, 2000 and the date that you answered these interrogatories have been shipped into Connecticut on consignment.  If so, state the name, address, and type of business of each person, corporation, partnership, or other firm to whom such products were consigned.

RESPONSE:

7.    List by type the products manufactured by you.  If you possess a brochure showing all of its manufactured products, the submission of one of those brochures to plaintiff will be deemed sufficient answer to this interrogatory.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8.    State with particularity the manner or method by which your products are distributed, channeled, consigned, or sold within Connecticut.

RESPONSE:

9.    State whether you ship your products to any jobbers, wholesalers, or distributors located outside Connecticut, and known by you to ship their products into Connecticut.  If the answer to this interrogatory is affirmative, state the name and address of any such jobber, wholesaler, or distributor and the number of products shipped into Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

10.    State whether you have purchased any goods in Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories. If the answer to this interrogatory is affirmative, state the date of those purchases and the name, address, and nature of business of each seller.

RESPONSE:

- 8 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11.    State the name and address of each person, firm, or agency carrying within Connecticut all or some of the parts required to repair products manufactured by you.

RESPONSE:

12.    State the name and address of each person, firm, or agency within Connecticut authorized to repair products manufactured by you.

RESPONSE:

13.    State whether you have any agreement or contract with any repair agency in Connecticut. If the answer to this interrogatory is affirmative, state the name and address of each repair agency.

RESPONSE:

14.    State the name, address, and nature of business of each person, firm, or agency located within Connecticut to whom you, during the period between January 1,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2000 and the date that you answered these interrogatories, have mailed, shipped, or in any manner delivered pamphlets, leaflets, circulars, or sales brochures pertaining to the products manufactured by you.

RESPONSE:


15.    State whether during the period between January 1, 2000 and the date that you answered these interrogatories you have sponsored any conventions, meetings, seminars, courses of instruction, sales promotion meetings, or any other meeting of any kind within Connecticut to which persons selling your products were invited to attend.  If the answer to this interrogatory is affirmative, state the places and dates on which those persons were invited to attend.

RESPONSE:


16.    If the answer to Interrogatory No. 15 is affirmative, state the name, address, and nature of business of each invitee.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

17.    If the answer to Interrogatory No. 15 is affirmative, state whether defendant reimburses those invitees for any expenses incurred in attending any of those meetings.

RESPONSE:

18.    State whether you have ever authorized any person, groups of persons, firm, or corporation to advertise as a distributor of products manufactured by you within Connecticut.

RESPONSE:

19.    State the name and date of each publication during the period between January 1, 2000 and the date that you answered these interrogatories carrying advertisements of products manufactured by you.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

20.    State whether any of the publications referred to in Interrogatory No. 19 were distributed within Connecticut.

RESPONSE:

21.    State the percentage of your advertising budget attributable or charged to advertising media seen, heard, or read within the State of Connecticut.

RESPONSE:

22.    State whether you have arrangements with any person or firm for contribution by you toward any advertising expenses incurred within Connecticut.  If the answer to this interrogatory is affirmative, state the name and address of each person or firm.

RESPONSE:

23.    State the number of business telephone calls, if any, made during the period between January 1, 2000 and the date that you answered these interrogatories by defendant or any of its officers or employees to any person or firm located within

- 12 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Connecticut, with the date of each call, the name of the person making the call, and the name of the person or firm to whom the call was made.

RESPONSE:

24.     State the number of business telephone calls, if any, received by you or from any person or firm within Connecticut made during the period between January 1, 2000 and the date that you answered these interrogatories, with the date on which each call was received, the name of the caller, and the name of the receiver.

RESPONSE:

25.     State the amount and nature of any correspondence sent by you or by any of your representatives into Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

26.     State the name and address of each person or firm, if any, in Connecticut, to whom business correspondence was directed by you or any of your representatives

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

during the period between January 1, 2000 and the date that you answered these interrogatories and the nature of any of that correspondence.

RESPONSE:

27.     State the name and address of each person or firm, if any, within Connecticut from whom business correspondence was received by defendant during the period between January 1, 2000 and the date that you answered these interrogatories and the nature of any of that correspondence.

RESPONSE:

28.     State the name, address, and nature of business of each person or firm, if any, located within Connecticut, who is or has been indebted in any way to you during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

29.    State the investments or deposits made, and the security interests in real and personal property held by you within Connecticut.

RESPONSE:

30.    State whether you ever entered into any contract executed within Connecticut or to be performed in whole or in part within Connecticut.

RESPONSE:

31.    If the answer to Interrogatory No. 30 is affirmative, state the name of each party to each contract, the nature of each contract, the date of execution of each contract, the place of execution, and the place of performance.

RESPONSE:

32.    State whether you ever commenced any legal actions within Connecticut.

RESPONSE:

- 15 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

33.     State whether you were ever a defendant in any civil or criminal action within Connecticut.

RESPONSE:

34.     If the answer to either Interrogatory No. 32 or No. 33 is affirmative, state the approximate date that the litigation was commenced, the names of the parties involved, and the general nature of the litigation.

RESPONSE:

35.     State whether you have paid or pay taxes of any kind to Connecticut or any political subdivision of that state.

RESPONSE:

36.     State whether you have owned or leased any real or personal property within Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories.  If the answer to this interrogatory is affirmative, state

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the nature of the property, the location of the property, the name of the seller or lessor of the property, and the time during which you owned or leased the property.

RESPONSE:

37.    State whether you have ever been authorized to do business in Connecticut. If the answer to this interrogatory is affirmative, state the period of time during which the authorization was in effect and the time and manner of any cancellation of that authorization.

RESPONSE:

38.    State whether you or any of your representatives have operated automobiles or trucks within Connecticut during the period between January 1, 2000 and the date that you answered these interrogatories. If the answer to this interrogatory is affirmative, state the number of trips per year into Connecticut and the purpose and duration of any of those trips.

RESPONSE:

- 17 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

39.     State the number of trips, if any, into Connecticut by any of you during the period between January 1, 2000 and the date that you answered these interrogatories, as well as the purpose and destination of any of those trips.

RESPONSE:

40.     State the name of each state in the United States to which you have shipped any of your products during the period between January 1, 2000 and the date that you answered these interrogatories.

RESPONSE:

41.     State the name of each state in the United States in which you are licensed or authorized by law to do business.

RESPONSE:

42.     State the name of each state in the United States in which you maintain an office.

- 18 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPONSE:


43.     State the name of each state in the United States in which you own or lease any warehouse space.

RESPONSE:


44.     State the name of each state in the United States in which you have any agents and describe the nature of the agency involved.

RESPONSE:


45.     State the name of each state in the United States in which you own any property, real or personal.

RESPONSE:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT,
SIG SIMONAZZI NORTH AMERICA, INC.


By

    Joseph G. Fortner, Jr. (#ct4602)
    Patrick M. Birney (#ct19875)
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

I hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____

Compagnie Industriali Riunite, S.p.A.

Subscribed and sworn to before me this _____ day of _____ 2004.

_____

Notary Public/
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that on this ___ day of November, 2004, I hereby mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorney for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Jonathan Mazer, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY  10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

Joseph G. Fortner, Jr.

614523v1

- 21 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105