UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER :<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO :<br>SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>  THIRD-PARTY PLAINTIFF :<br>V. : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND :<br>COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. :<br>  THIRD-PARTY DEFENDANTS : | NOVEMBER 18, 2004 |

**THIRD PARTY PLAINTIFF'S MOTION TO CONTINUE SUMMARY JUDGMENT PURSUANT TO RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, the third-party plaintiff, Sig Simonazzi North America, Inc. ("SSNA"), hereby respectfully moves for relief under Rule 56(f) of the Federal Rules of Civil Procedure. In support of this Rule 56(f) Motion, SSNA submits as follows:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

SSNA respectfully requests that the Motion for Summary Judgment (the "Motion") filed by the third-party defendants, Dry Products, S.p.A. ("Dry Products" or collectively "Third-Party Defendants") and Compagnie Industriali Riunite, S.p.A. ("CIR" or collectively "Third-Party Defendants") on or about October 29, 2004, be denied as premature and further requests that CIR and Dry Products be prohibited from re-filing the Motion, if at all, until a reasonable time after the close of fact witness discovery.

Fact witness discovery is not scheduled to close until December 31, 2004 and SSNA continues to conduct discovery regarding its claims against Dry Products and CIR, and issues of personal jurisdiction.

Alternatively, SSNA moves this Court to continue the hearing on the Motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure until a reasonable time after the close of fact witness discovery.[1]  SSNA has propounded written discovery and served Rule 30(b)(6) deposition notices on Dry Products and CIR to obtain discovery pertaining to, <u>inter alia</u>, the exercise of personal jurisdiction over Dry Products and CIR.

Dry Products and CIR's responses to SSNA's Second Set of Interrogatories, which deal exclusively to issues of personal jurisdiction, are not due until on or about December 12, 2004.[2]  Likewise, the Rule 30(b)(6) depositions of Dry Products and CIR,

---

[1] SSNA further requests that in the event the Court denies SSNA's Rule 56(f) Motion, that SSNA shall not be required to file its Memorandum in Opposition to Motion for Summary Judgment until no earlier than 21 days after the Court enters its Order denying the Rule 56(f) Motion.

[2] Further, Dry Products and CIR have supplemented their responses to the First Set of Interrogatories and Requests for Production on November 10, 2004, pursuant to the Court's Order.  SSNA continues to analyze these supplemental responses.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

which will include matters of personal jurisdiction, are not to take place until December 2004. Additionally, SSNA is currently taking the Rule 30(b)(6) depositions of Sasib Bakery Italia, S.p.A. and Sasib Food Machinery, Medium Volume, S.p.A, which depositions will include matters pertaining to personal jurisdiction.

Once this written discovery is completed, SSNA has a reasonable basis to believe that there will be questions of material fact regarding the exercise of personal jurisdiction over Dry Products and CIR such that summary judgment in this case is not appropriate.

Attached hereto in support of SSNA's Rule 56(f) Motion include as follows: Exhibit A is the Affidavit of Patrick M. Birney. Attached hereto as Exhibit B are relevant pages of Responses to First Written Discovery, submitted by the third-party defendants. Attached hereto as Exhibit C is the Declaration of Alberto Piaser. Attached hereto as Exhibit D is the Third-Party Plaintiff's Second Set of Interrogatories. Attached hereto as Exhibit E are the Rule 30(b)(6) Deposition Notices of CIR and Dry Products.

This Motion is also based on all the papers and records on file in this action, including the Exhibits attached hereto and made a part hereof, the Memorandum of Law in Support of Third-Party Plaintiff's Motion to Continue Summary Judgment Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, as well as on any argument and evidence presented at the hearing of this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, the defendant/third-party plaintiff moves for relief under Rule 56(f) of the Federal Rules of Civil Procedure.

          THE DEFENDANT,
          SIG SIMONAZZI NORTH AMERICA, INC.

          By_____
          Joseph G. Fortner, Jr.
          Patrick M. Birney of
          HALLORAN & SAGE LLP
          Fed. Bar #ct 04602
          Fed. Bar #ct 19875
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 18th day of November 2004, I hereby faxed and/or mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY  10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

_____
Patrick M. Birney

619012v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105