## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | :<br>: | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | :<br>:<br>:<br>:<br>: | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>       THIRD-PARTY PLAINTIFF<br>V. | :<br>:<br>: | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.<br>       THIRD-PARTY DEFENDANTS | :<br>:<br>:<br>:<br>: | NOVEMBER 18, 2004 |

### AFFIDAVIT OF PATRICK M. BIRNEY

PATRICK M. BIRNEY, being duly sworn and upon personal knowledge deposes and states as follows:

1.     I am over eighteen years of age and believe in the obligations of an oath. I am an attorney at the law firm of Halloran & Sage LLP, counsel for the defendant/third-party plaintiff Sig Simonazzi North America, Inc. ("SSNA") in the above-captioned proceeding, and have personal knowledge of the matters set forth herein.

EXHIBIT A


HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.  Fact-witness discovery is not scheduled to close until December 31, 2004. SSNA has utilized and will continue to utilize this period of time to establish, through discovery, inter alia, that the Court has personal jurisdiction over CIR and Dry Products, under, inter alia, Connecticut's Long-Arm Statute, C.G.S.§33-929(f).

3.  On July 28, 2004, SSNA served its First Set of Interrogatories and Requests for Production on the Third-Party Defendants, including CIR and Dry Products. The written discovery requests sought, inter alia, information regarding the interrelationship between CIR, Dry Products, Sasib Bakery and Sasib Food.

4.  Pursuant to the Court's November 1, 2004 Order, Dry Products and CIR have supplemented their initial responses to the first written discovery requests. SSNA has received these supplemental responses on or about November 10, 2004. We continue to analyze these responses at the time this Motion is filed.

5.  On November 12, 2004, SSNA served Third Party Plaintiff's Second Set of Interrogatories Directed to Third-Party Defendants Dry Products and CIR. These second written discovery requests deal with issues pertaining to the exercise of personal jurisdiction over the Dry Products and CIR, including jurisdiction under Connecticut's Long-Arm Statute, C.G.S.§33-929(f). The responses of Dry Products and CIR are due on or about December 12, 2004.

6.  On November 18, 2004, Plaintiff re-served Notices of Deposition on CIR and Dry Products. The matters outlined in the Notices of Deposition detail both issues pertaining to bakery line, which is the subject matter of the third-party complaint, and

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

issues pertaining to the exercise of personal jurisdiction over Dry Products and CIR. The 30(b)(6) depositions of CIR and Dry Products are scheduled to commence on December 3, 2004.

7.   SSNA will also be conducting the 30(b)(6) depositions of Sasib Bakery and Sasib Food on November 17 and 18, 2004, wherein it intends to ask specific questions pertaining to issues related to both the bakery line and, generally, issues pertaining to the exercise of personal jurisdiction over Dry Products and CIR.

8.   Because SSNA continues to diligently pursue discovery channels regarding these personal jurisdiction issues, it cannot properly characterize its efforts as unsuccessful at this juncture and, indeed, believes the Motion for Summary Judgment filed by Dry Products and CIR is premature.

9.   SSNA has not completed its discovery regarding the exercise of personal jurisdiction by this Court over CIR and Dry Products.  Nevertheless, SSNA has a good faith basis to believe that when discovery has been completed, genuine issues of material fact will exist regarding the exercise of personal jurisdiction by this Court over CIR and Dry Products.

10.   As an example, upon information and belief, Mr. Alberto Piaser is the Chief Executive Officer of both Dry Products and CIR.  SSNA will not be given an opportunity to question Mr. Piaser regarding issues pertaining to personal jurisdiction and the averments he made in his declaration, dated October 26, 2004, until on or about December 3, 2004.  A nexus between CIR, Dry Products, Food Machinery

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Medium Volume, S.p.A., Sasib Bakery, and Sasib Italia has been established by the averments submitted by Mr. Piaser, which nexus needs to be further developed, and which may be one of a handful of possible bases that subject CIR and Dry Products to the personal jurisdiction of the Court.

_____
Patrick M. Birney

On this 18th day of November, 2004, before me the undersigned Notary Public, personally appeared Patrick M. Birney, to be the person whose name he subscribed to the within affidavit and swore to the truth of its contents.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Commissioner of the Superior Court
Richard P. Roberts

— 4 —

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105