UNITED STATES DISTRICT COURT

DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR | : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA | : | 303 CV 597 MRK |
| V. | | |
| SIG SIMONAZZI NORTH AMERICA, INC | : | |
| AS SUCCESSOR IN INTEREST BY MERGER | : | |
| TO SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | | |
| | | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| THIRD PARTY PLAINTIFF | : | |
| V. | | |
| SASIB FOOD MACHINERY MV, S.P.A. | : | |
| SASIB BAKERY ITALIA, S.P.A. | : | |
| DRY PRODUCTS, S.P.A., AND | : | |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. | : | |
| THIRD PARTY DEFENDANTS | : | JULY 28, 2004 |

**THIRD PARTY PLAINTIFF'S FIRST SET OF**

**INTERROGATORIES**

EXHIBIT B

DIRECTED TO THE THIRD-PARTY DEFENDANT

<u>SASIB FOOD MACHINERY MV, S.P.A.</u>

*& & &*

<u>RESPONSES</u>

<u>Item 1:</u>

My name is Andrea Silvestroni, born at Russi (Ravenna), on September 11th 1960, domiciled at Casalecchio di Reno (Bologna) Via Isonzo No. 2/2.

On June 24th 2002 I have been appointed as liquidator of Sasib Food Machinery Medium Volume SPA (SFMMV) in liquidation which has then changed its name in Food Machinery Medium Volume SPA in liquidation by virtue of a special shareholders meeting held on May 8th 2003.

Therefore since Sasib Food Machinery Medium Volume SPA in liquidation is now named Food Machinery Medium Volume SPA in liquidation, I will herewith answer to the submitted interrogatories on the name and on behalf of Food Machinery Medium Volume SPA in liquidation

<u>Item 2:</u>

Yes

<u>Item 3:</u>

We are a mere engineering company, not a manufacturer. We were involved as main contractors and took care of design and installation at customer's premises of the Bakery Machine.

We furthermore took care of the installation of similar products at the premises of Cottage, Viera, Calise, St. Armands – all US companies.

SASIB FOOD MACHINERY MV (SFMMV) submitted drawings, purchase

be assumed.

**Item 43:**

an insurance product policy No.200202002 was stipulated by Sasib spa, parent company of Sasib Bakery Italia spa with GENERALI ASSICURAZIONI GENERALI SPA. The latter however refused any indemnification based on a claim made clause.

**Item 44:**

I'm not aware of any agreement to repair, service or replace the Bakery Machine

**Item 45:**

It is not fully clear to me the meaning of the question.

I'm not aware of any agreement to dissolve the company.

The dissolution has been resolved by virtue of a shareholders meeting of June 24th 2002

**Item 46:**

To the best of my knowledge no complaints, lawsuits or claim have ever been submitted in connection with any defect of the Bakery Machine or similar makes and models.

**Item 47:**

No

**Item 48:**

I personally act as liquidator of Food Machinery Medium Volume spa in liquidation (formerly named Sasib Food Machinery Medium Volume spa and previously Sasib Bakery Italia spa.

I'm an employee of the Holding company Dry Products spa

**Dr. Andrea Silvestroni**,

in his capacity as liquidator of Food Machinery Medium Volume SPA in liquidation

*[signature]*