UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA, Plaintiff<br><br>v.<br><br>SIG SIMONAZZI NORTH AMERICA, INC., Defendant<br><br>v.<br><br>SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE, Third-Party Defendants | CIVIL ACTION No. 303CV597 MRK<br><br><br>Dated: November 19, 2004 |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE A REPLY TO THE THIRD-PARTY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

NOW COMES the plaintiff and moves this Honorable Court grant the plaintiff an extension of time to file a reply to the Third-Party Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Amend the Complaint.

The plaintiff respectfully requests an extension of time up to and including November 29, 2004, to file a reply to the Third-Party Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Amend the Complaint. The plaintiff will serve a copy of his reply by facsimile to all counsel by noon on November 29, 2004. The plaintiff respectfully asserts that all counsel have assented to this Motion.

WHEREFORE, plaintiff prays this Honorable Court grant his request for an extension of time.

| | |
|---|---|
| Respectfully submitted,<br><br>THE PLAINTIFF<br><br>By his attorney,<br><br>*/s/ Richard J. Sullivan*<br>Richard J. Sullivan<br>Fed Bar # CT24914<br>Sullivan & Sullivan, LLP<br>31 Washington Street<br>Wellesley, MA 02481<br>(781) 263-9400 | Assented to,<br><br>THE DEFENDANT<br><br>By its Attorney,<br><br>*/s/ Joseph G. Fortner, Jr.*<br>Joseph G. Fortner, Jr.<br>Fed. Bar #CT04602<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103<br><br>THE THIRD-PARTY DEFENDANTS<br><br>By their Attorneys,<br><br>*/s/ Jonathan Mazer*<br>Jonathan Mazer, Esq.<br>Fed. Bar #CT26393<br>Fox Horan & Camerini<br>825 Third Avenue<br>New York, NY 10022<br>(212) 480-4800<br>Deborah S. Russo, Esq.<br>Day Berry & Howard, LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100 |

## CERTIFICATION

This is to certify that on this day I served, by first-class mail postage prepaid, a copy of the foregoing to:

Joseph Fortner, Esq.
Patrick M. Birney, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Deborah S. Russo, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

John J. Horan, Esq.
Jonathan Mazer, Esq.
Fox Horan & Camerini, LLP
825 Third Avenue
New York, NY 10022

                                                                                    _____
                                                                                    RICHARD J. SULLIVAN

Dated: November 19, 2004