**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO.<br>: 3:03 CV 597(MRK) |
| VS. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| VS. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | :<br>:<br>:<br>: DECEMBER 7, 2004 |

**MOTION FOR PERMISSION TO FILE SUR-REPLY BRIEF**

Pursuant to D. Conn. L. Civ. R. 7, Third-Party Defendants Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A., and Compagnie Industriali Riunite ("Third-Party Defendants") respectfully move this Court for permission to file the attached Sur-Reply in Opposition to Plaintiff's Motion to Amend Complaint. As grounds for this motion, Third-Party Defendants state that the Sur-Reply specifically addresses a distinction that Plaintiff makes for the first time in his reply papers, and that the Sur-Reply will assist the Court in adjudicating the Motion to Amend.

An Affidavit of Jonathan Mazer is also submitted herewith.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

-2-

        THIRD-PARTY DEFENDANTS, SASIB
        FOOD MACHINERY MV, S.P.A., SASIB
        BAKERY ITALIA, S.P.A., DRY PRODUCTS,
        S.P.A. and COMPAGNIE INDUSTRIALI
        RIUNITE, S.P.A.


By_____
    Deborah S. Russo (ct 18818)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    dsrusso@dbh.com
    Its Attorneys

## **CERTIFICATION**

     THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Richard J. Sullivan, Esq. | Joseph G. Fortner, Jr., Esq. |
| Sullivan & Sullivan | Patrick M. Birney, Esq. |
| 31 Washington Street | Halloran & Sage |
| Wellesley, MA  02481 | One Goodwin Square |
| | 225 Asylum Street |
| | Hartford, CT  06103 |

_____
    Deborah S. Russo