UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra, | : | |
| Plaintiff, | : | NO.   3:03cv597 (MRK) |
| v. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc., | : | |
| Defendant. | : | |

## ORDER

The Court hereby GRANTS Third-Party Defendant's Motion for Leave to File Sur-Reply Brief [**doc. #110**].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: December 9, 2004.