UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : <br> OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. <br> 303 CV 597 MRK |
| V. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br> AS SUCCESSOR IN INTEREST BY MERGER : <br> TO SASIB NORTH AMERICA, INC., AS : <br> SUCCESSOR IN INTEREST BY MERGER TO : <br> SASIB BAKERY NORTH AMERICA, INC. <br> _____: | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br>         THIRD-PARTY PLAINTIFF : <br> V. : | |
| SASIB FOOD MACHINERY MV, S.P.A., : <br> SASIB BAKERY ITALIA, S.P.A., : <br> DRY PRODUCTS, S.P.A., AND : <br> COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : <br>         THIRD-PARTY DEFENDANTS : | December 21, 2004 |

## MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Pursuant to the directive of the Court, the defendant SIG Simonazzi North America, Inc., hereby moves for an order extending the fact discovery cutoff in this matter to the time of the Conference being held on January 4, 2005, at 4:30 p.m.

Under the current Scheduling Order, the fact discovery cutoff in this matter expires on December 31, 2004. The defendant has asserted that an extension of the discovery cutoff is necessary, and intends to argue for such an extension during the

08742 0583

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Status Conference to be held on January 4, 2005. Counsel for third-party defendants has indicated that the third-party defendants will object to this extension, and thus this matter will need to be addressed by the Court.

In order to avoid any possible prejudice resulting from the expiration of the fact discovery cutoff, the defendant hereby moves to extend the fact discovery cutoff to January 4, 2005.

The third-party defendants and plaintiff consent to this Motion.

WHEREFORE, it is respectfully requested that the court grant this Motion.

THE DEFENDANT,
SIG SIMONAZZI NORTH AMERICA, INC.

By_____
Joseph G. Fortner, Jr.
Patrick M. Birney of
HALLORAN & SAGE LLP
Fed. Bar #ct 04602
Fed. Bar #ct 19875
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 21st day of December 2004, I hereby faxed and/or mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

                                            _____
                                            Joseph G. Fortner, Jr.

630277.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105