# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF CONNECTICUT

BILL L. GOUVEIA AS ADMINISTRATOR  :  CIVIL    ACTION NO.

OF THE ESTATE OF JOSE GUERRA        :  303    CV    597 MRK

V.

SIG SIMONAZZI NORTH AMERICA, INC    :

AS SUCCESSOR IN INTEREST BY MERGER  :

TO SASIB NORTH AMERICA, INC. , AS   :

SUCCESSOR IN INTEREST BY MERGER TO  :

SASIB BAKERY NORTH AMERICA, INC.

---

SIG SIMONAZZI NORTH AMERICA, INC.   :

       THIRD PARTY PLAINTIFF          :

V.

SASIB FOOD MACHINERY MV, S.P.A.     :

SASIB BAKERY ITALIA, S.P.A.         :

DRY PRODUCTS, S.P.A., AND           :

COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. :

     THIRD PARTY DEFENDANTS    :    JULY 28,2004

# THIRD PARTY PLAINTIFF'S FIRST SET OF

## INTERROGATORIES

**DIRECTED TO THE THIRD-PARTY DEFENDANT**

**SASIB FOOD MACHINERY MV, S.P.A.**

**& & &**

**RESPONSES**

**Item 1:**

My name is Andrea Silvestroni, born at Russi (Ravenna), on September 11th 1960, domiciled at Casalecchio di Reno (Bologna) Via Isonzo No. 2/2.

On June 24th 2002 I have been appointed as liquidator of Sasib Food Machinery Medium Volume SPA (SFMMV) in liquidation which has then changed its name in Food Machinery Medium Volume SPA in liquidation by virtue of a special shareholders meeting held on May 8th 2003.

Therefore since Sasib Food Machinery Medium Volume SPA in liquidation is now named Food Machinery Medium Volume SPA in liquidation, I will herewith answer to the submitted interrogatories on the name and on behalf of Food Machinery Medium Volume SPA in liquidation

**Item 2:**

Yes

**Item 3:**

We are a mere engineering company, not a manufacturer. We were involved as main contractors and took care of design and installation at customer's premises of the Bakery Machine.

We furthermore took care of the installation of similar products at the premises of Cottage, Viera, Calise, St. Armands – all US companies.

SASIB FOOD MACHINERY MV (SFMMV) submitted drawings, purchase

**Dr. Andrea Silvestroni,**

in his capacity as liquidator of Food Machinery Medium Volume SPA in

liquidation