```
 1
 2              UNITED STATES DISTRICT COURT
 3                 DISTRICT OF CONNECTICUT
 4   ---------------------------------x
 5   BILL L. GOUVEIA as administrator
     of THE ESTATE OF JOSE GUERRA,
 6
                    Plaintiff,           CIVIL ACTION NO.
                                         303 CV 597 MRK
 7   V.
 8   SIG SIMONAZZI NORTH AMERICA,
     INC., as successor in interest
 9   by merger to SASIB NORTH
     AMERICA, INC., as successor in
10   interest by merger to SASIB
     BAKERY NORTH AMERICA, INC.,
11              Defendants.
     ---------------------------------x
12
     SIG SIMONAZZI NORTH AMERICA, INC.,
13
              Third-Party Plaintiff,
14   V.
15   SASIB FOOD MACHINERY MV, S.P.A.,
     SASIB BAKERY ITALIA, S.P.A.,
16   DRY PRODUCTS, S.P.A., and
     COMPAGNIE INDUSTRIALI RIUNITE,
17   S.P.A.,
              Third-Party Defendants.
18
     ---------------------------------x
19
20              STATEMENT ON THE RECORD
21                 New York, New York
22              Friday, December 3, 2004
23
24   Reported by:
     Bryan Nilsen
25   JOB NO. 167291-STMT
```

**ORIGINAL**

```
 1
 2    counsel to question the witness with respect
 3    to that incorrect information which we
 4    believe is due to a confusion in what draft
 5    of the affidavit was signed.
 6            In any case, as a consequence of the
 7    problem, what we intend to do, and do hereby
 8    do, is to withdraw our motion for summary
 9    judgment because it relies on the
10    declaration without prejudice to
11    resubmission of our summary judgment motion
12    at a later point in this litigation.
13            Now, in respect of the summary
14    judgment motion, the third-party plaintiff
15    has made a motion under rule 56F of the
16    federal rules of civil procedure seeking
17    relief, in essence, seeking to have the
18    summary judgment motion heard at a later
19    time in this litigation.
20            In any case, it would appear to the
21    third-party defendants that in light of the
22    withdrawal of the summary judgment motion
23    without prejudice to resubmission, that the
24    relief sought in the third-party plaintiff's
25    motion pursuant to 56F is moot, or the
```