## PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI VERONA

### ISTANZA NOTIFICA ex art. 71 L. 218/95

Il sottoscritto avv. Alessandro Signorato, con studio in san Bonifacio (VR), Via Fogazzaro, 26, per conto della società SIG SIMONAZZI NORTH AMERICA INC (convenuta ed attrice in riconvenzionale)

### CHIEDE

Che l'Ill.mo Pubblico Ministero presso il Tribunale di Verona voglia autorizzare, ai sensi dell'art.71 L. 218/95, la notifica alla società Sasib Bakery Italia, S.p.a., via Camporosolo, 198, 37047, San Bonifacio (VR), dell'atto di citazione allegato relativo al procedimento in corso presso il Tribunale Distrettuale degli Stati Uniti, Distretto del Connecticut, nr. 3:03CV597 (MRK).

Si allegano

2) 2 Copie atto di citazione in lingua originale e in versione tradotta in italiano;

Con osservanza.

San Bonifacio, 26 mar. 04

Avv. Alessandro Signorato

V° si autorizza quanto richiesto.

Vr 30.3.04

IL SOST. PROCURATORE
(Dott. Giovanni Benelli)

≋ AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of CONNECTICUT

PLAINTIFF
BILL L. GOUVEIA AS ADMINISTRATOR OF THE
ESTATE OF JOSE GUERRA

V. DEFENDANT AND THIRD PARTY PLAINTIFF
SIG SIMONAZZI NORTH AMERICA, INC. AS
SUCCESSOR IN INTEREST BY MERGER TO
SASIB NORTH AMERICA, INC., AS SUCCESSOR
IN INTEREST BY MERGER TO SASIB BAKERY
NORTH AMERICA, INC.

THIRD PARTY SUMMONS IN A
CIVIL ACTION

Case Number: 3:03CV597 (MRK)

V. THIRD PARTY DEFENDANT
SASIB BAKERY ITALIA, S.P.A.,
SASIB FOOD MACHINERY MV, S.P.A.
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A., AND
DRY PRODUCTS, S.P.A.

To: Name and address of Third Party Defendant

SASIB BAKERY ITALIA, S.P.A.
C/O FOOD MACHINERY MV, S.P.A.
VIA CAMPOROSOLO 198,
SAN BONIFACIO (VR) ITALY

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

RICHARD J. SULLIVAN, ESQ.
SULLIVAN & SULLIVAN
31 WASHINGTON STREET
WELLESLEY, MA  02481

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

JOSEPH G. FORTNER, JR., ESQ.
HALLORAN & SAGE LLP
225 ASYLUM STREET
HARTFORD, CT  06103

an answer to the third-party complaint which is served on you with this summons, within ___26___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK
(By) DEPUTY CLERK

DATE  3/23/04

AO 441 (Rev. 8/01) Citazione in giudizio di terza parte in un'azione civile

## TRIBUNALE DISTRETTUALE DEGLI STATI UNITI

Distretto del CONNECTICUT

Attore
BILL L. GOUVEIA COME AMMINISTRATORE
DEL PATRIMONIO DI JOSÈ GUERRA

CITAZIONE IN GIUDIZIO DI TERZA
PARTE IN UN'AZIONE CIVILE

contro il convenuto e la terza parte attrice
SIG SIMONAZZI NORTH AMERICA, INC., COME
SUCCESSORE NELL'INTERESSE PER LA
FUSIONE IN SASIB NORTH AMERICA, INC., COME
SUCCESSORE NELL'INTERESSE PER LA
FUSIONE IN SASIB BAKERY NORTH AMERICA, INC.

Caso numero 3:03CV597 (MRK)

contro la terza parte convenuta
SASIB BAKERY ITALIA, S.P.A.,
SASIB FOOD MACHINERY MV, S.P.A.,
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. E
DRY PRODUCTS, S.P.A.

A: Nome ed indirizzo della terza parte convenuta

SASIB BAKERY ITALIA, S.P.A.
C/O FOOD MACHINERY MV. S.P.A.
VIA CAMPOROSOLO, 198
37047, SAN BONIFACIO (VR), ITALY

CON LA PRESENTE SIETE CITATI IN GIUDIZIO e dovete notificare

all'AVVOCATO DELL'ATTORE
(nome e indirizzo)
AVV. RICHARD J. SULLIVAN
SULLIVAN & SULLIVAN
31 WASHINGTON STREET
WELLESLEY, MA 02481

AVVOCATO DEL CONVENUTO E TERZA PARTE ATTRICE
(nome e indirizzo)
AVV. JOSEPH G. FORTNER, JR.
HALLORAN & SAGE LLP
225 ASYLUM STREET
HARTFORD, CT 06103

una comparsa di risposta all'atto di citazione qui notificato, entro 20 giorni dalla notifica del presente, il giorno della notifica da non computarsi. In mancanza, si procederà ugualmente nei vostri confronti per il soddisfacimento della pretesa indicata nella domanda giudiziale di terza parte. Insieme a questa citazione in giudizio vi si notifica anche una copia della domanda giudiziale dell'attore. Avete l'opzione di rispondere o non rispondere alla domanda giudiziale dell'attore, *a meno che* (1) si tratti di un caso rientrante nella Norma 9(h) delle Norme Federali di Procedura Civile, *e che* (2) la terza parte attrice chieda una sentenza contro di voi a favore dell'attore originale in base alle circostanze descritte nella Norma 14(c) delle Norme Federali di Procedura Civile nel cui caso dovete presentare le vostre memorie difensive, se ne avete, alle pretese dell'attore oltre a quelli della terza parte attrice. Qualsiasi risposta notificata alle parti di quest'azione deve essere depositata presso il cancelliere di questa corte entro un periodo di tempo ragionevole dopo la relativa notifica.

F.to *Kevin F. Rowe*
CANCELLIERE

[Timbro]

22/1/04
DATA
COPIA AUTENTICA
KEVIN F. ROWE, CANCELLIERE

F.to *(illeggibile)*
PER IL VICE CANCELLIERE

F.TO *(illeggibile)*
IL VICE CANCELLIERE

RELAZIONE DI NOTIFICA: richiesto come in atti, Io sottoscritto Ufficiale Giudiziario addetto all'Ufficio Unico Notifiche presso il Tribunale di Verona - Sezione distaccata di Soave ho notificato il suesteso atto quanto a:

SASIB BAKERY ITALIA SPA in persona del legale rappresentante protempore, C/O FOOD MACHINERY MV SPA, corrente in Via Camporosolo n. 198 - 37047 SAN BONIFACIO (VR) ed ivi consegnandone copia a ~~mezzo di~~ mani di

*[handwritten: Preobrance Alessandro, in qualità di ufficio degli atti, il quale ne cura la consegna in busta sigillata. San Bonifacio 31/3 2004]*

*[stamp and signature]*

Per ricevuta
Alessandro Preobranco

1030

3.3

0.34

9.58

1 MAR. 2004