UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA, AS ADMINISTRATOR<br>Plaintiff | CIVIL ACTION<br>NO. 303CV 597 MRK |
| v. | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>Defendant/Third-Party Plaintiff | |
| v. | |
| SASIB FOOD MACHINERY MV, SPA<br>et al.<br>Third-Party Defendants | DECEMBER 28, 2004 |

### Issues for Conference
### Scheduled for January 4, 2005

After conferring in an effort to resolve issues without involving the Court, the Parties respectfully submit this list of issues which it is expected will require the assistance during the conference now scheduled for January 4, 2005, at 4:30 P.M.

1. <u>Depositions of C.I.R. and Dry Products, by Alberto Piaser:</u> The defendant and plaintiff contend that they have not completed the deposition of this witness, and are willing to complete his deposition by videoconference. Third-party defendants contend that his deposition is complete.

2. <u>Deposition of Sasib Food Machinery and Sasib Bakery Italia, by Andrea Silvestroni:</u> The defendant and plaintiff contend that they have not completed the deposition of this witness, and are willing to complete his deposition by videoconference. Third-party defendants contend that his deposition is complete.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. <u>Compliance by Third-Party Defendants with Jurisdictional Discovery Requests</u>: The Third-Party Plaintiff contends that the Third-Party Defendants have not adequately answered the jurisdictional discovery requests. Third-Party Defendants disagree.

4. <u>Compliance by Third-Party Defendants with Document Demands</u>: Third-Party Plaintiff has served its First, Second, and Third Requests for Production of Documents on C.I.R. and Dry Products, and its First and Second Requests for Production of Documents on Sasib Food and Sasib Bakery. Third-Party Plaintiff contends that CIR and Dry Products have not produced all documents responsive to the First and Second Requests for Production of Documents and Sasib Food and Sasib Bakery have not produced all documents responsive to the First Request for Production of Documents. Third-Party Defendants disagree. Responses to the Third Request for Production of Documents as to CIR and Dry Products and the Second Request for Production of Documents as to Sasib Food and Sasib Bakery are not yet due; however, Third-Party Defendants have objected to the Requests for Production of Documents. The Third-Party Plaintiff will diligently attempt to have a meet and confer with the Third-Party Defendants regarding the objections in advance of the January 4, 2005 conference call.

5. <u>Amendment of Third-Party Complaint</u>: The defendant will be filing this week a motion for leave to amend the third-party complaint.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. <u>Extension of Discovery Schedule</u>: The defendant contends that an extension of 30 days is needed to the discovery schedule, in order to complete the pending depositions, undertake (if necessary) foreign depositions, and obtain responses to corporate structure and control discovery requests. The Third-Party Defendants oppose this extension, in part. The Plaintiff does not object to such extension.

Respectfully submitted,

DEFENDANT/THIRD PARTY PLAINTIFF
SIG SIMONAZZI NORTH AMERICA, INC.

_____
Patrick M. Birney
Federal Bar No. ct19875
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103
(860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 28th day of December 2004, I hereby sent a copy of the foregoing via Federal Express or regular mail to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Third-Party Defendants

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Third-Party Defendants.

_____
Patrick M. Birney

630317.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105