**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO. : 3:03 CV 597 MRK |
| v. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| v. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE | : JANUARY 27, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to local rule 7(b), Third-Party Defendants, Sasib Food Machinery Medium Volume, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. ("Third-Party Defendants") respectfully move this Court for an extension of time, up to and including February 15, 2005, to produce documents in response to: (1) Third-Party Plaintiff's Second Requests for Production of Documents Directed to the Third-Party Defendant Sasib Food Machinery Medium Volume, S.P.A.; (2) Third-Party Plaintiff's Third Requests for Production of Documents Directed to the Third-Party Defendant Compagnie Industriali Riunite, S.P.A.; (3) Third-Party Plaintiff's Second Requests for Production of Documents Directed to the Third-Party Defendant Sasib Bakery Italia, S.P.A.; and (4) Third-

Party Plaintiff's Third Requests for Production of Documents Directed to the Third-Party Defendant Dry Products, S.P.A.  Counsel for Third-Party Defendants makes this request in order to have sufficient time to assemble and transmit the documents from Italy that Third-Party Defendants intend to produce in response to the requests.  The time to produce documents was previously extended by the Court without formal motion for two weeks until the end of January, 2005.  However, Third-Party Defendants are unable to produce documents by that time because they are required to complete year end financial reporting that must also be completed by the end of January, 2005.

    The Third-Party Defendants have consulted with the Third-Party Plaintiff about the extension and believe that the Third-Party Plaintiff will not object to the extension (but does not specifically consent), provided that the Third-Party Defendants do not object to the extension of time until February 11, 2005, that Third-Party Plaintiff intends to seek to file a reply to the opposition to the pending motion to amend the Third-Party Complaint.  The Third-Party Defendants do not intend to object to that application for an extension to file the reply to the extent that it seeks an extension until February 11, 2005 provided that there is no objection to this application.

Dated: Hartford, Connecticut
       January 27, 2005

        Respectfully submitted,

        THE THIRD-PARTY DEFENDANTS,
        SASIB FOOD MACHINERY MV, S.P.A.,
        SASIB BAKERY ITALIA, S.P.A.,
        DRY PRODUCTS, S.P.A., AND
        COMPAGNIE INDUSTRIALI RIUNITE,
        S.P.A.

        By: _____
         Deborah S. Russo (ct 18818)
         Day, Berry & Howard LLP
         CityPlace I
         Hartford, Connecticut 06103-3499
         (860) 275-0100
         (860) 275-0343 (fax)
         drusso@dbh.com


        John R. Horan (ct JHR8238)
        Jonathan Mazer (ct 26939)
        FOX HORAN & CAMERINI LLP
        825 Third Avenue
        New York, New York 10022
        (212) 480-4800

        Their Attorneys

## CERTIFICATION

  THIS IS TO CERTIFY that on this 27th day of January, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

        _____
        Deborah S. Russo