FILED

2005 JAN 28 P 1: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC. | |
| V. | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE | JANUARY 28, 2005 |

**MOTION FOR EXTENSION OF TIME AND FOR PERMISSION TO FILE
REPLY BRIEF WHICH EXCEEDS TEN (10) PAGES**

Pursuant to Rules 7(b) and (d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the third-party plaintiff, Sig Simonazzi North America, Inc. ("SSNA"), respectfully moves this Court for an extension of time of ten (10) days, up to and including February 11, 2005, to file its Reply to Third-Party Defendants' Memorandum of Law In Opposition to Third-Party Plaintiff's Motion for

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Leave to Amend Third Party Complaint, dated and filed January 18, 2005 ("Opposition Memorandum"). Defendant further requests that it be permitted to file a Reply Memorandum of up to 30 pages.

Good cause exists for the granting of this Motion. In response to the Third-Party Plaintiff's Motion for Leave to Amend Third-Party Complaint, the third-party defendants have taken the liberty of treating their Opposition Memorandum as a motion to dismiss under Rule 12(b)(2) of the Federal Rules of Civil Procedure. In their Opposition Memorandum, the third-party defendants claim that it would be futile to allow SSNA's proposed amendments because in the end this Court cannot exercise personal jurisdiction over the third-party defendants, an argument based on an overly-simplistic and narrow interpretation of Connecticut's long-arm statute. The third-party defendants also argue that some (but not all) of SSNA's proposed amendments are futile, based upon their claim that the claims asserted are precluded by Connecticut's impleader statute (Conn. Gen. Stat. § 52-102a), notwithstanding that their construction of the proposed claims is in error, and that this matter is pending in the United States District Court (and thus is subject to the provisions of the Federal Rules of Civil Procedure regarding impleader).

Given the scope and nature of the arguments first arising in third-party defendants' Opposition Memorandum, SSNA seeks additional time and additional pages so that it can fully evaluate and rebut the arguments raised in the Opposition Memorandum. SSNA will need to address the third-party defendants' contentions both

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

as to long-arm jurisdiction and as to permissible claims in third-party actions. Because of the nature of the arguments made by the third-party defendants, such responses simply cannot be made within the ten pages permitted by Local Rule 7(d). Moreover, because of the breadth of those arguments, additional time is required to complete this briefing.

SSNA sought the consent of the third-party defendants with regard to the additional time and pages sought in this Motion. Rather than simply agree as a matter of courtesy, counsel for the third-party defendants refused to consent unless SSNA agreed to allow the third-party defendants' an additional two weeks (on top of the six weeks already afforded the third-party defendants), to respond to document discovery for which the court previously granted an extension until February 1, 2005. In addition, third-party defendants stated that in response to the request for additional pages, they would not consent but would not object to this request.

This is SSNA's first request for the relief sought in this Motion.

WHEREFORE, the third-party plaintiff, Sig Simonazzi North America, Inc., respectfully requests that the Court grant its Motion for Extension of Time to file its Reply Memorandum until February 11, 2005, and further permit third-party plaintiff up to 30 pages for its Reply Memorandum.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated at Hartford, Connecticut on this 28th day of January 2005.

                THE THIRD-PARTY PLAINTIFF,
                SIG SIMONAZZI NORTH AMERICA, INC.

                By_____
                Joseph G. Fortner, Jr.
                Patrick M. Birney of
                HALLORAN & SAGE LLP
                Fed. Bar #ct 04602
                Fed. Bar #ct 19875
                One Goodwin Square
                225 Asylum Street
                Hartford, CT 06103
                (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 28th day of January 2005, I hereby sent by telecopy and mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Third-Party Defendants

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Third-Party Defendants

_____
Patrick M. Birney

644406_1.DOC

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105