# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : <br> OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. <br> 303 CV 597 MRK |
| V. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br> AS SUCCESSOR IN INTEREST BY MERGER : <br> TO SASIB NORTH AMERICA, INC., AS : <br> SUCCESSOR IN INTEREST BY MERGER TO : <br> SASIB BAKERY NORTH AMERICA, INC. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br> THIRD-PARTY PLAINTIFF : <br> : | |
| SASIB FOOD MACHINERY MV, S.P.A., : <br> SASIB BAKERY ITALIA, S.P.A., : <br> DRY PRODUCTS, S.P.A., AND : <br> COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : <br> THIRD-PARTY DEFENDANTS : | FEBRUARY 11, 2005 |

### DECLARATION OF JOSEPH G. FORTNER, JR.

I, Joseph G. Fortner, Jr., do hereby declare under penalties of perjury as follows:

1. I am a member of the firm of Halloran & Sage LLP, and am counsel for defendant/third-party plaintiff Sig Simonazzi North America, Inc., in the above-captioned matter. If called to testify, I could and would competently testify to the matters set forth herein.

2. Attached hereto as Exhibit A is a "Telefax" dated November 13, 1998, produced by Third-Party Defendants as "Document 203" during discovery in this case.

3. Attached hereto as Exhibit B is a "Telefax" dated November 17,

1998, produced as "Document 75" by Third-Party Defendants during the discovery in this case.

     4.     Attached hereto as Exhibit C are copies of reports which we have been advised translates to "Installation Site Report" bearing dates of January 24, 1999, February 21, 1999, and March 23, 1999, produced by third-party defendants, respectively, as Documents "91," "93," and "100" during discovery in this case.

     5.     Attached hereto as Exhibit D are excerpts of Interrogatory Responses submitted by the Third-Party Defendants, which were marked as Exhibit 15 during the deposition of Alberto Silvestroni in this case.

     6.     Attached hereto as Exhibit E are excerpts from the testimony of Marco Pimazzoni, taken in this case.

     7.     Attached hereto as Exhibit F are excerpts from the testimony of Andrea Silvestroni, taken in this case.

     8.     Attached hereto as Exhibit G are excerpts from the testimony of John Chaves, Sr., taken in this case.

     9.     Attached hereto as Exhibit H are excerpts from the testimony of Richard Soltis, taken in this case.

_____
Joseph G. Fortner, Jr.