# EXHIBIT A



**FOOD & BEVERAGE MACHINERY**

## Telefax

Da/From   Adolfo Zambelli

Prot. 3510      FAX37.DOC

A/To   Renè Carmenaty

Fax: 001-972-4245041

Copia/Copy

Data/Date   November 13, 1998

*Number of pages sent including this cover sheet: 1*

OGGETTO/RE.: <u>3444-CHAVES **Adamatic test**</u>

Renè,

further to our phone conversation,
I acknoledge that Adamatic test will be on Wednesday 18 Nov. '98.
As you know this test need to be done with dough (wet test).

Our baker specialist (Luca Colato) is flying to Newark to attend

Here below find his fly details:
depart from Rome         arrival at Newark **on 16 Nov. 1998**
                                            **at 6.00 PM**
fly # AZ 642   (Alitalia)


Best Regards
Adolfo Zambelli

---

**BISCUIT & BREAD MV DIVISION**   **SASIB FOOD MACHINERY MV SpA**
Via dell'Elettronica, 9
Z.I. Basson
37139 Verona - Italy
Tel (+39) 0458398111 - Fax (+39) 0458510933
Tlx 480813
Email: foodvr@sasib-bev.it

Capitale Sociale L. 5.500.000.000
CCIAA 220662
Reg. Soc. Trib. Vr 29321 - 34517 F.A.C.
C. F. 03840090371 - P. IVA 02159670237
Sede Legale:
S. Bonifacio (VR) - C so Venezia, 87

```
***********************************
***    RAPPORTO ATTIVITA'      ***
***********************************
```

TRASMISSIONE OK

| | |
|---|---|
| NR. TX/RX | 8066 |
| NR.TEL.CORRISPOND. | 0017326343993 |
| NOME CORRISPONDENTE | SBNA NJ |
| ORA INIZIO | 13/11 15:09 |
| DURATA | 00'51 |
| PAGG. | 1 |
| RISULTATO | OK |