# EXHIBIT B



**FOOD & BEVERAGE MACHINERY**

## Telefax

| | | | |
|---|---|---|---|
| Da/From | Adolfo Zambelli | Prot. 3531 | FAX39.DOC |
| A/To | Renè Carmenaty | Fax: 001-972-4245041 | |
| Copia/Copy | | | |
| Data/Date | November 17, 1998 | | |

Number of pages sent including this cover sheet: 1

Ex 75

OGGETTO/RE.: <u>3444-CHAVES</u> **technicians arrival**

Renè,

please be informed that two additional italian mechanical technicians (Giorgio Pellini and Paolo Manfrin) are scheduled to arrive in US for Chaves installation on November 19th, 1998.

Their flight details is:
ALITALIA fly # AZ 640 arriving at **Newark airport at 1.10 PM** on Nov. 19, 1998

Please book two rooms for them and arrange for picking up at airport.

They will stay on site till 19 December '98.
They will install the Static proofer and will help (when necessary) Claudio D'incalci to finish the oven and automatic proofer.
One of them is specialist of conditioning unit, therefore the customer have to supply the necessary condition (steam, piping, water) by the end of November '98 in order to better check our equipment.


Best Regards
Adolfo Zambelli

---

BISCUIT & BREAD MV DIVISION

SASIB FOOD MACHINERY MV SpA
Via dell'Elettronica, 9
Z.I. Basson
37139 Verona - Italy
Tel. (+39) 0458398111 - Fax (+39) 0458510933
Tlx 480813
Email: foodvr@sasib-bev.it

Capitale Sociale L. 5.500.000.000
CCIAA 220662
Reg. Soc. Trib. Vr 29321 - 34517 F.A.C.
C.F. 03840090371 - P IVA 02159670237
Sede Legale:
S. Bonifacio (VR) - C.so Venezia, 87

```
***********************************
***     RAPPORTO ATTIVITA'     ***
***********************************
```

TRASMISSIONE OK

| | |
|---|---|
| NR. TX/RX | 8122 |
| NR.TEL.CORRISPOND. | 0019724245041 |
| NOME CORRISPONDENTE | |
| ORA INIZIO | 17/11 17:00 |
| DURATA | 00'32 |
| PAGG. | 1 |
| RISULTATO | OK |

```
* MHBC4I/04 ROMOU  QW5004 AG 38203734 12NOV
 1.1PELLINI/GIORGIO      2.1MANFRIN/PAOLO
 1.  IG  519  V  19NOV VRNFCO HK2  0705   0805  G     TH
 2.  AZ  640  B  19NOV FCOEWR HK2  0945   1310  O*    TH
 3.  AZ  641  B  19DEC EWRFCO HK2  1725  #0735  O*    SA
 4.  IG  512  V  20DEC FCOVRN HK2  0855   0955  G     SU
** CLIENT FILE REFERENCES EXIST **          >*CF
** FILED FARE DATA EXISTS **                >*FF
** VENDOR LOCATOR DATA EXISTS **            >*VL
** VENDOR REMARKS DATA EXISTS **            >*VR
** SERVICE INFORMATION EXISTS **            >*SI
** TINS REMARKS EXIST **                    >*HTI
FONE-VRNT*045 590977 WORLD VISION TVL VERONA
)^
```



6677 981 008

d Baggage Check   IATA