# EXHIBIT C

Ex 91

91

# RAPPORTO DI CANTIERE

SASIB
FOOD & BEVERAGE MACHINERY

Att. : Sig. Mazzola - fax: 011 39 045 8510933

TECNICO : Franco Capodaglio
COMM. N.: .3444 CHA
Pag.1 di 1
CLIENTE : .Chaves
IMPIANTO: .pane
Rapp. n. 2

**Situazione al 24-1-99**

*Lavori forno*

Chiesta e ottenuta alimentazione elettrica al quadro forno; richiesti ancora aria compressa e gas il cliente ha assicurato la consegna per domani lunedì 25.
Richiesta pure alimentazione elettrica a cella fissa e vapore per condizionamento; ma l'elettricista che lavora con me ha detto che non dà corrente se Chaves non paga.

Fatta in loco la messa a punto elettrica dei componenti del quadro e fatte anche le necessarie modifiche; ora tutti i motori forno funzionano compresi quelli dei bruciatori; aspetto aria e gas.

Da notare che sono ancora da fare i seguenti lavori meccanici:

- montaggio di 2 sensori meccanici allo scarico e di 2 al carico forno con costruzione staffe e modifica di quelle esistenti allo scarico forno perché i tastatori non arrivano alla rete. Ne servono altri 2 (vedi elenco a fine pagina)
- montaggio di 4 grembialine inox 1800x 250 terminali forno

SASIB FOOD MACHINERY MV S p A
RIC. IL: 25 GEN. 1999
PROT. 283 HAZ
COPIE AZA DIV DIT

*Lavori sulla cella a pianali:*

- montaggio pannelli laterali alti ( * )
- " " " bassi al carico e scarico
- " encoder catena cella ( * )
- " " carrello a strappo ( * )
- " di un proximity penna di prelievo pos. alta su transfer con costr. e mont. staffa
- " sonda e termostato condizionamento ( * )
- " di 3 termocoppie temperatura batteria infrarosso (* )
- " di 2 cassette programmatori di camme
- " pianali cella quando i motori catene gireranno, con regolazione guide

( * ) materiali che devono arrivare

*Lavori elettrici da fare: (con il materiale presente in cantiere)*

- ultimare i collegamenti con utenze varie e aggiunta cavi che mancano ( 1giorno)
- luci cella (hanno detto che arrivano domani) 3 giorni di lavoro
- sostituire le guaine metalliche della canalina flex del transfer conveyor ( 1giorno)

Per i lavori meccanici più urgenti serve un meccanico ; per il montaggio pannelli e altro serve uno dall' Italia che si arrangi.
Da parte mia: regolazione rete forno, riscaldamento e regolazione bruciatori , corrente a quadro cella a pianali e quadro cella fissa e seguire i lavori.

*Elenco materiali urgenti: (da aggiungere alla lista)*

- 2 fine corsa Telemecanique XCKY con relative 2 testine ZCK-E05 (sband. rete forno ) da consegnare a chi viene
- documentazione strumento baking time LFT 60

saluti

Capodaglio

Ex 93

93

# RAPPORTO DI CANTIERE

SASIB

FOOD & BEVERAGE MACHINERY

Att. : **Sig. Mazzola** - fax: 011 39 045 8510933

TECNICO : Franco Capodaglio.......................................................
COMM. N.: 3444 CHA.......................................................
CLIENTE : CHAVES.......................................................
IMPIANTO:.pane.............. ........................................

Pag.1 di 1

Rapp. n. 5

**Situazione al 21-2-99**

***Cella di lievitazione:***

- montaggio di 151 pianali; previsto completamento per lunedì 22. Bettani con 3 aiutanti (manovali muratori forniti dal cliente)
- lavori di rifinitura varia ai pannelli cella (½ giornata)
- messa in funzione del controllo condizionamento celle
- prosegue la messa a punto del software da parte del programmatore Lenzi; domani lunedì 22 inizierà a muovere l'ultima macchina cioè il transfer conveyor.

