# EXHIBIT D



UNITED STATES DISTRICT COURT

DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : | CIVIL ACTION NO. |
| OF THE ESTATE OF JOSE GUERRA | : 303 CV 597 MRK |
| V. | |
| SIG SIMONAZZI NORTH AMERICA, INC : | |
| AS SUCCESSOR IN INTEREST BY MERGER : | |
| TO SASIB NORTH AMERICA, INC., AS : | |
| SUCCESSOR IN INTEREST BY MERGER TO : | |
| SASIB BAKERY NORTH AMERICA, INC. | |

---

| | |
|---|---|
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| THIRD PARTY PLAINTIFF : | |
| V. | |
| SASIB FOOD MACHINERY MV, S.P.A. : | |
| SASIB BAKERY ITALIA, S.P.A. : | |
| DRY PRODUCTS, S.P.A., AND : | |
| COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : | |
| THIRD PARTY DEFENDANTS : | JULY 28, 2004 |

RESPONSES TO

THIRD PARTY PLAINTIFF'S FIRST SET OF

INTERROGATORIES

DIRECTED TO THE THIRD-PARTY DEFENDANT

Zambelli's fax, May 14, See **Exhibit No. 194** - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

Carmenaty's mail, May 19, 1999, see **Exhibit No 222** - - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A

All the modifications required to sort out the problems above arisen were designed, manufactured and installed by Adamatic but without any significant improvement.

Later a general meeting took place at Chaves Bakery premises to put pressure on Adamatic, but with no results, as per Carmenaty's mail of July 15th.

Because of the failure of cooperation and prompt response of Adamatic; SBNA and SFMMV jointly decided to solve by themselves the still pending issues (see Snyder's fax on July 29, 1999 See **Exhibit No. 198**- attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A and Zambelli's mail reply on August 5, 1999).

2. <u>Peel board Conveyor</u>

On March 26, 1999 Chaves Bakery ordered two table top conveyors to have the option to charge the oven with product formed and left apart from the Bakery Machine, using peel board as transfer support.

These conveyors were located in the area between the proofer unloading and the oven infeed end (Area), to use the shuttle conveyor to collect the product from the peel board and transfer them to the oven. They were installed by a SFMMV's technician at the end of July 1999.

As to the Board Conveyors Layout (See **Exhibit No. 15** - Board Conveyors Layout - attached to third party plaintiff's first request for production of documents to the third-party defendant SASIB FOOD MACHINERY MV, S.P.A., under item 50), one of the conveyor is fix

and cross the guards of the Area, while the other is movable on wheels to:

have the operators outside the Area during the use of this option

make easier the access and the operation of the line when not in use.

The installation required to create an opening on the guards of the Area and relocate its entrance door (moved towards the oven).

The PLC and operator panel SWS of the Bakery Machine were modified in order to automate also this new loading option.

Function cycle:

locate and fix the movable conveyor

choose and set the relevant program on the operator panel

the operator charges the first conveyor (the movable) with a batch of peel boards

start of the automatic cycle: transfer of the boards inside the Area, the shuttle conveyor collects the product and loads the oven, the boards are transferred back to the first conveyor

operator removes the empty boards and restarts with phase c).

Other minor modifications are listed in the following

| Machine | Details | | Ref. |
|---|---|---|---|
| | | | |
| Transfer Adamatic Proofer | Added short wire mesh conveyor to improve the passage of the bread (SFMMV) | week 18. '99 | Exh. 9 |
| | | | |

-41-

| Machine | Details | | Ref. |
|---|---|---|---|
| Oven | Steamer in Infeed hood modified to improve its effectivness (SFMMV) | July 23, '99 | Exh.21 Fax July 23, '99 |
| Oven | Added a second steamer inside the first zone (SBNA, Jim Snyder) | August '99 | |
| Shuttle conveyor | Pneumatic belt tracking: supplied but not installed (SFMMV) | July 7, 2000 | |

**Interrogatory 37:**

In performing or supervising any and all work on the Bakery Machine, its components or any of its component parts, or of any subsequent changes, retrofits, alterations, additions or modifications made to the Bakery Machine by or under your supervision, what section(s) did you review, examine, consult, follow or apply from the following sources:

      a.    29 CFR 1910- OSHA Regulations;

      b.    American National Standards Institute For Bakery Equipment Safety Requirements Z50.1 standards;

      c.    European Economic Community Machinery Directive;

      d.    EN-1050, EN-292 Parts 1 and 2, and other applicable B and C level Standards.

**Response 37:**

We followed European Economic Comunity Machinery Directive.