# EXHIBIT E

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3                 DISTRICT OF CONNECTICUT
 4    --------------------------------x
 5    BILL L. GOUVEIA as administrator
      of THE ESTATE OF JOSE GUERRA,
 6
                   Plaintiff,              CIVIL ACTION NO.
 7    V.                                   303 CV 597 MRK
 8    SIG SIMONAZZI NORTH AMERICA,
      INC., as successor in interest
 9    by merger to SASIB NORTH
      AMERICA, INC., as successor in
10    interest by merger to SASIB
      BAKERY NORTH AMERICA, INC.,
11                 Defendants.
      --------------------------------x
12
      SIG SIMONAZZI NORTH AMERICA, INC.,
13
                   Third-Party Plaintiff,
14    V.
15    SASIB FOOD MACHINERY MV, S.P.A.,
      SASIB BAKERY ITALIA, S.P.A.,
16    DRY PRODUCTS, S.P.A., and
      COMPAGNIE INDUSTRIALI RIUNITE,
17    S.P.A.,
18                 Third-Party Defendants.
      --------------------------------x
19
20            DEPOSITION OF MARCO PIMAZZONI
21                  New York, New York
22              Thursday, November 18, 2004
23
24    Reported by:
      Bryan Nilsen
25    JOB NO.: 1852
```

COPY

1
2
3
4
5
6           November 18, 2004
7           8:30 a.m.
8
9      Deposition of MARCO PIMAZZONI, held at
10   the offices of Fox Horan & Camerini, LLP,
11   825 Third Avenue, New York, New York,
12   pursuant to notice, before Bryan Nilsen, a
13   Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2     A P P E A R A N C E S:
 3
 4     SULLIVAN & SULLIVAN, LLP
 5     Attorneys for Plaintiff
 6        31 Washington Street
 7        Wellesley, Massachusetts 02481
 8     BY:   RICHARD J. SULLIVAN, ESQ.
 9           -and-
10     BY:   MARK D. SULLIVAN, ESQ.
11
12     HALLORAN & SAGE, LLP
13     Attorneys for Defendants and Third-Party
14     Plaintiffs
15        One Goodwin Square
16        225 Asylum Street
17        Hartford, Connecticut 06103
18     BY:   JOSEPH G. FORTNER, JR., ESQ.
19
20     WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
21     Attorneys for Defendants and Third-Party
22     Plaintiffs
23        150 East 42nd Street
24        New York, New York 10017
25     BY:   ROSARIO M. VIGNALI, ESQ.
```

```
                                                              Page 4
 1

 2    APPEARANCES (Continued)

 3

 4    FOX HORAN & CAMERINI, LLP

 5    Attorneys for Third-Party Defendants

 6       825 Third Avenue

 7       New York, New York 10022

 8    BY:  JONATHAN MAZER, ESQ.

 9

10

11    ALSO PRESENT:

12

13    JOSEPHINE TRAVERSA, Interpreter, Italian Language

14         CORPS DIPLOMATIQUE ASSOCIATES

15

16

17

18

19

20

21

22

23

24

25
```

Page 7

1                       Pimazzoni
2    question, please let me know, ask me to rephrase
3    it.  If you need to take a break at any time, let
4    us know.
5              And with those understandings, sir,
6    could you please state your name for the record
7    and where you live.
8         A.   My name is Marco Pimazzoni, Via
9    Bartolomeo Giuliani, 6/B, Verona, Italia, 37134.
10        Q.   How are you employed, sir?
11        A.   I am a freelancer.
12        Q.   What do you freelance in?
13        A.   The projection and setup of technical
14   departments.
15        Q.   Why don't we step back.  Can you tell
16   us your educational background, sir?
17        A.   Starting at the very beginning?
18        Q.   When did you graduate from high
19   school, when and where, what did you do after
20   that?
21        A.   I studied mechanical engineering.
22        Q.   Where?
23        A.   Padova.
24        Q.   And did he graduate from Padova?
25        A.   It's the University of Padova.  Yes, I

```
1                    Pimazzoni
2    its access?
3         A.    Nothing in the way of anything wrong.
4         Q.    Let me go back to the interrogatories.
5    Where it has been answered that you inspected the
6    line in August of 1999 -- do you see that under
7    page five, answer C?
8         A.    Yes.
9         Q.    Could you go to the next answer, item
10   nine.  And here, there are lists of the various
11   inspections that took place from the beginning of
12   the installation to the last inspection of
13   August 4th of 2001.
14        A.    Yes.
15        Q.    Would you turn the page and look at
16   the top of page six.  And here, it's listed that
17   Mr. Silvestroni has sworn to under oath as being
18   accurate, that the inspection of technical
19   manager, Mr. Pimazzoni, was August 28 through
20   August 30 of 1999.
21        A.    Yes.
22        Q.    Is that a yes?
23        A.    Yes.
24        Q.    As to the answer to number nine, did
25   you help Mr. Silvestroni ascertain what the dates
```

1           Pimazzoni

2   were that you inspected the machine in August of

3   1999?

4       A.   Yes, I think so.

5       Q.   And when you helped Mr. Silvestroni, a

6   matter of months ago, compile the answers to these

7   interrogatories, did you have some record in front

8   of you to help you ascertain that it was August 28

9   to 30 of 1999 that you actually went to Chaves

10  Bakery in Bridgeport, Connecticut?

11      A.   No.

12      Q.   Why would you pick those three days,

13  28, 29 and 30, if you didn't know the specific

14  days?

15      A.   It seemed to me that that happened to

16  be the time, the end of August.

17      Q.   And in fact, do you know whether

18  Mr. Silvestroni has some record that the company

19  had that would reference your expenses that would

20  give him these specific dates, August 28 to 30,

21  1999, when he prepared these answers under oath a

22  matter of months ago?

23      A.   I don't know if he personally had

24  them, but I know that every time we went on an

25  out-of-town trip for the company, we would have to