# EXHIBIT F

Page 167

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------x
BILL L. GOUVEIA as Administrator
of the Estate of JOSE GUERRA,

       -v-

                               Civil Action No.
SIG SIMONAZZI NORTH AMERICA, INC.   303 CV 597 MRK
as Successor in Interest by Merger
to SASIB NORTH AMERICA, INC. as
Successor in Interest by Merger to
SASIB BAKERY NORTH AMERICA, INC.
------------------------------------------x
SIG SIMONAZZI NORTH AMERICA, INC.
        Third-Party Plaintiff,
       -v-
SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A.,
DRY PRODUCTS, S.P.A., and
COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.,
        Third-Party Defendants
------------------------------------------x

            ANDREA SILVESTRONI
             New York, N.Y.
            December 1, 2004



JOB NUMBER   1946

1
2
3
4
5        December 1, 2004
6        9:35 a.m.
7
8
9        CONTINUED DEPOSITION of ANDREA
10   SILVESTRONI, Plaintiff/ Defendant herein,
11   taken by Plaintiff/Defendant, pursuant to
12   Notice, at 216 East 46th Street, 8th Floor,
13   New York, New York, on December 1, 2004, at
14   9:35 a.m., before William Vorsteg, a
15   Registered Professional Reporter, and Notary
16   Public, within and for the State of New York.
17
18
19
20
21
22
23
24
25

Page 169

```
 1
 2     A_P_P_E_A_R_A_N_C_E_S_:

       — — — — — — — — — — —
 3
               SULLIVAN & SULLIVAN, LLP
 4                  Attorneys for Plaintiff
                    31 Washington Street
 5                  Wellesley, Massachusetts 02481
 6        BY:  RICHARD J. SULLIVAN, ESQ.
 7
          HALLORAN & SAGE, ESQS.
 8              Attorneys for Defendant
                    and Third-Party Plaintiff
 9              1 Goodwin Square
                225 Asylum Street
10              Hartford, Connecticut 06103
11        BY:  JOSEPH FORTNER, ESQ.
12
          WILSON, ELSER, MOSKOWITZ,
13          EDELMAN & DECKER, LLP
                Attorneys for Defendant and
14                  Third-Party Plaintiff
                150 East 42nd Street
15              New York, New York 10017
16        BY:  ROSARIO M. VIGNALI, ESQ.
17
          FOX HORAN & CAMERINI, LLP
18              Attorneys for All Third-Party
                    Defendants
19              825 Third Avenue
                New York, New York 10022
20
          BY:  JOHNATHAN MAZER, ESQ.
21             ALISON M. RENDE, ESQ.
22
23
24
25
```

```
 1
 2     J O S E P H I N E   T R A V E R S A, was duly
 3         sworn to interpret the questions from
 4         English into Italian, and the answers from
 5         Italian into English.
 6     A N D R E A   S I L V E S T R O N I, called as a
 7         witness, having been duly sworn by a Notary
 8         Public, was examined and testified through
 9         the interpreter as follows:
10     EXAMINATION BY
11     MR. FORTNER:
12         Q.   Please state your name and address for
13     the record.
14         A.   (Through the interpreter) My name is
15     Andrea Silvestroni.  My business address is Via
16     Mariotti, 143 Pistoia, Italy.
17         Q.   Good morning, Mr. Silvestroni.  My
18     name is Joseph Fortner, and I represent SIG
19     Simonazzi North America in an action that has been
20     brought by Bill Gouveia, on the behalf of the
21     estate of Jose Guerra in the United States
22     District Court for the District of Connecticut.
23              I'm going to ask you some questions
24     today concerning this case and pursuant to a
25     notice of deposition that has been served.  If you
```

Page 219

1        A. Silvestroni

2   final acceptance certificate representing the
3   seller Sasib Food Machinery?
4        A.    That is what was written in that
5   document.
6        Q.    Right.  And if we look at the
7   second page of Exhibit No. 46, there is a work
8   report; correct?
9        A.    Yes.
10       Q.    Could you translate the text for
11  us, please.
12       A.    Mechanical positioning of the
13  conveyors, with positioning of the cables
14  from -- from the board to conveyer, to
15  conveyors, and connection of cables on the board
16  and in the field.  Changes to the electrical
17  board.  Changes to protection -- to the
18  protection system, protections, with -- by
19  moving the entry door between the cell and the
20  oven.
21       Q.    That is a job that, according to
22  that document, was done by Giuseppi Lisandri
23  between July 26 and August 1 of 1999; is that
24  correct?
25       A     It doesn't show the year.

Page 220

```
 1                    A. Silvestroni
 2         Q.    But it's between July 26 and August
 3    1; correct?
 4         A.    Yes.
 5         Q.    And that would reflect that that
 6    was done by the technician, Giuseppi Lisandri;
 7    right?
 8         A.    Yes
 9         Q.    And that document is one which
10    is -- and particularly document D-2392, is one
11    which is a Sasib Bakery Italia form; correct?
12         A.    Is this number identifying the
13    what, the document?
14         Q.    That number, for your information,
15    is a number that was affixed to the document as
16    part of its production.
17              MR. MAZER:  By Mr. Fortner's
18         client, by the defendant.
19              THE WITNESS:  Okay.
20         Q.    Now, if I can get an answer to my
21    question.  Am I correct that that document, D-
22    3292, is a a Sasib Bakery Italia form?
23         A.    Yes.
24         Q.    Written by, at least according to
25    the document, by Giuseppi Lisandri in Italian?
```