# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x
BILL L. GOUVEIA AS ADMINISTRATOR :
OF THE ESTATE OF JOSE GUERRA,    :
    Plaintiff,                  :
                                 :
                                 :     CIVIL ACTION NO:
vs                               :     3:03CV597MRK
                                 :
SIG SIMONAZZI NORTH AMERICA,     :
INC., AS SUCCESSOR IN INTEREST   :
BY MERGER TO SASIB NORTH AMERICA :
INC., AS SUCCESSOR IN INTEREST   :
BY MERGER TO SASIB BAKERY NORTH  :
AMERICA, INC.,                   :
    Defendants,                 :
- - - - - - - - - - - - - - - - x
SIG SIMONAZZI NORTH AMERICA,     :
INC.,                            :
    Third Party Plaintiff,     :
                                 :
vs                               :
                                 :
SASIB FOOD MACHINERY MV, S.P.A., :
SASIB BAKERY ITALIA, S.P.A.,     :
DRY PRODUCTS, S.P.A. and         :
COMPAGNIE INDURTIALI RIUNITE,    :
S.P.A.,                          :
    Third Party Defendants.     :
- - - - - - - - - - - - - - - - x

    Deposition of JOHN CHAVES, SR., of Chaves Bakery II, Inc., taken pursuant to Notice and in accordance with *Rules of Civil Procedure*, at the law office of Cohen & Wolf, 1115 Broad Street, Bridgeport, Connecticut, on Thursday, October 14, 2004 at time 10:18 a.m., before Kimberly M. White, C.S.R, (Lic.# SHR.433), a Licensed Shorthand Reporter and Notary Public within and for the State of Connecticut.


DEL VECCHIO REPORTING SERVICES
LICENSED SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203-245-9583   FAX 203-245-2760   800-839-6867

HARTFORD                                    STAMFORD

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF:
RICHARD J. SULLIVAN, ESQ.
SULLIVAN & SULLIVAN, LLP
31 Washington Street
Wellesley, Massachusetts  02481
(781)263-9400   (781)239-1360


ON BEHALF OF THE DEFENDANTS & THIRD PARTY PLAINTIFF:
MICHAEL K. STANTON, JR., ESQ.
HALLORAN & SAGE, LLP
315 Post Road West
Westport, Connecticut 06880-4739
(203)227-2855   (203)227-6992


ON BEHALF OF THE THIRD PARTY DEFENDANTS:
DEBORAH S. RUSSO, ESQ.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, Connecticut 06103
(860)275-0100   (860)275-0343


ON BEHALF OF THE DEPONENT:
STUART M. KATZ, ESQ.
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
(203)368-0211   (203)394-9901

```
 1  it's unclear, please let me know and I'll repeat or
 2  rephrase it.
 3          If at any time you need to take a break,
 4  please let me know and we can accomodate whatever you
 5  need.
 6          Can you tell me, please, when you were
 7  deposed previously.
 8      A   Well, I don't know exactly.  That's
 9  something we had to do with the City.
10      Q   And do you remember what it was about?
11      A   Well, it was suing the City.
12      Q   City of Bridgeport?
13      A   Yes.
14      Q   And were you a plaintiff in that case?
15      A   Yes.
16      Q   And do you remember approximately how long
17  ago this occurred?
18      A   It was last year sometime.
19      Q   Okay.  And that was the only time you've had
20  a deposition?
21      A   That's it.
22      Q   Could you, for us, please state your full
23  name.
24      A   John, my middle name is Rua, R-u-a, Chaves.
25      Q   What's your home address?
```

```
1    A    50 Hunting Ridge, Easton.
2    Q    And you operate a business, correct?
3    A    Yes.
4    Q    What's the name of that business?
5    A    Chaves Bakery.
6    Q    And is the corporate name of it Chaves
7  Bakery II, Inc.?
8    A    Yes.
9    Q    And is that the only bakery you operate?
10   A    We own Madison Bakery, which we bought
11 Madison Bakery and we kept the name.
12   Q    In Madison, Connecticut?
13   A    Bridgeport.
14   Q    Is Chaves Bakery II, Inc. the only business
15 you're affiliated with?
16   A    Yes.
17   Q    And what position do you hold at Chaves
18 Bakery?
19   A    Well, I'm the president.
20   Q    Are you the owner of this bakery?
21   A    Yes.
22   Q    In addition to yourself is anyone else an
23 owner of Chaves Bakery?
24   A    Well, my wife and my two sons.
25   Q    And what is the present address of Chaves
```

