# EXHIBIT H

Page 1

1    UNITED STATES DISTRICT COURT
     FOR THE STATE OF CONNECTICUT

2

3    ------------------------------------------x

     Bill L. Gouveia, as Administrator
4    of the Estate of Jose Guerra,
               Plaintiff,            Case No.:

5
                                     303CV597MRK
     V.

6

     SIG SIMONAZZI NORTH AMERICA, INC,
7    as successor in interest by merger to
     SASIB NORTH AMERICA, INC as successor
8    in interest by merger to SASIB BAKERY
     NORTH AMERICA, INC
9              Defendant

     V.

10

     SASIB FOOD MACHINERY MV, S.P.A.
11   SASIB BAKERY ITALIA, S.P.A.
     DRY PRODUCTS S.P.A. and
12   COMPAGNIE INDUSTRIALI RIUNITE,
               Third Party Defendants.

13   ------------------------------------------x

14

15

16   CONTINUED DEPOSITION OF RICHARD SOLTIS, a
     witness called by counsel for the plaintiff,
17   taken pursuant to the Federal Rules of Civil
     Procedure, before Robert M. Miller, Shorthand
18   Reporter and Notary Public in and for the State
     of Connecticut, at the offices of Bill L.
19   Gouveia, 44 Lyons Terrace, Bridgeport,
     Connecticut, on September 28, 2004, commencing
20   at 8:00 a.m.

21

22

23                                    COPY

24   Job No. 1421

```
 1    APPEARANCES:

 2


 3    For the Plaintiff:

 4          SULLIVAN & SULLIVAN, L.L.P.

 5          31 Washington Street

 6          Wellesley, Massachusetts 02481

 7          (781) 263-9400

 8    By:  Richard J. Sullivan

 9


10    For the Defendant:

11          HALLORAN & SAGE, L.L.P.

12          315 Post Road West

13          Westport, Connecticut 06880

14          (203) 227-2855

15    By:  Michael K. Stanton, Jr.

16


17    For the Defendant:

18          FOX, HORAN & CAMERINI, L.L.P.

19          825 Third Avenue

20          New York, NY 10022

21          (212) 480-4800

22    By:  Jonathan Mazer

23


24
```

1      down.  Lastly, during the course of the

2      deposition, if you feel the need to use hand

3      gestures to describe something, please use

4      words.  Again, if you need a break at any time,

5      even just to clear your head, let us know.

6   A.   Okay.

7   Q.   With that, sir, could you tell us your name and

8      where you live?

9   A.   Richard Nicholas Soltis, Junior.

10  Q.   Where do you live, sir?

11  A.   87 Briarfield Drive, Stratford.

12  Q.   How old are you, sir?

13  A.   Forty-six.

14  Q.   What is your Social Security number?

15  A.   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.

16  Q.   How far did you go in school?

17  A.   Fourteen years.  High school and two years of

18      technical school.

19  Q.   Where and when did you graduate from high

20      school?

21  A.   1975, Bunnell High School in Stratford.

22  Q.   And was that a technical school?

23  A.   No, it was a regular high school.

24  Q.   And after graduating from Bunnell in 1975, what

Page 43

1    consistent with you memory that sometime

2    between May and August of 1999 that this peeler

3    board conveyor came into existence at Charves

4    Bakery?

5                    MR. MAZER:   Objection to form.

6    A.   I thought earlier.   It was there when I got

7         there.

8    Q.   Let me help you on the next page. This is an

9         invoice?

10                   MR. STANTON:   Plantiffs?

11                   MR. SULLIVAN:   Plaintiff's 11 is

12   1691 and Plaintiff's 12 is 1692.

13   Q.   That description, could you read what it is in

14        bold there?

15   A.   Installation from 8/25/99 to 8/4/99 for the

16        installation of conveyor and signed time.

17   Q.   So this is representing the conveyor board

18        we've been talking about.   And it identifies

19        that it started on July 25 and lasted to the

20        day SASIB Italy billed on August 4, 1999. That

21        two plus week period, is that your memory of

22        how long it took to install this at Charves

23        Bakery?

24   A.   That looks right.

Page 44

1   Q.   And we spent a lot of time the first time

2         discussing your involvements in that

3         installation.  You tell us how you were

4         directed to change some fencing?

5   A.   Yes.

6   Q.   So now that this invoice represents that to be

7         between July 25 and August 4.  Do you think it

8         was sometime different?

9   A.   No, I think this is right.

10   Q.   Now I ask you to look at Plaintiff's 12?

11   A.   Yes.

12   Q.   Service of Gianpaolo Lenzi.  Does that help you

13        refresh your memory that that was an individual

14        that came named Gianpaolo Lenzi?

15   A.   Now that I look at this, I know there were two

16        guys there.

17   Q.   Under two, services of Guiseppe Lisandri, he

18        was there for the entire installation, is that

19        correct?

20   A.   Probably.

21   Q.   Do you remember him as being different from

22        Franco and easier to get along with?

23   A.   Yes.

24   Q.   At some point, I believe it's prior to this

1    A.    No.

2    Q.    Did you ever talk to Mr. Charves or anybody

3          else about the testing process?

4    A.    No.

5    Q.    We have covered some ground about Gianpaolo

6          Lenzi and Guiseppe Lisandri?

7    A.    Yes.

8    Q.    And you gave some testimony about Franco as you

9          had provided testimony in the past here.  You

10         recalled that Franco was part of the peeler

11         board installation process and had supervised

12         you?

13   A.    Yes.

14   Q.    Knowing now what you know, based upon seeing

15         the exhibits show today do you wish to change

16         your testimony about Franco being involved?

17   A.    Yes.

18   Q.    Could your restate who it was you worked with

19         during the installation process?  And counsel

20         is showing you the exhibit?

21   A.    It must have been those guys.

22   Q.    Gianpaolo Lenzi, to the best of your

23         recollection, could you describe him?

24   A.    Not really.  I think one guy happened to have a

Page 49

1       pony-tail.

2    Q.    That wasn't the hippy?

3    A.    No.

4    Q.    Was he taller or shorter?

5    A.    The whole time I thought it was Franco.    I

6          remember the two over guys, but I can't

7          remember what they look like.

8    Q.    What about Guiseppe Lisandri, can you describe

9          him for us?

10   A.    Maybe.    He was the guy that had coveralls but

11         I'm not sure which one that was.

12   Q.    Did you work with two people during this

13         installation?

14   A.    It seems that one person was more in charge

15         than the other, and the other guy was doing

16         whatever needed to be done.

17   Q.    And those were two gentlemen from SASIB Italy?

18   A.    Yes.

19   Q.    Other than those two gentlemen, was there

20         anybody else present on site during the course

21         of the peeler board installation process?

22   A.    I don't think so.

23   Q.    Referring to SASIB United States during the

24         entire peel board installation process, was