## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. 3:03 CV 597 MRK |
| v. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| v. : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE : | FEBRUARY 14, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendants. Other counsel from Day, Berry & Howard have entered an appearance for these defendants.

THE THIRD-PARTY DEFENDANTS,
SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A., DRY
PRODUCTS, S.P.A., and COMPAGNIE
INDUSTRIALI RIUNITE, S.P.A.


By_____
Deborah S. Russo (ct 18818)
*dsrusso@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

John R. Horan (ct JHR8238)
Jonathan Mazer (ct 26939)
Fox Horan & Camerini LLP
825 Third Avenue
New York, NY  10022
(212) 480-4800


Their Attorneys


## **CERTIFICATION**

THIS IS TO CERTIFY that on this 14th day of January, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |


_____
Deborah S. Russo