UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. 3:03 CV 597 MRK |
| : | |
| v. : | |
| : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. : | |
| : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| : | |
| v. : | |
| : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE : | FEBRUARY 17, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to local rule 7(b), Third-Party Defendants, Sasib Food Machinery Medium Volume, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. ("Third-Party Defendants") respectfully move this Court for an extension of time, up to and including March 18, 2005, to respond to Third-Party Plaintiff's Request for Admissions to the Third-Party Defendant Compagnie Industriali Riunite, S.P.A. Counsel for the Third-Party Defendants makes this request as the Third-Party Defendants have been working diligently to respond to earlier discovery requests by the Third-Party Plaintiff, and need time to carefully consider their responses to the Request for Admissions. This is the first Motion for

1

Extension of Time that the Third-Party Defendants have filed with regard to the Third-Party Plaintiff's Request for Admissions.

    Neither the Third-Party Plaintiff nor the Plaintiff objects to this motion.

        Respectfully submitted,

        THE THIRD-PARTY DEFENDANTS,
        SASIB FOOD MACHINERY MV, S.P.A.,
        SASIB BAKERY ITALIA, S.P.A.,
        DRY PRODUCTS, S.P.A., AND
        COMPAGNIE INDUSTRIALI RIUNITE,
        S.P.A.

By: _____
    Robert E. Koosa (ct 26191)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    rekoosa@dbh.com

    John R. Horan (ct JHR8238)
    Jonathan Mazer (ct 26939)
    FOX HORAN & CAMERINI LLP
    825 Third Avenue
    New York, New York 10022
    (212) 480-4800

    Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

_____
Robert E. Koosa