UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF | : | CIVIL ACTION NO. |
| THE ESTATE OF JOSE GUERRA | : | 3:03 CV 597(MRK) |
| | : | |
| VS. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB NORTH AMERICA, INC., AS | : | |
| SUCCESSOR IN INTEREST BY MERGER TO | : | |
| SASIB BAKERY NORTH AMERICA, INC. | : | |
| _____ | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB | : | |
| BAKERY ITALIA, S.P.A., DRY PRODUCTS, | : | |
| S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE | : | |
| _____ | : | FEBRUARY 15, 2005 |

## NOTICE OF APPEARANCE

To:    U.S. District Court
       141 Church Street
       New Haven, CT  06510

Please enter the appearance of the undersigned, **ROBERT E. KOOSA**, as counsel for the

third-party defendants, **Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry**

**Products, S.P.A. and Compagnie Industriali Riunite, S.P.A.** in the above-captioned matter.

THIRD-PARTY DEFENDANTS, SASIB
FOOD MACHINERY MV, S.P.A., SASIB
BAKERY ITALIA, S.P.A., DRY PRODUCTS,
S.P.A. and COMPAGNIE INDUSTRIALI
RIUNITE, S.P.A.


By_____

      Robert E. Koosa (ct26191 )
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      (860) 275-0343 (fax)
      rekoosa@dbh.com
      Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first-class, postage prepaid, to:

Joseph G. Fortner, Jr.                     Richard J. Sullivan, Esq.
Halloran & Sage LLP                      Sullivan & Sullivan, LLP
One Goodwin Square                      31 Washington Street
225 Asylum Street                         Wellesley, MA 02481
Hartford, CT 06103

John R. Horan
Jonathan Mazer
Fox Horan & Camerini LLP
825 Third Avenue
New York, NY  10022

_____
  Robert E. Koosa