UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : <br> OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. <br> 303 CV 597 MRK |
| V. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br> AS SUCCESSOR IN INTEREST BY MERGER : <br> TO SASIB NORTH AMERICA, INC., AS : <br> SUCCESSOR IN INTEREST BY MERGER TO : <br> SASIB BAKERY NORTH AMERICA, INC. <br> _____ : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : <br>     THIRD-PARTY PLAINTIFF : <br> V. : | |
| SASIB FOOD MACHINERY MV, S.P.A., : <br> SASIB BAKERY ITALIA, S.P.A., : <br> DRY PRODUCTS, S.P.A., AND : <br> COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. : <br>     THIRD-PARTY DEFENDANTS : | FEBRUARY 23, 2005 |

## MOTION TO MODIFY SCHEDULING ORDER

The Parties hereby move to modify the scheduling order entered in this case. Due to reasons set forth below, fact discovery will not be completed prior to the present fact discovery cut-off of March 1, 2005. As a consequence, it is respectfully requested that the court extend the fact discovery cut-off to April 29, 2005, and modify the deadlines for other pre-trial requirements in this case accordingly.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Background**

As the court is aware, this litigation is a complicated wrongful death products liability action. In addition to the complexities inherent in most products liability matters, this matter also involves questions relating to the responsibility of foreign (Italian) third-party defendants, issues which include corporate control and domination questions. It involves witnesses from Italy, documents in Italian, and discovery regarding corporate governance of Italian entities.

In addition to depositions of former employees of the direct defendant which remain to be scheduled, presently pending is the production of documents by the Italian third-party defendants and the securing of documents in the possession of a nonparty entity, Prefor S.r.L. While none of the counsel involved in this case have yet seen those documents, upon information and belief materials being provided by Prefor S.r.L. are likely to include technical and engineering documents, many of which are likely to be in Italian. At the court's direction, the parties have been attempting to secure those materials, and it is anticipated that they are likely to be produced by the third-party defendant during the first week of March. Many will then need to be translated.

Corporate documents have recently been produced by the third-party defendants, most of which are in Italian. These too will need to be translated before they are used for depositions.

At the court's direction, the parties have been working towards completing the depositions of three Italian witnesses: Marco Pimazzoni (who will be traveling to the

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

United States); Alberto Piaser; and Andrea Silvestroni. Counsel have agreed that until the outstanding documents are produced and translated, it does not make sense to proceed with their depositions. Because of this, and because of counsels' schedules (which includes a trial by counsel for the third-party defendants and a long-standing pre-paid overseas vacation by counsel for the defendant from March 12 to 23, 2005), it is anticipated that the depositions of those three gentlemen will not be completed until the middle of April.

At present, it is also considered possible that because certain important witnesses and documents are outside of the parties' control in Italy, that there may be a need for a trip to Italy before fact discovery is completed.

For these reasons, as well as the pending Motion for Leave to Amend, it is respectfully submitted that while counsel have worked diligently to complete fact discovery, additional time is needed to complete the process. Counsel have concurred, and all are amenable to amending the Scheduling Order in this matter as follows:

Fact Discovery to be Completed:  April 29, 2005

Plaintiff's Expert Report Deadline:  May 16, 2005

Plaintiff's Expert's Deposition Deadline: June 16, 2005

Defendants' Expert Report Deadline: July 15, 2005

Defendants' Expert's Deposition Deadline: August 12, 2005

Dispositive Motion Deadline:  September 9, 2005

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>Joint Trial Memorandum Deadline</u>: If no dispositive motions filed, September 23, 2005; if dispositive motions filed, 30 days after court's ruling.

All parties join in and consent to this Motion.

WHEREFORE, it is respectfully requested that the court grant this Motion to Modify the Scheduling Order.

        THE PLAINTIFF

BY _____
      Richard J. Sullivan *
      SULLIVAN & SULLIVAN LLP
      31 Washington Street
      Wellesley, MA 02481
      (781) 263-9400

        THE DEFENDANT

By _____
      Joseph G. Fortner, Jr.
      Patrick M. Birney of
      HALLORAN & SAGE LLP
      Fed. Bar #ct 04602
      Fed. Bar #ct 19875
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103
      (860) 522-6103

        THIRD-PARTY DEFENDANTS

By _____
      Jonathan Mazer, Esq. *
      FOX, HORAN & CAMERINI LLP
      825 Third Avenue, 11th Floor
      New York, NY 10022
      (212) 709-0247

\* Signature by permission

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                      Juris No. 26105

## CERTIFICATION

      This is to certify that on this 23rd day of February, 2005, I hereby faxed and/or mailed a copy of the foregoing to:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Robert Koosa, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY  10022
Attorneys for Compagnie Industriali Riunite, S.p.A.,
Dry Products, S.p.A., Sasib Bakery Italia, S.p.A., and
Sasib Food Machinery MV, S.p.A.

                                                      _____
                                                      Joseph G. Fortner, Jr.

630277.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105