UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | : CIVIL ACTION NO. 3:03cv597(MRK) |
| v. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | : |
| SIG SIMONAZZI NORTH AMERICA, INC. | : |
| v. | : |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE: | : FEBRUARY 25, 2005 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for the third-party defendants,

**Sasib Food Machinery MV, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A.** in the above-titled action.

James H. Rotondo (ct05173)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
jhrotondo@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Joseph G. Fortner, Jr., Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06103

John R. Horan  
Jonathan Mazer  
Fox Horan & Camerini LLP  
825 Third Avenue  
New York, NY 10022

Richard J. Sullivan, Esq.  
Sullivan & Sullivan  
31 Washington Street  
Wellesley, MA  02481

_____  
James H. Rotondo