UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : : : | |
| Plaintiff | : : | NO.   3:03cv597 (MRK) |
| v. | : : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : : : : | |
| Defendant | : : | |

## SECOND MODIFIED SCHEDULING ORDER

The Motion To Modify Scheduling Order [doc. # 134], dated February 23, 2005, is

GRANTED.  The following modified scheduling order will govern:

1. Fact discovery shall close by **April 29, 2005**, and all discovery, both fact and expert, will close on **August 12, 2005**.

2. Plaintiff's expert reports shall be served by **May 16, 2005**; depositions of plaintiff's expert shall be completed by **June 16, 2005**.  Defendants' expert reports shall be served by **July 15, 2005**; depositions of defendants' experts shall be completed by **August 12, 2005**.

3. Dispositive motions, if any, shall be filed by **September 9, 2005**.

4. If no dispositive motions are filed, the parties' Joint Trial Memorandum is due on **September 23, 2005**.  If dispositive motions are filed, parties shall submit their Joint Trial Memorandum thirty (30) days after the Court's ruling on the dispositive motions.  The case shall be deemed trial ready upon the filing of the Joint Trial Memorandum.

5. A telephonic status conference is scheduled for **AUGUST 23, 2005 at 8:30 a.m.**.  Plaintiff's counsel shall initiate the conference call.  The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **August 16, 2005**.

**NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED.**

IT IS SO ORDERED.


/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: March 4, 2005.

RE:     **CASE NO. 3:03CV597 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **August 16, 2005,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK