UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : <br> : <br> : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : <br> : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC.<br>_____ | : <br> : <br> : <br> : <br> : <br> : | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : <br> : | |
| V. | : <br> : <br> : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE | : <br> : <br> : <br> : | MARCH 7, 2005 |

**CERTIFICATION OF SERVICE OF AMENDED THIRD-PARTY COMPLAINT**

The defendant and third-party plaintiff, Sig Simonazzi North America, Inc., ("SSNA"), hereby certifies that it has served its Amended Third-Party Complaint this 7th day of March, 2005 via regular mail on the parties listed on the attached Schedule A.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE THIRD PARTY PLAINTIFF,
        SIG SIMONAZZI NORTH AMERICA,
        INC.


By     /s/_____
    Joseph G. Fortner, Jr.
    Fed. Bar #ct 04602
    Patrick M. Birney
    Fed. Bar #ct 19875
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## SCHEDULE A

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

James H. Rotondo, Esq.
Robert E. Koosa, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Third-Party Defendants

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Third-Party Defendants.

660529_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105