UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR : <br> OF THE ESTATE OF JOSE GUERRA : <br> : <br> v. : <br> : <br> SIG SIMONAZZI NORTH AMERICA, INC. : <br> AS SUCCESSOR IN INTEREST BY MERGER : <br> TO SASIB NORTH AMERICA, INC., AS : <br> SUCCESSOR IN INTEREST BY MERGER TO : <br> SASIB BAKERY NORTH AMERICA, INC. : <br> : <br> SIG SIMONAZZI NORTH AMERICA, INC. : <br> : <br> v. : <br> : <br> SASIB FOOD MACHINERY MV, S.P.A., : <br> SASIB BAKERY ITALIA, S.P.A., : <br> DRY PRODUCTS, S.P.A., : <br> COMPAGNIE INDUSTRIALI RIUNITE, AND : <br> FOOD MACHINERY MEDIUM VOLUME, S.P.A.: <br> : | CIVIL ACTION NO. <br> 3:03 CV 597 MRK <br><br><br><br><br><br><br><br><br><br><br><br><br><br> March 9, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to local rule 7(b), Third-Party Defendants, Sasib Food Machinery Medium Volume, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A., Compagnie Industriali Riunite, and Food Machinery Medium Volume, S.p.A. ("Third-Party Defendants") respectfully move this Court for an extension of time, up to and including March 31, 2005, to respond to Third-Party Plaintiff's Amended Third-Party Complaint. Counsel for the Third-Party Defendants make this request as the Third-Party Defendants have been working diligently to respond to earlier discovery requests by the Third-Party Plaintiff. This is the first Motion for Extension of Time that the Third-Party Defendants have filed with regard to the Third-Party Plaintiff's Amended Third-Party Complaint.

The Third-Party Plaintiff does not object to this motion.

        Respectfully submitted,

THE THIRD-PARTY DEFENDANTS,
SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A.,
DRY PRODUCTS, S.P.A.,
COMPAGNIE INDUSTRIALI RIUNITE,
AND FOOD MACHINERY MEDIUM
VOLUME, S.P.A.

By: /s/ Robert E. Koosa
    Robert E. Koosa (ct 26191)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    rekoosa@dbh.com

    John R. Horan (ct JHR8238)
    Jonathan Mazer (ct 26939)
    FOX HORAN & CAMERINI LLP
    825 Third Avenue
    New York, New York 10022
    (212) 480-4800

    Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

/s/ Robert E. Koosa
Robert E. Koosa