UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA | CIVIL ACTION NO. 3:03 CV 597 MRK |
| v. | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. | |
| SIG SIMONAZZI NORTH AMERICA, INC. | |
| v. | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., AND COMPAGNIE INDUSTRIALI RIUNITE, S.P.A. | MARCH 17, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to local rule 7(b), Third-Party Defendants, Sasib Food Machinery Medium Volume, S.P.A., Sasib Bakery Italia, S.P.A., Dry Products, S.P.A. and Compagnie Industriali Riunite, S.P.A. (collectively "Third-Party Defendants") respectfully move this Court for an extension of time, up to and including April 10, 2005, to respond to Third-Party Plaintiff's Request for Admissions to the Third-Party Defendant Compagnie Industriali Riunite, S.P.A. ("CIR"). Counsel for the Third-Party Defendants make this request as representatives of CIR have been reviewing diligently hundreds of pages of documents related to the Request for Admissions. Due to the substantial amount of work necessary to respond accurately, combined with an already-burdensome work schedule, representatives of CIR are unable to complete their

1

response by the current deadline of March 18. This is the second Motion for Extension of Time that the Third-Party Defendants have filed with regard to the Third-Party Plaintiff's Request for Admissions.

The Third-Party Plaintiff does not object to this motion.

Respectfully submitted,

THE THIRD-PARTY DEFENDANTS,
SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A.,
DRY PRODUCTS, S.P.A., AND
COMPAGNIE INDUSTRIALI RIUNITE,
S.P.A.

By: _____
Robert E. Koosa (ct 26191)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
rekoosa@dbh.com

John R. Horan (ct JHR8238)
Jonathan Mazer (ct 26939)
FOX HORAN & CAMERINI LLP
825 Third Avenue
New York, New York 10022
(212) 480-4800

Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that on this date a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

_____
Robert E. Koosa

3