UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSE GUERRA : | CIVIL ACTION NO. 3:03 CV 597 MRK |
| v. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST BY MERGER TO SASIB NORTH AMERICA, INC., AS SUCCESSOR IN INTEREST BY MERGER TO SASIB BAKERY NORTH AMERICA, INC. : | |
| SIG SIMONAZZI NORTH AMERICA, INC. : | |
| v. : | |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., COMPAGNIE INDUSTRIALI RIUNITE, AND FOOD MACHINERY MEDIUM VOLUME, S.P.A.: | March 29, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to local rule 7(b), Third-Party Defendants, Sasib Food Machinery Medium Volume, S.p.A., Sasib Bakery Italia, S.p.A., Dry Products, S.p.A., Compagnie Industriali Riunite, and Food Machinery Medium Volume, S.p.A. ("Third-Party Defendants") respectfully move this Court for an extension of time, up to and including April 30, 2005, to respond to Third-Party Plaintiff's Amended Third-Party Complaint. Counsel for the Third-Party Defendants make this request as the Third-Party Defendants have been working diligently to respond to earlier discovery requests by the Third-Party Plaintiff. Further, the parties have agreed in principle to settle this matter, and are currently preparing documents to effectuate the settlement.

1

This is the second Motion for Extension of Time that the Third-Party Defendants have filed with regard to the Third-Party Plaintiff's Amended Third-Party Complaint. The Third-Party Plaintiff does not object to this motion.

Case 3:03-cv-00597-MRK     Document 144     Filed 03/30/2005     Page 2 of 3

        Respectfully submitted,

THE THIRD-PARTY DEFENDANTS,
SASIB FOOD MACHINERY MV, S.P.A.,
SASIB BAKERY ITALIA, S.P.A.,
DRY PRODUCTS, S.P.A.,
COMPAGNIE INDUSTRIALI RIUNITE,
AND FOOD MACHINERY MEDIUM
VOLUME, S.P.A.

By:   /s/ Robert E. Koosa
       Robert E. Koosa (ct 26191)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100
       (860) 275-0343 (fax)
       rekoosa@dbh.com

       John R. Horan (ct JHR8238)
       Jonathan Mazer (ct 26939)
       FOX HORAN & CAMERINI LLP
       825 Third Avenue
       New York, New York 10022
       (212) 480-4800

       Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Joseph G. Fortner, Jr. | Richard J. Sullivan, Esq. |
| Halloran & Sage LLP | Sullivan & Sullivan, LLP |
| One Goodwin Square | 31 Washington Street |
| 225 Asylum Street | Wellesley, MA 02481 |
| Hartford, CT 06103 | |

       /s/ Robert E. Koosa
       Robert E. Koosa