UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA,<br>    Plaintiff<br><br>v.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.,<br>    Defendant<br><br>v.<br><br>SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., and<br>COMPAGNIE INDUSTRIALI RIUNITE,<br>    Third-Party Defendants | CIVIL ACTION No. 303CV597 MRK<br><br><br><br>Dated: May 23, 2005 |

**MOTION FOR ORDER TO ESTABLISH
THE JOSE GUERRA QUALIFIED SETTLEMENT TRUST**

    NOW COME the Plaintiff and the Defendant to respectfully seek the Court's approval to establish The Jose Guerra Qualified Settlement Trust.

1. The Plaintiff in this action has sought claims for wrongful death, personal injury and other relief against the Defendant.

2. The Plaintiff and the Defendant wish to fully and finally settle all claims of the Plaintiff against the Defendant in this action.

3. Subject to the approval of this Court, the Defendant has agreed to pay a settlement to The Jose Guerra Qualified Settlement Trust as full and final settlement of the claims of the Plaintiff.

4. The Plaintiff and the Defendant respectfully request that this court approve the establishment of a Qualified Settlement Trust pursuant to §468B of the Internal Revenue Code which will consist of a Trust with a Trustee to administer the claims of the Plaintiff's beneficiaries.

5. The Jose Guerra Qualified Settlement Trust shall be held by Attorney John F. Kearns III, of Kearns & Kearns PC, of West Hartford, Connecticut, as the Trustee under the terms of the Order creating the Qualified Settlement Trust.

Richard J. Sullivan, Sullivan & Sullivan, LLP
31 Washington Street – Wellesley, MA 02481
Telephone (781) 263-9400 – Fax (781) 239-1360

6. Pursuant to the Settlement Agreement and the Releases and upon payment to The Jose Guerra Qualified Settlement Trust's Trustee by the Defendant, the Defendant's payments shall completely extinguish any and all liability that the Defendant may have with respect to the Plaintiff's claims.

7. Pursuant to the Order of the Court and the Settlement Agreement and the Release, The Jose Guerra Qualified Settlement Trust shall resolve and satisfy all claims against the Defendant.

8. Pursuant to Rev. Proc. 93-34 Section 4.01(5), it is in the best interests of the Plaintiff and Defendant that an Independent Trustee such as Attorney John F. Kearns III, of Kearns & Kearns PC, of West Hartford, Connecticut, serve as Trustee of The Jose Guerra Qualified Settlement Trust.

9. The Plaintiff agrees that the payments by the Defendant to The Jose Guerra Qualified Settlement Trust shall be a fair and reasonable settlement amount for its claim.

10. The Plaintiff represents that there are two beneficiaries of the Estate of Jose Guerra, namely Joanna Machado Guerra, of Lisbon, Portugal, and Marina Machado Guerra, of Lisbon, Portugal.

11. It is in the best interests of the Plaintiff and Defendant that this Court establish The Jose Guerra Qualified Settlement Trust to hold, invest and distribute the settlement proceeds pursuant to Internal Revenue Code Section 468B and the accompanying Treas. Reg. Section 1.468B et. seq. in order that the Court may insure that a suitable provision is made for payments to the Plaintiff's beneficiaries in accordance with the foregoing statute, regulations and Rev. Proc. 93-94, 1993-28 I.R.B. 49.

12. As soon as practical following the entry of the Order on this Motion, The Jose Guerra Qualified Settlement Trust Trustee will file with this Court a declaration of supporting materials setting forth (1) the Settlement and Release Agreement, (2) the Dismissal With Prejudice of the Defendant, (3) the Plaintiff's Agreement for proposed allocation of the settlement proceeds and (4) the Settlement Agreement & Release between The Jose Guerra Qualified Settlement Trust and the Plaintiff's beneficiaries.

13. The Jose Guerra Qualified Settlement Trust shall terminate upon Order of this Court upon discharge of its liability to the Plaintiff's beneficiaries.

14. The Jose Guerra Qualified Settlement Trust shall remain under the continuing jurisdiction of this Court until The Jose Guerra Qualified Settlement Trust is terminated by order of this Court on or before sixty (60) days following (1) making all

required filings and (2) disbursement of all Trusts from The Jose Guerra Qualified Settlement Trust.

**WHEREFORE,** it is respectfully requested that by entry of a written Order, the Court:

1. Establish a Qualified Settlement Trust, which shall be known as The Jose Guerra Qualified Settlement Trust.

2. Retain continuing jurisdiction over such The Jose Guerra Qualified Settlement Trust until the termination of said The Jose Guerra Qualified Settlement Trust on the terms set forth above.

Respectfully submitted,

THE PLAINTIFF, BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA,
By his attorney,

Richard J. Sullivan
Fed Bar # CT24914
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
Telephone (781) 263-9400
Fax (781) 239-1360

## CERTIFICATION

This is to certify that on this day I served, by first-class mail postage prepaid, a copy of the foregoing to:

Joseph Fortner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Jonathan Mazer, Esq.
Fox Horan & Camerini, LLP
825 Third Avenue
New York, NY 10022

*(signature)*
RICHARD J. SULLIVAN

Dated: May 23, 2005