UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : <br> : <br> : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : <br> : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC.<br>_____ | : <br> : <br> : <br> : <br> : <br> : | |
| SIG SIMONAZZI NORTH AMERICA, INC. | : <br> : | |
| V. | : <br> : <br> : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE | : <br> : <br> : <br> : | MAY 26, 2005 |

**RESPONSE TO MOTION FOR ORDER TO ESTABLISH
QUALIFIED SETTLEMENT FUND AND TRUST**

The defendant and third-party plaintiff, Sig Simonazzi North America, Inc., ("SSNA"), hereby submits this Response to the Motion for Order to Establish the Jose Guerra Qualified Settlement Fund.

SSNA has no opposition to the establishment of the Jose Guerra Qualified Settlement Fund (the "QSF"). Its sole response, however, relates to the settlement which is being used to fund this QSF.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The filings submitted to this court regarding this QSF accurately reflect that the total proceeds of the settlement are $1.75 million.  Unfortunately, they inaccurately indicate that the settlement proceeds are all being paid by the Defendant.

In reality, the settlement of this matter involves payment of $1.35 million on the behalf of the Defendant/Third-Party Plaintiff.  In addition, Third-Party Defendants have agreed to pay $400,000 of the settlement funds in this case.  All parties have exchanged settlement documents (which as of this submission have been signed by the Plaintiff and his representatives) reflecting this payment structure.

In order to avoid any inaccuracies or misunderstandings, SSNA respectfully requests that any order entered in this matter reflect the settlement structure as outlined above, which has been agreed to by the parties.

WHEREFORE, The Defendant/Third-Party Plaintiff respectfully requests that any orders entered in this matter reflect that the total settlement proceeds are $1.75 million, and that of those proceeds, $1.35 million are being paid on the behalf of the Defendant/Third-Party Plaintiff, and $400,000 are being paid on the behalf of the Third-Party Defendants.

                DEFENDANT/THIRD PARTY
                PLAINTIFF,
                SIG SIMONAZZI NORTH AMERICA, INC.

By _____/s/_____
  Joseph G. Fortner, Jr.
  Fed. Bar #ct 04602
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been telecopied, e-mailed, and mailed, postage prepaid, to all counsel on this 26th day of May, 2005, including:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Third-Party Defendants

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Third-Party Defendants.

                                                    _____/s/_____
                                                              Joseph G. Fortner, Jr.

631306v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105