UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA, Plaintiff | |
| v. | CIVIL ACTION No. 303CV597 MRK |
| SIG SIMONAZZI NORTH AMERICA, INC., Defendant | |
| v. | Dated: |
| SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE, Third-Party Defendants | |



PETITION FOR APPROVAL OF SETTLEMENT OF ACTION

The parties to the above matter and St. Paul/Travelers Insurance Company ("Travelers"), collectively (Petitioners), petition this court for the approval of the settlement of plaintiff's claims against the defendant Sig Simonazzi North America, Inc. ("SSNA") and the third-party defendants Sasib Food Machinery MV, s.p.a., Sasib Bakery Italia MV, s.p.a, Dry Products, s.p.a, and Compagnie Industriali Riunite (hereinafter referred to collectively as the "third-party defendants"), for the sum of $1,750,000.00. In support of this petition, the petitioners state the following:

1) The plaintiff alleges that on or about April 27, 2001, while in the course of his employment for Chaves Bakery, the plaintiff's decedent Jose Guerra, was fatally injured when he was struck by an automatic loading and conveyor system that was part of a certain Bakery Line Bread and Roll Making Machine, model/order number 3444 CHA.

2) The plaintiff alleges that the plaintiff's decedent suffered a destruction of lifetime earning capacity, a destruction of capacity to carry on life's activities, conscious pain and suffering before his death, the loss of life, and postmortem expenses and funeral expenses.

3) The defendant, SSNA, disputes its liability for the plaintiff's decedent injuries. Specifically, the defendant SSNA contends that the plaintiff's decedent injuries were the result of his own negligence. In addition, the defendant and third-party defendants dispute plaintiff's claims (or theories) of liability, including but not limited to the claims that the machine or its installation was defective. The third-party defendant also maintains that it has defenses to this action, including, but not limited to, lack of personal jurisdiction.

REK
BLG
RSJ
JBF

4) The defendant SSNA has also resolved its claims against the third-party defendants Sasib Food Machinery MV, s.p.a., Sasib Bakery Italia MV, s.p.a, Dry Products, s.p.a, and Compagnie Industriali Riunite. The $1,750,000 settlement is all encompassing and includes all claims by the plaintiff and the third-party plaintiff.

5) St. Paul/Travelers Insurance Company was the workers compensation insurer for Guerra's employer, Chaves Bakery, at the time of his alleged accident.

6) As a result of his accident, St. Paul/Travelers paid death benefits to Mr. Guerra's minor children totaling $72,840. St. Paul/Travelers also paid burial expenses of $4,000. Pursuant to Connecticut General Statutes §31-293, St. Paul/Travelers' total statutory lien is $76,840. St. Paul/Travelers has agreed to receive the reduced sum of $25,000 in satisfaction of its lien and will discontinue the payment of indemnity benefits.

7) Plaintiff's total expenses for prosecuting the case are $41,460.55, which is 2% percent of the total settlement.

8) The workers compensation claim is closed.

9) The petitioners believe that in light of the hazards of litigation $1,750,000.00 is a fair and reasonable settlement for the plaintiff's claims.

10) The settlement will be disbursed as follows:

| | |
|---|---|
| | $1,750,000.00 |
| Travelers Reduced Lien | $    25,000.00 |
| Estate of Jose Guerra Gross Recovery | $1,725,000.00 |
| Attorney's Fee | |
|     Sullivan & Sullivan, LLP | ($ 362,500.00) |
|     Total Litigation Expenses | ($   41,460.55) |
| **Total Net Recovery to the Estate of Jose Guerra** | **$ 1,321,039.45** |

11) Expenses

| | |
|---|---|
| Filing & Service Fees | $      577.00 |
| Depositions | $   9,520.48 |
| Experts | $ 20,199.63 |
| Miscellaneous Costs; Records, Copies & Mail | $      952.28 |
| Miscellaneous Costs; Hotels & Travel | $   5,711.16 |
| Miscellaneous Costs; Probate Legal Services | $   4,500.00 |
| **Total Expenses** | **$ 41,460.55** |

WHEREFORE, the petitioners request that this Court approve the settlement of all claims by the plaintiff and third-party plaintiff as fair and reasonable.

The Plaintiff,
Bill I. Gouveia as Administrator of the
Estate of Jose Guerra

*[signature]*

Sig Simonazzi North America, Inc.

By its Attorney,

*[signature]*

Joseph G. Fortner, Jr.
Halloran & Sage LLP
Fed Bar # CT04602
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

Bill I. Gouveia as Administrator of the
Estate of Jose Guerra

By his Attorney,

*[signature]*

Richard J. Sullivan, Esq.
Fed Bar # CT24914
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
(781) 263-9400

Sasib Food Machinery MV, s.p.a.,
Sasib Bakery Italia MV, s.p.a,
Dry Products, s.p.a, and
Compagnie Industriali Riunite

By their Attorney,

*[signature]*

~~Jonathan Mazer, Esq.,~~ Robert E. Kaara
Fed Bar #
Fox Horan & Camerini, LLP
825 Third Avenue
New York, New York 10022
(212) 480-4800

By the Court:

_____, J.