UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : | |
| | : | |
| Plaintiff | : | NO.    3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : | |
| | : | |
| Defendant | : | |

# **ORDER**

The parties are ordered to file a written Joint Status Report on or before **July 15, 2005** providing the Court with an update on the status of settlement discussions in this action.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 1, 2005.**