UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR OF THE ESTATE OF JOSÉ GUERRA,     Plaintiff<br><br>v.<br><br>SIG SIMONAZZI NORTH AMERICA, INC.,     Defendant<br><br>v.<br><br>SASIB FOOD MACHINERY MV, S.P.A., SASIB BAKERY ITALIA, S.P.A., DRY PRODUCTS, S.P.A., and COMPAGNIE INDUSTRIALI RIUNITE,     Third-Party Defendants | CIVIL ACTION No. 303CV597 MRK<br><br><br>Dated: August 10, 2005 |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT-RELATED DOCUMENTS

Now come the parties in the above-captioned matter and pray this Honorable Court approve all settlement-related documents, including but not limited to the Petition for Approval of Settlement of Case and Qualified Settlement Trust previously submitted by the parties.

As grounds for said Motion, the parties state that:

1. All Releases and related documents have been executed by all parties.

2. All sums due plaintiff have been paid in full. The total settlement amount was $1,750,000.00, of which $1,350,000.00 was paid on behalf of the

Defendant/Third Party Plaintiff and $400,000.00 was paid on behalf of the Third Party Defendant.

WHEREFORE, the parties pray this Honorable Court approve the aforementioned documents, and endorse any and all pending motions related thereto.

Respectfully submitted,
THE PLAINTIFF
By his attorney,

_____  * Signed w/ permission
Richard J. Sullivan                BDR
Fed Bar # CT24914
Sullivan & Sullivan, LLP
31 Washington Street
Wellesley, MA 02481
(781) 263-9400


THE DEFENDANT
By its Attorney,

_____
Brian D. Rich
Fed. Bar #ct 24458
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

THE THIRD-PARTY DEFENDANTS
By their Attorneys,

_____  * Signed w/ permission
Jonathan Mazer, Esq.              BDR
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
(212) 480-4800

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel on this 10th day of August, 2005, via regular U.S. mail:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY  10022

James H. Rotondo, Esq.
Day, Berry & Howard
Cityplace I
Hartford, CT  06103-3499

_____
Brian D. Rich