UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA, as Administrator of the Estate of Jose Guerra | : | |
| | : | |
| Plaintiff | : | NO.   3:03cv597 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SIG SIMONAZZI NORTH AMERICA, INC. as successor in interest by merger to Sasib North America, Inc. | : | |
| | : | |
| Defendant | : | |

## ORDER APPROVING SETTLEMENT

Plaintiff in the above-captioned matter, by and through its counsel, having petitioned the Court to approve the establishment of The Jose Guerra Qualified Settlement Fund, and the Court having fully considered the Plaintiff's Petition for Approval of Settlement Action [**doc. #150**] together with all matters of record herein, being fully advised in all of the premises, and finding good cause, therefore, enters the following orders:

1. It is hereby ordered that the establishment of the Jose Guerra Qualified Settlement Fund, memorialized in Exhibit 1 to the Petition filed herein, be and hereby is approved by the Court as a Qualified Settlement Fund as described in U.S. Treas. Reg. Section 1.468B-1.

2. It is hereby ordered that Exhibit 1 to the Petition be and hereby is incorporated in this Order by reference.

3. It is further ordered that the Jose Guerra Qualified Settlement Fund is immediately authorized to receive payment of any final settlement entered against the Defendant as described in the Petition and Exhibit 1, and to hold that sum, subject to the continuing jurisdiction of this Court, until the Trustee of the Jose Guerra Qualified Settlement Fund and the Plaintiff have agreed upon the timing and amount of distributions from the Jose Guerra Qualified Settlement Fund for attorneys fees and litigation expenses, for any lump sum distributions to Plaintiff,

      for the approval of periodic payments and the assignees and annuity issuers involved in such periodic payments, and for other approved disbursements, if any.

4.     It is further ordered that the Jose Guerra Qualified Settlement Fund shall be administered by Attorney John F. Kearns, of Kearns & Kearns P.C. of West Hartford, Connecticut as Trustee.

5.     It is further ordered that, the parties having filed a Joint Motion for Approval of Settlement-Related Documents [**doc. #153**] indicating that "All sums due plaintiff have been paid in full," that this case is DISMISSED in light of the parties' settlement agreement.

6.     Plaintiff's Petition for Approval of Settlement Action [**doc. #150**] and the parties' Joint Motion for Approval of Settlement-Related Documents [**doc. #153**] are GRANTED.

**The Clerk is directed to enter judgment dismissing the case and close the file.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: <u>August 11, 2005</u>.**