UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BILL L. GOUVEIA, As Administrator
of the Estate of Jose Guerra

    v.                                        CIVIL NO. 3:03cv597(MRK)

SIG SIMONAZZI NA, INC, as successor
in interest by merger to Sasib North America

    v.

SASIB FOOD MACHINERY MV, S.P.A.;
SASIB BAKERY ITALIA, S.P.A.
DRY PRODUCTS, S.P.A. and
COMPAGNIE INDUSTRIAL RIUNITE

## **J U D G M E N T**

      This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, on a petition for approval of settlement of action. On August 11, 2005, the Court entered an Order Approving Settlement directing the Clerk to enter judgment dismissing the case and closing the file.

      Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment shall enter in accordance with the terms and conditions as set forth in the settlement agreement and this case is dismissed and closed.

      Dated at New Haven, Connecticut this 12th day of August, 2005.

                                                      KEVIN F. ROWE, CLERK
                                                      By

                                                      Lori Inferrera
                                                      Deputy-in-Charge

EOD: _____