UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL L. GOUVEIA AS ADMINISTRATOR<br>OF THE ESTATE OF JOSE GUERRA | : | CIVIL ACTION NO.<br>303 CV 597 MRK |
| V. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>AS SUCCESSOR IN INTEREST BY MERGER<br>TO SASIB NORTH AMERICA, INC., AS<br>SUCCESSOR IN INTEREST BY MERGER TO<br>SASIB BAKERY NORTH AMERICA, INC. | : | |
| SIG SIMONAZZI NORTH AMERICA, INC.<br>    THIRD-PARTY PLAINTIFF | : | |
| V. | : | |
| SASIB FOOD MACHINERY MV, S.P.A.,<br>SASIB BAKERY ITALIA, S.P.A.,<br>DRY PRODUCTS, S.P.A., AND<br>COMPAGNIE INDUSTRIALI RIUNITE, S.P.A.<br>    THIRD-PARTY DEFENDANTS | : | OCTOBER 12, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant and Third-Party Plaintiff Sig Simonazzi North America, Inc., in the above-captioned matter. Sig Simonazzi North America, Inc. continues to be represented by Joseph G. Fortner, Jr., Christopher J. Lynch, Michael K. Stanton, Jr. and Brian D. Rich of Halloran & Sage LLP, and the undersigned has not been engaged in the practice of law with that firm since April 29, 2005.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

DEFENDANT AND THIRD PARTY PLAINTIFF,
SIG SIMONAZZI NORTH AMERICA, INC.

By: _____
Patrick M. Birney
Brown Raysman Millstein Felder &
Steiner LLP
Fed. Bar #ct 19875
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6462

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel on this 12th day of October 2005, including:

Richard J. Sullivan, Esq.
Sullivan & Sullivan, LLP
31 Washington St.
Wellesley, MA 02481
Attorneys for Plaintiff

Robert E. Koosa, Esq.
James H. Rotondo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103
Attorneys for Third-Party Defendants

Jonathan Mazer, Esq.
John R. Horan, Esq.
Fox Horan & Camerini
825 Third Avenue
New York, NY 10022
Attorneys for Third-Party Defendants.

Joseph G. Fortner, Jr., Esq.
Christopher J. Lynch, Esq.
Michael K. Stanton, Jr., Esq.
Brian D. Rich, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Attorneys for Sig Simonazzi North America, Inc.

And a copy was sent via certified mail to:

Mr. Al Pedrotti
Royal & SunAlliance
P.O. Box 4701
Syracuse, NY 13212

Rosario M. Vignali, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Patrick M. Birney

- 3 -

HARTFORD 127746v1