***Forno:***

- con forno in funzione, controllo sicurezze da parte dei "fire marshal"(pompieri) martedì 22
- accorciare rete

***Lavori elettrici:***

- con ADAMATIC ci sono dei colloqui che richiedono piccole modifiche del soft anche da parte loro; le richiederemo attraverso Carmenaty. È mai stato fatto?
- le luci dentro i due quadri non ci sono, però ci sono fuori i selettori "panel lght". Cosa si fa?
- sul panel view, nella pagina "load set up" non c'è traccia del funzionamento con spezzatrice e arrotondatrice
- non c'è il funzionamento cella in manuale

***Dati di produzione:***

mandare per favore in giornata i dati di produzione con i tempi di lievitazione dei vari prodotti da fare del disegno A00 267. → inviati il 25.2.'99

***Materiale urgente che ricordo bisogna mandare:***

- 1 pirostato"OMRON" E5CW R1KJ 110V (in garanzia?) → 5.3.'99
- 2 termocoppie tipo K per pirostati "Omron" → 30.3.'99
- 1 Lampallarm 110V articolo ECQ040

Si possono prevedere prove con prodotto nella settimana dal 1° marzo

saluti

Capodaglio

SASIB FOOD MACHINERY MV S.p.A.
RIC. IL: 22 FEB. 1999
PROT. 330 MAZ
COPIE AZA DIV. DIT

# RAPPORTO DI CANTIERE

SASIB 100

FOOD & BEVERAGE MACHINERY

Att. : Sig. Mazzola — DIT / AZA

TECNICO : Franco Capodaglio........................................

~~COMM. N.: 3444 CHA~~..............................

CLIENTE :.CHAVES..............................

IMPIANTO:.pane............ ..............................

Verona 23-3-99

La linea è completamente installata, da 15 giorni si è in fase di start up con un tecnologo in loco.

- Il forno lavora egregiamente senza particolari problemi.

- La cella di lievitazione va bene ; vi è solamente una richiesta del cliente di lavorare con il 95% di umidità e questo valore si può raggiungere solo in particolari condizioni.
Necessita verificare i valori contrattuali.
Attualmente si raggiunge il 90%.
Il cliente deve ancora costruire il muretto perimetrale sotto la cella.
Attualmente vi è un vano aperto di circa 50 mm con conseguente dispersione di umidità.
La pressione del vapore contrattuale che il cliente deve fornire ai gruppi di condizionamento è di 14 psi (circa 1 bar) mentre sotto carico la pressione cala a volte a 5 psi (con vaporizzatore forno inserito).

- Da parte nostra abbiamo problemi di trasferimento del prodotto "grinder roll" dai nostri rullini motorizzati alla nostra curva in quanto il prodotto è perfettamente ciindrico ; è necesario per me prima del passaggio un rullo per schiacciare leggermente il prodotto oppure oppure rivestire i rullini.

- La parte critica è relativa al make up Adamatic.
Concettualmente non vi è razionalità tecnica.
I pezzi arrotondati non vengono depositati nelle tasche della cella di puntatura con un perfetto rovesciamento di 180° ma cadono guidati da un'altezza di 30-40 cm e pertanto le palline di pasta non vengono caricate nella stessa posizione.
Da n/s esperienza allo scarico cella di puntatura le palline vengono depositate sul tappeto di carico gruppo di stampa accompagnate da un tappeto di accompagnamento che avvolge le tasche cella ruotando alla stessa velocità e le rilascia all'ultimo momento senza scomporle.
Nel caso Adamatic invece, allo scarico cella il prodotto fa una caduta verticale di più di un metro e pertanto, anche se è guidato, posizionandosi dopo lo scarico in modo non corretto dentro la coppetta di stampa viene stampato fuori centro ( "kaiser roll") oppure nel caso del "portuguese roll" i pezzi si toccano e non conservano il giusto passo trasversale mettendo in crisi anche il nostro sistema di carico cella di lievitazione; per le ragioni sopra descritte, nel caso dei "kaiser roll", si vedono dei pezzi leggermente asimmetrici allo scarico forno.
Vero è che essendo il cliente non esigentissimo, potrebbe anche accettare la linea con piccoli aggiustamenti.

Capodaglio

SASIB FOOD MACHINERY MV S.p.A.
RIC. IL: 25 MAR. 1999
PROT. 631 MAZ
COPIE DIT AZA

Ex 100