1  yes.
2       Q    And do you remember when it was that the
3  State Street building was ready and you were able to
4  have the bread line components delivered to
5  Bridgeport?
6       A    Do I remember?
7       Q    Yeah.
8       A    Do I remember the date?
9       Q    Not exactly, but just approximately.
10           If you moved in April, do you know when the
11 bread line equipment came in?
12      A    No.  No.  I don't remember the date, no.  I
13 mean it had to be quite -- you know, quite a bit
14 before, but I don't remember the dates, no.
15      Q    Okay.  At some point in time, the equipment
16 arrived, correct?
17      A    Yes.
18      Q    And was there an installation process that
19 had to be taken care of?
20      A    Yeah.  Vito took care of that, too.
21      Q    Okay.  And in addition to Vito, on behalf of
22 Chaves Bakery, was anybody else involved in the
23 installation process?  When I say "installation
24 process," I mean the installation of this bread line.
25      A    Well, we hired a company, right, I mean from

```
 1  whatever, and they also had -- SASIB guys were there
 2  all the time.  You know, I can't even think of the
 3  name.  All right?  I mean, he was there all the time.
 4  We kind of -- he was in charge of that.
 5       Q    Okay.  You said that the SASIB guys were
 6  there all the time?
 7       A    Oh, yeah.
 8       Q    What -- do you remember who from SASIB was
 9  there?  Do you remember their names?
10       A    SASIB had a lot of guys there.
11       Q    Okay.
12       A    I remember some of the names, the main guys.
13  You know, I was -- the main guy, he was there the
14  whole job.  I can't think of it.  Maybe if -- I don't
15  remember his name, no.
16       Q    Okay.  You said before you do remember some
17  names?
18       A    Some names, yeah.
19       Q    What names do you remember?
20       A    A guy Frank, he spent a lot of time there.
21  Franco.
22       Q    Franco.  Okay.
23       A    I remember Filippo.  He was when we put the
24  deal together -- together.  Filippo was there a lot
25  of the time.  Brunetti.
```

57

1  Q    What was the second name you said?
2  A    Brunetti. He was one of the top guys.
3  Q    All right. So you have Franco, Filippo and
4  Brunetti?
5  A    I mean, like -- I mean there was so many
6  people there I can't remember half the names.
7  Q    And about how many people, to the best of
8  your memory -- forget about names for a second -- but
9  how many people total were there at your facility
10 during the time the installation process was being
11 undertaken?
12 A    You mean different times?
13 Q    Sure.
14 A    Oh, that would probably be ten people.
15 Q    Let's take them separately.
16      Mr. Sousa told you about the machine, right?
17 A    Yes.
18 Q    And was he there when the installation --
19 A    No.
20 Q    -- progress was going on?
21 A    No. He's just salesman.
22 Q    Well, did you ever have an understanding as
23 to who Jim Sousa worked for?
24 A    Yeah. He worked for SASIB.
25 Q    Do you remember if he worked for a company

1  called SASIB North America, Inc. or do you remember
2  anything about -- specific about who he worked for?
3       A    They were connect -- I mean, they were
4  connected.
5       Q    The people or some of the people that came
6  over for the installation process, to your knowledge,
7  were they from Italy?
8       A    Oh, they from Italy, yes.
9       Q    The people that you just mentioned --
10 Franco, Vito --
11      A    Those all Italy guys.
12      Q    And Mr. Sousa was from the United States,
13 right?
14      A    Yes.
15      Q    Do you remember dealing with anybody else
16 from the United States in that time frame?
17      A    There was another guy from Texas, but I
18 don't remember his name either.
19      Q    Do you remember a guy named Jim Snider?
20      A    It could be him.  I know it was a guy from
21 Texas --
22      Q    Okay.
23      A    -- but his name I don't remember.
24      Q    How long did it take, approximately, for the
25 machine, the bread line, to be completely assembled?

1   A   See, that's tough. You know, I -- I don't
2   really know. It took months, but I don't know
3   exactly how many months, no. I mean. . .
4   Q   Okay. Let me go at it a different way.
5       Do you remember when Chaves Bakery first
6   started to use the bread line?
7   A   Well, we -- we -- we start -- if we moved in
8   April, we probably start right after April. You
9   know, we didn't move until everything was almost
10  done.
11  Q   Okay. So you didn't move into the State
12  Street facility until you were able to operate?
13  A   You know, the machine was on trial for a
14  long time. You know, like, I don't know exactly how
15  long it took before we got the bugs out. I mean, it
16  took quite a bit of time.
17  Q   Right.
18  A   I know these guys because they try and try
19  to make the equipment work, to make what I need to
20  make; and they really struggle and struggle, and they
21  had -- that's why we fight it. And eventually, I had
22  to get another machine, so. . .
23  Q   You mean you had to get the Konig?
24  A   So we never really got it running right
25  until we got the Konig.